McCORRISTON MILLER MUKAI MacKINNON LLP

DAVID J. MINKIN                3639-0
LISA W. CATALDO                6159-0
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawaii 96813
Telephone: (808) 529-7300
Facsimile:  (808) 524-8293
Email:  minkin@m4law.com

Attorneys for Plaintiffs Trustees
of the Hawaii Carpenters Trust Funds

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| **HAWAII CARPENTERS TRUST FUNDS**, (*Health & Welfare Fund*) by its trustees Albert Hamamoto, Audrey Hidano, Henry Iida, Glen Kaneshige, Thomas Toma, Daniel Tom, Elmer Cabico, Paul C.K. Chang, Ronald Taketa, Melvin Fujii, Clifford Resacio, Russsell Young and Keith Hirota; *Apprenticeship & Training Fund* by its trustees James Ramirez, Russell Ogata, Conrad Murashige, Robert Donle, Angela Chinen, Dante Agra, Ron Taketa, Sidney Shimokawa, Dean Takahashi and Russell Hiranaka; *Vacation & Holiday Fund* by its trustees James | CIVIL NO. CV02-00425 JMS BMK<br><br>PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANT DYNAMIC INTERIORS, INC.; MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF DAVID J. MINKIN; EXHIBITS "1" - "5"; CERTIFICATE OF SERVICE<br><br><br><br>Trial Date: None |

37461.1

Watanabe, James Ramirez, )
Gerard Sakamoto, Paul Sasaki, )
Jiggs Tamashiro, Mark Erwin, )
Michael Spain, Jr., Rockwell )
Rogers, Jr., Curtis Kern, Patrick )
Borge, Sr. and Lloyd Kupau, )
Jr.; *Market Recovery Program* by )
its trustees Edmund Aczon, )
Thalia Choy, Steven Hidano, )
Claude Matsumoto, Gerard )
Sakamoto, Albert Belliveau, )
Michael Spain, Jr., Ronald )
Taketa, Glenn Young and Jason )
Orita; *Financial Security Fund* )
by its trustees Kenneth )
Sakurai, Gordon L. Scruton, )
James Watanabe, Conrad )
Murashige, Lance Wilhelm, )
Brian Hedge, Rockwell Rogers, )
Jr., Bruce Soileau, Ronald )
Taketa, Tim McCormack, )
Kenneth Spence, Jack Reeves )
and Ralph Yackley), )
)
           Plaintiffs, )
)
    vs. )
)
**DYNAMIC INTERIORS, INC.,** a )
Hawaii corporation, )
)
           Defendant. )
_____ )

## PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANT DYNAMIC INTERIORS, INC.

Plaintiff HAWAII CARPENTERS TRUST FUNDS, by its trustees, et al. (hereinafter "HCTF") by and through its attorneys, McCorriston Miller Mukai MacKinnon LLP, hereby respectfully moves this Court for an order granting default judgment against Defendant DYNAMIC INTERIORS, INC. (hereinafter "Dynamic"). Default against Defendant DYNAMIC INTERIORS, INC., was entered by the Clerk of the Court on January 9, 2003.

This Motion is made pursuant to Rules 7 and 55(b)(1) of the Federal Rules of Civil Procedure and is supported by the attached Memorandum in Support of Motion, Declaration of David J. Minkin, exhibits, and the records and files herein.

DATED:  Honolulu, Hawaii, March 1, 2006.


/s/ David J. Minkin
DAVID J. MINKIN
LISA W. CATALDO

Attorneys for Plaintiff
HAWAII CARPENTERS TRUST FUNDS

37461_1.DOC
37461.1

3