# EXHIBIT "2"

McCORRISTON MILLER MUKAI MacKINNON LLP

DAVID J. MINKIN     3639-0
LISA W. CATALDO     6159-0
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawaii 96813
Telephone: (808) 529-7300

Attorneys for Plaintiffs Trustees
of the Hawaii Carpenters Trust Funds

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 30 2002

at ___ o'clock and ___ min. ___ M
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| **HAWAII CARPENTERS TRUST FUNDS**, (*Health & Welfare Fund* by its trustees Albert Hamamoto, Audrey Hidano, Henry Iida, Glen Kaneshige, Thomas Toma, Daniel Tom, Elmer Cabico, Paul C.K. Chang, Ronald Taketa, Melvin Fujii, Clifford Resacio, Russsell Young and Keith Hirota; *Apprenticeship & Training Fund* by its trustees James Ramirez, Russell Ogata, Conrad Murashige, Robert Donle, Angela Chinen, Dante Agra, Ron Taketa, Sidney Shimokawa, Dean Takahashi and Russell Hiranaka; *Vacation & Holiday Fund* by its trustees James Watanabe, James Ramirez, Gerard Sakamoto, Paul Sasaki, Jiggs Tamashiro, Mark Erwin, Michael Spain, Jr., Rockwell Rogers, Jr., Curtis Kern, Patrick Borge, Sr. and Lloyd Kupau, Jr.; *Market Recovery Program* by its trustees Edmund Aczon, Thalia Choy, Steven Hidano, Claude Matsumoto, Gerard Sakamoto, Albert Belliveau, Michael Spain, Jr., Ronald Taketa, Glenn Young and Jason Orita; *Financial Security Fund* by its trustees Kenneth Sakurai, Gordon L. Scruton, James Watanabe, Conrad | CIVIL NO. 02-00425 DAE BMK<br><br>RETURN AND ACKNOWLEDGMENT OF SERVICE |

19957_1.WPD

EXHIBIT " 2 "

Murashige, Lance Wilhelm, Brian Hedge, )
Rockwell Rogers, Jr., Bruce Soileau,     )
Ronald Taketa, Tim McCormack,            )
Kenneth Spence, Jack Reeves and          )
Ralph Yackley),                          )
                                         )
                Plaintiffs,              )
                                         )
        vs.                              )
                                         )
**DYNAMIC INTERIORS, INC.**, a Hawaii    )
corporation,                             )
                                         )
                Defendant.               )
_____)

## RETURN AND ACKNOWLEDGMENT OF SERVICE

I certify that I served the documents listed below by delivering a certified copy of each document to the person at the time, date and place shown. Receipt of the documents has been acknowledged by those persons by their signature.

DOCUMENT:    Complaint; Exhibits "A" - "B"; Summons and Order Setting Rule 16 Scheduling Conference

| Name of Person Served | Date, Time, and Place Served | Acknowledgement of Person Served (Signature) |
|---|---|---|
| Dynamic Interiors Inc via: Michael Mendoza | 7-12-02 at 1715 hrs 4137 Likini St Hon 96818 | x Michael E. Mendoza 7-12-02 |

Albert Cabatingan
Process Server   391-6338