# EXHIBIT "3"

McCORRISTON MILLER MUKAI MacKINNON LLP

DAVID J. MINKIN          3639-0
LISA W. CATALDO          6159-0
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawaii 96813
Telephone: (808) 529-7300
Facsimile: (808) 524-8293
Email: minkin@m4law.com

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 09 2003

at __ o'clock and __ min. __ M.
WALTER A. Y. H. CHINN, CLERK

Attorneys for Plaintiffs Trustees
of the Hawaii Carpenters Trust Funds

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| **HAWAII CARPENTERS TRUST FUNDS**, (*Health & Welfare Fund*) by its trustees Albert Hamamoto, Audrey Hidano, Henry Iida, Glen Kaneshige, Thomas Toma, Daniel Tom, Elmer Cabico, Paul C.K. Chang, Ronald Taketa, Melvin Fujii, Clifford Resacio, Russsell Young and Keith Hirota; *Apprenticeship & Training Fund* by its trustees James Ramirez, Russell Ogata, Conrad Murashige, Robert Donle, Angela Chinen, Dante Agra, Ron Taketa, Sidney Shimokawa, Dean Takahashi and Russell Hiranaka; *Vacation & Holiday Fund* by its trustees James Watanabe, James Ramirez, Gerard Sakamoto, Paul Sasaki, | CIVIL NO. CV02-00425 DAE BMK<br><br>PLAINTIFF'S EX PARTE REQUEST TO CLERK FOR ENTRY OF DEFAULT OF DEFENDANT; DECLARATION OF DAVID J. MINKIN; EXHIBIT "1"; ENTRY OF DEFAULT OF DEFENDANT; CERTIFICATE OF SERVICE |

EXHIBIT " 3 "

Jiggs Tamashiro, Mark Erwin, )
Michael Spain, Jr., Rockwell )
Rogers, Jr., Curtis Kern, Patrick )
Borge, Sr. and Lloyd Kupau, )
Jr.; *Market Recovery Program* by )
its trustees Edmund Aczon, )
Thalia Choy, Steven Hidano, )
Claude Matsumoto, Gerard )
Sakamoto, Albert Belliveau, )
Michael Spain, Jr., Ronald )
Taketa, Glenn Young and Jason )
Orita; *Financial Security Fund* )
by its trustees Kenneth )
Sakurai, Gordon L. Scruton, )
James Watanabe, Conrad )
Murashige, Lance Wilhelm, )
Brian Hedge, Rockwell Rogers, )
Jr., Bruce Soileau, Ronald )
Taketa, Tim McCormack, )
Kenneth Spence, Jack Reeves )
and Ralph Yackley), )
  )
 Plaintiffs, )
  )
 vs. )
  )
**DYNAMIC INTERIORS, INC.**, a )
Hawaii corporation, )
  )
 Defendant. )
  )

## PLAINTIFF'S <u>EX PARTE</u> REQUEST TO CLERK FOR ENTRY OF DEFAULT OF DEFENDANT

Plaintiff **HAWAII CARPENTERS TRUST FUNDS,** by its trustees, et al. (hereinafter "HCTF") by and through its attorneys,

23235-1                                2

McCorriston Miller Mukai MacKinnon LLP, hereby requests that the Clerk of the above-entitled Court enter the default of Defendant **DYNAMIC INTERIORS, INC.**, a Hawaii corporation (hereinafter "Dynamic Interiors"), for failure to plead in response to or otherwise defend against Plaintiff's Complaint, as more fully set forth in the attached Declaration.

This request is made pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, the Declaration of David J. Minkin and Exhibit attached hereto and made a part hereof by reference, and the records and files herein.

DATED: Honolulu, Hawaii, JAN - 9 2003.

