# EXHIBIT "4"

ACCOUNTS RECEIVABLE
HAWAII CARPENTERS TRUST FUND

**DYNAMIC INTERIORS, INC.**

**19041-DL**

**2/10/2005**

| FUND | CONTR. | LD'S | PAYMENTS CONTR. | PAYMENTS LD'S | TOTAL | BALANCE DUE CONTR. | BALANCE DUE LD'S | BALANCE DUE TOTAL |
|---|---|---|---|---|---|---|---|---|
| HEALTH & WELFARE | $77,925.35 | $24,270.32 | ($60,251.58) | ($2,346.96) | $39,597.13 | $17,673.77 | $21,923.36 | $39,597.13 |
| DRYWALL TRAINING | $8,789.49 | $2,982.94 | ($7,327.51) | ($296.33) | $4,147.59 | $1,460.98 | $2,686.61 | $4,147.59 |
| VACATION | $55,479.50 | $24,581.28 | ($60,280.20) | ($2,166.70) | $27,651.08 | $5,116.50 | $22,534.58 | $27,651.08 |
| FINANCIAL SECURITY | $73,760.38 | $24,550.85 | ($61,634.57) | ($1,940.86) | $33,911.00 | $11,201.81 | $22,709.99 | $33,911.00 |
| MARKET RECOVERY | $6,573.36 | $2,184.78 | ($5,548.79) | ($231.65) | $2,982.66 | $1,029.57 | $1,953.09 | $2,982.66 |
| RETIREE MEDICAL | $4,431.41 | $1,309.53 | ($4,303.72) | ($162.04) | $1,275.18 | $127.69 | $1,147.49 | $1,275.18 |
| 401(k) | $6,746.23 | $1,725.74 | ($4,909.11) | ($402.80) | $3,160.06 | $1,837.12 | $1,322.94 | $3,160.06 |
| AUDIT FEE | $390.00 | N/A | $0.00 | N/A | $390.00 | | | |
| ATTORNEY FEE | $9,337.72 | N/A | $0.00 | N/A | $9,337.72 | | | |
| INTEREST | $338.77 | N/A | $0.00 | N/A | $338.77 | | | |
| **TOTAL** | **$253,776.21** | **$81,705.44** | **($205,262.28)** | **($7,447.38)** | **$122,771.99** | **$38,447.44** | **$74,258.06** | **$112,705.50** |

**11/10/2005**

| FUND | CONTR. | LD'S | PAYMENTS CONTR. | PAYMENTS LD'S | TOTAL | BALANCE DUE CONTR. | BALANCE DUE LD'S | BALANCE DUE TOTAL |
|---|---|---|---|---|---|---|---|---|
| HEALTH & WELFARE | $77,925.35 | $24,270.32 | ($59,136.18) | ($2,346.96) | $40,712.53 | $18,789.17 | $21,923.36 | $40,712.53 |
| DRYWALL TRAINING | $8,789.49 | $2,982.94 | ($7,160.31) | ($296.33) | $4,314.79 | $1,628.18 | $2,686.61 | $4,314.79 |
| VACATION | $55,479.50 | $24,581.28 | ($59,263.00) | ($2,166.70) | $28,731.08 | $6,216.50 | $22,514.58 | $28,731.08 |
| FINANCIAL SECURITY | $73,760.38 | $24,550.85 | ($61,634.57) | ($1,940.86) | $34,835.80 | $12,125.81 | $22,709.99 | $34,835.80 |
| MARKET RECOVERY | $6,573.36 | $2,184.78 | ($5,438.79) | ($231.65) | $3,092.66 | $1,139.57 | $1,953.09 | $3,092.66 |
| RETIREE MEDICAL | $4,431.41 | $1,309.53 | ($4,206.72) | ($162.04) | $1,374.18 | $226.69 | $1,147.49 | $1,374.18 |
| 401(k) | $6,746.23 | $1,725.74 | ($4,579.11) | ($402.80) | $3,490.06 | $2,167.12 | $1,322.94 | $3,490.06 |
| AUDIT FEE | $390.00 | N/A | $0.00 | N/A | $390.00 | | | |
| ATTORNEY FEE | $9,021.07 | N/A | $0.00 | N/A | $9,021.07 | | | |
| INTEREST | $338.77 | N/A | $0.00 | N/A | $338.77 | | | |
| **TOTAL** | **$253,459.55** | **$81,705.44** | **($201,416.68)** | **($7,447.38)** | **$126,300.94** | **$42,293.04** | **$74,258.06** | **$116,551.10** |

EXHIBIT " 4 "