# EXHIBIT "5"

```
INQUIRY : Case      - reference                    12:09pm 01 MAR 06

Client : 19656    HAWAII CARPENTERS JOINT TRUST FUND DELINQUENCY
Case   : 52832    DYNAMIC INTERIORS, INC.              Status : Active

Action type   : All fees and cost
Summary... .....Time .........Fees .....Cost.adv ....Cost.inc ........Total
Billed       64.95     8,423.50     199.00      364.80     8,987.30
Billable      1.30       221.00                             221.00
 Total       66.25     8,644.50     199.00      364.80     9,208.30
..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S
11   07/02/02 LEGAL SER  0.25  50.00     12.50                        I
     Fp:0207 | Bth:199591*3 | Atty:D. STEIGER (LIT | Inv:118631
     Comments : REVIEW EMAIL FROM GENE SMITH; PREPARE CONFLICT CHECK.


2    07/03/02 LEGAL SER  0.25 170.00     42.50                        I
     Fp:0207 | Bth:198963*6 | Atty:LORRAINE H. AKI | Inv:118631
     Comments : REVIEW EMEMO FROM G. SMITH RE: NEW CASE REFERRAL;
                CONFERENCE WITH DS RE: SAME.


12   07/03/02 LEGAL SER  1.00  50.00     50.00                        I
     Fp:0207 | Bth:199619*1 | Atty:D. STEIGER (LIT | Inv:118631
     Comments : PREPARE DRAFT COMPLAINT.


1    07/05/02 XEROX CHA 36.00            7.20                         I
     Fp:0207 | Bth:13900*132 | Inv:118631
     Source   : ASCIIC
     Note     : Read 07/08/02 09:30am by jjs
     Comments : DS: Xeroxing Charges - 36 copies on 07/05/2002


10   07/05/02 LEGAL SER  0.50 170.00     85.00                        I
     Fp:0207 | Bth:199209*6 | Atty:DAVID J. MINKIN | Inv:118631
     Note     : Transferred from: 19656*51262*635
     Comments : (DYNAMIC INTERIORS) REVIEW, REVISE, AND EXECUTE DEMAND
                LETTERS TO R. INOUYE, SIMPLEX BUILDING; SUMMIT CONSTRUCTION
                WICHERT, DICK PACIFIC AND STAN'S CONTRACTING


13   07/05/02 LEGAL SER  1.50  50.00     75.00                        I
     Fp:0207 | Bth:199622*1 | Atty:D. STEIGER (LIT | Inv:118631
     Comments : REVIEW D.C.C.A. WEBSITE AND GENERAL CONTRACTORS ASSOCIATION
                OF HAWAII WEBSITE RE: ADDRESSES FOR JOINT CHECK REQUEST
                LETTERS; TELEPHONE CALL TO GENE SMITH RE: CONTRACTORS FOR
                SOME OF THE PROJECTS; PREPARE EMAIL TO GENE SMITH RE:
                CONTRACTOR INFORMATION NEEDED PER HIS REQUEST; PREPARE
                JOINT CHECK REQUEST LETTERS TO ALLIED BUILDERS SYSTEM,
                METRIC CONSTRUCTION, KD CONSTRUCTION, STAN'S CONTRACTING,
                INC., DICK PACIFIC CONSTRUCTION, WICHERT TILE LTD., SUMMIT
                CONSTRUCTION, INC., SIMPLEX BUILDERS, INC. AND RALPH S.
                INOUYE CO., LTD.


17   07/08/02 LEGAL SER  0.30 170.00     51.00                        I
     Fp:0208 | Bth:200448*1 | Atty:DAVID J. MINKIN | Inv:118631
     Comments : REVIEW AND REVISE DRAFT COMPLAINT.


20   07/09/02 LEGAL SER  0.50 170.00     85.00                        I
     Fp:0207 | Bth:199212*4 | Atty:DAVID J. MINKIN | Inv:119329
```

EXHIBIT "5"

```
INQUIRY : Case     - reference                    12:09pm 01 MAR 06

Client  : 19656      HAWAII CARPENTERS JOINT TRUST FUND DELINQUENCY
Case    : 52832      DYNAMIC INTERIORS, INC.              Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S
       Note   : Transferred from: 19656*51210*353
       Comments : REVIEW AND REVISE COMPLAINT

3      07/10/02 REPORTS/P            14.00                            I
       Fp:0207 | Bth:13907*35 | Chk: 2/083319,07/10/02 | Inv:118631
       Source  : AP 00,00001687,83319 | Payee:UNITED STATES DIST
       Comments : CERTIFIED COPIES OF COMPLAINT

4      07/10/02 FILING FE           150.00                            I
       Fp:0207 | Bth:13907*36 | Chk: 2/083320,07/10/02 | Inv:118631
       Source  : AP 00,00001687,83320 | Payee:UNITED STATES DIST
       Comments : FILING FEE FOR COMPLAINT

5      07/10/02 XEROX CHA 51.00        10.20                          I
       Fp:0207 | Bth:13908*158 | Inv:118631
       Source  : ASCIIC
       Note   : Read 07/11/02 04:23pm by jjs
       Comments : JOHNNY: Xeroxing Charges -  51 copies on 07/10/2002

6      07/10/02 XEROX CHA390.00        78.00                          I
       Fp:0207 | Bth:13908*159 | Inv:118631
       Source  : ASCIIC
       Note   : Read 07/11/02 04:23pm by jjs
       Comments : DS: Xeroxing Charges -  390 copies on 07/10/2002

18     07/10/02 LEGAL SER  0.20 170.00    34.00                       I
       Fp:0208 | Bth:200448*2 | Atty:DAVID J. MINKIN | Inv:118631
       Comments : FINALIZE COMPLAINT.

7      07/11/02 XEROX CHA  8.00         1.60                          I
       Fp:0207 | Bth:13910*150 | Inv:118631
       Source  : ASCIIC
       Note   : Read 07/12/02 08:57am by jjs
       Comments : DS: Xeroxing Charges -  8 copies on 07/11/2002

14     07/11/02 LEGAL SER  0.25  50.00    12.50                       I
       Fp:0207 | Bth:199625*1 | Atty:D. STEIGER (LIT | Inv:118631
       Comments : PREPARE RETURN AND ACKNOWLEDGMENT OF SERVICE; TELEPHONE
                  CALL TO SHERIFF FOR SERVICE.

16     07/17/02 SHERIFF F            35.00                            I
       Fp:0207 | Bth:13963*318 | Chk: 2/083599,07/31/02 | Inv:118631
       Source  : AP 00,00002966,343 | Payee:ALBERT CABATINGAN
       Comments : SERVICE FEE REGARDING DYNAMIC INTERIORS, INC.

8      07/22/02 XEROX CHA  8.00         1.60                          I
       Fp:0207 | Bth:13937*146 | Inv:118631
       Source  : ASCIIC
       Note   : Read 07/23/02 09:48am by jjs
       Comments : DS: Xeroxing Charges -  8 copies on 07/22/2002
```

```
INQUIRY : Case    ' - reference                    12:09pm 01 MAR 06

Client : 19656     HAWAII CARPENTERS JOINT TRUST FUND DELINQUENCY
Case   : 52832     DYNAMIC INTERIORS, INC.              Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S

9    07/22/02 XEROX CHA  8.00            1.60                       I
     Fp:0207 | Bth:13937*147 | Inv:118631
     Source   : ASCIIC
     Note     : Read 07/23/02 09:48am by jjs
     Comments : DS: Xeroxing Charges -  8 copies on 07/22/2002

15   07/22/02 LEGAL SER  0.50 50.00      25.00                      I
     Fp:0207 | Bth:199632*2 | Atty:D. STEIGER (LIT | Inv:118631
     Comments : REVIEW D.C.C.A. WEBSITE AND GENERAL CONTRACTORS ASSOCIATION
                OF HAWAII WEBSITE RE: ADDRESSES FOR ADDITIONAL JOINT CHECK
                REQUEST LETTERS; PREPARE DRAFT JOINT CHECK REQUEST LETTERS
                TO METRIC CONSTRUCTION (NEW ADDRESS), INTERNATIONAL ROOFING
                AND BCP CONSTRUCTION.

19   08/21/02 LEGAL SER  0.10 170.00     17.00                      I
     Fp:0208 | Bth:200816*6 | Atty:DAVID J. MINKIN | Inv:119329
     Comments : REVIEW REQUEST FOR DEFAULT

22   09/25/02 LEGAL SER  0.40 50.00      20.00                      I
     Fp:0209 | Bth:202280*2 | Atty:D. STEIGER (LIT | Inv:119881
     Comments : DISCUSSION WITH DJM RE: UPDATED AMOUNT DUE RE: DYNAMIC
                INTERIORS; TELEPHONE CALL TO GENE SMITH RE: SAME; REVIEW
                EMAIL WITH UPDATED LEDGER RECEIVED FROM GENE SMITH;
                TELEPHONE CONFERENCE WITH GENE SMITH RE: AUTHORITY FOR DJM
                TO NEGOTIATE LD WAIVERS; REVIEW EMAIL FROM GENE SMITH RE:
                LD WAIVERS.

21   09/30/02 LEGAL SER  0.70 170.00     119.00                     I
     Fp:0209 | Bth:202091*9 | Atty:DAVID J. MINKIN | Inv:119881
     Comments : REVIEW STATUS OF DELINQUENCY-DRAFT PROMISSORY NOTE AND
                CALCULATE INTEREST

23   10/07/02 LEGAL SER  0.30 170.00     51.00                      I
     Fp:0210 | Bth:202926*8 | Atty:DAVID J. MINKIN | Inv:120521
     Comments : CONFERENCE WITH E. AGUINALDO REGARDING SETTLEMENT ISSUES

24   10/08/02 LEGAL SER  0.20 170.00     34.00                      I
     Fp:0210 | Bth:202927*2 | Atty:DAVID J. MINKIN | Inv:120521
     Comments : REVIEW CORRESPONDENCE FROM E. AGUINALDO

25   10/15/02 LEGAL SER  0.70 170.00     119.00                     I
     Fp:0210 | Bth:202981*6 | Atty:DAVID J. MINKIN | Inv:120521
     Comments : ATTENTION TO SETTLEMENT ISSUES.

26   10/16/02 LEGAL SER  1.80 170.00     306.00                     I
     Fp:0210 | Bth:202982*3 | Atty:DAVID J. MINKIN | Inv:120521
     Comments : DRAFT SETTLEMENT DOCUMENTS AND PLEADINGS.

27   10/31/02 LEGAL SER  0.60 170.00     102.00                     I
```

```
INQUIRY : Case      - reference                    12:09pm 01 MAR 06

Client  : 19656      HAWAII CARPENTERS JOINT TRUST FUND DELINQUENCY
Case    : 52832      DYNAMIC INTERIORS, INC.              Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S
        Fp:0210 | Bth:203318*9 | Atty:DAVID J. MINKIN | Inv:120521
        Comments : REVISE SETTLEMENT AGREEMENT.

28      11/04/02 LEGAL SER  0.70 170.00      119.00                      I
        Fp:0211 | Bth:204349*2 | Atty:DAVID J. MINKIN | Inv:121260
        Comments : ATTENTION TO SETTLEMENT ISSUES AND ATTEND STATUS CONFERENCE.

30      11/25/02 LEGAL SER  0.80 170.00      136.00                      I
        Fp:0211 | Bth:204523*4 | Atty:DAVID J. MINKIN | Inv:121260
        Comments : REVISE PROMISSORY NOTE AND CALCULATE AMORTIZATION TABLE.

31      11/26/02 LEGAL SER  0.80 170.00      136.00                      I
        Fp:0211 | Bth:204524*7 | Atty:DAVID J. MINKIN | Inv:121260
        Comments : DRAFT LETTER RE: SETTLEMENT PROPOSAL; FINALIZE ALL OTHER
                   DOCUMENTS.

29      11/27/02 XEROX CHA 20.00               4.00                      I
        Fp:0211 | Bth:14319*102 | Inv:121260
        Source   : ASCIIC
        Note     : Read 12/02/02 02:10pm by jjs
        Comments : RR: Xeroxing Charges - 20 copies on 11/27/2002

32      12/02/02 LEGAL SER  0.25 170.00       42.50                      I
        Fp:0212 | Bth:205459*6 | Atty:LORRAINE H. AKI | Inv:121589
        Comments : CONFERENCE WITH DJM RE: FOLLOW UP.

