IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| **HAWAII CARPENTERS TRUST FUNDS**, (*Health & Welfare Fund* ) by its trustees Albert Hamamoto, Audrey Hidano, Henry Iida, Glen Kaneshige, Thomas Toma, Daniel Tom, Elmer Cabico, Paul C.K. Chang, Ronald Taketa, Melvin Fujii, Clifford Resacio, Russssell Young and Keith Hirota; *Apprenticeship & Training Fund* by its trustees James Ramirez, Russell Ogata, Conrad Murashige, Robert Donle, Angela Chinen, Dante Agra, Ron Taketa, Sidney Shimokawa, Dean Takahashi and Russell Hiranaka; *Vacation & Holiday Fund* by its trustees James Watanabe, James Ramirez, Gerard Sakamoto, Paul Sasaki, Jiggs Tamashiro, Mark Erwin, Michael Spain, Jr., Rockwell Rogers, Jr., Curtis Kern, Patrick Borge, Sr. and Lloyd Kupau, Jr.; *Market Recovery Program* by its trustees Edmund Aczon, Thalia Choy, Steven Hidano, Claude Matsumoto, Gerard Sakamoto, Albert Belliveau, Michael Spain, Jr., Ronald Taketa, Glenn Young and Jason Orita; *Financial Security Fund* | CIVIL NO. CV02-00425 DAE BMK<br><br>CERTIFICATE OF SERVICE |

37461.1

| | |
|---|---|
| by its trustees Kenneth Sakurai, Gordon L. Scruton, James Watanabe, Conrad Murashige, Lance Wilhelm, Brian Hedge, Rockwell Rogers, Jr., Bruce Soileau, Ronald Taketa, Tim McCormack, Kenneth Spence, Jack Reeves and Ralph Yackley), | ) ) ) ) ) ) ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) |
| **DYNAMIC INTERIORS, INC.**, a Hawaii corporation, | ) ) ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that, on the date and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at his last known address:

Served by First Class Mail:

    Alfredo G. Evangelista, Esq.
    Evangelista & Quiban
    707 Richards Street, Suite 710
    Honolulu, Hawaii  96813-4687

    Attorney for Defendant
    DYNAMIC INTERIORS, INC.

DATED: Honolulu, Hawaii, March 1, 2006.

/s/ David J. Minkin
DAVID J. MINKIN
LISA W. CATALDO

Attorneys for Plaintiff
HAWAII CARPENTERS TRUST FUNDS