IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| HAWAII CARPENTERES TRUST FUND, | ) ) ) | CIVIL 02-00425JMS-BMK |
| Plaintiff(s), | ) ) | |
| vs. | ) ) | |
| DYNAMIC INTERIORS, | ) ) | |
| Defendant(s). | ) | |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 2 8 2006

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

## ORDER TO SHOW CAUSE

Good cause appearing therefore,

IT IS HEREBY ORDERED that counsels in the above-named case appear on Monday, March 13, 2006 at 10:00 a.m. before the Honorable J. Michael Seabright to show cause why this case should not be dismissed for lack of prosecution.

DATED at Honolulu, Hawaii on _2/28/06_____

J. Michael Seabright
United States District Judge

cc:    David Minkin, Esq.
       Alfredo Evangelista, Esq.