ORIGINAL

EVANGELISTA & QUIBAN
Attorneys at Law, A Law Corporation

ALFREDO G. EVANGELISTA    #3373
Ocean View Center, Suite #710
707 Richards Street
Honolulu, Hawaii 96813
Telephone No.: (808)528-3955
Facsimile No.: (808)523-9476
E-mail Address: age-esq@hawaii.rr.com

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 31 2006

at __7__ o'clock and __17__ min. __P__ M
SUE BEITIA, CLERK

Attorney for Defendant
DYNAMIC INTERIORS, INC.

IN THE UNITED STATED DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HAWAII CARPENTERS TRUST FUNDS, (*Health and Welfare Fund* by its trustees Albert Hamamoto, Audrey Hidano, Henry Iida, Glen Kaneshige, Thomas Toma, Daniel Tom, Elmer Cabico, Paul C.K. Chang, Ronald Taketa, Melvin Fujii, Clifford Resacio, Russell Young and Keith Hirota; *Apprenticeship & Training Fund* by its trustees James Ramirez, Russell Ogata, Conrad Murashige, Robert Donle, Angela Chinen, Dante Agra, Ron Taketa, Sidney Shimokawa, Dean Takahashi and Russel Hiranaka; *Vacation & Holiday Fund* by its trustees James Watanabe, James Ramirez, Gerard Sakamoto, Paul Sasaki, Jiggs Tamashiro, Mark Erwin, Michael Spain, Jr., Rockwell Rogers, Jr., Curtis Kern, Patrick Borge, Sr. and Lloyd Kupau, Jr.; *Market Recovery* | CIVIL NO. CV02-00425 JMS BMK<br><br>DEFENDANT DYNAMIC INTERIORS, INC.'S MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANT DYNAMIC INTERIORS, INC.; DECLARATION OF EDDIE AGUINALDO; EXHIBITS "A" - "F"; CERTIFICATE OF SERVICE<br><br>DATE: April 21, 2006<br>TIME: 2:30PM<br>JUDGE: The Hon. Barry Kurren<br><br>Trial Date: None |

| | |
|---|---|
| *Program* by its trustees Edmund Aczon, Thalia Choy, Steven Hidano, Claude Matsumoto, Gerard Sakamoto, Albert Belliveau, Michael Spain, Jr., Ronald Taketa, Glenn Young and Jason Orita; *Financial Security Fund* by its trustees Kenneth Sakurai, Gordon L. Scruton, James Watanabe, Conrad Murashige, Lance Wilhelm, Brian Hedge, Rockwell Rogers, Jr., Bruce Soileau, Ronald Taketa, Tim McCormack, Kenneth Spence, Jack Reeves and Ralph Yackley), | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) |
| DYNAMIC INTERIORS, INC., a Hawaii corporation, | ) ) ) |
| Defendant. | ) ) ) |

### DEFENDANT DYNAMIC INTERIORS, INC.'S MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT <u>AGAINST DEFENDANT DYNAMIC INTERIORS, INC.</u>

Defendant DYNAMIC INTERIORS, INC., a Hawaii Corporation, by and through its undersigned counsel, EVANGELISTA & QUIBAN, Attorneys at Law, A Law Corporation, hereby files its Memorandum in Opposition to Plaintiff's Motion for Entry of Default Judgment.

2

By its Motion, Plaintiff is seeking Judgment in the amount of $113,434.27 plus attorney's fees and costs. Defendant Dynamic Interiors, Inc. disputes the amount claimed by Plaintiff.

First, the amount set forth as Exhibit "4" to Plaintiff's counsel's Declaration is just a summary of the amounts allegedly owed. Presumably these amounts were from audits conducted by Plaintiff. There has been no testimony from anyone who actually conducted the audits that these amounts are in fact correct. Plaintiff's counsel did not personally conduct the audit and his Declaration is insufficient to prove the amounts claimed.

Second, there is a significant dispute whether any amounts for contributions are in fact owed. Although Plaintiff's Complaint filed on July 10, 2002 alleged the amount of $93,314.23, Plaintiff's initial Motion for Default Judgment filed on January 16, 2003 claimed the amount of $39,712.12.

Defendant believes there were certain payments made that have not been correctly posted to Defendant's account. Defendant has again reviewed its reports, its checks, and the checks paid through joint checks or directly by the general contractor and as far as contributions, there is a credit due to Defendant in the amount of $21,887.85. See Declaration of Eddie Aguinaldo and the attached Exhibits thereto. Additionally, the amount of liquidated damages would depend

on whether contributions were owed for that particular month.

For the foregoing reasons, Defendant Dynamic Interiors, Inc. respectfully request that this Court deny Plaintiff's Motion for Judgment in the amount of $113,434.27 plus attorney's fees and costs.

Dated: Honolulu, Hawaii, March 31, 2006.

_____
ALFREDO G. EVANGELISTA
Attorney for Defendant
DYNAMIC INTERIORS, INC.