IN THE UNITED STATED DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HAWAII CARPENTERS TRUST FUNDS, (*Health and Welfare Fund* by its trustees Albert Hamamoto, Audrey Hidano, Henry Iida, Glen Kaneshige, Thomas Toma, Daniel Tom, Elmer Cabico, Paul C.K. Chang, Ronald Taketa, Melvin Fujii, Clifford Resacio, Russell Young and Keith Hirota; *Apprenticeship & Training Fund* by its trustees James Ramirez, Russell Ogata, Conrad Murashige, Robert Donle, Angela Chinen, Dante Agra, Ron Taketa, Sidney Shimokawa, Dean Takahashi and Russel Hiranaka; *Vacation & Holiday Fund* by its trustees James Watanabe, James Ramirez, Gerard Sakamoto, Paul Sasaki, Jiggs Tamashiro, Mark Erwin, Michael Spain, Jr., Rockwell Rogers, Jr., Curtis Kern, Patrick Borge, Sr. and Lloyd Kupau, Jr.; *Market Recovery Program* by its trustees Edmund Aczon, Thalia Choy, Steven Hidano, Claude Matsumoto, Gerard Sakamoto, Albert Belliveau, Michael Spain, Jr., Ronald Taketa, Glenn Young and Jason Orita; *Financial Security Fund* by its trustees Kenneth Sakurai, Gordon L. Scruton, James Watanabe, Conrad Murashige, Lance Wilhelm, Brian Hedge, Rockwell Rogers, Jr., Bruce Soileau, Ronald Taketa, Tim McCormack, Kenneth Spence, Jack | CIVIL NO. CV02-00425 JMS BMK<br><br>DECLARATION OF EDDIE AGUINALDO; EXHIBITS "A" - "F"; |

| | |
|---|---|
| Reeves and Ralph Yackley), | ) |
| | ) |
| Plaintiffs, | ) |
| vs. | ) |
| | ) |
| DYNAMIC INTERIORS, INC., a | ) |
| Hawaii corporation, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## DECLARATION OF EDDIE AGUINALDO

I, EDDIE AGUINALDO, hereby declares as follows:

1.     I am the President of Defendant Dynamic Interiors, Inc. I have personal knowledge as to the matters stated herein.

2.     I have personally reviewed the financial records of Dynamic Interiors, Inc. as it relates to the claims of the Plaintiff.

3.     Attached as Exhibit "A" is a true and correct copy of Dynamic Interiors, Inc.'s ledger for the Hawaii Carpenters Trust Fund for the year 2001. The ledger indicates that as of the end of the year 2001, there was a credit in the amount of $18,445.50. Also attached as part of Exhibit "A" are the available copies of the monthly reports as well as the available copies of all checks that were paid by either Dynamic Interiors, Inc. or by the general contractor through a joint check or a direct check.

  4. Attached as Exhibit "B" is a true and correct copy of Dynamic Interiors, Inc.'s ledger for the Hawaii Carpenters Trust Fund for the year 2002. The ledger indicates that as of the end of the year 2002, there was a credit of $12,521.94. Also attached as part of Exhibit "B" are the available copies of the monthly reports as well as the available copies of all checks that were paid by either Dynamic Interiors, Inc. or by the general contractor through a joint check or a direct check.

  5. Attached as Exhibit "C" is a true and correct copy of Dynamic Interiors, Inc.'s ledger for the Hawaii Carpenters Trust Fund for the year 2003. The ledger indicates that as of the end of the year 2003, there was a balance of $42,666.78. Also attached as part of Exhibit "C" are the available copies of the monthly reports as well as the available copies of all checks that were paid by either Dynamic Interiors, Inc. or by the general contractor through a joint check or a direct check.

  6. Attached as Exhibit "D" is a true and correct copy of Dynamic Interiors, Inc.'s ledger for the Hawaii Carpenters Trust Fund for the year 2004. The ledger indicates that as of the end of the year 2004, there was a credit in the amount of $22,484.12. Also attached as part of Exhibit "D" are the available copies of the monthly reports as well as the available copies of all checks that

were paid by either Dynamic Interiors, Inc. or by the general contractor through a joint check or a direct check.

      7.     Attached as Exhibit "E" is a true and correct copy of Dynamic Interiors, Inc.'s ledger for the Hawaii Carpenters Trust Fund for the year 2005. The ledger indicates that as of the end of the year 2005, there was a credit in the amount of $18,996.65. Also attached as part of Exhibit "E" are the available copies of the monthly reports as well as the available copies of all checks that were paid by either Dynamic Interiors, Inc. or by the general contractor through a joint check or a direct check.

      8.     In 2006, Dynamic Interiors, Inc. had no reportable hours. However on or about March 14, 2006, a payment in the amount of $2,891.20 was made to the Hawaii Carpenters Trust Fund.

I declare under penalty of law that the foregoing is true and correct.

DATED: Honolulu, Hawaii, _March 31, 2006_.

_____
EDDIE AGUINALDO