# DYNAMIC INTERIORS, INC.

## Hawaii Carpenters Trust Fund

### 2001

| MONTH OF | CONTRIBUTION OWED | AMOUNT PAID | BALANCE | COMMENT |
|---|---|---|---|---|
| January '01 | $ 6,214.25 | $ 11,546.88 | (5,332.63) | KD Jt Ck#009890 dated 1/4/01 |
| | | $ 11,546.88 | (16,879.51) | KD Jt Ck#010028 dated 1/24/01 |
| February '01 | $ 8,475.20 | $ 5,876.91 | (14,281.22) | KD JtCk#010321 dated 2/27/01 |
| | | $ 2,710.34 | (16,991.56) | Dynamic Ck     dated 2/27/01 |
| March '01 | $ 10,012.18 | $ - | (6,979.38) | |
| April '01 | $ 2,907.08 | $ 6,214.25 | (10,286.55) | KD Jt Ck#010739, dated 4/28/01 |
| | | $ 8,000.00 | (18,286.55) | ABS Jt Ck#6782, dated 4/28/01 |
| | | $ 475.20 | (18,761.75) | Dynamic Ck#345, dated 4/28/010 |
| May '01 | $ 4,037.92 | $ 374.09 | (19,135.84) | |
| | | $ 7,700.00 | (22,797.92) | KD Jt Ck#11301, dated 5/31/01 |
| June '01 | $ 4,555.16 | $ - | (18,242.76) | |
| July '01 | $ 9,142.57 | $ 2,907.08 | (12,007.27) | KD Jt Ck#011345 dated 7/11/01 |
| August '01 | $ 6,823.00 | $ 1,000.00 | (6,184.27) | Dynamic Ck#579 dated 8/28/01 |
| | | $ 246.64 | (6,430.91) | Dynamic Ck#559, dated 8/14/01 |
| September '01 | $ 2,836.11 | $ 5,642.57 | (9,237.37) | Dynamic Ck#604 dated 9/5/01 |
| | | $ 4,035.68 | (13,273.05) | RSI Jt Ck#42420 dated 9/5/01 |
| | | $ 3,956.96 | (17,230.01) | ABS Jt Ck#9085 dated 9/30/01 |
| October '01 | $ 1,526.92 | $ 80.96 | (17,310.97) | Dynamic Ck#687 dated 9/30/01 |
| | | $ 1,016.15 | (16,800.20) | Dynamic Ck#647 dated 10/31/01 |
| | | $ 4,035.68 | (20,835.88) | RSI JCk#42420  dated 10/01/01 |
| November '01 | $ 827.86 | $ - | (20,008.02) | |
| December '01 | $ 3,089.44 | $ 1,526.92 | (18,445.50) | Dynamic Ck#720 dated 12/3/01 |

EXHIBIT "A"

# HAWAII CARPENTERS JOINT TRUST FUNDS

## HCTF ADMINISTRATIVE CORPORATION

1199 DILLINGHAM BOULEVARD, SUITE 200 / HONOLULU HAWAII 96817 PHONE (808) 841-7575 / NEIGHBOR ISLANDS 1(800) 634-8608 / FAX (808) 841-2900

## EMPLOYERS MONTHLY REPORT TO TRUSTEES
### BEFORE COMPLETING THIS FORM PLEASE READ INSTRUCTIONS ON REVERSE SIDE

**1** THIS REPORT COVERS HOURS FOR THIS MONTH OF

JANUARY, 2001

ACCOUNT NUMBER

19041   DL

FEDERAL I.D. NUMBER    STATE LICENSE NUMBER

17-0353400

EMPLOYER NAME AND ADDRESS

DYNAMIC INTERIORS INC.
904 KOHOU STREET #103
HONOLULU, HI 96817

311  Harold
101
412

DRYWALL/LATHERER

50%  100%

IF THE ABOVE INFORMATION IS INCORRECT PLEASE INDICATE CHANGES

The undersigned, as the authorized representative of the signatory Contractor herein agrees to comply with the wages, hours and working conditions of the collective bargaining agreement between Local 745 of the United Brotherhood of Carpenters and Joiners of America, AFL-CIO (hereinafter Union) and signatory contractor (hereinafter of the General Contractors Labor Association and the Builders Labor Association, Hawaii Wall and Ceiling Industry Association, and independent contractors (hereinafter Contractor).

The Contractor hereby adopts and agrees to be bound by the trust agreements and amendments thereto of the (1) Hawaii Carpenters Health and Welfare Fund, (2) Hawaii Carpenters Apprenticeship and Training Fund, (3) Hawaii Carpenters Vacation & Holiday Fund, (4) Drywall Apprenticeship Training Fund, (5) Financial Security Fund, (6) Market Recovery Program, and rules and regulations adopted thereunder by the Trustees.

I do hereby certify under penalty of perjury that the employees listed below constitute all the employees for who I am required to make payments to the various Trust Funds and that the hours shown for each employee are the total hours for which he worked or was paid.

SIGNED BY _____    TITLE _____

**2** TOTAL HOURS WORKED

**3** COMPUTATION OF CONTRIBUTIONS

| | A. | B. HEALTH & WELFARE | C. TRAINING & RETRAINING | D. VACATION & HOLIDAY | E. FINANCIAL SECURITY 45% | F. FINANCIAL SECURITY 50% | G. FINANCIAL SECURITY | H. MARKET RECOVERY |
|---|---|---|---|---|---|---|---|---|
| | 0.00 /HR | 4.27 /HR | 0.50 /HR | 5.00 /HR | 4.50 /HR | 4.96 /HR | 7.25 /HR 6.5% /HR | .30 /HR |
| 412 | $ | $ 155.50 | | $ | $ | $ | | $ 93.30 |
| LIQUIDATED DAMAGES OR ADJUSTMENTS | $ | | | | | | | |
| TOTAL DUE EACH TRUST | $ 1,759.24 | $ | 2060.18 | $ | $ 272.16 | $ 338.75 | $ | $ 6214.25 |

**4** NOTE:
THIS REPORT IS ONLY FOR:
☐ CARPENTERS
☐ DRYWALL
☐ CAB. SHOP
☐ LATHERS
(CHECK ONE)
TOTAL OF COLUMNS A-H
$ 6214.25

**5** EMPLOYEE'S NAME LAST NAME & 1ST INITIAL

**6** APPRENTICE 45% 50%   SOCIAL SECURITY NUMBER

**7** TOTAL HOURS

**8** APPLICABLE PAYMENT: THIS REPORT SHOULD BE ACCOMPANIED BY ONE CHECK.

143 + 112 + 56 = 311 hr

| EMPLOYEE'S NAME | APPR | SSN | HOURS |
|---|---|---|---|
| CACHAS, MARIO BERT | | | 143 |
| PAGALILAUAN, Benjamin Jr. | | | 112 |
| RAMOS, Kit J. | X | | 56 |
| SALVATIERRA, Harold | 45 50 (A1) | | 101 |

MAIN BRANCH
FIRST HAWAIIAN BANK
TRUST GROUP
P.O. BOX 3708
HONOLULU, HAWAII 96811-9988

**9** NO EMPLOYEES:
THIS REPORT MUST BE FILED EVEN THOUGH NO EMPLOYEES WORKED THIS MONTH.
PLEASE CHECK THE APPROPRIATE BOX.

☐ NO EMPLOYEES WORKED THIS MONTH. PLEASE CONTINUE MAILING REPORT FORMS.

☐ TRANSFER TO INACTIVE STATUS. WE HAD NO EMPLOYEE TO REPORT THIS MONTH AND DO NOT ANTICIPATE HIRING ANY IN THE NEAR FUTURE.

6214.25

535.20  over paid

6,214.25
-5,678.95
535.30  over paid

**10**   RECEIVE DATE:
Reports are due the following month and must be received at the bank or postmarked by the 25th (30th for Mill Cab., Lathers, Drywall) to avoid Liquidated Damages and interest. Liquidated damages are calculated at 20% of contributions due each trust or $20.00 per trust, whichever is greater. Interest is due at the maximum rates permitted by law and specified in the Trust Agreement of each trust. These rates vary and may approach or exceed 20% per annum.