_____
DAVID J. MINKIN
LISA W. CATALDO

Attorneys for Plaintiff
HAWAII CARPENTERS TRUST FUNDS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| **HAWAII CARPENTERS TRUST FUNDS**, (*Health & Welfare Fund*) by its trustees Albert Hamamoto, Audrey Hidano, Henry Iida, Glen Kaneshige, Thomas Toma, Daniel Tom, Elmer Cabico, Paul C.K. Chang, Ronald Taketa, Melvin Fujii, Clifford Resacio, Russsell Young and Keith Hirota; *Apprenticeship & Training Fund* by its trustees James Ramirez, Russell Ogata, Conrad Murashige, Robert Donle, Angela Chinen, Dante Agra, Ron Taketa, Sidney Shimokawa, Dean Takahashi and Russell Hiranaka; *Vacation & Holiday Fund* by its trustees James Watanabe, James Ramirez, Gerard Sakamoto, Paul Sasaki, Jiggs Tamashiro, Mark Erwin, Michael Spain, Jr., Rockwell Rogers, Jr., Curtis Kern, Patrick Borge, Sr. and Lloyd Kupau, Jr.; *Market Recovery Program* by its trustees Edmund Aczon, Thalia Choy, Steven Hidano, Claude Matsumoto, Gerard Sakamoto, Albert Belliveau, Michael Spain, Jr., Ronald Taketa, Glenn Young and Jason Orita; *Financial Security Fund* by its trustees Kenneth | CIVIL NO. CV02-00425 DAE BMK<br><br>DECLARATION OF DAVID J. MINKIN |

23235-1

1

```
Sakurai, Gordon L. Scruton,      )
James Watanabe, Conrad           )
Murashige, Lance Wilhelm,        )
Brian Hedge, Rockwell Rogers,    )
Jr., Bruce Soileau, Ronald       )
Taketa, Tim McCormack,           )
Kenneth Spence, Jack Reeves      )
and Ralph Yackley),              )
                                 )
          Plaintiffs,            )
                                 )
  vs.                            )
                                 )
DYNAMIC INTERIORS, INC., a       )
Hawaii corporation,              )
                                 )
          Defendant.             )
_____)
```

## DECLARATION OF DAVID J. MINKIN

David J. Minkin, hereby declares as follows:

1. I am an attorney licensed to practice law in all courts of the State of Hawaii.

2. I am an attorney with the firm of McCorriston Miller Mukai MacKinnon LLP, attorneys for Plaintiff Hawaii Carpenters Trust Funds ("HCTF") in the above-entitled matter.

3. I have personal knowledge of the matters set forth herein except and unless stated to be upon information and belief.

23235-1                           2

4. The Complaint and Summons in this action was served upon Defendant Dynamic Interiors in accordance with Rule 4 of the Federal Rules of Civil Procedure.

5. Defendant Dynamic Interiors was served on July 12, 2002. A true and correct copy of the Return and Acknowledgment of Service is attached hereto as Exhibit "1".

6. In accordance with Rule 12(a) of the Federal Rules of Civil Procedure, Defendant Dynamic Interiors' Answer or other response to the Complaint was due on or before August 1, 2002.

7. Following negotiations and conversations with the President of Dynamic Interiors, a settlement proposal was sent to Defendant Dynamic Interiors on November 26, 2002 for execution and prompt return.

8. Defendant Dynamic Interiors has not returned said settlement agreement nor called regarding the terms and conditions previously discussed and agreed to by the parties.

9. Defendant Dynamic Interiors did not answer nor otherwise respond to the Complaint, and the time to answer was not extended.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: Honolulu, Hawaii, ___JAN - 9 2003___.

_____
DAVID J. MINKIN

McCORRISTON MILLER MUKAI MacKINNON LLP

DAVID J. MINKIN          3639-0
LISA W. CATALDO       6159-0
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawaii 96813
Telephone: (808) 529-7300

Attorneys for Plaintiffs Trustees
of the Hawaii Carpenters Trust Funds

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 3 0 2002

at ___ o'clock and ___ min. ___ M
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