33      12/03/02 LEGAL SER  0.25 170.00       42.50                      I
        Fp:0212 | Bth:205461*4 | Atty:LORRAINE H. AKI | Inv:121589
        Comments : FOLLOW UP RE: ASSET CHECK UPDATE.

34      12/27/02 LEGAL SER  1.00 170.00      170.00                      I
        Fp:0212 | Bth:206012*5 | Atty:DAVID J. MINKIN | Inv:121589
        Comments : DRAFT MOTION FOR DEFAULT JUDGMENT

35      12/31/02 LEGAL SER  0.20 170.00       34.00                      I
        Fp:0212 | Bth:206015*9 | Atty:DAVID J. MINKIN | Inv:121589
        Comments : RECEIVED CALL FROM DE. KEKUA AT HEIDE & COOK RE MONIES OWED

46      01/08/03 LEGAL SER  0.25  50.00       12.50                      I
        Fp:0302 | Bth:207547*9 | Atty:D. STEIGER (LIT | Inv:122364
        Comments : PREPARE DRAFT JOINT CHECK LETTER TO HEIDE & COOK; FINALIZE
                   ·MOTION FOR DEFAULT FILING.

36      01/09/03 XEROX CHA  4.00               0.80                      I
        Fp:0301 | Bth:14487*82 | Inv:122364
        Source   : ASCIIC
        Note     : Read 01/14/03 03:52pm by jjs
        Comments : DS: Xeroxing Charges - 4 copies on 01/09/2003

37      01/09/03 XEROX CHA  2.00               0.40                      I
```

```
INQUIRY : Case      - reference                    12:09pm 01 MAR 06

Client  : 19656    HAWAII CARPENTERS JOINT TRUST FUND DELINQUENCY
Case    : 52832    DYNAMIC INTERIORS, INC.              Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S
       Fp:0301 | Bth:14487*83 | Inv:122364
       Source  : ASCIIC
       Note    : Read 01/14/03 03:52pm by jjs
       Comments : DS: Xeroxing Charges -  2 copies on 01/09/2003

38     01/09/03 XEROX CHA 84.00          16.80                        I
       Fp:0301 | Bth:14487*84 | Inv:122364
       Source  : ASCIIC
       Note    : Read 01/14/03 03:52pm by jjs
       Comments : DS: Xeroxing Charges -  84 copies on 01/09/2003

43     01/09/03 LEGAL SER  0.20 170.00       34.00   0.75 170.00  127.50 I
       Fp:0301 | Bth:207032*3 | Atty:DAVID J. MINKIN | Inv:122364
       Comments : REVIEW AND REVISE ONE JOINT CHECK LETTER (HEIDE AND COOK);
                  FINALIZE MOTION FOR DEFAULT

47     01/09/03 LEGAL SER  0.40  50.00       20.00                     I
       Fp:0302 | Bth:207698*1 | Atty:D. STEIGER (LIT | Inv:122364
       Comments : FINALIZE AND FILE ENTRY OF DEFAULT WITH CLERK

39     01/15/03 XEROX CHA 57.00          11.40                         I
       Fp:0301 | Bth:14496*91 | Inv:122364
       Source  : ASCIIC
       Note    : Read 01/17/03 11:19am by jjs
       Comments : DS: Xeroxing Charges -  57 copies on 01/15/2003

40     01/15/03 XEROX CHA 23.00           4.60                         I
       Fp:0301 | Bth:14496*92 | Inv:122364
       Source  : ASCIIC
       Note    : Read 01/17/03 11:19am by jjs
       Comments : CIK: Xeroxing Charges -  23 copies on 01/15/2003

41     01/15/03 XEROX CHA700.00         140.00                         I
       Fp:0301 | Bth:14496*93 | Inv:122364
       Source  : ASCIIC
       Note    : Read 01/17/03 11:19am by jjs
       Comments : CHAD: Xeroxing Charges -  700 copies on 01/15/2003

42     01/16/03 XEROX CHA 42.00           8.40                         I
       Fp:0301 | Bth:14498*272 | Inv:122364
       Source  : ASCIIC
       Note    : Read 01/17/03 11:20am by jjs
       Comments : DS: Xeroxing Charges -  42 copies on 01/16/2003

48     01/16/03 LEGAL SER  0.30 170.00       51.00                     I
       Fp:0302 | Bth:207699*1 | Atty:DAVID J. MINKIN | Inv:122364
       Comments : REVIEW DRAFT OF MOTION FOR JUDGMENT

49     01/16/03 LEGAL SER  0.80  50.00       40.00                     I
       Fp:0302 | Bth:207699*2 | Atty:D. STEIGER (LIT | Inv:122364
```

```
INQUIRY : Case      - reference                    12:09pm 01 MAR 06

Client  : 19656     HAWAII CARPENTERS JOINT TRUST FUND DELINQUENCY
Case    : 52832     DYNAMIC INTERIORS, INC.                  Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S
       Comments : PREPARE, FINALIZE, AND FILE MOTION FOR JUDGMENT

44   01/21/03 LEGAL SER  0.25 170.00     42.50                          I
     Fp:0301 | Bth:207302*10 | Atty:LORRAINE H. AKI | Inv:122364
     Comments : REVIEW FAX FROM G. SMITH RE: PAYMENT.

45   01/22/03 LEGAL SER  0.25 170.00     42.50                          I
     Fp:0301 | Bth:207336*2 | Atty:LORRAINE H. AKI | Inv:122364
     Comments : REVIEW FAX FROM G. SMITH RE: REPORTS STATUS AND NO RESPONSE.

51   02/14/03 LEGAL SER  0.20 170.00     34.00                          I
     Fp:0302 | Bth:208215*8 | Atty:DAVID J. MINKIN | Inv:122823
     Comments : ATTENTION TO DELINQUENCY ISSUES.

54   02/20/03 LEGAL SER  0.20 170.00     34.00                          I
     Fp:0302 | Bth:208482*2 | Atty:DAVID J. MINKIN | Inv:122823
     Comments : REVIEW CORRESPONDENCE OF E. AQUINALDO REGARDING MONIES OWED

65   02/20/03 FAX CHARG                   0.40                          I
     Fp:0304 | Bth:14742*2380 | Inv:124070
     Source   : ASCIIC
     Note     : Read 04/15/03 09:48am by jjs
     Comments : DS: Fax Charges: On 02/20/2003 to 8412900. Pages= 2 OrigAmt=
                .4 Toll= 0 Dur= 1.433333min.

50   02/21/03 XEROX CHA  3.00             0.60                          I
     Fp:0302 | Bth:14604*65 | Inv:122823
     Source   : ASCIIC
     Note     : Read 02/24/03 10:11am by jjs
     Comments : DS: Xeroxing Charges -  3 copies on 02/21/2003

52   02/27/03 LEGAL SER  0.30 170.00     51.00                          I
     Fp:0302 | Bth:208263*6 | Atty:DAVID J. MINKIN | Inv:122823
     Comments : CONFERENCE WITH A. EVANGELISTA RE:  POSSIBLE SETTLEMENT.

53   02/28/03 LEGAL SER  0.30 170.00     51.00                          I
     Fp:0302 | Bth:208266*4 | Atty:DAVID J. MINKIN | Inv:122823
     Comments : REVIEW UPDATED AUDIT LETTER FROM CLIENT; CONFERENCE WITH A.
                EVANGELISTA RE:  SAME.

59   03/03/03 LEGAL SER  1.20 170.00    204.00                          I
     Fp:0303 | Bth:209260*4 | Atty:DAVID J. MINKIN | Inv:123338
     Comments : Prepare for and attend meeting with debtor and attorney.

60   03/04/03 LEGAL SER  0.30 170.00     51.00                          I
     Fp:0303 | Bth:209280*2 | Atty:DAVID J. MINKIN | Inv:123338
     Comments : Attention to audit amount and monies owed.

61   03/04/03 LEGAL SER  0.30 170.00     51.00                          I
     Fp:0303 | Bth:209280*11 | Atty:DAVID J. MINKIN | Inv:123338
```

```
INQUIRY : Case      - reference                    12:09pm 01 MAR 06

Client  : 19656       HAWAII CARPENTERS JOINT TRUST FUND DELINQUENCY
Case    : 52832       DYNAMIC INTERIORS, INC.              Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S
       Comments : Review materials received from debtor.

66    03/04/03 FAX CHARG              2.60                              I
      Fp:0304 | Bth:14742*2381 | Inv:124070
      Source   : ASCIIC
      Note     : Read 04/15/03 09:48am by jjs
      Comments : DS: Fax Charges: On 03/04/2003 to 8412900. Pages= 13
                 OrigAmt= 2.6 Toll= 0 Dur= 8.516666min.

67    03/04/03 XEROX CHA 14.00        2.80                              I
      Fp:0304 | Bth:14742*2382 | Inv:124070
      Source   : ASCIIC
      Note     : Read 04/15/03 09:48am by jjs
      Comments : DS: Xeroxing Charges -  14 copies on 03/04/2003

55    03/05/03 LEGAL SER  2.00 170.00     340.00                       I
      Fp:0303 | Bth:208816*2 | Atty:LORRAINE H. AKI | Inv:123338
      Comments : REVIEW EMEMOS FROM G. SMITH RE: JOINT CHECK PAYMENT STATUS
                 AND VERIFICATION OF PAYMENTS; CONFERENCE WITH DJM RE: SAME;
                 REVIEW G. SMITH EMEMO RE: REVIEW OF PAYMENT APPLICATION.

62    03/05/03 LEGAL SER  0.20 170.00      34.00                       I
      Fp:0303 | Bth:209456*10 | Atty:DAVID J. MINKIN | Inv:123338
      Comments : Attention to audit delinquencies regarding allocation of
                 funds.

63    03/06/03 LEGAL SER  0.30 170.00      51.00                       I
      Fp:0303 | Bth:209662*8 | Atty:DAVID J. MINKIN | Inv:123338
      Comments : CONFERENCE WITH COURT AND A. EVANGELISTA RE CONTINUE
                 HEARING.

56    03/07/03 LEGAL SER  0.25 170.00      42.50                       I
      Fp:0303 | Bth:208842*2 | Atty:LORRAINE H. AKI | Inv:123338
      Comments : REVIEW APPEARANCE OF COUNSEL.

64    03/07/03 LEGAL SER  0.20 170.00      34.00                       I
      Fp:0303 | Bth:209755*2 | Atty:DAVID J. MINKIN | Inv:123338
      Comments : ATTENTION TO ADDITIONAL DOCUMENTS REQUESTED.

57    03/13/03 LEGAL SER  0.20 170.00      34.00                       I
      Fp:0303 | Bth:209266*4 | Atty:DAVID J. MINKIN | Inv:123338
      Comments : CONFERENCE WITH A. EVANGELISTA'S OFFICE RE: DOCUMENT
                 PRODUCTION.

58    03/20/03 LEGAL SER  0.40 170.00      68.00                       I
      Fp:0303 | Bth:209275*3 | Atty:DAVID J. MINKIN | Inv:123338
      Comments : CONFERENCE WITH A. EVANGELISTA'S OFFICE RE: REQUESTED
                 DOCUMENTS; CONFERENCE WITH COURT RE: RESET HEARING.

68    04/22/03 LEGAL SER  0.20 170.00      34.00                       I
```

```
INQUIRY : Case      - reference                    12:09pm 01 MAR 06

Client  : 19656     HAWAII CARPENTERS JOINT TRUST FUND DELINQUENCY
Case    : 52832     DYNAMIC INTERIORS, INC.                Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S
       Fp:0304 | Bth:210926*6 | Atty:DAVID J. MINKIN | Inv:124070
       Comments : ATTENTION TO AUDIT RESOLUTION ISSUES.

69     04/23/03 LEGAL SER  0.30 170.00      51.00                     I
       Fp:0304 | Bth:211014*12 | Atty:DAVID J. MINKIN | Inv:124070
       Comments : ATTENTION TO STATUS OF AUDIT - CALL COUNSEL AND COURT RE:
                  UPDATE.

70     05/12/03 FAX CHARG               0.40                          I
       Fp:0305 | Bth:14832*99 | Inv:125154
       Source   : ASCIIC
       Note     : Read 05/13/03 09:14am by jjs
       Comments : DS: Fax Charges: On 05/12/2003 to 8412900. Pages= 2 OrigAmt=
                  .4 Toll= 0 Dur= 1.45min.

76     05/12/03 LEGAL SER  0.10  50.00       5.00                     I
       Fp:0305 | Bth:211850*7 | Atty:D. STEIGER (LIT | Inv:125154
       Comments : PREPARE FACSIMILE TRANSMITTAL TO GENE SMITH ENCLOSING
                  LETTER FROM EVANGELISTA RE: AUDIT.