**EMPLOYEE CLASSIFICATION:**
SHOULD YOU EMPLOY 1ST PERIOD APPRENTICES (40%) YOU MUST CLEARLY IDENTIFY THOSE EMPLOYEES BY PLACING AN ASTERISK (*) NEXT TO THEIR NAME IN THE APPROPRIATE COLUMN. 1ST PERIOD APPRENTICES (40%) ARE ELIGIBLE FOR PAYMENT TO THE HAWAII CARPENTERS HEALTH & WELFARE FUND AND THE HAWAII CARPENTERS VACATION & HOLIDAY FUND ONLY FOR THE FIRST 1,000 HOURS WORKED.
*SOCIAL SECURITY NUMBER MUST BE FILLED TO ASSURE PROPER CREDIT. FOR ADDITIONAL REPORTS OR INFORMATION, PLEASE PHONE AND ASK FOR EMPLOYER CONTROL DEPARTMENT.

TOTAL HOURS THIS PAGE   412

**KD CONSTRUCTION, INC.**
1015 PAAPU STREET
HONOLULU, HI 96818

58-102
1213

009890

**BANK OF HAWAII**
Waiakamilo Branch
Honolulu, HI 96817

DATE
January 4, 2001

Pay: ******************Eleven thousand five hundred forty-six dollars and 88 cents

AMOUNT
$*****11,546.88

PAY
TO THE
ORDER
OF

Dynamic Interiors
and Hawaii Carpenters J/T Fund
904 KOHOU STREET, STE. #103
HONOLULU, HI 96819

⑈009890⑈ ⑆121301028⑆ 0080⑈05188⑈

⑈0001454688⑈

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE R

FIRST HAWAIIAN BK    >121301015<
HONOLULU HAWAII  01-11-01
0101973l6  01-11-01  01  01000934

The security features listed below, as well as these
that are not listed, exceed industry guidelines.

2

KD CONSTRUCTION, INC.
1015 PAAPU STREET
HONOLULU, HI 96819

BANK OF HAWAII
Waialaekamilo Branch
Honolulu, HI 96817

58-102
1213

010028

Pay: *****************Eleven thousand five hundred forty-six dollars and 88 cents

DATE
January 24, 2001

AMOUNT
$*****11,546.88

PAY
TO THE
ORDER
OF

Dynamic Interiors
and Hawaii Carpenters Joint Trust
904 KOHOU STREET, STE. #103
HONOLULU, HI  96819

⑆010028⑆  ⑈121130102⑈  008040⑈188⑆

⑆000⑆1⑅546⑆88⑆

ENDORSE HERE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE A

FIRST HAWAIIAN BK
HONOLULU HAWAII
0114149455  02-26-01
0114149455  02-26-01     01  01000934
>121301015<

The security features listed below, as well as others
not listed, exceed industry guidelines.

02/27/01
12130128

2

# HAWAII CARPENTERS JOINT TRUST FUNDS

HCTF ADMINISTRATIVE CORPORATION

1199 DILLINGHAM BOULEVARD, SUITE 200 / HONOLULU HAWAII 96817 PHONE (808) 841-7575 / NEIGHBOR ISLANDS 1(800) 634-8608 / FAX (808) 841-2900

## EMPLOYERS MONTHLY REPORT TO TRUSTEES
### BEFORE COMPLETING THIS FORM PLEASE READ INSTRUCTIONS ON REVERSE SIDE

THIS REPORT COVERS HOURS FOR THE MONTH OF

**1**  FEBRUARY, 2001

ACCOUNT NUMBER

19041   DL

FEDERAL I.D. NUMBER
99-0353400

STATE LICENSE NUMBER
C 19041

EMPLOYER NAME AND ADDRESS

DYNAMIC INTERIORS, INC.
904 KOHOU STREET, #103
HONOLULU, HI 96817

DRYWALL/LATHERER

APR 17 2001

SIGNED BY _____   TITLE  OFFICE MANAGER

IF THE ABOVE INFORMATION IS INCORRECT PLEASE INDICATE CHANGES

The undersigned, the authorized representative of the signatory Contractor herein agrees to comply with the wages, hours and working conditions of the collective bargaining agreement between Local 745 of the United Brotherhood of Carpenters and Joiners of America, AFL-CIO (hereinafter Union) and signatory contractor members of the General Contractors Labor Association and the Builders Labor Association, Hawaii Wall and Ceiling Industry Association, and independent contractors (hereinafter Contractor).

The Contractor hereby adopts and agrees to be bound by the trust agreements and amendments thereof, of the (1) Hawaii Carpenters Health and Welfare Fund, (2) Hawaii Carpenters Apprenticeship and Training Fund, (3) Hawaii Carpenters Vacation & Holiday Fund, (4) Drywall Apprenticeship Training Fund, (5) Financial Security Fund, (6) Market Recovery Program, and rules and regulations adopted thereunder by the Trustees.

I hereby certify under penalty of perjury that the employees listed below constitute all the employees for who I am required to make payments to the various Trust Funds and that the hours shown for each employee are the total hours for which he worked or was paid.

**3** COMPUTATION OF CONTRIBUTIONS

| **2** TOTAL HOURS WORKED | A. | B. HEALTH & WELFARE | C. TRAINING & RETRAINING | D. VACATION & HOLIDAY | E. FINANCIAL 45% | F. FINANCIAL SECURITY FUND | G. FINANCIAL SECURITY FUND | H. MARKET RECOVERY | **4** NOTE: THIS REPORT IS ONLY FOR: |
|---|---|---|---|---|---|---|---|---|---|
| | @ 0.00 /HR | @ 4.27 /HR | @ 0.50 /HR | @ 5.00 /HR | @ 4.50 /HR | @ 4.86 /HR | @ 5.25 /HR | @ 0.30 /HR | ☐ CARPENTERS |
| 610 | $ 2,604.70 | $ 305.00 | $ 3050.00 | $ 684.00 48.00 | $ 738.72 | $ 1,648.50 | | $ 183.00 | ☐ DRYWALL ☐ CAB. SHOP |
| LIQUIDATED DAMAGES OR ADJUSTMENTS | # 345 | | NCR | | NCR | | | NCR | ☐ LATHERS |
| TOTAL DUE EACH TRUST | $ 475.20 | | | | | $ 2532.50 NCR | | $ 811.50 | (CHECK ONE) TOTAL OF COLUMNS A-H |

| **5** EMPLOYEE'S NAME LAST NAME & 1ST INITIAL | APPRENTICE 45% 50% | **6** SOCIAL SECURITY NUMBER | **7** TOTAL HOURS | **8** APPLICABLE PAYMENT: THIS REPORT SHOULD BE ACCOMPANIED BY ONE CHECK. |
|---|---|---|---|---|
| CASINAS, MARIO BERT | | 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 | 154 | 475.20 |
| PAGDILAO, Benjamin Jr | | 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 | 40 | |
| GRAELLIS, Richard | X | 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 | 152 | MAIN BRANCH FIRST HAWAIIAN BANK TRUST GROUP P.O. BOX 3708 HONOLULU, HAWAII 96811-9988 |
| Mendoza, Michael | | 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 | 120 | |
| CALVENTAS, HARAD | # | 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 | 144 | |

**9** NO EMPLOYEES:
THIS REPORT MUST BE FILED EVEN THOUGH NO EMPLOYEES WORKED THIS MONTH.
PLEASE CHECK THE APPROPRIATE BOX.

☐ NO EMPLOYEES WORKED THIS MONTH. PLEASE CONTINUE MAILING REPORT FORMS.

☐ TRANSFER TO INACTIVE STATUS. WE HAD NO EMPLOYEE TO REPORT THIS MONTH AND DO NOT ANTICIPATE HIRING ANY IN THE NEAR FUTURE.