**HAWAII CARPENTERS TRUST FUNDS,** )    CIVIL NO. 02-00425 DAE BMK
(*Health & Welfare Fund* by its trustees )
Albert Hamamoto, Audrey Hidano, Henry )    RETURN AND ACKNOWLEDGMENT
Iida, Glen Kaneshige, Thomas Toma, )    OF SERVICE
Daniel Tom, Elmer Cabico, Paul C.K. )
Chang, Ronald Taketa, Melvin Fujii, )
Clifford Resacio, Russsell Young and )
Keith Hirota; *Apprenticeship & Training* )
*Fund* by its trustees James Ramirez, )
Russell Ogata, Conrad Murashige, )
Robert Donle, Angela Chinen, Dante )
Agra, Ron Taketa, Sidney Shimokawa, )
Dean Takahashi and Russell Hiranaka; )
*Vacation & Holiday Fund* by its trustees )
James Watanabe, James Ramirez, )
Gerard Sakamoto, Paul Sasaki, Jiggs )
Tamashiro, Mark Erwin, Michael Spain, )
Jr., Rockwell Rogers, Jr., Curtis Kern, )
Patrick Borge, Sr. and Lloyd Kupau, Jr.; )
*Market Recovery Program* by its trustees )
Edmund Aczon, Thalia Choy, Steven )
Hidano, Claude Matsumoto, Gerard )
Sakamoto, Albert Belliveau, Michael )
Spain, Jr., Ronald Taketa, Glenn Young )
and Jason Orita; *Financial Security Fund* )
by its trustees Kenneth Sakurai, Gordon )
L. Scruton, James Watanabe, Conrad )

19957_1.WPD

EXHIBIT " 1 "

Murashige, Lance Wilhelm, Brian Hedge, )
Rockwell Rogers, Jr., Bruce Soileau, )
Ronald Taketa, Tim McCormack, )
Kenneth Spence, Jack Reeves and )
Ralph Yackley), )
)
           Plaintiffs, )
)
  vs. )
)
DYNAMIC INTERIORS, INC., a Hawaii )
corporation, )
)
           Defendant. )
_____)

## RETURN AND ACKNOWLEDGMENT OF SERVICE

I certify that I served the documents listed below by delivering a certified copy of each document to the person at the time, date and place shown. Receipt of the documents has been acknowledged by those persons by their signature.

DOCUMENT:   Complaint; Exhibits "A" - "B"; Summons and Order Setting Rule 16 Scheduling Conference

| Name of Person Served | Date, Time, and Place Served | Acknowledgement of Person Served (Signature) |
|---|---|---|
| Dynamic Interiors Inc via: Michael Mendoza | 7-12-02 at 1715 hrs 4137 Likini St Hon 96818 | /s/ Michael E. Mendoza |

7-12-02

Albert Cabatingan
Process Server  391-6338

19957_1.WPD         2

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| **HAWAII CARPENTERS TRUST FUNDS**, (*Health & Welfare Fund* by its trustees Albert Hamamoto, Audrey Hidano, Henry Iida, Glen Kaneshige, Thomas Toma, Daniel Tom, Elmer Cabico, Paul C.K. Chang, Ronald Taketa, Melvin Fujii, Clifford Resacio, Russsell Young and Keith Hirota; *Apprenticeship & Training Fund* by its trustees James Ramirez, Russell Ogata, Conrad Murashige, Robert Donle, Angela Chinen, Dante Agra, Ron Taketa, Sidney Shimokawa, Dean Takahashi and Russell Hiranaka; *Vacation & Holiday Fund* by its trustees James Watanabe, James Ramirez, Gerard Sakamoto, Paul Sasaki, Jiggs Tamashiro, Mark Erwin, Michael Spain, Jr., Rockwell Rogers, Jr., Curtis Kern, Patrick Borge, Sr. and Lloyd Kupau, Jr.; *Market Recovery Program* by its trustees Edmund Aczon, Thalia Choy, Steven Hidano, Claude Matsumoto, Gerard Sakamoto, Albert Belliveau, Michael Spain, Jr., Ronald | CIVIL NO. CV02-00425 DAE BMK<br><br>ENTRY OF DEFAULT OF DEFENDANT |