79     05/12/03 LEGAL SER  0.20 170.00      34.00                     I
       Fp:0305 | Bth:211956*3 | Atty:DAVID J. MINKIN | Inv:125154
       Comments : REVIEW CORRESPONDENCE FROM A. EVANGELISTA AND REVIEW
                  TRANSMITTAL TO CLIENT.

71     05/13/03 XEROX CHA  3.00               0.60                    I
       Fp:0305 | Bth:14836*98 | Inv:125154
       Source   : ASCIIC
       Note     : Read 05/14/03 08:01am by jjs
       Comments : DS: Xeroxing Charges -  3 copies on 05/13/2003

77     05/13/03 LEGAL SER  0.10  50.00       5.00                     I
       Fp:0305 | Bth:211851*1 | Atty:D. STEIGER (LIT | Inv:125154
       Comments : REVIEW EMAIL FROM LEANNE KUNIHISA RE: DATES FOR AUDIT;
                  FORWARD TO DJM.

72     05/27/03 FAX CHARG               0.40                          I
       Fp:0305 | Bth:14878*75 | Inv:125154
       Source   : ASCIIC
       Note     : Read 05/28/03 08:07am by lmw
       Comments : DS: Fax Charges: On 05/27/2003 to 5239476. Pages= 2 OrigAmt=
                  .4 Toll= 0 Dur= .75min.

73     05/27/03 XEROX CHA  3.00               0.60                    I
       Fp:0305 | Bth:14878*76 | Inv:125154
       Source   : ASCIIC
       Note     : Read 05/28/03 08:07am by lmw
       Comments : DS: Xeroxing Charges -  3 copies on 05/27/2003

74     05/27/03 XEROX CHA  3.00               0.60                    I
```

```
INQUIRY : Case      - reference                      12:09pm 01 MAR 06

Client  : 19656     HAWAII CARPENTERS JOINT TRUST FUND DELINQUENCY
Case    : 52832     DYNAMIC INTERIORS, INC.               Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S
       Fp:0305 | Bth:14878*77 | Inv:125154
       Source  : ASCIIC
       Note    : Read 05/28/03 08:07am by lmw
       Comments : DS: Xeroxing Charges -  3 copies on 05/27/2003

75     05/27/03 XEROX CHA  3.00           0.60                           I
       Fp:0305 | Bth:14878*78 | Inv:125154
       Source  : ASCIIC
       Note    : Read 05/28/03 08:07am by lmw
       Comments : DS: Xeroxing Charges -  3 copies on 05/27/2003

78     05/27/03 LEGAL SER  0.50 50.00     25.00                          I
       Fp:0305 | Bth:211859*2 | Atty:D. STEIGER (LIT | Inv:125154
       Comments : PREPARE DRAFT LETTER TO OPPOSING COUNSEL RE: RESCHEDULED
                  MOTION FOR DEFAULT; PREPARE DRAFT LETTER TO OPPOSING
                  COUNSEL RE: DATES FOR AUDIT.

86     05/27/03 LEGAL SER  0.70 170.00    119.00                         I
       Fp:0305 | Bth:0DJM12931*3 | Atty:DAVID J. MINKIN | Inv:125154
       Source  : ABT-125-14
       Note    : Transferred from: 19656*51262*994
       Comments : Call Court re:  Hearing on Default Motion; REVIEW/REVISE
                  letters to counsel re:  hearing date & audit by staff.

80     06/03/03 LEGAL SER  0.25 170.00    42.50                          I
       Fp:0306 | Bth:212492*6 | Atty:LORRAINE H. AKI | Inv:125375
       Comments : CONFERENCE WITH D. MINKIN RE FOLLOW-UP ON AUDIT.

82     06/05/03 LEGAL SER  0.20 170.00    34.00   0.30 170.00    51.00 I
       Fp:0306 | Bth:0DJM12940*5 | Atty:DAVID J. MINKIN | Inv:125375
       Source  : ABT-146-123
       Comments : Attention to audit issues and pending hearing.

83     06/06/03 LEGAL SER  0.20 170.00    34.00                          I
       Fp:0306 | Bth:0DJM12941*6 | Atty:DAVID J. MINKIN | Inv:125375
       Source  : ABT-146-135
       Comments : Follow up re:  audit review and hearing continuance.

84     06/12/03 LEGAL SER  0.20 170.00    34.00                          I
       Fp:0306 | Bth:0DJM12947*5 | Atty:DAVID J. MINKIN | Inv:125375
       Source  : ABT-147-180
       Comments : Attention to scheduling audit.

85     06/16/03 LEGAL SER  0.20 170.00    34.00                          I
       Fp:0306 | Bth:0DJM12951*11 | Atty:DAVID J. MINKIN | Inv:125375
       Source  : ABT-147-216
       Comments : Follow up re:  audit review and hearing with debtor's
                  counsel.

81     06/25/03 LEGAL SER  0.25 50.00     12.50                          I
```

```
INQUIRY : Case      - reference                      12:09pm 01 MAR 06

Client  : 19656      HAWAII CARPENTERS JOINT TRUST FUND DELINQUENCY
Case    : 52832      DYNAMIC INTERIORS, INC.              Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ...Time ..Rate .......Amt S
           Fp:0306 | Bth:0DS612960*2 | Atty:D. STEIGER (LIT | Inv:125375
           Source  : ABT-143-20
           Comments : TELEPHONE CALL FROM ROSE AT EVANGELISTA'S OFFICE RE:
                    DYNAMIC OWNER NOT RESPONDING TO VOICE MAILS ON HIS CELL
                    PHONE RE: NEW DATES FOR AUDIT AND WILL NOT RETURN TO TOWN
                    UNTIL JULY 3, 2003; DISCUSSION WITH DJM RE: HOW TO PROCEED;
                    TELEPHONE CALL TO ROSE RE: AUDIT MUST BE COMPLETED BY JULY
                    25 (HEARING DATE FOR MOTION FOR DEFAULT).

87    06/25/03 LEGAL SER  0.20 170.00      34.00                        I
           Fp:0306 | Bth:0DJM12960*4 | Atty:DAVID J. MINKIN | Inv:125375
           Source  : ABT-148-306
           Comments : Follow up re:   audit and hearing dates.

88    07/03/03 LEGAL SER  0.25  50.00      12.50                        I
           Fp:0307 | Bth:0DS612968*1 | Atty:D. STEIGER (LIT | Inv:125999
           Source  : ABT-150-43
           Comments : REVIEW EMAIL FROM LEANNE KUNIHISA RE: STATUS OF NEW AUDIT
                    DATES; PREPARE EMAIL RESPONSE TO LEANNE KUNIHISA RE: SAME.

94    07/03/03 LEGAL SER  0.20 170.00      34.00                        I
           Fp:0307 | Bth:0DJM12968*1 | Atty:DAVID J. MINKIN | Inv:125999
           Source  : ABT-171-349
           Comments : Attention to audit matter and resetting of hearing.

89    07/07/03 LEGAL SER  0.50  50.00      25.00                        I
           Fp:0307 | Bth:0DS612972*1 | Atty:D. STEIGER (LIT | Inv:125999
           Source  : ABT-151-45
           Comments : TELEPHONE CALL FROM ROSE AT EVANGELISTA'S OFFICE RE: AUDIT
                    DATES OF JULY 21st AND 22nd ARE GOOD FOR THEIR CLIENT;
                    TELEPHONE CALL TO LEANNE KUNIHISA RE: SAME; TELEPHONE CALL
                    TO ROSE TO CONFIRM THE AUDIT ON JULY 21 AND 22 AT DYNAMIC'S
                    OFFICES WITHOUT ATTORNEYS PRESENT; PREPARE DRAFT LETTER TO
                    EVANGELISTA CONFIRMING SAME.

90    07/07/03 FAX CHARG                     0.40                       I
           Fp:0307 | Bth:15000*83 | Inv:125999
           Source  : ASCIIC
           Note    : Read 07/08/03 08:07am by lmw
           Comments : DS: Fax Charges: On 07/07/2003 to 5239476. Pages= 2 OrigAmt=
                    .4 Toll= 0 Dur= 1.1min.

91    07/07/03 FAX CHARG                     0.40                       I
           Fp:0307 | Bth:15000*84 | Inv:125999
           Source  : ASCIIC
           Note    : Read 07/08/03 08:07am by lmw
           Comments : DS: Fax Charges: On 07/07/2003 to 8412900. Pages= 2 OrigAmt=
                    .4 Toll= 0 Dur= 1.483333min.

92    07/07/03 XEROX CHA  5.00               1.00                       I
```

```
INQUIRY : Case      - reference                    12:09pm 01 MAR 06

Client : 19656      HAWAII CARPENTERS JOINT TRUST FUND DELINQUENCY
Case   : 52832      DYNAMIC INTERIORS, INC.               Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S
        Fp:0307 | Bth:15000*85 | Inv:125999
        Source  : ASCIIC
        Note    : Read 07/08/03 08:07am by lmw
        Comments : DS: Xeroxing Charges -  5 copies on 07/07/2003

95      07/07/03 LEGAL SER  0.20 170.00     34.00                         I
        Fp:0307 | Bth:0DJM12972*2 | Atty:DAVID J. MINKIN | Inv:125999
        Source  : ABT-171-351
        Comments : Attention to audit matter.

93      07/21/03 LEGAL SER  0.20  50.00     10.00                         I
        Fp:0307 | Bth:0DS612986*1 | Atty:D. STEIGER (LIT | Inv:125999
        Source  : ABT-161-59
        Comments : TELEPHONE MESSAGE FROM ROSE AT EVANGELISTA'S OFFICE RE:
                   AUDITORS HAVE NOT ARRIVED FOR AUDIT; TELEPHONE CALL TO
                   LEANNE KUNIHISA RE: STATUS - LEFT MESSAGE; TELEPHONE CALL TO
                   GENE SMITH RE: SAME - LEFT MESSAGE; RETURN CALL FROM GENE
                   SMITH RE: THEY HAD ALREADY LEFT SO THEY SHOULD BE THERE OR
                   ON THEIR WAY.

96      08/20/03 LEGAL SER  0.25  50.00     12.50                         I
        Fp:0308 | Bth:0DS613016*2 | Atty:D. STEIGER (LIT | Inv:126771
        Source  : ABT-185-69
        Comments : PREPARE EMAIL TO LEANNE KUNIHISA RE: STATUS OF AUDIT
                   RESULTS; REVIEW EMAIL FROM RONALD TRAN RE: SAME.

97      08/28/03 LEGAL SER  0.40 170.00     68.00                         I
        Fp:0308 | Bth:0DJM13024*5 | Atty:DAVID J. MINKIN | Inv:126771
        Source  : ABT-192-798
        Comments : Conferences with court and A. Evangelista's office re:
                   continuance of Motion for Default Judgment.

100     09/04/03 LEGAL SER  0.20 170.00     34.00                         I
        Fp:0309 | Bth:0DJM13031*7 | Atty:DAVID J. MINKIN | Inv:127572
        Source  : ABT-214-913
        Comments : Attention to audit status and hearing.

98      09/15/03 FAX CHARG                   0.20                         I
        Fp:0309 | Bth:15189*64 | Inv:127572
        Source  : ASCIIC
        Note    : Read 09/16/03 08:17am by lmw
        Comments : DS: Fax Charges: On 09/15/2003 to 8412900. Pages= 1 OrigAmt=
                   .2 Toll= 0 Dur= .45min.

99      09/15/03 FAX CHARG                   0.40                         I
        Fp:0309 | Bth:15189*65 | Inv:127572
        Source  : ASCIIC
        Note    : Read 09/16/03 08:17am by lmw
        Comments : DS: Fax Charges: On 09/15/2003 to 8412900. Pages= 2 OrigAmt=
                   .4 Toll= 0 Dur= 1.166667min.
```

```
INQUIRY : Case      - reference                    12:09pm 01 MAR 06

Client  : 19656     HAWAII CARPENTERS JOINT TRUST FUND DELINQUENCY
Case    : 52832     DYNAMIC INTERIORS, INC.               Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ...Time ..Rate .......Amt S
101   10/09/03 LEGAL SER  0.30 50.00      15.00                          I
      Fp:0310 | Bth:0DS613066*1 | Atty:D. STEIGER (LIT | Inv:128038
      Source   : ABT-221-96
      Comments : REVIEW EMAIL FROM LEANNE KUNIHISA AND UPDATED LEDGER;
                 PREPARE DRAFT LETTER TO ALFREDO EVANGELISTA, ESQ., ATTORNEY
                 FOR DYNAMIC INTERIORS, ENCLOSING THE UPDATED LEDGER.