Unpd FSF 702.72

Did not include 50% app
LD          FSF

H  475.90
T  610.00
V  610.00
F  607.04
M  36.60

4-26-01

475.20 - HW ng
- NCR -

Disc. Notice
Date
Initials          BOP

**10** RECEIVE DATE:

Reports are due the following month and must be received at the bank or postmarked by the 25th (30th for Mill Cab, Lathers, Drywall) to avoid Liquidated Damages and interest. Liquidated damages are calculated at 20% of contributions due each trust or $20.00 per trust, whichever is greater. Interest is due at the maximum rates permitted by law and specified in the Trust Agreement of each trust. These rates vary and may approach or exceed 20% per annum.

EMPLOYEE CLASSIFICATION:
SHOULD YOU EMPLOY 1ST PERIOD APPRENTICES (40%), YOU MUST CLEARLY IDENTIFY THOSE EMPLOYEES BY PLACING AN ASTERISK (*) NEXT TO THEIR NAME IN THE APPROPRIATE COLUMN. 1ST PERIOD APPRENTICES (40%) ARE ELIGIBLE FOR PAYMENT TO THE HAWAII CARPENTERS HEALTH & WELFARE FUND AND THE HAWAII CARPENTERS VACATION & HOLIDAY FUND ONLY FOR THE FIRST 1,000 HOURS WORKED.
SOCIAL SECURITY NUMBER MUST BE FILLED TO ASSURE PROPER CREDIT. FOR ADDITIONAL INFORMATION PLEASE PHONE / HCTF ADMIN EMPLOYER CONTROL DEPARTMENT.

TOTAL HOURS THIS PAGE   610

KD CONSTRUCTION, INC.
Dynamic Interiors

010321

| DATE | INVOICE NO. | DESCRIPTION | INVOICE AMOUNT | DEDUCTION | BALANCE |
|---|---|---|---|---|---|
| 20-01 | 99-0019-8 | Repair BEQ | 6529.90 | 652.99 | 5876.91 |

| CHECK DATE 2-27-01 | CHECK NUMBER | CHECK NO. 10321 | TOTALS | 6529.90 | 652.99 | CHECK AMOUNT 5876.91 |
|---|---|---|---|---|---|---|

BANK OF HAWAII
Waiakamilo Branch
Honolulu, HI 96817

59-102
1213

010321

**KD CONSTRUCTION, INC.**
1015 PAAPU STREET
HONOLULU, HI 96819

Pay: ************Five thousand eight hundred seventy-six dollars and 91 cents

| DATE | AMOUNT |
|---|---|
| February 27, 2001 | $******5,876.91 |

PAY
TO THE
ORDER
OF

Dynamic Interiors
and Hawaii Carpenters Trust Fund
904 KOHOU STREET, STE. #103
HONOLULU, HI  96819

Daniel Auig

⑈010321⑈ ⑆121301028⑆ 0080⑈061889⑈

USB FOR DEC. 2000

wrong year

# HAWAII CARPENTERS JOINT TRUST FUNDS

HCTF ADMINISTRATIVE CORPORATION

1199 DILLINGHAM BOULEVARD, SUITE 200 / HONOLULU HAWAII 96817 PHONE (808) 841-7575 / NEIGHBOR ISLANDS 1(800) 634-8608 / FAX (808) 841-2900

## EMPLOYERS MONTHLY REPORT TO TRUSTEES
### BEFORE COMPLETING THIS FORM PLEASE READ INSTRUCTIONS ON REVERSE SIDE

**1** THIS REPORT COVERS FOR THIS MONTH OF
MARCH, 2001

ACCOUNT NUMBER
19041    DL

FEDERAL I.D. NUMBER
99-0353400

STATE LICENSE NUMBER
C 19041

EMPLOYER NAME AND ADDRESS
DYNAMIC INTERIORS, INC.
904 KOHOU STREET #103
HONOLULU, HI 96817

DRYWALL/LATHERER        50%  100%

IF THE ABOVE INFORMATION IS INCORRECT PLEASE INDICATE CHANGES

The undersigned, as the authorized representative of the signatory Contractor herein agrees to comply with the wages, hours and working conditions of the collective bargaining agreement between Local 745 of the United Brotherhood of Carpenters and Joiners of America, AFL-CIO (hereinafter Union) and signatory contractor members of the General Contractors Labor Association and the Builders Labor Association, Hawaii Wall and Ceiling Industry Association, and independent contractors (hereinafter Contractor).

The Contractor hereby adopts and agrees to be bound by the trust agreements and amendments thereto of the (1) Hawaii Carpenters Health and Welfare Fund, (2) Hawaii Carpenters Apprenticeship and Training Fund, (3) Hawaii Carpenters Vacation & Holiday Fund, (4) Drywall Apprenticeship Training Fund, (5) Financial Security Fund, (6) Market Recovery Program, and rules and regulations adopted thereunder by the Trustees.

I do hereby certify under penalty of perjury that the employees listed below constitute all the employees for who I am required to make payments to the various Trust Funds and that the hours shown for each employee are the total hours for which he worked or was paid.

SIGNED BY _____    TITLE  OFFICE MANAGER

**2** TOTAL HOURS WORKED

**3** COMPUTATION OF CONTRIBUTIONS

| | A. | B. HEALTH & WELFARE | C. TRAINING & RETRAINING | D. VACATION & HOLIDAY | E. FINANCIAL SECURITY FUND 45% | F. FINANCIAL SECURITY FUND 50% | G. FINANCIAL SECURITY | H. MARKET RECOVERY |
|---|---|---|---|---|---|---|---|---|
| | $ 5.00 /HR | 4.38 /HR | 0.50 /HR | 5.00 /HR | 4.55 /HR | 9.72 168 hrs /HR | 5.60 344 hrs /HR | .30 512 hrs/HR |
| 672 | $ | $ | $ 256.00 | $ | $ | $ | $ 153.60 | $ |
| LIQUIDATED DAMAGES | $ | | | | | | | |
| | $ | | | | | | | |
| TOTAL DUE EACH TRUST | 2093.12 | 3280.00 | | 826.56 | 1892.00 | | | |

9,357.28

**4** NOTE: THIS REPORT IS ONLY FOR:
☐ CARPENTERS
☑ DRYWALL
☐ CAB. SHOP
☐ LATHERS
(CHECK ONE)
TOTAL OF COLUMNS A-H

**5** EMPLOYEE'S NAME LAST NAME & 1ST INITIAL

**6** APPRENTICE 45% 50%    SOCIAL SECURITY NUMBER

**7** TOTAL HOURS

| EMPLOYEE'S NAME | APP 45% | APP 50% | SS# | TOTAL HOURS |
|---|---|---|---|---|
| CASHAS, M. | | | | 192 |
| LAGRIO, N. | | | | 120 |
| MENDOZA, | | | | 32 |
| CALVETTAS, H. | EU | | | 160 |
| GRAULOS, R. | | | 168 | 168 |
| | | | | 687 |

**8** APPLICABLE PAYMENT THIS REPORT SHOULD BE ACCOMPANIED BY ONE CHECK.
192 + 120 + 32 = 344 hrs
168 Rid
512

MAIN BRANCH
FIRST HAWAIIAN BANK
TRUST GROUP
P.O. BOX 3708
HONOLULU, HAWAII 96811-9988

**9** NO EMPLOYEES:
THIS REPORT MUST BE FILED EVEN THOUGH NO EMPLOYEES WORKED THIS MONTH.
PLEASE CHECK THE APPROPRIATE BOX.

☐ NO EMPLOYEES WORKED THIS MONTH. PLEASE CONTINUE MAILING REPORT FORMS.

☐ TRANSFER TO INACTIVE STATUS. WE HAD NO EMPLOYEE TO REPORT THIS MONTH AND DO NOT ANTICIPATE HIRING ANY IN THE NEAR FUTURE.