1

Taketa, Glenn Young and Jason )
Orita; *Financial Security Fund* )
by its trustees Kenneth )
Sakurai, Gordon L. Scruton, )
James Watanabe, Conrad )
Murashige, Lance Wilhelm, )
Brian Hedge, Rockwell Rogers, )
Jr., Bruce Soileau, Ronald )
Taketa, Tim McCormack, )
Kenneth Spence, Jack Reeves )
and Ralph Yackley), )
                              Plaintiffs, )
    vs. )
**DYNAMIC INTERIORS, INC.**, a )
Hawaii corporation, )
                              Defendant. )

## ENTRY OF DEFAULT OF DEFENDANT

It appearing that Defendant DYNAMIC INTERIORS, INC., a Hawaii corporation, is in default for failure to plead or otherwise defend as required by law,

23235-1                              2

Default is HEREBY ENTERED as against Defendant DYNAMIC INTERIORS, INC., a Hawaii corporation, this 9th day of January, 2003.

DATED: Honolulu, Hawaii, JAN 09 2003.

(S) WALTER A.Y.H. CHINN
_____
CLERK OF THE ABOVE-ENTITLED COURT

---

Hawaii Carpenters Trust Funds v. Dynamic Interiors, Inc., a Hawaii corporation, Civil No. 02-00425 DAE BMK, U.S.D.C., ORDER GRANTING EX PARTE MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANT DYNAMIC INTERIORS, INC., a Hawaii corporation

23235-1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| **HAWAII CARPENTERS TRUST FUNDS**, (*Health & Welfare Fund*) by its trustees Albert Hamamoto, Audrey Hidano, Henry Iida, Glen Kaneshige, Thomas Toma, Daniel Tom, Elmer Cabico, Paul C.K. Chang, Ronald Taketa, Melvin Fujii, Clifford Resacio, Russsell Young and Keith Hirota; *Apprenticeship & Training Fund* by its trustees James Ramirez, Russell Ogata, Conrad Murashige, Robert Donle, Angela Chinen, Dante Agra, Ron Taketa, Sidney Shimokawa, Dean Takahashi and Russell Hiranaka; *Vacation & Holiday Fund* by its trustees James Watanabe, James Ramirez, Gerard Sakamoto, Paul Sasaki, Jiggs Tamashiro, Mark Erwin, Michael Spain, Jr., Rockwell Rogers, Jr., Curtis Kern, Patrick Borge, Sr. and Lloyd Kupau, Jr.; *Market Recovery Program* by its trustees Edmund Aczon, Thalia Choy, Steven Hidano, Claude Matsumoto, Gerard Sakamoto, Albert Belliveau, Michael Spain, Jr., Ronald Taketa, Glenn Young and Jason Orita; *Financial Security Fund* by its trustees Kenneth | CIVIL NO. CV02-00425 DAE BMK<br><br>CERTIFICATE OF SERVICE |

1

| | |
|---|---|
| Sakurai, Gordon L. Scruton, James Watanabe, Conrad Murashige, Lance Wilhelm, Brian Hedge, Rockwell Rogers, Jr., Bruce Soileau, Ronald Taketa, Tim McCormack, Kenneth Spence, Jack Reeves and Ralph Yackley), | ) ) ) ) ) ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) |
| **DYNAMIC INTERIORS, INC.**, a Hawaii corporation, | ) ) ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this date a true and correct copy of the foregoing was duly served on each of the following at their last known address via U.S. mail, postage prepaid:

DYNAMIC INTERIORS, INC.
137 Likini Street
Honolulu, Hawaii 96818

23235-1

2

DYNAMIC INTERIORS, INC.
904 Kohou Street, Room 103
Honolulu, Hawaii 96817

DATED: Honolulu, Hawaii, JAN - 9 2003 .

_____
DAVID J. MINKIN
LISA W. CATALDO

Attorneys for Plaintiff
HAWAII CARPENTERS TRUST FUNDS

23235-1                         3