108   10/09/03 LEGAL SER  0.20 170.00     34.00                          I
      Fp:0310 | Bth:0DJM13066*2 | Atty:DAVID J. MINKIN | Inv:128038
      Source   : ABT-238-1062
      Comments : Review materials form client and revise demand letter.

102   10/10/03 XEROX CHA  8.00             1.60                          I
      Fp:0310 | Bth:15267*41 | Inv:128038
      Source   : ASCIIC
      Note     : Read 10/13/03 08:33am by jds
      Comments : DS: Xeroxing Charges -  8 copies on 10/10/2003

103   10/27/03 LEGAL SER  0.10 50.00       5.00                          I
      Fp:0310 | Bth:0DS613084*1 | Atty:D. STEIGER (LIT | Inv:128038
      Source   : ABT-234-106
      Comments : REVIEW EMAIL FROM LEANNE KUNIHISA ATTACHING UPDATED LEDGER
                 RE: AUGUST DELINQUENCIES (NO PAYMENT RECEIVED).

104   10/28/03 LEGAL SER  0.50 50.00      25.00                          I
      Fp:0310 | Bth:0DS613085*1 | Atty:D. STEIGER (LIT | Inv:128038
      Source   : ABT-234-107
      Comments : TELEPHONE CONFERENCES WITH LEANNE KUNIHISA RE: UPDATED
                 LEDGER; PREPARE DRAFT LETTER TO ALFREDO EVANGELISTA, ESQ.,
                 ATTORNEY FOR DYNAMIC, ENCLOSING UPDATED LEDGER AND DEMANDING
                 GOOD FAITH PAYMENT; PREPARE FACSIMILE TRANSMITTALS TO
                 ALFREDO EVANGELISTA AND GENE SMITH

105   10/28/03 FAX CHARG                   1.00                          I
      Fp:0310 | Bth:15317*74 | Inv:128038
      Source   : ASCIIC
      Note     : Read 10/29/03 08:42am by jds
      Comments : DS: Fax Charges: On 10/28/2003 to 5239476. Pages= 5 OrigAmt=
                 1 Toll= 0 Dur= 3.016667min.

106   10/28/03 FAX CHARG                   1.00                          I
      Fp:0310 | Bth:15317*75 | Inv:128038
      Source   : ASCIIC
      Note     : Read 10/29/03 08:42am by jds
      Comments : DS: Fax Charges: On 10/28/2003 to 8412900. Pages= 5 OrigAmt=
                 1 Toll= 0 Dur= 2.966667min.

109   10/28/03 LEGAL SER  0.20 170.00     34.00                          I
      Fp:0310 | Bth:0DJM13085*2 | Atty:DAVID J. MINKIN | Inv:128038
      Source   : ABT-238-1055
```

```
INQUIRY : Case     - reference                    12:09pm 01 MAR 06

Client  : 19656      HAWAII CARPENTERS JOINT TRUST FUND DELINQUENCY
Case    : 52832      DYNAMIC INTERIORS, INC.            Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S
       Comments : Review and revise follow up demand letter to counsel.

107   10/29/03 XEROX CHA 12.00          2.40                         I
      Fp:0310 | Bth:15321*42 | Inv:128038
      Source   : ASCIIC
      Note     : Read 10/30/03 08:21am by jds
      Comments : DS: Xeroxing Charges -  12 copies on 10/29/2003

110   10/30/03 LEGAL SER  0.20 170.00     34.00                      I
      Fp:0310 | Bth:0DJM13087*1 | Atty:DAVID J. MINKIN | Inv:128038
      Source   : ABT-238-1054
      Comments : Follow up with Dynamic's counsel re:  payments owed.

111   11/05/03 LEGAL SER  0.25  50.00     12.50                      I
      Fp:0311 | Bth:0DS613093*1 | Atty:D. STEIGER (LIT | Inv:128761
      Source   : ABT-242-113
      Comments : REVIEW FACSIMILE/LETTER RECEIVED FROM ALFREDO EVANGLISTA,
                 ESQ.; PREPARE FACSIMILE TRANSMITTAL TO GENE SMITH ENCLOSING
                 SAME.

112   11/05/03 FAX CHARG           0.40                               I
      Fp:0311 | Bth:15347*66 | Inv:128761
      Source   : ASCIIC
      Note     : Read 11/07/03 01:26pm by jds
      Comments : DS: Fax Charges: On 11/05/2003 to 8412900. Pages= 2 OrigAmt=
                 .4 Toll= 0 Dur= 2.183333min.

113   11/05/03 FAX CHARG           0.60                               I
      Fp:0311 | Bth:15347*67 | Inv:128761
      Source   : ASCIIC
      Note     : Read 11/07/03 01:26pm by jds
      Comments : DS: Fax Charges: On 11/05/2003 to 8412900. Pages= 3 OrigAmt=
                 .6 Toll= 0 Dur= 1.983333min.

114   11/05/03 XEROX CHA  4.00          0.80                          I
      Fp:0311 | Bth:15347*68 | Inv:128761
      Source   : ASCIIC
      Note     : Read 11/07/03 01:26pm by jds
      Comments : DS: Xeroxing Charges -  4 copies on 11/05/2003

119   11/05/03 LEGAL SER  0.20 170.00     34.00                      I
      Fp:0311 | Bth:0DJM13093*1 | Atty:DAVID J. MINKIN | Inv:128761
      Source   : ABT-262-1310
      Comments : Review letter from A. Evangelista re:  payments.

115   11/11/03 LEGAL SER  0.20  50.00     10.00                      I
      Fp:0311 | Bth:0DS613099*2 | Atty:D. STEIGER (LIT | Inv:128761
      Source   : ABT-246-117
      Comments : PREPARE E-MAIL TO GENE SMITH RE: PROPOSED PAYMENT SCHEDULE
                 FROM DYNAMIC AND REQUEST FOR LIST OF PAYMENTS FROM DYNAMIC
```

```
INQUIRY : Case      - reference                    12:09pm 01 MAR 06

Client : 19656      HAWAII CARPENTERS JOINT TRUST FUND DELINQUENCY
Case   : 52832      DYNAMIC INTERIORS, INC.                  Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S
                IN 2000, 2001, 2002 AND 2003.

116   11/11/03 XEROX CHA  4.00           0.80                        I
      Fp:0311 | Bth:15356*38 | Inv:128761
      Source  : ASCIIC
      Note    : Read 11/12/03 02:47pm by jds
      Comments : DS: Xeroxing Charges -  4 copies on 11/11/2003

117   11/12/03 LEGAL SER  0.50  50.00     25.00                      I
      Fp:0311 | Bth:0DS613100*1 | Atty:D. STEIGER (LIT | Inv:128761
      Source  : ABT-247-118
      Comments : TELEPHONE CALL FROM LEANNE KUNIHISA RE: LISTING OF CHECKS
                 RECEIVED FROM DYNAMIC OR ON BEHALF OF DYNAMIC FROM 2000
                 THROUGH THE PRESENT; REVIEW EMAIL FROM GENE SMITH RE: SAME;
                 PREPARE EMAIL RESPONSE TO GENE SMITH WITH REQUESTED
                 INFORMATION.

120   11/12/03 LEGAL SER  0.20 170.00     34.00                      I
      Fp:0311 | Bth:0DJM13100*7 | Atty:DAVID J. MINKIN | Inv:128761
      Source  : ABT-262-1392
      Comments : Follow up re:  audit documents and monies owed.

118   11/18/03 LEGAL SER  2.50  50.00    125.00                      I
      Fp:0311 | Bth:0DS613106*5 | Atty:D. STEIGER (LIT | Inv:128761
      Source  : ABT-253-129
      Comments : REVIEW DOCUMENTATION PROVIDED BY DYNAMIC INTERIORS; REVIEW
                 LIST OF CHECKS RECEIVED FROM LEANNE KUNIHISA; PREPARE
                 RECONCILIATIONS FOR 2000 AND 2001; DISCUSS SAME WITH DJM;
                 PREPARE EMAIL TO LEANNE KUNIHISA AND GENE SMITH ATTACHING
                 DYNAMIC HAND-WRITTEN DOCUMENTATION AND HCTF RECONCILIATIONS
                 FOR THEIR REVIEW AND COMMENT

121   11/19/03 LEGAL SER  0.20 170.00     34.00                      I
      Fp:0311 | Bth:0DJM13107*10 | Atty:DAVID J. MINKIN | Inv:128761
      Source  : ABT-262-1437
      Comments : Follow up to audit request.

129   12/04/03 LEGAL SER  0.20 170.00     34.00                      I
      Fp:0312 | Bth:0DJM13122*9 | Atty:DAVID J. MINKIN | Inv:129186
      Source  : ABT-288-1676
      Comments : Attention to status update.

122   12/08/03 XEROX CHA 12.00            2.40                       I
      Fp:0312 | Bth:15430*100 | Inv:129186
      Source  : ASCIIC
      Note    : Read 12/09/03 09:37am by jds
      Comments : KS: Xeroxing Charges -  12 copies on 12/08/2003

123   12/08/03 XEROX CHA 22.00            4.40                       I
      Fp:0312 | Bth:15430*101 | Inv:129186
```

```
INQUIRY : Case      - reference                    12:09pm 01 MAR 06

Client  : 19656     HAWAII CARPENTERS JOINT TRUST FUND DELINQUENCY
Case    : 52832     DYNAMIC INTERIORS, INC.            Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S
          Source   : ASCIIC
          Note     : Read 12/09/03 09:37am by jds
          Comments : KS: Xeroxing Charges - 22 copies on 12/08/2003

  126   12/08/03 LEGAL SER  0.60  50.00      30.00                          I
          Fp:0312 | Bth:218906*2 | Atty:K. SAGUIBO (LEG | Inv:129186
          Comments : PREPARE JOINT CHECK REQUEST LETTERS TO:  PER, INC., KIEWIT
                     PACIFIC CO., AND TAISEI CONSTRUCTION CORP.

  127   12/08/03 LEGAL SER  0.30 170.00      51.00                          I
          Fp:0312 | Bth:0DJM13126*6 | Atty:DAVID J. MINKIN | Inv:129186
          Source   : ABT-287-1499
          Comments : Review materials; finalize joint check letters (Kiewit
                     Pacific, PER & Taisei Construction).

  124   12/19/03 XEROX CHA 13.00              2.60                          I
          Fp:0312 | Bth:15457*39 | Inv:129186
          Source   : ASCIIC
          Note     : Read 12/22/03 08:18am by jds
          Comments : KS: Xeroxing Charges - 13 copies on 12/19/2003

  125   12/19/03 FAX CHARG                    1.60                          I
          Fp:0312 | Bth:15457*40 | Inv:129186
          Source   : ASCIIC
          Note     : Read 12/22/03 08:18am by jds
          Comments : KS: Fax Charges: On 12/19/2003 to 8412900. Pages= 8 OrigAmt=
                     1.6 Toll= 0 Dur= 4.283333min.

  128   12/19/03 LEGAL SER  0.20 170.00      34.00                          I
          Fp:0312 | Bth:0DJM13137*1 | Atty:DAVID J. MINKIN | Inv:129186
          Source   : ABT-287-1479
          Comments : Review materials from A. Evangelista and transmit to client.

  130   01/14/04 LEGAL SER  0.25 170.00      42.50                          I
          Fp:0401 | Bth:219557*6 | Atty:LORRAINE H. AKI | Inv:129824
          Comments : REVIEW EMEMO FROM R. TRAN RE DEMAND LETTER REQUEST RE AUDIT
                     AND REPORTS

  136   01/14/04 LEGAL SER  0.20 170.00      34.00                          I
          Fp:0401 | Bth:0DJM13163.1*6 | Atty:DAVID J. MINKIN | Inv:129824
          Source   : ABT-312-1803
          Comments : Attention to delinquency matters.

  143   01/14/04 LEGAL SER  0.20  50.00      10.00                          I
          Fp:0402 | Bth:220419*1 | Atty:K. SAGUIBO (LEG | Inv:129824
          Comments : REVIEW EMEMO FROM R. TRAN RE AUDIT REQUESTS

  131   01/16/04 XEROX CHA  8.00              1.60                          I
          Fp:0401 | Bth:15524*55 | Inv:129824
          Source   : ASCIIC
```

```
INQUIRY : Case     - reference                    12:09pm 01 MAR 06

Client : 19656     HAWAII CARPENTERS JOINT TRUST FUND DELINQUENCY
Case   : 52832     DYNAMIC INTERIORS, INC.              Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S
       Note    : Read 01/20/04 09:36am by jds
       Comments : KS: Xeroxing Charges -  8 copies on 01/16/2004

132    01/16/04 FAX CHARG            0.60                        I
       Fp:0401 | Bth:15524*56 | Inv:129824
       Source  : ASCIIC
       Note    : Read 01/20/04 09:36am by jds
       Comments : KS: Fax Charges: On 01/16/2004 to 5239476. Pages= 3 OrigAmt=
                  .6 Toll= 0 Dur= 2.016667min.