9,357.28
- 9,242.08  should be right amount
115.20  overpaid

9,242
08

**10** RECEIVE DATE:
Reports are due the following month and must be received at the bank or postmarked by the 25th (30th for Mill Cab., Lathers, Drywall) to avoid Liquidated Damages and interest. Liquidated damages are calculated at 20% of contributions due each trust or $20.00 per trust, whichever is greater. Interest is due at the maximum rates permitted by law and specified in the Trust Agreement of each trust. These rates vary and may approach or exceed 20% per annum.

EMPLOYEE CLASSIFICATION:
SHOULD YOU EMPLOY 1ST PERIOD APPRENTICES (40%), YOU MUST CLEARLY IDENTIFY THOSE EMPLOYEES BY PLACING AN ASTERISK (*) NEXT TO THEIR NAME IN THE APPROPRIATE COLUMN. 1ST PERIOD APPRENTICES (40%) ARE ELIGIBLE FOR PAYMENT TO THE HAWAII CARPENTERS HEALTH & WELFARE FUND AND THE HAWAII CARPENTERS VACATION & HOLIDAY FUND ONLY FOR THE FIRST 1,000 HOURS WORKED.
SOCIAL SECURITY NUMBER MUST BE FILLED TO ASSURE PROPER CREDIT. FOR ADDITIONAL REPORTS OR INFORMATION, PLEASE PHONE AND ASK FOR EMPLOYER CONTROL DEPARTMENT.

TOTAL HOURS THIS PAGE  656

# HAWAII CARPENTERS JOINT TRUST FUNDS

### HCTF ADMINISTRATIVE CORPORATION

1199 DILLINGHAM BOULEVARD, SUITE 200 / HONOLULU HAWAII 96817 PHONE (808) 841-7575 / NEIGHBOR ISLANDS 1(800) 634-6608 / FAX (808) 841-2900

## EMPLOYERS MONTHLY REPORT TO TRUSTEES
**BEFORE COMPLETING THIS FORM PLEASE READ INSTRUCTIONS ON REVERSE SIDE**

**1** THIS REPORT COVERS HOURS FOR THIS MONTH OF

**APRIL, 2001**

| ACCOUNT NUMBER |
|---|
| 19041 DL |

FEDERAL I.D. NUMBER    STATE LICENSE NUMBER

**EMPLOYER NAME AND ADDRESS**

DYNAMIC INTERIORS, INC.
904 KOHOU STREET,#103
HONOLULU, HI 96817

DRYWALL/LATHERER

506  /100%

IF THE ABOVE INFORMATION IS INCORRECT PLEASE INDICATE CHANGES

The undersigned, as the authorized representative of the signatory Contractor herein agrees to comply with the wages, hours and working conditions of the collective bargaining agreement between Local 745 of the United Brotherhood of Carpenters and Joiners of America, AFL-CIO (hereinafter Union) and signatory contractor members of the General Contractors Labor Association and the Builders Labor Association, Hawaii Wall and Ceiling Industry Association, and Independent contractors (hereinafter Contractor).

The Contractor hereby adopts and agrees to be bound by the trust agreements and amendments thereto of the (1) Hawaii Carpenters Health and Welfare Fund, (2) Hawaii Carpenters Apprenticeship and Training Fund, (3) Hawaii Carpenters Vacation & Holiday Fund, (4) Drywall Apprenticeship Training Fund, (5) Financial Security Fund, (6) Market Recovery Program, and rules and regulations adopted thereunder by the Trustees.

I do hereby certify under penalty of perjury that the employees listed below constitute all the employees for who I am required to make payments to the above Trust Funds and that the hours shown for each employee are the total hours for which he worked or was paid.

SIGNED BY    TITLE    office manager

**2** TOTAL HOURS WORKED

**201**

**3** COMPUTATION OF CONTRIBUTIONS

| | A. @ 0.00 /HR | B. HEALTH & WELFARE @ 4.32 /HR | C. TRAINING & RETRAINING @ 0.50 /HR | D. VACATION & HOLIDAY @ 5.00 /HR | E. FINANCIAL SECURITY FUND 45% @ 4.55 /HR | F. FINANCIAL SECURITY FUND 50% @ 4.92 /HR | G. FINANCIAL FUND @ 5.50 /HR | H. MARKET RECOVERY @ 0.30 /HR |
|---|---|---|---|---|---|---|---|---|
| $ | $ 868.32 | 100.50 | 1005.00 | -0- | $ 432.96 | $ 440.00 | $ 60.30 |
| LIQUIDATED DAMAGES & ADJUSTMENTS | $ | $ | $ | $ | $ | $ | $ | $ |
| TOTAL DUE EACH TRUST | $ | 868.32 | 100.50 | 1005.00 | -0- | $ 432.96 | 440.00 | 60.30 |

**4** NOTE: THIS REPORT IS ONLY FOR:
☐ CARPENTERS
☐ DRYWALL
☐ CAB. SHOP
☐ LATHERS

(CHECK ONE)

TOTAL OF COLUMNS A-H $ 2,907.8

**5** EMPLOYEE'S NAME LAST NAME & 1ST INITIAL

**6** APPRENTICE 45% 50%

**7** SOCIAL SECURITY NUMBER    TOTAL HOURS

| EMPLOYEE'S NAME | APPRENTICE | | SOCIAL SECURITY NUMBER | TOTAL HOURS |
|---|---|---|---|---|
| CASINAS, MARIO BERG | | | | 80 |
| CALVENTAS, HAROLD | 40% | * | | 33?? |
| GRAELLOS, Richard | | X | | 88 |

**8** APPLICABLE PAYMENT: THIS REPORT SHOULD BE ACCOMPANIED BY ONE CHECK.

MAIN BRANCH
FIRST HAWAIIAN BANK
TRUST GROUP
P.O. BOX 3708
HONOLULU, HAWAII 96811-9988

**9** NO EMPLOYEES: THIS REPORT MUST BE FILED EVEN THOUGH NO EMPLOYEES WORKED THIS MONTH. PLEASE CHECK THE APPROPRIATE BOX

☐ NO EMPLOYEES WORKED THIS MONTH. PLEASE CONTINUE MAILING REPORT FORMS.

☐ TRANSFER TO INACTIVE STATUS. WE HAD NO EMPLOYEE TO REPORT THIS MONTH AND DO NOT ANTICIPATE HIRING ANY IN THE NEAR FUTURE.

**10** RECEIVE DATE:

Reports are due the following month and must be received at the bank or postmarked by the 25th (30th for Mill Cab, Lathers, Drywall) to avoid Liquidated Damages and interest. Liquidated damages are calculated at 20% of contributions due each trust or $20.00 per trust, whichever is greater. Interest is due at the maximum rates permitted by law and specified in the Trust Agreement of each trust. These rates vary and may approach or exceed 20% per annum.

**EMPLOYEE CLASSIFICATION:**
SHOULD YOU EMPLOY 1ST PERIOD APPRENTICES (40%), YOU MUST CLEARLY IDENTIFY THOSE EMPLOYEES BY PLACING AN ASTERISK (*) NEXT TO THEIR NAME IN THE APPROPRIATE COLUMN. 1ST PERIOD APPRENTICES (40%) ARE ELIGIBLE FOR PAYMENT TO THE HAWAII CARPENTERS HEALTH & WELFARE FUND AND THE HAWAII CARPENTERS VACATION & HOLIDAY FUND ONLY FOR THE FIRST 1,000 HOURS WORKED.
SOCIAL SECURITY NUMBER MUST BE FILLED TO ASSURE PROPER CREDIT. FOR ADDITIONAL REPORTS OR INFORMATION, PLEASE PHONE AND ASK FOR EMPLOYER CONTROL DEPARTMENT.