134    01/16/04 LEGAL SER  0.30 170.00     51.00                 I
       Fp:0401 | Bth:0DJM13165*3 | Atty:DAVID J. MINKIN | Inv:129824
       Source  : ABT-311-1704
       Comments : Review materials from client and finalize new demand letter.

144    01/16/04 LEGAL SER  0.50  50.00     25.00                 I
       Fp:0402 | Bth:220419*2 | Atty:K. SAGUIBO (LEG | Inv:129824
       Comments : DRAFT DEMAND LETTER

174    01/16/04 LEGAL SER  0.30  50.00     15.00                 I
       Fp:0401 | Bth:219677*3 | Atty:K. SAGUIBO (LEG | Inv:130480
       Note    : Transferred from: 20367*52932*18
       Comments : REVIEW EMAIL FROM RONALD TRAN; DRAFT AUDIT DEMAND LETTER TO
                  A. EVANGELISTA, ATTORNEY FOR DYNAMIC INTERIORS.

133    01/26/04 LEGAL SER  0.25 170.00     42.50                 I
       Fp:0401 | Bth:219795*3 | Atty:LORRAINE H. AKI | Inv:129824
       Comments : REVIEW EMEMO FROM L. KUNIHISA RE DELINQUENCY REPORT UPDATES

135    01/26/04 LEGAL SER  0.20 170.00     34.00                 I
       Fp:0401 | Bth:0DJM13175*11 | Atty:DAVID J. MINKIN | Inv:129824
       Source  : ABT-311-1764
       Comments : Review updated materials from client re:  delinquency.

145    01/27/04 LEGAL SER  0.20 170.00     34.00                 I
       Fp:0402 | Bth:220419*3 | Atty:DAVID J. MINKIN | Inv:129824
       Comments : REVIEW FAX FROM A. EVANGELISTA ENCLOSING LETTER TO R. TRAN
                  RE EXTENSION TO PROVIDE DOCUMENTS

140    02/06/04 LEGAL SER  0.25 170.00     42.50                 I
       Fp:0402 | Bth:220284*5 | Atty:LORRAINE H. AKI | Inv:130480
       Comments : REVIEW EMEMO FROM R. TRAN RE CASE STATUS

146    02/06/04 LEGAL SER  0.10  50.00      5.00                 I
       Fp:0402 | Bth:220509*5 | Atty:K. SAGUIBO (LEG | Inv:130480
       Comments : REVIEW AND RESPOND TO EMEMO FROM RONALD TRAN; REVIEW FILE.

147    02/06/04 LEGAL SER  0.30  50.00     15.00                 I
       Fp:0402 | Bth:220509*6 | Atty:K. SAGUIBO (LEG | Inv:130480
       Comments : DRAFT/REVISE LETTER TO A. EVANGELISTA REQUESTING CLIENT'S
```

```
INQUIRY : Case      - reference                    12:09pm 01 MAR 06

Client : 19656       HAWAII CARPENTERS JOINT TRUST FUND DELINQUENCY
Case   : 52832       DYNAMIC INTERIORS, INC.               Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S
                IMMEDIATE RESPONSE TO AUDIT DEMAND LETTER.

161   02/06/04 LEGAL SER  0.20 170.00      34.00                       I
      Fp:0402 | Bth:0DJM13186*6 | Atty:DAVID J. MINKIN | Inv:130480
      Source  : ABT-334-1928
      Comments : Attention to delinquency and joint check from Taisei
                 Construction.

162   02/06/04 LEGAL SER  0.20 170.00      34.00   0.20   0.00    0.00 I
      Fp:0402 | Bth:0DJM13186*7 | Atty:DAVID J. MINKIN | Inv:130447
      Source  : ABT-334-1929
      Comments : Attention to delinquency issues.

137   02/09/04 FAX CHARG                    0.60                       I
      Fp:0402 | Bth:15580*66 | Inv:130480
      Source  : ASCIIC
      Note    : Read 02/10/04 09:00am by jds
      Comments : KS: Fax Charges: On 02/09/2004 to 5239476. Pages= 3 OrigAmt=
                 .6 Toll= 0 Dur= 2.016667min.

138   02/09/04 XEROX CHA  6.00              1.20                       I
      Fp:0402 | Bth:15580*67 | Inv:130480
      Source  : ASCIIC
      Note    : Read 02/10/04 09:00am by jds
      Comments : KS: Xeroxing Charges -  6 copies on 02/09/2004

139   02/09/04 FAX CHARG                    0.60                       I
      Fp:0402 | Bth:15580*68 | Inv:130480
      Source  : ASCIIC
      Note    : Read 02/10/04 09:00am by jds
      Comments : KS: Fax Charges: On 02/09/2004 to 8412900. Pages= 3 OrigAmt=
                 .6 Toll= 0 Dur= 1.95min.

163   02/09/04 LEGAL SER  0.20 170.00      34.00                       I
      Fp:0402 | Bth:0DJM13189*3 | Atty:DAVID J. MINKIN | Inv:130480
      Source  : ABT-334-1857
      Comments : Review correspondence from Taisei Construction.

164   02/09/04 LEGAL SER  0.20 170.00      34.00                       I
      Fp:0402 | Bth:0DJM13189*5 | Atty:DAVID J. MINKIN | Inv:130480
      Source  : ABT-334-1863
      Comments : Review and revise letter to A. Evangelista re:  production
                 of documents for audit.

165   02/10/04 LEGAL SER  0.20 170.00      34.00                       I
      Fp:0402 | Bth:0DJM13190*5 | Atty:DAVID J. MINKIN | Inv:130480
      Source  : ABT-334-1940
      Comments : Attention to Taisei Construction issues.

141   02/11/04 XEROX CHA  4.00              0.80                       I
```

```
INQUIRY : Case      - reference                  12:09pm 01 MAR 06

Client  : 19656    HAWAII CARPENTERS JOINT TRUST FUND DELINQUENCY
Case    : 52832    DYNAMIC INTERIORS, INC.              Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S
         Fp:0402 | Bth:15590*79 | Inv:130480
         Source  : ASCIIC
         Note    : Read 02/13/04 12:20pm by jds
         Comments : KS: Xeroxing Charges -  4 copies on 02/11/2004

142     02/11/04 FAX CHARG                 0.40                     I
         Fp:0402 | Bth:15590*80 | Inv:130480
         Source  : ASCIIC
         Note    : Read 02/13/04 12:20pm by jds
         Comments : KS: Fax Charges: On 02/11/2004 to 8412900. Pages= 2 OrigAmt=
                    .4 Toll= 0 Dur= 1.45min.

175     02/11/04 LEGAL SER  0.10  50.00        5.00                 I
         Fp:0403 | Bth:221248*1 | Atty:K. SAGUIBO (LEG | Inv:130480
         Comments : TRANSMIT TAISEI LETTER OF FEBRUARY 6, 2004 TO G. SMITH

166     02/12/04 LEGAL SER  0.20 170.00       34.00                 I
         Fp:0402 | Bth:0DJM13192*12 | Atty:DAVID J. MINKIN | Inv:130480
         Source  : ABT-334-1965
         Comments : Attention to audit and delinquency issues.

148     02/18/04 LEGAL SER  0.25 170.00       42.50                 I
         Fp:0402 | Bth:220493*4 | Atty:LORRAINE H. AKI | Inv:130480
         Comments : REVIEW EMEMO FROM R. TRAN RE STATUS AND COLLECTION ACTION
                    REQUEST ON LAST AUDIT

176     02/18/04 LEGAL SER  0.10 170.00       17.00                 I
         Fp:0403 | Bth:221248*2 | Atty:DAVID J. MINKIN | Inv:130480
         Comments : REVIEW EMAIL FROM R. TRAN RE COLLECTION

149     02/19/04 LEGAL SER  0.50 170.00       85.00                 I
         Fp:0402 | Bth:220567*5 | Atty:LORRAINE H. AKI | Inv:130480
         Comments : TELEPHONE CALL FROM G. SMITH RE FOLLOW UP WITH SETTLEMENT
                    AGREEMENT WITH TAISEI; CONFERENCE WITH K. SAGUIBO AND D.
                    MINKIN RE SAME

177     02/19/04 LEGAL SER  0.10 170.00       17.00 .               I
         Fp:0403 | Bth:221248*3 | Atty:DAVID J. MINKIN | Inv:130480
         Comments : CONFERENCE WITH L. AKIBA RE TAISEI SETTLEMENT AGREEMENT

178     02/19/04 LEGAL SER  0.10  50.00        5.00                 I
         Fp:0403 | Bth:221248*4 | Atty:K. SAGUIBO (LEG | Inv:130480
         Comments : CONFERENCE WITH LHA RE SETTLEMENT AGREEMENT

158     02/20/04 LEGAL SER  0.20  50.00       10.00                 I
         Fp:0402 | Bth:220729*1 | Atty:K. SAGUIBO (LEG | Inv:130480
         Comments : DRAFT LIEN RELEASE; CONFERENCE WITH L. AKIBA; TELEPHONE
                    CALL TO GENE SMITH TO CONFIRM AUDIT PERIOD FOR LIEN
                    RELEASE.
```

```
INQUIRY : Case    - reference                    12:09pm 01 MAR 06

Client  : 19656    HAWAII CARPENTERS JOINT TRUST FUND DELINQUENCY
Case    : 52832    DYNAMIC INTERIORS, INC.              Status : Active
..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S
168   02/20/04 LEGAL SER  0.75 170.00     127.50                        I
      Fp:0402 | Bth:220801*4 | Atty:LORRAINE H. AKI | Inv:130480
      Comments : CONFERENCE WITH D. MINKIN RE FOLLOW UP RE TAISEI
                 RELEASE/PAYMENT; CONFERENCE WITH K. SAGUIBO RE SAME;
                 REVIEW/REVISE LIEN RELEASE AND PREPARE TRANSMITTAL LETTER;
                 CONFERENCE WITH K. SAGUIBO RE REVISIONS TO DRAFT RELEASE

179   02/20/04 LEGAL SER  0.20 170.00      34.00                        I
      Fp:0403 | Bth:221248*5 | Atty:DAVID J. MINKIN | Inv:130480
      Comments : ATTENTION TO TAISEI RELEASE / PAYMENT

153   02/25/04 LEGAL SER  0.25 170.00      42.50                        I
      Fp:0402 | Bth:220679*4 | Atty:LORRAINE H. AKI | Inv:130480
      Comments : CONFERENCE WITH K. SAGUIBO RE FOLLOW UP WITH TAISEI RE
                 JOINT CHECK PAYMENT

180   02/25/04 LEGAL SER  0.10  50.00       5.00                        I
      Fp:0403 | Bth:221248*6 | Atty:K. SAGUIBO (LEG | Inv:130480
      Comments : CONFERENCE WITH L. AKIBA RE TAISEI JOINT CHECK PAYMENT

150   02/26/04 FAX CHARG                     0.40                       I
      Fp:0402 | Bth:15633*50 | Inv:130480
      Source   : ASCIIC
      Note     : Read 02/27/04 07:06am by jds
      Comments : KS: Fax Charges: On 02/26/2004 to 5239476. Pages= 2 OrigAmt=
                 .4 Toll= 0 Dur= 1.533333min.

151   02/26/04 XEROX CHA  2.00                0.40                       I
      Fp:0402 | Bth:15633*51 | Inv:130480
      Source   : ASCIIC
      Note     : Read 02/27/04 07:06am by jds
      Comments : KS: Xeroxing Charges -  2 copies on 02/26/2004

152   02/26/04 FAX CHARG                     0.40                       I
      Fp:0402 | Bth:15633*52 | Inv:130480
      Source   : ASCIIC
      Note     : Read 02/27/04 07:06am by jds
      Comments : KS: Fax Charges: On 02/26/2004 to 8412900. Pages= 2 OrigAmt=
                 .4 Toll= 0 Dur= 1.466667min.