| TOTAL HOURS THIS PAGE | 201 |
|---|---|

| INVOICE NO. | DESCRIPTION | INVOICE AMOUNT | DEDUCTION | BALANCE |
|---|---|---|---|---|
| 3-20-01 99-0019-10 Repair BEQ | | 6904.72 | 690.47 | 6214.25 |

| CHECK DATE 4-24-01 | CHECK NUMBER | CHECK NO. 10739 | TOTALS | 6904.72 | 690.47 | CHECK AMOUNT 6214.25 |

**KD CONSTRUCTION, INC.**
1015 PAAPU STREET
HONOLULU, HI 96819

BANK OF HAWAII
Waiakamilo Branch
Honolulu, HI 96817

59-102
1213

010739

Y: *******************Six thousand two hundred fourteen dollars and 25 cents

DATE
April 24, 2001

AMOUNT
$******6,214.25

Dynamic Interiors
and Hawaii Carpenters Joint Trust
904 KOHOU STREET, STE. #103
HONOLULU, HI 96819

Daniel G. Craig

⑆010739⑆ ⑆121301028⑆ 0080⑈061889⑈

CONSTRUCTION, INC.
mic Interiors

| INVOICE NO. | DESCRIPTION | INVOICE AMOUNT | DEDUCTION | BALANCE |
|---|---|---|---|---|
| -01 99-0019-10 Repair BEQ | | 6904.72 | 690.47 | 6214.25 |

010739

HECK DATE

| | | | AMOUNT | DISCOUNT | NET AM |
|---|---|---|---|---|---|
| | | | 8000.00 | | 80 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 04/24/01 | 006782 | ** CHECK TOTALS: | | 8000.00 | | 800 |

# RAM CORPORATION
## dba ALLIED BUILDERS SYSTEM
**1717 Akahi Street**          Honolulu, Hawaii 96819
Ph. (808) 847-3763

KAPIOLANI BRANCH
FIRST HAWAIIAN BANK       59-101
HONOLULU, HAWAII          ─────
                          1213          VOID AFTER 90 DAYS

NO.  6782

| ***8,000 DOLLARS AND NO CENTS | DATE | CHECK NO. | PAYEE I.D. |
|---|---|---|---|
| | 04/24/01 | 006782 | DYNAMIC |

PAY
TO THE
ORDER
OF

• DYNAMIC INTERIORS
   AND HAWAII CARPENTERS JOINT TRUST FUND
904 KOHOU STREET, SUITE #103
HONOLULU,  HI  96817

PAY THIS AMOUNT
*****8,000.00

⑈006782⑈ ⑆1213010150⑆ 65⑈176432⑈

RAM CORPORATION  dba ALLIED BUILDERS SYSTEM   •   1717 Akahi Street   •   Honolulu, Hawaii 96819

6782

| DATE | INVOICE NO. | DESCRIPTION | AMOUNT | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|
| /26/01 | 2008 | 632 WAIMAHA | 8000.00 | | 8000.00 |

| | | | | | |
|---|---|---|---|---|---|
| 4/01 | 006782 | ** CHECK TOTALS: | 8000.00 | | 8000.00 |

**D**

**DYNAMIC INTERIORS, INC.**
GENERAL ACCOUNT
904 KOHOU STREET, SUITE 103
HONOLULU, HAWAII 96817
PHONE: (808) 841-0215

59-177/1213

**0345**

DATE  4/2/01

PAY
AMOUNT
OF

******Four Hundred Seventy-five and 20/100**************

TO THE ORDER OF

HI Carpenters Trust Fund

HAWAII NATIONAL BANK
HAWAII
MAIN BRANCH
HONOLULU, HAWAII

| EXPLANATION | AMOUNT | DESCRIPTION | CHECK NUMBER | CHECK AMOUNT |
|---|---|---|---|---|
| | | Fringes & Benefits 2/01 | 0325 | 475.20 |

DOLLARS $ 475.20

⑈000345⑈  ⑆121301772⑆  ⑈20⑈0112⑈  ⑈00000475 20⑈

ABSENCE OF ENDORSEMENT BY THE MAKER OF
THIS CHECK IS GUARANTEED AND PROTECTED BY
FIRST HAWAIIAN BANK
THE PAYEE'S DULY APPOINTED AGENCY
FOR DEPOSIT WITH
FIRST HAWAIIAN BANK
TRUST GROUP-ACCTG.
Account No. 01-000934

121301015

FIRST HAWAIIAN BANK
THE SOUTH KING ST
HONOLULU, HAWAII

121301015

Back of
Check # 345

FIRST HAWAIIAN BK
HONOLULU HAWAII
030183866 04-10-01 02  01000934
INCL PAID ** PAID ** PAID **
** PAID ** PAID ** PAID **
>121301015<

# HAWAII CARPENTERS JOINT TRUST FUNDS

HCTF ADMINISTRATIVE CORPORATION

1199 DILLINGHAM BOULEVARD, SUITE 200 / HONOLULU HAWAII 96817 PHONE (808) 841-7575 / NEIGHBOR ISLANDS 1 (800) 634-8608 / FAX (808) 841-2900

## EMPLOYERS MONTHLY REPORT TO TRUSTEES
### BEFORE COMPLETING THIS FORM PLEASE READ INSTRUCTIONS ON REVERSE SIDE

| 1 | THIS REPORT COVERS HOURS FOR THIS MONTH OF | ACCOUNT NUMBER |
|---|---|---|
| | MAY 2001 | 19041 DL |
| | FEDERAL I.D. NUMBER | STATE LICENSE NUMBER |
| | | C19041 |

**EMPLOYER NAME AND ADDRESS**

DYNAMIC INTERIORS, INC
704 KOHOU STREET #100
HONOLULU, HI 96817

DRYWALL/LATHERER                    500   /100%

The undersigned, as the authorized representative of the signatory Contractor herein agrees to comply with the wages, hours and working conditions of the collective bargaining agreement between Local 745 and the United Brotherhood of Carpenters and Joiners of America, AFL-CIO (hereinafter Union) and signatory contractor members of the General Contractors Labor Association, and the Builders Labor Association, Hawaii Wall and Ceiling Industry Association, and independent contractors (hereinafter Contractor).

The Contractor hereby adopts and agrees to be bound by the trust agreements and amendments thereto of the (1) Hawaii Carpenters Health and Welfare Fund, (2) Hawaii Carpenters Apprenticeship and Training Fund, (3) Hawaii Carpenters Vacation & Holiday Fund, (4) Drywall Apprenticeship Training Fund, (5) Financial Security Fund, (6) Market Recovery Program, and rules and regulations adopted thereunder by the Trustees.

I do hereby certify under penalty of perjury that the employees listed below constitute all the employees for who I am required to make payments to the various Trust Funds and that the hours shown for each employee are the total hours for which he worked or was paid.

SIGNED BY _____        TITLE _____

IF THE ABOVE INFORMATION IS INCORRECT PLEASE INDICATE CHANGES

### 2  3  COMPUTATION OF CONTRIBUTIONS   4 NOTE:

THIS REPORT IS ONLY FOR:
☐ CARPENTERS
☐ DRYWALL
☐ CAB. SHOP
☐ LATHERS
(CHECK ONE)

| 2 TOTAL HOURS WORKED | A. | B. HEALTH & WELFARE | C. TRAINING & RETRAINING | D. VACATION & HOLIDAY | E. FINANCIAL SECURITY 45% FUND | F. FINANCIAL SECURITY 55% FUND | G. FINANCIAL SECURITY | H. MARKET RECOVERY |
|---|---|---|---|---|---|---|---|---|
| 256 | @ 0.00 /HR | @ 4.32 /HR | @ 0.50 /HR | @ 5.00 /HR | @ 4.59 /HR | @ 4.92 /HR | @ 5.50 /HR | @ .30 /HR |
| 264 | | 256 | 256 | 256 | 72 | 184 /HR | 256 | 256 |
| | $ | $ 794.00 | 128.00 | 1280.00 | $ | 921.34 | 1012.00 | 55.38 |
| LIQUIDATED DAMAGES OR ADJUSTMENTS | $ | $ 114.48 | 12.00 | | $ | | | |
| TOTAL DUE EACH TRUST | $ 114.48 | 1,105.73 135.00 | 128.00 13.00 | 280.00 | $ | 374.04 | 1012.00 | 76.80 |