156   02/26/04 LEGAL SER  1.00 170.00     170.00                        I
      Fp:0402 | Bth:220715*4 | Atty:LORRAINE H. AKI | Inv:130480
      Comments : CONFERENCE WITH K. SAGUIBO RE FOLLOW UP WITH TAISEI; REVIEW
                 K. SAGUIBO EMEMO RE STATUS ON JOINT CHECK AND LIEN RELEASE;
                 REVIEW LETTER TO EVANGELISTA RE KULANI NANI PROJECT INFO;
                 CONFERENCE WITH K. SAGUIBO RE PREPARATION OF DEMAND LETTERS
                 AND FOLLOW UP RE AMENDED MOTION FOR DEFAULT AND SETTING FOR
                 HEARING

159   02/26/04 LEGAL SER  0.80  50.00      40.00                        I
```

```
INQUIRY : Case      - reference                    12:09pm 01 MAR 06

Client : 19656      HAWAII CARPENTERS JOINT TRUST FUND DELINQUENCY
Case   : 52832      DYNAMIC INTERIORS, INC.             Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S
      Fp:0402 | Bth:220729*5 | Atty:K. SAGUIBO (LEG | Inv:130480
      Comments : TELEPHONE CONFERENCE WITH JEANETTE ROBERTS OF TAISEI
                 REGARDING ISSUANCE OF JOINT CHECK AND INSTRUCTIONS RE SAME;
                 CONFERENCE WITH L. AKIBA RE SAME; MEMO TO FILE; EMEMO TO G.
                 SMITH; DRAFT AND FINALIZE LETTER TO A. EVANGELISTA RE
                 DYNAMIC PROVIDING GENERAL CONTRACTOR INFORMATION TO HCTF RE
                 KULANA NANI PROJECT.

154   02/27/04 XEROX CHA 12.00            2.40                      I
      Fp:0402 | Bth:15637*48 | Inv:130480
      Source   : ASCIIC
      Note     : Read 03/01/04 12:00pm by jds
      Comments : KS: Xeroxing Charges -  12 copies on 02/27/2004

155   02/27/04 FAX CHARG               0.60                         I
      Fp:0402 | Bth:15637*49 | Inv:130480
      Source   : ASCIIC
      Note     : Read 03/01/04 12:00pm by jds
      Comments : KS: Fax Charges: On 02/27/2004 to 5239476. Pages= 3 OrigAmt=
                 .6 Toll= 0 Dur= 2.016667min.

157   02/27/04 LEGAL SER  1.00 170.00      170.00                   I
      Fp:0402 | Bth:220732*4 | Atty:LORRAINE H. AKI | Inv:130480
      Comments : REVIEW DRAFT LETTER TO EVANGELISTA; CONFERENCE WITH K.
                 SAGUIBO RE FOLLOW UP WITH HCTF RE JOINT CHECK LETTERS TO
                 CONTRACTORS ON PROJECTS; REVIEW EMEMO FROM L. KUNIHISA TO K.
                 SAGUIBO RE UPDATED LEDGER INFO; REVIEW EMEMO FROM R. TRAN
                 RE DETAILS RE DELINQUENCY ACCOUNTS

160   02/27/04 LEGAL SER  1.00  50.00       50.00                   I
      Fp:0402 | Bth:220729*6 | Atty:K. SAGUIBO (LEG | Inv:130480
      Comments : DRAFT AND FINALIZE LETTER TO A. EVANGELISTA RE RECOVERY OF
                 MONIES OWED BY DYNAMIC FOR CONTRIBUTIONS AND LIQUIDATED
                 DAMAGES TO VARIOUS TRUST FUNDS; TELEPHONE CONFERENCE WITH
                 R. TRAN REGARDING AMOUNTS DUE; CONFERENCE WITH L. AKIBA
                 REGARDING SAME; DRAFT AND FINALIZE JOINT CHECK REQUEST
                 LETTER TO PER, INC. RE MILILANI MAUKA PROJECT.

167   02/28/04 LEGAL SER  0.20 170.00       34.00                   I
      Fp:0402 | Bth:0DJM13206*1 | Atty:DAVID J. MINKIN | Inv:130480
      Source   : ABT-334-1842
      Comments : Attention to Kulana Nani audit materials.

169   03/01/04 LEGAL SER  0.25 170.00       42.50                   I
      Fp:0403 | Bth:221057*3 | Atty:LORRAINE H. AKI | Inv:131242
      Comments : REVIEW EMEMO FROM R. TRAN RE ADDITIONAL DOCUMENTS REQUIRED
                 FOR AUDIT AND DEMAND LETTER RE SAME

170   03/01/04 XEROX CHA  6.00            1.20                      I
      Fp:0403 | Bth:15647*43 | Inv:131242
```

```
INQUIRY : Case      - reference                    12:09pm 01 MAR 06

Client : 19656     HAWAII CARPENTERS JOINT TRUST FUND DELINQUENCY
Case   : 52832     DYNAMIC INTERIORS, INC.              Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S
          Source   : ASCIIC
          Note     : Read 03/03/04 09:14am by jds
          Comments : KS: Xeroxing Charges -  6 copies on 03/01/2004

171   03/01/04 LEGAL SER  0.20 50.00      10.00                        I
      Fp:0403 | Bth:221167*2 | Atty:K. SAGUIBO (LEG | Inv:131242
      Comments : REVIEW EMEMO FROM R. TRAN REQUESTING DEMAND LETTER; DRAFT
                 AUDIT DEMAND LETTER TO A. EVANGELISTA.

181   03/01/04 LEGAL SER  0.20 170.00     34.00                        I
      Fp:0403 | Bth:0DJM13210.1*5 | Atty:DAVID J. MINKIN | Inv:131242
      Source   : ABT-358-2074
      Comments : Review materials from client and finalize audit letter.

182   03/03/04 LEGAL SER  0.20 170.00     34.00                        I
      Fp:0403 | Bth:0DJM13212.1*4 | Atty:DAVID J. MINKIN | Inv:131242
      Source   : ABT-362-2096
      Comments : Follow up re:  delinquency and money from PER, Inc.

183   03/05/04 LEGAL SER  0.20 170.00     34.00                        I
      Fp:0403 | Bth:0DJM13214.1*3 | Atty:DAVID J. MINKIN | Inv:131242
      Source   : ABT-362-2112
      Comments : Attention to delinquency issues.

186   03/08/04 LEGAL SER  0.10 170.00     17.00                        I
      Fp:0404 | Bth:222436*1 | Atty:DAVID J. MINKIN | Inv:131242
      Comments : REVIEW LETTER FROM A. EVANGELISTA TO R. TRAN RE: PRODUCING
                 DOCUMENTS

172   03/10/04 LEGAL SER  0.20 50.00      10.00                        I
      Fp:0403 | Bth:221167*7 | Atty:K. SAGUIBO (LEG | Inv:131242
      Comments : REVIEW FILE; ASSEMBLE PERTINENT DOCUMENTS AND SUBMIT SAME
                 TO D. MINKIN FOR REVIEW IN PREPARATION FOR PHONE CALL TO A.
                 EVANGELISTA REGARDING SETTLEMENT.

173   03/10/04 XEROX CHA  4.00               0.80                      I
      Fp:0403 | Bth:15674*95 | Inv:131242
      Source   : ASCIIC
      Note     : Read 03/15/04 10:31am by jds
      Comments : KS: Xeroxing Charges -  4 copies on 03/10/2004

187   03/24/04 LEGAL SER  0.20 170.00     34.00                        I
      Fp:0404 | Bth:222436*2 | Atty:DAVID J. MINKIN | Inv:131242
      Comments : ATTENTION TO DELINQUENCY MATTERS

196   04/09/04 LEGAL SER  0.25 170.00     42.50                        I
      Fp:0405 | Bth:223242*2 | Atty:LORRAINE H. AKI | Inv:131860
      Comments : REVIEW EMEMO FROM L. KUNIHISA RE: DELINQUENCIES

197   04/09/04 LEGAL SER  0.25 170.00     42.50                        I
```

```
INQUIRY : Case      - reference                    12:09pm 01 MAR 06

Client : 19656     HAWAII CARPENTERS JOINT TRUST FUND DELINQUENCY
Case   : 52832     DYNAMIC INTERIORS, INC.              Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S
      Fp:0405 | Bth:223242*3 | Atty:DAVID J. MINKIN | Inv:131860
      Comments : REVIEW EMEMO FROM L. KUNIHISA RE: DELINQUENCIES

190   04/12/04 LEGAL SER  0.20 170.00     34.00                        I
      Fp:0404 | Bth:0DJM13252*8 | Atty:DAVID J. MINKIN | Inv:131860
      Source  : ABT-385-2327
      Comments : Attention to status update of delinquency.

184   04/22/04 LEGAL SER  0.25 170.00     42.50                        I
      Fp:0404 | Bth:222347*4 | Atty:LORRAINE H. AKI | Inv:131860
      Comments : REVIEW UPDATE MEMO FROM L. KUNIKUSA RE POSSIBLE PAYMENT
                 FROM KIEWIT

191   04/22/04 LEGAL SER  0.20 170.00     34.00                        I
      Fp:0404 | Bth:0DJM13262.1*6 | Atty:DAVID J. MINKIN | Inv:131860
      Source  : ABT-387-2388
      Comments : Attention to delinquency matter.

185   04/23/04 LEGAL SER  0.25 170.00     42.50                        I
      Fp:0404 | Bth:222348*2 | Atty:LORRAINE H. AKI | Inv:131860
      Comments : REVIEW L. KUNIHISA EMEMO RE PAYMENT/AUDIT UPDATE

192   04/23/04 LEGAL SER  0.20 170.00     34.00                        I
      Fp:0404 | Bth:0DJM13263.1*1 | Atty:DAVID J. MINKIN | Inv:131860
      Source  : ABT-387-2390
      Comments : Attention to updated delinquency amounts.

193   04/26/04 LEGAL SER  0.20 170.00     34.00                        I
      Fp:0404 | Bth:0DJM13266.1*5 | Atty:DAVID J. MINKIN | Inv:131860
      Source  : ABT-387-2398
      Comments : Follow up as to delinquency matters.

195   04/26/04 LEGAL SER  0.20 170.00     34.00                        I
      Fp:0405 | Bth:223242*1 | Atty:LORRAINE H. AKI | Inv:131860
      Comments : REVIEW EMEMO FROM L. KUNIHISA RE: CHEKCS RECEIVED FROM PER,
                 INC.

189   04/27/04 LEGAL SER  0.25 170.00     42.50                        I
      Fp:0404 | Bth:222497*9 | Atty:LORRAINE H. AKI | Inv:131860
      Comments : REVIEW EMEMO FROM L. KUNIHISA RE PAYMENT UPDATES

188   04/28/04 LEGAL SER  0.30  50.00     15.00                        I
      Fp:0404 | Bth:222453*2 | Atty:K. SAGUIBO (LEG | Inv:131860
      Comments : TELEPHONE CONFERENCE WITH L. KUNIHISA CONFIRMING DYNAMIC'S
                 ARREARAGE; TELEPHONE CONFERENCE WITH JUDY SOTO OF PER, INC.
                 TO CONFIRM DYNAMIC'S ARREARAGE AND ISSUANCE OF JOINT CHECK
                 PAYMENT TO DYNAMIC; CONFERENCE WITH D. MINKIN RE SAME.

194   04/28/04 LEGAL SER  0.20 170.00     34.00                        I
      Fp:0404 | Bth:0DJM13268.2*4 | Atty:DAVID J. MINKIN | Inv:131860
```

```
INQUIRY : Case     - reference                    12:09pm 01 MAR 06

Client : 19656    HAWAII CARPENTERS JOINT TRUST FUND DELINQUENCY
Case   : 52832    DYNAMIC INTERIORS, INC.             Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S
      Source   : ABT-388-2427
      Comments : Follow up re:  joint checks from J. Soto of PER, Inc.

198   06/23/04 LEGAL SER  0.20 170.00      34.00                        I
      Fp:0406 | Bth:0DJM13324.2*3 | Atty:DAVID J. MINKIN | Inv:132940
      Source   : ABT-442-2831
      Note     : Created by: djm
      Comments : Status update re: payment fROm PER, Inc.

199   07/13/04 FAX CHARG                    0.60                        I
      Fp:0407 | Bth:16143*49 | Inv:133318
      Source   : ASCIIC
      Note     : Read 07/14/04 09:19am by bkj
      Comments : GGC: Fax Charges: On 07/13/2004 to 5239476. Pages= 3
                 OrigAmt= .6 Toll= 0 Dur= 2min.