TOTAL OF COLUMNS A-H
4037.92

### 5  EMPLOYEE'S NAME   6 APPRENTICE   SOCIAL SECURITY NUMBER   7 TOTAL HOURS   8 APPLICABLE PAYMENT:

| EMPLOYEE'S NAME LAST NAME & 1ST INITIAL | APPRENTICE 45% 50% | SOCIAL SECURITY NUMBER | TOTAL HOURS |
|---|---|---|---|
| Casinas, Emmigdio | | | 80 |
| Cirineus, Richard | | | 72 |
| Mendoza, Michael | | | 104 |
| | | | 256 |

8 APPLICABLE PAYMENT: THIS REPORT SHOULD BE ACCOMPANIED BY ONE CHECK.
804 184 = 184
72 Ric
256

MAIN BRANCH
FIRST HAWAIIAN BANK
TRUST GROUP
P.O. BOX 3708
HONOLULU, HAWAII 96811-9988

9 NO EMPLOYEES:
THIS REPORT MUST BE FILED EVEN THOUGH NO EMPLOYEES WORKED THIS MONTH.
PLEASE CHECK THE APPROPRIATE BOX.

☐ NO EMPLOYEES WORKED THIS MONTH. PLEASE CONTINUE MAILING REPORT FORMS.

☐ TRANSFER TO INACTIVE STATUS. WE HAD NO EMPLOYEE TO REPORT THIS MONTH AND DO NOT ANTICIPATE HIRING ANY IN THE NEAR FUTURE.

4,037.92
-3,956.96   Should be the right amount
80.96    Overpaid

327.60   A3
1012.00
1339.60

### 10  RECEIVE DATE:

Reports are due the following month and must be received at the bank or postmarked by the 25th (30th for Mill Cab., Lathers, Drywall) to avoid Liquidated Damages and interest. Liquidated damages are calculated at 20% of contributions due each trust or $20.00 per trust, whichever is greater. Interest is due at the maximum rates permitted by law and specified in the Trust Agreement of each trust. These rates vary and may approach or exceed 20% per annum.

**EMPLOYEE CLASSIFICATION:**
SHOULD YOU EMPLOY 1ST PERIOD APPRENTICES (40%), YOU MUST CLEARLY IDENTIFY THOSE EMPLOYEES BY PLACING AN ASTERISK (*) NEXT TO THEIR NAME IN THE APPROPRIATE COLUMN. 1ST PERIOD APPRENTICES (40%) ARE ELIGIBLE FOR PAYMENT TO THE HAWAII CARPENTERS HEALTH & WELFARE FUND AND THE HAWAII CARPENTERS VACATION & HOLIDAY FUND ONLY FOR THE FIRST 1,000 HOURS WORKED.
SOCIAL SECURITY NUMBER MUST BE FILLED TO ASSURE PROPER CREDIT. FOR ADDITIONAL REPORTS OR INFORMATION, PLEASE PHONE AND ASK FOR EMPLOYER CONTROL DEPARTMENT.

TOTAL HOURS THIS PAGE   264
256

01103[illegible]

| | INVOICE AMOUNT | DEDUCTION | BALANCE |
|---|---|---|---|
| 4-20-01 99-0019-11 Repair BEQ | 8555.56 | 855.56 | 7700. |

| CHECK DATE | CHECK DATE | CHECK NUMBER | CHECK NO. | TOTALS | | | CHECK AMOU[illegible] |
|---|---|---|---|---|---|---|---|
| | 5-30-01 | | 11031 | | 8555.56 | 855.56 | 7700.[illegible] |

BANK OF HAWAII
Waiakamilo Branch
Honolulu, HI 96817

59-102
1213

01103[illegible]

KD CONSTRUCTION, INC.
1015 PAAPU STREET
HONOLULU, HI 96819

Pay: **********************Seven thousand seven hundred dollars and no cent[illegible]

DATE May 30, 2001

AMOUNT $*****7,700.00

PAY TO THE ORDER OF
Dynamic Interiors
and Hawaii Carpenters Joint Trust
904 KOHOU STREET, STE. #103
HONOLULU, HI 96819

⑈011031⑈ ⑆121301028⑆ 0080⑉061889⑈

[illegible] FOR EMPLOYER CONTROL DEPARTMENT.

PART 1 — TRUST COPY; PART 2 — DATA PROCESSING; PART 3 — LOCAL UNION; PART 4 — EMPLOYER'S COPY

REV. 10/99

# HAWAII CARPENTERS JOINT TRUST FUNDS

HCTF ADMINISTRATIVE CORPORATION

1199 DILLINGHAM BOULEVARD, SUITE 200 / HONOLULU HAWAII 96817 PHONE (808) 841-7575 / NEIGHBOR ISLANDS 1(800) 634-8608 / FAX (808) 841-2900

## EMPLOYERS MONTHLY REPORT TO TRUSTEES
### BEFORE COMPLETING THIS FORM PLEASE READ INSTRUCTIONS ON REVERSE SIDE

**1** THIS REPORT COVERS HOURS FOR THIS MONTH OF

**June, 2001**

FEDERAL I.D. NUMBER

ACCOUNT NUMBER

**19041    DL**

STATE LICENSE NUMBER

(1)19041

EMPLOYER NAME AND ADDRESS

**DYNAMIC INTERIORS, INC.**
**904 KOHOU STREET**
**SUITE 103**
**HONOLULU, HI  96817**

**CARPENTER-DRYWALL    03/2001 DL.**

IF THE ABOVE INFORMATION IS INCORRECT PLEASE INDICATE CHANGES

The undersigned, as the authorized representative of the signatory Contractor herein agrees to comply with the wages, hours and working conditions of the collective bargaining agreement between Local 745 of the United Brotherhood of Carpenters and Joiners of America, AFL-CIO (hereinafter Union) and signatory contractor members of the General Contractors Labor Association and the Builders Labor Association, Hawaii Wall and Ceiling Industry Association, and independent contractors (hereinafter Contractor).

The Contractor hereby adopts and agrees to be bound by the trust agreements and amendments thereto of the (1) Hawaii Carpenters Health and Welfare Fund, (2) Hawaii Carpenters Apprenticeship and Training Fund, (3) Hawaii Carpenters Vacation & Holiday Fund, (4) Drywall Apprenticeship Training Fund, (5) Financial Security Fund, (6) Market Recovery Program, and rules and regulations adopted thereunder by the Trustees.

I do hereby certify under penalty of perjury that the employees listed below constitute all the employees for who I am required to make payments to the various Trust Funds and for the hours shown for each employee are the total hours for which he worked or was paid.

SIGNED BY: *[signature]*    TITLE: office Admin.