200   07/13/04 LEGAL SER  0.50 170.00      85.00                        I
      Fp:0407 | Bth:224594*8 | Atty:LORRAINE H. AKI | Inv:133318
      Comments : REVIEW EMEMO FROM L. KUNIHISA RE REFERRAL AND DEMAND LETTER
                 PREP; REVIEW DEMAND LETTER
201   07/13/04 LEGAL SER  0.30  50.00      15.00                        I
      Fp:0407 | Bth:224634*13 | Atty:K. SAGUIBO (LEG | Inv:133318
      Comments : REVIEW EMAIL FROM L. KUNIHISA; DRAFT LETTER TO DYNAMIC
                 INTERIORS' ATTORNEY REQUESTING DELINQUENT REPORTS.

204   07/16/04 LEGAL SER  0.25 170.00      42.50                        I
      Fp:0407 | Bth:224715*6 | Atty:LORRAINE H. AKI | Inv:133318
      Comments : REVIEW EMEMO FROM L. KUNIHISA RE FOLLOW UP/CORRECTION RE
                 LETTER REQUEST FOR DELIQUENCY REPORT; CONFERENCE WITH K.
                 SAGUIBO RE SAME

210   07/16/04 LEGAL SER  0.10  50.00       5.00                        I
      Fp:0408 | Bth:225414*1 | Atty:K. SAGUIBO (LEG | Inv:133318
      Comments : CONFERENCE WITH L. AKIBA RE CORRECTIONS TO DEMAND LETTER

202   07/20/04 FAX CHARG                    1.00                        I
      Fp:0407 | Bth:16176*31 | Inv:133318
      Source   : ASCIIC
      Note     : Read 07/21/04 02:32pm by bkj
      Comments : KS: Fax Charges: On 07/20/2004 to 5239476. Pages= 5 OrigAmt=
                 1 Toll= 0 Dur= 3.316667min.

203   07/20/04 XEROX CHA  6.00              1.20                        I
      Fp:0407 | Bth:16176*32 | Inv:133318
      Source   : ASCIIC
      Note     : Read 07/21/04 02:32pm by bkj
      Comments : KS: Xeroxing Charges -  6 copies on 07/20/2004

205   07/20/04 LEGAL SER  0.25 170.00      42.50                        I
      Fp:0407 | Bth:224718*4 | Atty:LORRAINE H. AKI | Inv:133318
```

```
INQUIRY : Case      - reference                    12:09pm 01 MAR 06

Client  : 19656      HAWAII CARPENTERS JOINT TRUST FUND DELINQUENCY
Case    : 52832      DYNAMIC INTERIORS, INC.              Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S
          Comments : REVIEW REVISED LETTER TO DYNAMIC INTERIORS RE AUDIT REQUEST

206   07/30/04 LEGAL SER  0.25 170.00      42.50                          I
          Fp:0407 | Bth:225080*5 | Atty:LORRAINE H. AKI | Inv:133318
          Comments : REVIEW EMEMO FROM L. KUNIHISA RE DELINQUENCY UPDATE AND
                     REQUEST FOR DEMAND LETTER

207   07/30/04 LEGAL SER  0.20 170.00      34.00                          I
          Fp:0407 | Bth:0DJM13361.1*1 | Atty:DAVID J. MINKIN | Inv:133318
          Source   : ABT-467-3048
          Note     : Created by: djm
          Comments : Attention to delinquency update.

208   08/06/04 XEROX CHA 15.00             3.00                           I
          Fp:0408 | Bth:16250*41 | Inv:134106
          Source   : ASCIIC
          Note     : Read 08/09/04 01:24pm by bkj
          Comments : KS: Xeroxing Charges -  15 copies on 08/06/2004

209   08/06/04 FAX CHARG                   1.00                           I
          Fp:0408 | Bth:16250*42 | Inv:134106
          Source   : ASCIIC
          Note     : Read 08/09/04 01:24pm by bkj
          Comments : KS: Fax Charges: On 08/06/2004 to 5239476. Pages= 5 OrigAmt=
                     1 Toll= 0 Dur= 3.166667min.

211   08/06/04 LEGAL SER  0.40  50.00      20.00  0.50  50.00      25.00 I
          Fp:0408 | Bth:225424*5 | Atty:K. SAGUIBO (LEG | Inv:134106
          Comments : DRAFT DEMAND LETTER TO DYNAMIC INTERIORS' ATTORNEY A.
                     EVANGELISTA PER L. KUNIHISA EMAIL.

213   08/06/04 XEROX CHA  1.00             0.20                           I
          Fp:0408 | Bth:16264*2 | Inv:134106
          Comments : KS - 1 PAGE

214   08/06/04 LEGAL SER  0.20 170.00      34.00  0.30 170.00      51.00 I
          Fp:0408 | Bth:0DJM13368*4 | Atty:DAVID J. MINKIN | Inv:134106
          Source   : ABT-490-3100
          Comments : REVIEW AND REVISE DEMAND LETTER TO DYNAMIC INTERIORS'
                     ATTORNEY A. EVANGELISTA

212   08/09/04 LEGAL SER  0.25 170.00      42.50                          I
          Fp:0408 | Bth:225470*3 | Atty:LORRAINE H. AKI | Inv:134106
          Comments : REVIEW L. KUNIHISA EMEMO RE DEMAND LETTER REQUEST; REVIEW
                     8/6 D. MINKIN LETTER TO DYNAMIC INTERIORS' ATTORNEY

215   09/08/04 LEGAL SER  0.50 170.00      85.00                          I
          Fp:0409 | Bth:226663*7 | Atty:LORRAINE H. AKI | Inv:134818
          Comments : REVIEW EMEMO FROM L KUNIHISA RE: PAYMENT INFO AND
                     DELINQUENCY UPDATE; REVIEW G. SMITH EMEMO RE: UPDATE RE:
```

```
INQUIRY : Case      - reference                    12:09pm 01 MAR 06

Client : 19656      HAWAII CARPENTERS JOINT TRUST FUND DELINQUENCY
Case   : 52832      DYNAMIC INTERIORS, INC.                Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S
               JOB; REPLY EMEMO RE: SAME.

216   09/08/04 LEGAL SER  0.20 170.00     34.00  0.30 170.00      51.00 I
      Fp:0409 | Bth:226824*14 | Atty:DAVID J. MINKIN | Inv:134818
      Comments : REVIEW EMAIL FROM L. KUNIHISA ENCLOSING UPDATED LEDGER;
                 REVIEW EMAIL FROM G. SMITH RE POSSIBLE FOLLOW-UP ON
                 DYNAMICS HANDLING OF KANEOHE POLICE STATION RENOVATION
                 PROJECT.

221   10/15/04 LEGAL SER  0.20 170.00     34.00                        I
      Fp:0410 | Bth:227575*4 | Atty:DAVID J. MINKIN | Inv:135189
      Comments : REVIEW EMAIL FROM L. KUNIHISA RE NONPAYMENT BY EMPLOYER.

220   10/16/04 LEGAL SER  0.25 170.00     42.50                        I
      Fp:0410 | Bth:227372*1 | Atty:LORRAINE H. AKI | Inv:135189
      Comments : review ememo from l. kunihisa re status update

217   10/18/04 LEGAL SER  0.30  50.00     15.00                        I
      Fp:0410 | Bth:227164*8 | Atty:K. SAGUIBO (LEG) | Inv:135189
      Comments : DRAFT FOLLOW-UP DEMAND LETTER TO DYNAMIC'S ATTORNEY
                 EVANGELISTA FOR AMOUNTS OUTSTANDING AS OF AUGUST 2004.

218   10/18/04 XEROX CHA  6.00              1.20                        I
      Fp:0410 | Bth:16513*33 | Inv:135189
      Source   : ASCIIC
      Note     : Read 10/19/04 02:08pm by bkj
      Comments : KS: Xeroxing Charges -  6 copies on 10/18/2004

219   10/18/04 FAX CHARG                    0.60                        I
      Fp:0410 | Bth:16513*34 | Inv:135189
      Source   : ASCIIC
      Note     : Read 10/19/04 02:08pm by bkj
      Comments : KS: Fax Charges: On 10/18/2004 to 5239476. Pages= 3 OrigAmt=
                 .6 Toll= 0 Dur= 2.05min.

222   10/18/04 LEGAL SER  0.20 170.00     34.00                        I
      Fp:0410 | Bth:227576*8 | Atty:DAVID J. MINKIN | Inv:135189
      Comments : REVIEW AND REVISE LETTER TO ATTORNEY EVANGELISTA RE:
                 DYNAMICS SUBMISSION OF 8/04 REPORT WITHOUT PAYMENT.

223   11/03/04 LEGAL SER  0.25 170.00     42.50                        I
      Fp:0411 | Bth:227912*13 | Atty:LORRAINE H. AKI | Inv:135882
      Comments : REVIEW L. KUNIHISA EMEMO RE PAYMENT STATUS UPDATE

224   11/03/04 LEGAL SER  0.20 170.00     34.00                        I
      Fp:0412 | Bth:228784*1 | Atty:DAVID J. MINKIN | Inv:135882
      Comments : REVIEW EMAIL FROM L. KUNIHISA RE JOINT CHECK RECEIVED FROM
                 KIEWIT

225   11/03/04 LEGAL SER  0.20  50.00     10.00                        I
```

```
INQUIRY : Case     - reference                    12:09pm 01 MAR 06

Client  : 19656    HAWAII CARPENTERS JOINT TRUST FUND DELINQUENCY
Case    : 52832    DYNAMIC INTERIORS, INC.              Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S
       Fp:0412 | Bth:228784*2 | Atty:K. SAGUIBO (LEG | Inv:135882
       Comments : REVIEW L. KUNIHISA EMAIL RE RECEIPT OF KIEWIT JOINT CHECK

238    11/03/04 LEGAL SER  0.20 170.00    34.00    0.20   0.00     0.00 I
       Fp:0411 | Bth:227867*11 | Atty:DAVID J. MINKIN | Inv:139254
       Note    : Transferred from: 20367*52932*19
       Comments : REVIEW EMAIL FROM L. KUNIHISA RE JOINT CHECK RECEIVED FROM
                  KIEWIT PACIFIC.

226    04/06/05 LEGAL SER  0.25 170.00    42.50                        I
       Fp:0504 | Bth:0LHA13611*18 | Atty:LORRAINE H. AKI | Inv:139253
       Source  : ABT-661-488
       Note    : Created by: LHA
       Comments : Rvw ememo from L. Kunihisa re status update

231    04/06/05 LEGAL SER  0.20 170.00    34.00                        I
       Fp:0504 | Bth:0DJM13611*7 | Atty:DAVID J. MINKIN | Inv:139253
       Source  : ABT-684-4344
       Comments : Attention to status update re:  delinquency.

227    04/07/05 XEROX CHA  6.00              1.20                      I
       Fp:0504 | Bth:17095*16 | Inv:139253
       Source  : ASCIIC
       Note    : Read 04/08/05 02:52pm by bkj
       Comments : KS: Xeroxing Charges -  6 copies on 04/07/2005

228    04/07/05 XEROX CHA  2.00              0.40                      I
       Fp:0504 | Bth:17095*17 | Inv:139253
       Source  : ASCIIC
       Note    : Read 04/08/05 02:52pm by bkj
       Comments : JMC: Xeroxing Charges -  2 copies on 04/07/2005

229    04/07/05 LEGAL SER  0.30 170.00    51.00                        I
       Fp:0504 | Bth:231759*2 | Atty:DAVID J. MINKIN | Inv:139253
       Comments : TELEPHONE CONFERENCE WITH L. KUNIHISA RE STATUS OF
                  DYNAMIC'S DELINQUENCIES; REVIEW AND REVISE LETTER TO
                  ATTORNEY EVANGELISTA DEMANDING IMMEDIATE PAYMENT BY
                  DYNAMIC.

230    04/07/05 LEGAL SER  0.40  50.00    20.00                        I
       Fp:0504 | Bth:231921*3 | Atty:K. SAGUIBO (LEG | Inv:139253
       Comments : TELEPHONE CONFERENCE WITH L. KUNIHISA RE DYNAMIC'S
                  DELINQUENCIES; DRAFT DEMAND LETTER TO ATTORNEY EVANGELISTA.

232    04/07/05 LEGAL SER  0.40 170.00    68.00                        I
       Fp:0504 | Bth:0DJM13612*2 | Atty:DAVID J. MINKIN | Inv:139253
       Source  : ABT-684-4350
       Comments : Review case status and delinquency issues.