| **2** TOTAL HOURS WORKED | **3** COMPUTATION OF CONTRIBUTIONS | | | | | | | **4** NOTE: |
|---|---|---|---|---|---|---|---|---|
| | A. | B. HEALTH & WELFARE | C. TRAINING & RETRAINING | D. VACATION & HOLIDAY | E. FINANCIAL SECURITY 45% | F. FINANCIAL SECURITY FUND 50% | G. FINANCIAL SECURITY | H. MARKET RECOVERY | THIS NOTE IS ONLY FOR: |
| | /HR | 4.32 /HR 294 | .50 /HR 294 | 5.00 /HR 294 | 4.55 /HR | 4.92 /HR 164 | 5.50 /HR 220 | .30 /HR 294 | ☐ CARPENTERS ☐ DRYWALL ☐ CAB. SHOP ☐ LATHERS (CHECK ONE) |
| 294 | $ | $ | $ | $ | $ | $ | 1265.00 | $ | TOTAL OF COLUMNS A-H |
| LIQUIDATED DAMAGES or ADJUSTMENTS | $ | $ | $ | $ | $ | $ | | $ | $ |
| TOTAL DUE EACH TRUST | $ | 1270.00 | 147.00 | 1470.00 | 0 | 31488 | 1617.00 | 88.20 | $ 4555.1 |

| **5** EMPLOYEE'S NAME LAST NAME & 1ST INITIAL | **6** APPRENTICE 45% 50% | SOCIAL SECURITY NUMBER | **7** TOTAL HOURS | **8** APPLICABLE PAYMENT: THIS REPORT SHOULD BE ACCOMPANIED BY ONE CHECK. |
|---|---|---|---|---|
| CASINAS, BERT | | | 97 | |
| Mendoza, Michael | | | 133 | MAIN BRANCH FIRST HAWAIIAN BANK TRUST GROUP P.O. BOX 3708 HONOLULU, HAWAII 96811-9988 |
| Graellos, Richard | X | | 64 | |
| | | | | **9** NO EMPLOYEES: THIS REPORT MUST BE FILED EVEN THOUGH NO EMPLOYEES WORKED THIS MONTH. PLEASE CHECK THE APPROPRIATE BOX |
| | | | | ☐ NO EMPLOYEES WORKED THIS MONTH. PLEASE CONTINUE MAILING REPORT FORMS. |
| | | | | ☐ TRANSFER TO INACTIVE STATUS. WE HAD NO EMPLOYEE TO REPORT THIS MONTH AND DO NOT ANTICIPATE HIRING ANY IN THE NEAR FUTURE. |
| | | | | **10** RECEIVE DATE: Reports are due the following month and must be received at the bank or postmarked by the 25th (30th for Mill Cab, Lathers, Drywall) to avoid Liquidated Damages and Interest. Liquidated damages are calculated at 20% of contributions due each trust or $20.00 per trust, whichever is greater. Interest is due at the maximum rates permitted by law and specified in the Trust Agreement of each trust. These rates vary and may approach or exceed 20% per annum. |

| | TOTAL HOURS THIS PAGE | **294** |
|---|---|---|

**EMPLOYEE CLASSIFICATION:**
SHOULD YOU EMPLOY 1ST PERIOD APPRENTICES (40%), YOU MUST CLEARLY IDENTIFY THOSE EMPLOYEES BY PLACING AN ASTERISK (*) NEXT TO THEIR NAME IN THE APPROPRIATE COLUMN. 1ST PERIOD APPRENTICES (40%) ARE ELIGIBLE FOR PAYMENT TO THE HAWAII CARPENTERS HEALTH & WELFARE FUND AND THE HAWAII CARPENTERS VACATION & HOLIDAY FUND ONLY FOR THE FIRST 1,000 HOURS WORKED.
SOCIAL SECURITY NUMBER MUST BE FILLED TO ASSURE PROPER CREDIT. FOR ADDITIONAL REPORTS OR INFORMATION, PLEASE PHONE AND ASK FOR EMPLOYER CONTROL DEPARTMENT.

PART 1 - TRUST COPY      PART 2 - DATA PROCESSING      PART 3 - LOCAL UNION      PART 4 - EMPLOYER'S COPY      REV. 10/92

# HAWAII CARPENTERS JOINT TRUST FUNDS

HCTF ADMINISTRATIVE CORPORATION

1199 DILLINGHAM BOULEVARD, SUITE 200 / HONOLULU HAWAII 96817 PHONE (808) 841-7575 / NEIGHBOR ISLANDS 1(800) 634-8608 / FAX (808) 841-2900

## EMPLOYERS MONTHLY REPORT TO TRUSTEES
### BEFORE COMPLETING THIS FORM PLEASE READ INSTRUCTIONS ON REVERSE SIDE

| 1 | THIS REPORT COVERS HOURS FOR THIS MONTH OF | ACCOUNT NUMBER | |
|---|---|---|---|
| | July, 2001 | 19041 DL | |

FEDERAL I.D. NUMBER        STATE LICENSE NUMBER
C 14041

**EMPLOYER NAME AND ADDRESS**

DYNAMIC INTERIORS, INC.
904 KOHOU STREET
SUITE 103
HONOLULU, HI  96817

CARPENTER-DRYWALL   03/2001 DL

IF THE ABOVE INFORMATION IS INCORRECT PLEASE INDICATE CHANGES

The undersigned, as the authorized representative of the signatory Contractor herein agrees to comply with the wages, hours and working conditions of the collective bargaining agreement between Local 745 of the United Brotherhood of Carpenters and Joiners of America, AFL-CIO (hereinafter Union) and signatory contractor members of the General Contractors Labor Association and the Builders Labor Association, Hawaii Wall and Ceiling Industry Association, and independent contractors (hereinafter Contractor).

The Contractor hereby adopts and agrees to be bound by the trust agreements and amendments thereto of the (1) Hawaii Carpenters Health and Welfare Fund, (2) Hawaii Carpenters Apprenticeship and Training Fund, (3) Hawaii Carpenters Vacation & Holiday Fund, (4) Drywall Apprenticeship Training Fund, (5) Financial Security Fund, (6) Market Recovery Program, and rules and regulations adopted thereunder by the Trustees.

I do hereby certify under penalty of perjury that the employees listed below constitute all the employees for who I am required to make payments to the various Trust Funds and that the hours shown for each employee are the total hours for which he worked or was paid.

SIGNED BY _Jacque blo_     TITLE _Secretary_

| 2 | 3 COMPUTATION OF CONTRIBUTIONS | | | | | | | | 4 NOTE: |
|---|---|---|---|---|---|---|---|---|---|
| TOTAL HOURS WORKED | A. | B. HEALTH & WELFARE | C. TRAINING & RETRAINING | D. VACATION & HOLIDAY | E. FINANCIAL SECURITY FUND | F. FINANCIAL SECURITY 45% 50% | G. FINANCIAL SECURITY | H. MARKET RECOVERY | THIS REPORT IS ONLY FOR: |
| | @ | 4.32 /HR | .50 /HR | 5.00 /HR | 4.55 /HR | 4.92 .32 /HR | 5.50 /HR 54.50/HR | .30 /HR | ☐ CARPENTERS ☐ DRYWALL |
| 586 | $ | $ | $ | $ | $ | $ | $ | $ | ☐ CAB. SHOP ☐ LATHERS |
| LIQUIDATED DAMAGES OR ADJUSTMENTS | $ | $ | $ | $ | $ | $ | $ | $ | (CHECK ONE) TOTAL OF COLUMNS A-H |
| TOTAL DUE CH TRUST | $ 2,533.68 | 293.25 | 2932.50 | -0- | $57.44 | 309.75 | 175.95 | $142.5 | |

| 5 | EMPLOYEE'S NAME LAST NAME & 1ST INITIAL | APPRENTICE 45% 50% | 6 SOCIAL SECURITY NUMBER | 7 TOTAL HOURS | 8 APPLICABLE PAYMENT: THIS REPORT SHOULD BE ACCOMPANIED BY ONE CHECK. |
|---|---|---|---|---|---|
| | CASINAS, B | | 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 | 122.50 | |
| | PAGDILAO, B | | 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 | 138 | MAIN BRANCH FIRST HAWAIIAN BANK TRUST GROUP P.O. BOX 3708 HONOLULU, HAWAII 96811-9988 |
| | LAGRID, N | | 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 | 82 | |
| | SALVATERA, D | | 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 | 74 | 9 NO EMPLOYEES: THIS REPORT MUST BE FILED EVEN THOUGH NO EMPLOYEES WORKED THIS MONTH. PLEASE CHECK THE APPROPRIATE BOX. |
| | Mendoza, M | | 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 | 138 | |
| | GRAELLOS, R | | 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 | 32 | |



DYNAMIC INTERIORS, INC.
GENERAL ACCOUNT
904 KOHOU STREET, SUITE 103
HONOLULU, HAWAII 96817
PHONE: (808) 841-0215

59-177/1213

0604

| EXPLANATION | AMOUNT |
|---|---|
| | |

PAY AMOUNT OF    Five thousand six hundred forty two + 57/100   DOLLARS

CHECK AMOUNT

| DATE | TO THE ORDER OF | DESCRIPTION | CHECK NUMBER | |
|---|---|---|---|---|
| 7/5/01 | Hawaii Carpenters Jnt Trust Funds | July 2001 Report | 604 | $ 5,642.5 |

HAWAII NATIONAL BANK    MAIN BRANCH
HONOLULU, HAWAII

⑈000604⑈ ⑆121301772⑆ ⑈20⌐0111211⑈

maximum rates permitted by law and specified in the Trust Agreement of each trust. These rates vary and may approach or exceed 20% per annum.