239    04/29/05 LEGAL SER  0.30  50.00    15.00                        I
```

```
INQUIRY : Case     - reference                    12:09pm 01 MAR 06

Client  : 19656     HAWAII CARPENTERS JOINT TRUST FUND DELINQUENCY
Case    : 52832     DYNAMIC INTERIORS, INC.           Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S
        Fp:0505 | Bth:232670*1 | Atty:K. SAGUIBO (LEG | Inv:139253
        Comments : REVIEW EMAIL FROM L. KUNIHISA; REVIEW FILES FOR PREPARATION
                   OF MOTION FOR DEFAULT JUDGMENT.

235    05/02/05 LEGAL SER  1.00  50.00     50.00                         I
        Fp:0505 | Bth:232352*2 | Atty:K. SAGUIBO (LEG | Inv:139746
        Comments : DRAFT MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST DYNAMIC
                   INTERIORS.

233    05/10/05 XEROX CHA 74.00           14.80                          I
        Fp:0505 | Bth:17221*17 | Inv:139746
        Source   : ASCIIC
        Note     : Read 05/11/05 09:50am by bkj
        Comments : KS: Xeroxing Charges - 74 copies on 05/10/2005

234    05/10/05 XEROX CHA 27.00            5.40                          I
        Fp:0505 | Bth:17221*18 | Inv:139746
        Source   : ASCIIC
        Note     : Read 05/11/05 09:50am by bkj
        Comments : KS: Xeroxing Charges - 27 copies on 05/10/2005

236    05/10/05 LEGAL SER  0.50  50.00     25.00                         I
        Fp:0505 | Bth:232352*9 | Atty:K. SAGUIBO (LEG | Inv:139746
        Comments : CONTINUE DRAFT OF MOTION FOR DEFAULT JUDGMENT AGAINST
                   DYNAMIC INTERIORS.

240    05/11/05 LEGAL SER  0.20 170.00     34.00                         I
        Fp:0505 | Bth:0DJM13646*4 | Atty:DAVID J. MINKIN | Inv:139746
        Source   : ABT-709-45B2
        Comments : Attention to status update.

237    05/12/05 LEGAL SER  0.20 170.00     34.00                         I
        Fp:0505 | Bth:232373*5 | Atty:DAVID J. MINKIN | Inv:139746
        Comments : CONFERENCE WITH K. SAGUIBO RE EMAIL FROM L. KUNIHISA
                   REFLECTING NON-RECEIPT OF TRUST FUND REPORTS FOR 3/05 AND
                   FUTURE COURSE OF ACTION.

241    07/21/05 LEGAL SER  0.25 170.00     42.50                         I
        Fp:0507 | Bth:0LHA13717*2 | Atty:LORRAINE H. AKI | Inv:140995
        Source   : ABT-749-1232
        Note     : Created by: LHA
        Comments : REVIEW EMAIL MEMORANDUM FROM L. KUNIHISA RE STATUS UPDATE
                   AND REQUEST FOR FOLLOW UP.

242    07/25/05 LEGAL SER  0.50  50.00     25.00                         I
        Fp:0507 | Bth:233905*1 | Atty:K. SAGUIBO (LEG | Inv:140995
        Comments : DRAFT DEMAND LETTER TO DYNAMIC FOR PAYMENT OF OUTSTANDING
                   CONTRIBUTIONS AND LDS; TELEPHONE CONFERENCE WITH L.
                   KUNIHISA RE EXPECTED PAYMENT FROM DYNAMIC AND RE RECEIVING
```

```
INQUIRY : Case    - reference                        12:09pm 01 MAR 06

Client : 19656    HAWAII CARPENTERS JOINT TRUST FUND DELINQUENCY
Case   : 52832    DYNAMIC INTERIORS, INC.              Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S
                UPDATED LEDGER FROM L. KUNIHISA.

243   07/28/05 LEGAL SER  0.25 170.00        42.50                        I
      Fp:0507 | Bth:0LHA13724*8 | Atty:LORRAINE H. AKI | Inv:140995
      Source  : ABT-752-1276
      Note    : Created by: LHA
      Comments : REVIEW EMAIL MEMORANDUM FROM L. KUNIHISA RE STATUS UPDATE.

244   07/29/05 XEROX CHA  6.00              1.20                          I
      Fp:0507 | Bth:17514*15 | Inv:140995
      Source  : ASCIIC
      Note    : Read 08/01/05 04:03pm by bkj
      Comments : KS: Xeroxing Charges -  6 copies on 07/29/2005

245   07/29/05 FAX CHARG                    0.60                          I
      Fp:0507 | Bth:17514*16 | Inv:140995
      Source  : ASCIIC
      Note    : Read 08/01/05 04:03pm by bkj
      Comments : KS: Fax Charges: On 07/29/2005 to 5239476. Pages= 3 OrigAmt=
                 .6 Toll= 0 Dur= 2.066667min.

246   07/29/05 LEGAL SER  0.25 170.00        42.50                        I
      Fp:0507 | Bth:0LHA13725*5 | Atty:LORRAINE H. AKI | Inv:140995
      Source  : ABT-753-1282
      Note    : Created by: LHA
      Comments : REVIEW AND SIGN DEMAND LETTER TO EVANGELISTA, ATTORNEY FOR
                 DYNAMIC INTERIORS RE CONTINUING DELINQUENCIES.

253   08/05/05 LEGAL SER  0.10 170.00        17.00                        I
      Fp:0509 | Bth:235203*1 | Atty:DAVID J. MINKIN | Inv:141527
      Comments : REVIEW LETTER FROM ATTORNEY EVANGELISTA.

249   08/17/05 XEROX CHA  4.00              0.80                          I
      Fp:0508 | Bth:17577*108 | Inv:141527
      Source  : ASCIIC
      Note    : Read 08/22/05 12:36pm by bkj
      Comments : KS: Xeroxing Charges -  4 copies on 08/17/2005

250   08/17/05 FAX CHARG                    0.40                          I
      Fp:0508 | Bth:17577*109 | Inv:141527
      Source  : ASCIIC
      Note    : Read 08/22/05 12:36pm by bkj
      Comments : KS: Fax Charges: On 08/17/2005 to 8412900. Pages= 2 OrigAmt=
                 .4 Toll= 0 Dur= 1.266667min.

247   08/18/05 XEROX CHA  3.00              0.60                          I
      Fp:0508 | Bth:17577*36 | Inv:141527
      Source  : ASCIIC
      Note    : Read 08/22/05 12:36pm by bkj
      Comments : KS: Xeroxing Charges -  3 copies on 08/18/2005
```

```
INQUIRY : Case     - reference                    12:09pm 01 MAR 06

Client : 19656     HAWAII CARPENTERS JOINT TRUST FUND DELINQUENCY
Case   : 52832     DYNAMIC INTERIORS, INC.                  Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S

248   08/18/05 FAX CHARG                  0.40                       I
      Fp:0508 | Bth:17577*37 | Inv:141527
      Source   : ASCIIC
      Note     : Read 08/22/05 12:36pm by bkj
      Comments : KS: Fax Charges: On 08/18/2005 to 5239476. Pages= 2 OrigAmt=
                 .4 Toll= 0 Dur= 1.533333min.

251   08/18/05 LEGAL SER  0.50 170.00     85.00                      I
      Fp:0508 | Bth:0LHA13745*4 | Atty:LORRAINE H. AKI | Inv:141527
      Source   : ABT-772-1409
      Note     : Created by: LHA
      Comments : REVIEW L. KUNIHISA EMAIL MEMORANDUM RE FOLLOW UP
                 INFORMATION RE SETTLEMENT OFFER; REVIEW LETTER FROM
                 EVANGELISTA FOR 9/6/05 DELINQUENCY COMMITTEE MEETING
                 DISCUSSION.

252   08/18/05 LEGAL SER  0.30 170.00     51.00                      I
      Fp:0508 | Bth:234436*5 | Atty:DAVID J. MINKIN | Inv:141527
      Comments : REVIEW EMAIL FROM L. KUNIHISA; DRAFT LETTER TO ATTORNEY
                 EVANGELISTA RESPONDING TO HIS 8/5/05 SETTLEMENT PROPOSAL
                 LETTER.

254   09/23/05 LEGAL SER  0.30 170.00     51.00                      I
      Fp:0509 | Bth:235366*5 | Atty:DAVID J. MINKIN | Inv:141915
      Comments : RECEIVE VOICEMAIL FROM U.S. DISTRICT COURT INQUIRING AS TO
                 STATUS OF CASE; CONFERENCE WITH K. SAGUIBO RE PREPARATION
                 OF MOTION FOR DEFAULT JUDGMENT AND REQUESTING UPDATED
                 LEDGER FROM HCTF.

259   09/23/05 LEGAL SER  0.30  50.00     15.00                      I
      Fp:0510 | Bth:235662*1 | Atty:K. SAGUIBO (LEG | Inv:141915
      Comments : CONFERENCE WITH D. MINKIN RE MOTION FOR DEFAULT JUDGMENT;
                 REQUEST UPDATED LEDGER FROM L. KUNIHISA.

255   09/26/05 LEGAL SER  0.20 170.00     34.00                      I
      Fp:0509 | Bth:235368*15 | Atty:DAVID J. MINKIN | Inv:141915
      Comments : REVIEW EMAIL FROM L. KUNIHISA; ATTENTION TO PREPARATION OF
                 MOTION FOR DEFAULT JUDGMENT.

256   10/05/05 LEGAL SER  0.25 170.00     42.50                      I
      Fp:0510 | Bth:0LHA13793*9 | Atty:LORRAINE H. AKI | Inv:142753
      Source   : ABT-813-1703
      Note     : Created by: LHA
      Comments : REVIEW L. KUNIHISA EMAIL MEMORANDUM RE DELINQUENCY STATUS
                 UPDATE AND REQUEST FOR COLLECTION ACTION.

258   10/05/05 LEGAL SER  0.20 170.00     34.00                      I
      Fp:0510 | Bth:235554*13 | Atty:DAVID J. MINKIN | Inv:142753
      Comments : REVIEW EMAIL AND ENCLOSURES FROM L. KUNIHISA.
```

```
INQUIRY : Case      - reference                    12:09pm 01 MAR 06

Client  : 19656     HAWAII CARPENTERS JOINT TRUST FUND DELINQUENCY
Case    : 52832     DYNAMIC INTERIORS, INC.              Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S

257    10/11/05 LEGAL SER  0.25 170.00      42.50                        I
       Fp:0510 | Bth:0LHA13799*4 | Atty:LORRAINE H. AKI | Inv:142753
       Source   : ABT-817-1731
       Note     : Created by: LHA
       Comments : REVIEW D. MINKIN EMAIL MEMORANDUM RE STATUS; REVIEW P. MARX
                  EMAIL MEMORANDUM RE STATUS; REPLY EMAIL MEMORANDUM RE SAME.

260    10/12/05 LEGAL SER  0.10 170.00      17.00                        I
       Fp:0510 | Bth:235721*12 | Atty:DAVID J. MINKIN | Inv:142753
       Comments : REVIEW COURT'S NOTICE OF REASSIGNMENT OF CASE TO JUDGE
                  SEABRIGHT.

261    11/09/05 LEGAL SER  0.20 170.00      34.00                        I
       Fp:0511 | Bth:236215*4 | Atty:DAVID J. MINKIN | Inv:143289
       Comments : REVIEW EMAIL FROM L. KUNIHISA ENCLOSING UPDATED LEDGER.

262    11/21/05 LEGAL SER  0.20 170.00      34.00                        I
       Fp:0511 | Bth:236655*11 | Atty:DAVID J. MINKIN | Inv:143289
       Comments : ATTENTION TO STATUS UPDATE.

263    01/25/06 LEGAL SER  0.30 170.00      51.00
       Fp:0601 | Bth:0DJM13905*2 | Atty:DAVID J. MINKIN
       Source   : ABT-909-5146
       Comments : Attention to status update and motion.

264    01/27/06 LEGAL SER  0.20 170.00      34.00
       Fp:0601 | Bth:0DJM13907*4 | Atty:DAVID J. MINKIN
       Source   : ABT-909-5157
       Comments : Conference with court re:  case status and motion to be
                  filed.

265    02/13/06 LEGAL SER  0.50 170.00      85.00
       Fp:0602 | Bth:238246*10 | Atty:DAVID J. MINKIN
       Comments : REVIEW UPDATED LEDGER RECEIVED FROM L. KUNIHISA; WORK ON
                  MOTION FOR DEFAULT JUDGMENT.

266    02/14/06 LEGAL SER  0.30 170.00      51.00
       Fp:0602 | Bth:238247*4 | Atty:DAVID J. MINKIN
       Comments : WORK ON MOTION FOR DEFAULT JUDGMENT.
```