**EMPLOYEE CLASSIFICATION:**
SHOULD YOU EMPLOY 1ST PERIOD APPRENTICES (40%), YOU MUST CLEARLY IDENTIFY THOSE EMPLOYEES BY PLACING AN ASTERISK (*) NEXT TO THEIR NAME IN THE APPROPRIATE COLUMN. 1ST PERIOD APPRENTICES (40%) ARE ELIGIBLE FOR PAYMENT TO THE HAWAII CARPENTERS HEALTH & WELFARE FUND AND THE HAWAII CARPENTERS VACATION & HOLIDAY FUND ONLY FOR THE FIRST 1,000 HOURS WORKED.
SOCIAL SECURITY NUMBER MUST BE FILLED TO ASSURE PROPER CREDIT. FOR ADDITIONAL REPORTS OR INFORMATION, PLEASE PHONE AND ASK FOR EMPLOYER CONTROL DEPARTMENT.

| TOTAL HOURS THIS PAGE | 586.50 |
|---|---|

Ed's copy

KD CONSTRUCTION, INC.
Dynamic Interiors

011345

| DATE | INVOICE NO. | DESCRIPTION | INVOICE AMOUNT | DEDUCTION | BALANCE |
|------|-------------|-------------|----------------|-----------|---------|
| 5-20-01 | 99-0019-12 | Repair BEQ | 3230.09 | 323.01 | 2907.08 |

| CHECK DATE | CHECK DATE | CHECK NUMBER | CHECK NO. | TOTALS | | | CHECK AMOUNT |
|------------|------------|--------------|-----------|--------|---|---|--------------|
| | 7-09-01 | | 11345 | | 3230.09 | 323.01 | 2907.08 |

BANK OF HAWAII
Waiakamilo Branch
Honolulu, HI 96817

59-102
1213

011345

**KD CONSTRUCTION, INC.**
1015 PAAPU STREET
HONOLULU, HI 96819

Pay:***********************Two thousand nine hundred seven dollars and 08 cents

DATE                          AMOUNT
July 9, 2001          $******2,907.08

PAY
TO THE
ORDER
OF

Dynamic Interiors
and Hawaii Carpenters Joint Trust
904 KOHOU STREET, STE. #103
HONOLULU, HI  96819

⑈011345⑈ ⑆1213010 28⑆ 0080⑈061889⑈

# HAWAII CARPENTERS JOINT TRUST FUNDS

HCTF ADMINISTRATIVE CORPORATION

1199 DILLINGHAM BOULEVARD, SUITE 200 / HONOLULU HAWAII 96817 PHONE (808) 841-7575 / NEIGHBOR ISLANDS 1(800) 634-8608 / FAX (808) 841-2900

## EMPLOYERS MONTHLY REPORT TO TRUSTEES
### BEFORE COMPLETING THIS FORM PLEASE READ INSTRUCTIONS ON REVERSE SIDE.

THIS REPORT COVERS HOURS FOR THIS MONTH OF **August, 2001**

ACCOUNT NUMBER **19041 DL**

FEDERAL I.D. NUMBER / STATE LICENSE NUMBER

The undersigned, as the authorized representative of the signatory Contractor herein agrees to comply with the wages, hours and working conditions of the collective bargaining agreement between Local 745 of the United Brotherhood of Carpenters and Joiners of America, AFL–CIO (hereinafter Union) and signatory contractor members of the General Contractors Labor Association and the Builders Labor Association, Hawaii Wall and Ceiling Industry Association, and independent contractors (hereinafter Contractor).

The Contractor hereby adopts and agrees to be bound by the trust agreements and amendments thereto of the (1) Hawaii Carpenters Health and Welfare Fund, (2) Hawaii Carpenters Apprenticeship and Training Fund, (3) Hawaii Carpenters Vacation & Holiday Fund, (4) Drywall Apprenticeship Training Fund, (5) Financial Security Fund, (6) Market Recovery Program, and rules and regulations adopted thereunder by the trustees.

I do hereby certify under penalty of perjury that the employees listed below constitute all the employees for who I am required to make payments to the various Trust funds and that the hours shown for each employee are the total hours for which he worked or was paid.

EMPLOYER NAME AND ADDRESS

**DYNAMIC INTERIORS, INC.**
**904 KOHOU STREET**
**SUITE 103**
**HONOLULU, HI  96817**

**CARPENTER–DRYWALL   03/2001 DL**

IF THE ABOVE INFORMATION IS INCORRECT PLEASE INDICATE CHANGES

SIGNED BY / TITLE

## 3 COMPUTATION OF CONTRIBUTIONS

| | A. | B. HEALTH & WELFARE | C. TRAINING & RETRAINING | D. VACATION & HOLIDAY | E. FINANCIAL 45% FUND | F. FINANCIAL SECURITY 50% FUND | G. FINANCIAL SECURITY | H. MARKET RECOVERY |
|---|---|---|---|---|---|---|---|---|
| RATE | @ /HR | 4.32 /HR | .50 /HR | 5.00 /HR | 4.55 /HR | 4.92 /HR | 5.50 /HR | .30 /HR |
| TOTAL HOURS WORKED 38 | $ | $1892.16 | 219.00 | $2190.00 | $ 0 | $157.44 | 2233.00 | $131.40 |
| LIQUIDATED DAMAGES OR ADJUSTMENTS | | | | | | | | |
| TOTAL DUE EACH TRUST | | 1892.16 | 219.00 | 2190.00 | | 157.44 | 222?.? | 131.40 | $4823.00 |

4 NOTE: THIS REPORT IS ONLY FOR:
☐ CARPENTERS ☐ DRYWALL ☐ CAB. SHOP ☐ ALLIED CRAFTS (CHECK ONE)

TOTAL OF COLUMNS A-H

| EMPLOYEE'S NAME LAST NAME & 1ST INITIAL | APPRENTICE 45% | 50% | SOCIAL SECURITY NUMBER | TOTAL HOURS |
|---|---|---|---|---|
| AGRIO, NOKI | | | | 18? |
| AGDILAO, Benjamin | | | | 148 |
| ALVATUKA, DAVID | | | | 56 |
| IRAELLUS, RICHARD | X | | | 32 |

8 APPLICABLE PAYMENT: THIS REPORT SHOULD BE ACCOMPANIED BY ONE CHECK.

MAIN BRANCH FIRST HAWAIIAN BANK TRUST GROUP P.O. BOX 3708 HONOLULU, HAWAII 96811-9988

9 NO EMPLOYEES: THIS REPORT MUST BE FILED EVEN THOUGH NO EMPLOYEES WORKED THIS MONTH. PLEASE CHECK THE APPROPRIATE BOX.

☐ NO EMPLOYEES WORKED THIS MONTH. PLEASE CONTINUE MAILING REPORT FORMS.

☐ TRANSFER TO INACTIVE STATUS. WE HAD NO EMPLOYEE TO REPORT THIS MONTH AND DO NOT ANTICIPATE HIRING ANY IN THE NEAR FUTURE.

Dynamic Ck# 579  $1007.10   Sonnegma   406
Dynamic Ck #604  $5042.57
Ralph S. Irongue  $4039.68

10 RECEIVE DATE:
Reports are due the following month and must be received at the bank or postmarked by the 25th (30th for Mill Cab. Drywall.) to avoid Liquidated Damages and interest. Liquidated damages are calculated at