RALPH S. INOUYE CO., LTD. GENERAL CONTRACTING

04215

| INVOICE NO. | INVOICE DATE | DESCRIPTION | GROSS AMOUNT | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|
| | | Wahiawa District Park (retention) | 948.00 | | 948.00 |
| | | Balance: $1,580.00<br>− 632.00  (Jtck to Hi State Tax Collector)<br>$ 948.00  Due | | | |
| | | | $ 948.00 | $ | $ 948.00 |

PLEASE DETACH AND RETAIN THIS PORTION

RALPH S. INOUYE CO., LTD.
GENERAL CONTRACTING
2831 AWAAWALOA ST.
HONOLULU, HAWAII 96819

KALIHI BRANCH
Bank of Hawaii
HONOLULU, HAWAII
59-102
1213

| CHECK DATE | CHECK NUMBER |
|---|---|
| 8/20/2001 | 41965 |

042159

PAY THIS AMOUNT
$948.00

**** NINE HUNDRED FORTY EIGHT DOLLARS AND NO/100****

PAY TO THE ORDER OF

Dynamic Interiors
904 Kohou Street, #103
Honolulu, HI  96817

⑈042159⑈ ⑆121301028⑆ 0008⑈000999⑈

---

DYNAMIC INTERIORS, INC.
GENERAL ACCOUNT
904 KOHOU STREET, SUITE 103
HONOLULU, HAWAII 96817
PHONE: (808) 841-0215

| EXPLANATION | AMOUNT |
|---|---|
| | |

59-177/1213

0579

PAY AMOUNT OF  One Thousand Only                                   DOLLARS

| DATE | TO THE ORDER OF | DESCRIPTION | CHECK NUMBER | CHECK AMOUNT |
|---|---|---|---|---|
| 8/28/01 | Hawaii Carpenters Joint Trust Fund | | 579 | $1,000.00 |

HAWAII NATIONAL BANK   MAIN BRANCH
HONOLULU, HAWAII

⑈000579⑈ ⑆121301772⑆ 120⑈01112⑈

[Check image - rotated 90°]

DYNAMIC INTERIORS, INC.
GENERAL ACCOUNT
904 KOHOU STREET, SUITE 103
HONOLULU, HAWAII 96817
PHONE: (808) 841-0215

59-177/1213

CHECK NUMBER 0559

DATE: 8/14/00

PAY TO THE ORDER OF: 14th Carpenters Union Local 745

Two hundred forty six + 64/100 DOLLARS

$ 246.64

HAWAII NATIONAL BANK
MAIN BRANCH
HONOLULU, HAWAII

Description: June Report

⑆000559⑆ ⑇121301772⑇ 120⑈0111⑈29⑈ ⑈00000246649⑈

Deposit to the credit of
CARPENTER'S UNION, LOCAL 745
U. B. OF C. AND J. OF A.
4000-121025
6603   20541

→121301578←
CENTRAL PACIFIC BANK
222 N. SCHOOL ST., 4th Flr.
HONOLULU, HI 96817
→121301578←

JUN 27 '01

# HAWAII CARPENTERS JOINT TRUST FUNDS

HCTF ADMINISTRATIVE CORPORATION

1199 DILLINGHAM BOULEVARD, SUITE 200 / HONOLULU HAWAII 96817 PHONE (808) 841-7575 / NEIGHBOR ISLANDS 1(800) 634-8608 / FAX (808) 841-2900

## EMPLOYERS MONTHLY REPORT TO TRUSTEES

BEFORE COMPLETING THIS FORM PLEASE READ INSTRUCTIONS ON REVERSE SIDE.

**1** THIS REPORT COVERS HOURS FOR THIS MONTH OF: Septembe, 2001
ACCOUNT NUMBER: 19041 DL
FEDERAL I.D. NUMBER: thru 9/2
STATE LICENSE NUMBER:

EMPLOYER NAME AND ADDRESS:
DYNAMIC INTERIORS, INC.
904 KOHOU STREET
SUITE 103
HONOLULU, HI 96817

CARPENTER-DRYWALL   03/2001 DL

The undersigned, as the authorized representative of the signatory Contractor herein agrees to comply with the wages, hours and working conditions of the collective bargaining agreement between Local 745 of the United Brotherhood of Carpenters and Joiners of America, AFL-CIO (hereinafter Union) and signatory contractor members of the General Contractors Labor Association and the Builders Labor Association, Hawaii Wall and Ceiling Industry Association, and independent contractors (hereinafter Contractor).

The Contractor hereby adopts and agrees to be bound by the trust agreements and amendments thereto of the (1) Hawaii Carpenters Health and Welfare Fund, (2) Hawaii Carpenters Apprenticeship and Training Fund, (3) Hawaii Carpenters Vacation & Holiday Fund, (4) Drywall Apprenticeship Training Fund, (5) Financial Security Fund, (6) Market Recovery Program, and rules and regulations adopted thereunder by the Trustees.

I do hereby certify under penalty of perjury that the employees listed below constitute all the employees for who I am required to make payments to the various Trust Funds and that the hours shown for each employee are the total hours for which he worked or was paid.

SIGNED BY / TITLE: Secty

**2** TOTAL HOURS WORKED: 118

**3** COMPUTATION OF CONTRIBUTIONS

| A. | B. HEALTH & WELFARE | C. TRAINING & RETRAINING | D. VACATION & HOLIDAY | E. FINANCIAL SECURITY 45% FUND | F. FINANCIAL SECURITY 50% FUND | G. FINANCIAL SECURITY | H. MARKET RECOVERY |
|---|---|---|---|---|---|---|---|
| @ /HR | @ 4.32/HR | @ .50/HR | @ 5.00/HR | @ 4.55/HR | @ 4.92/HR | @ 5.50/HR | @ .30/HR |

LIQUIDATED DAMAGES OR ADJUSTMENTS

TOTAL DUE EACH TRUST: $509.76  $59.00  $570.00  $ 0  $196.80  $49.00  $35.40

**4** NOTE: THIS REPORT IS ONLY FOR:
☐ CARPENTERS
☐ DRYWALL
☐ CAB. SHOP
☐ ALLIED CRAFTS
(CHECK ONE)

TOTAL OF COLUMNS A-H: $1819.96

**5** EMPLOYEE'S NAME LAST NAME & 1ST INITIAL | APPRENTICE 45% 50% | **6** SOCIAL SECURITY NUMBER | **7** TOTAL HOURS

| CIRIACOS | X | | 40 |
| LAGRIO, NOKI | | | 78 |
| SALVATIERRA, DAVID | | | 6 |

Dynamics ck #687
pd #1016.15

**8** APPLICABLE PAYMENT:
THIS REPORT SHOULD BE ACCOMPANIED BY ONE CHECK.

MAIN BRANCH
FIRST HAWAIIAN BANK
TRUST GROUP
P.O. BOX 3708
HONOLULU, HAWAII 96811-9988

**9** NO EMPLOYEES:
THIS REPORT MUST BE FILED EVEN THOUGH NO EMPLOYEES WORKED THIS MONTH.
PLEASE CHECK THE APPROPRIATE BOX.

☐ NO EMPLOYEES WORKED THIS MONTH. PLEASE CONTINUE MAILING REPORT FORMS.

☐ TRANSFER TO INACTIVE STATUS. WE HAD NO EMPLOYEE TO REPORT THIS MONTH AND DO NOT ANTICIPATE HIRING ANY IN THE NEAR FUTURE.

**10** RECEIVE DATE:
Reports are due the following month and must be received at the bank or postmarked by the 25th (30th for Mill Cab, Drywall.) to avoid Liquidated Damages and interest. Liquidated damages are calculated at 20% of contributions due each trust

# HAWAII CARPENTERS JOINT TRUST FUNDS

HCTF ADMINISTRATIVE CORPORATION

1199 DILLINGHAM BOULEVARD, SUITE 200 / HONOLULU HAWAII 96817 PHONE (808) 841-7575 / NEIGHBOR ISLANDS 1(800) 634-8608 / FAX (808) 841-2900

## EMPLOYERS MONTHLY REPORT TO TRUSTEES
BEFORE COMPLETING THIS FORM PLEASE READ INSTRUCTIONS ON REVERSE SIDE.

**1** THIS REPORT COVERS HOURS FOR THIS MONTH OF: Septembe, 2001
ACCOUNT NUMBER: 19041 DL
FEDERAL I.D. NUMBER: thru 9/2
STATE LICENSE NUMBER: —

EMPLOYER NAME AND ADDRESS:
DYNAMIC INTERIORS, INC.
904 KOHOU STREET
SUITE 103
HONOLULU, HI 96817

CARPENTER-DRYWALL  03/2001 DL

The undersigned, as the authorized representative of the signatory Contractor herein agrees to comply with the wages, hours and working conditions of the collective bargaining agreement between Local 745 of the United Brotherhood of Carpenters and Joiners of America, AFL-CIO (hereinafter Union) and signatory contractor members of the General Contractors Labor Association and the Builders Labor Association, Hawaii Wall and Ceiling Industry Association, and independent contractors (hereinafter Contractor).

The Contractor hereby adopts and agrees to be bound by the trust agreements and amendments thereto of the (1) Hawaii Carpenters Health and Welfare Fund, (2) Hawaii Carpenters Apprenticeship and Training Fund, (3) Hawaii Carpenters Vacation & Holiday Fund, (4) Drywall Apprenticeship Training Fund, (5) Financial Security Fund, (6) Market Recovery Program, and rules and regulations adopted thereunder by the Trustees.

I do hereby certify under penalty of perjury that the employees listed below constitute all the employees for who I am required to make payments to the various Trust Funds and that the hours shown for each employee are the total hours for which he worked or was paid.

SIGNED BY: (signature)  TITLE: Secretary

**2** TOTAL HOURS WORKED: 118

**3** COMPUTATION OF CONTRIBUTIONS

| | A. | B. HEALTH & WELFARE | C. TRAINING & RETRAINING | D. VACATION & HOLIDAY | E. FINANCIAL SECURITY 45% FUND | F. FINANCIAL SECURITY 50% FUND | G. FINANCIAL SECURITY | H. MARKET RECOVERY | TOTAL OF COLUMNS A-H |
|---|---|---|---|---|---|---|---|---|---|
| @ /HR | | 4.32 | .50 | 5.00 | 4.55 | 4.92 | 5.50 | .30 | |
| $ | | | | | | | | | |
| LIQUIDATED DAMAGES OR ADJUSTMENTS $ | | | | | | | | | |
| TOTAL DUE EACH TRUST $ | | 509.76 | 59.00 | 570.00 | 0 | 196.80 | 449.00 | 35.40 | 1819.96 |

**4** NOTE: THIS REPORT IS ONLY FOR:
☐ CARPENTERS
☐ DRYWALL
☐ CAB. SHOP
☐ ALLIED CRAFTS
(CHECK ONE)

**5** EMPLOYEE'S NAME LAST NAME & 1ST INITIAL | APPRENTICE 45% | 50% | **6** SOCIAL SECURITY NUMBER | **7** TOTAL HOURS
---|---|---|---|---
CIRAUILOS | | X | | 40
LAGRID, NOKI | | | | 78
SALVATIERRA, DAVID | | | | 0

Dynamic ck #687
pd  $1016.15

**8** APPLICABLE PAYMENT:
THIS REPORT SHOULD BE ACCOMPANIED BY ONE CHECK.

MAIN BRANCH
FIRST HAWAIIAN BANK
TRUST GROUP
P.O. BOX 3708
HONOLULU, HAWAII 96811-9988

**9** NO EMPLOYEES:
THIS REPORT MUST BE FILED EVEN THOUGH NO EMPLOYEES WORKED THIS MONTH.
PLEASE CHECK THE APPROPRIATE BOX.

☐ NO EMPLOYEES WORKED THIS MONTH. PLEASE CONTINUE MAILING REPORT FORMS.

☐ TRANSFER TO INACTIVE STATUS. WE HAD NO EMPLOYEE TO REPORT THIS MONTH AND DO NOT ANTICIPATE HIRING ANY IN THE NEAR FUTURE.

**10** RECEIVE DATE:

Reports are due the following month and must be received at the bank or postmarked by the 25th (30th for Mill Cab, Drywall.) to avoid Liquidated Damages and interest. Liquidated damages are calculated at 20% of contributions due each trust



FOR DEPOSIT WITH
FIRST HAWAIIAN BANK
UNION BATCH
Account No. 01-000934
02-12 05842

ABSENCE OF ENDORSEMENT BY THE PAYEE OF
THIS CHECK IS GUARANTEED BY 121301015
FIRST HAWAIIAN BANK
THE PAYEES ONLY APPOINTED AGENT

▶ 121301015 ◀

SEP 11 01

Back of
Check # 604

FIRST HAWAIIAN BK
HONOLULU, HAWAII 96215
0301809930  09-11-01 02  01000934
## PAID ## PAID ## PAID ##
>121301015<
20010912
INCL ## PAID ##

**RALPH S. INOUYE CO., LTD. GENERAL CONTRACTING**             042420

| INVOICE NO. | INVOICE DATE | DESCRIPTION | GROSS AMOUNT | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|
| 2047A | 08/25/2001 | KAPOLEI CIVIC CTR | 4,035.68 | 0.00 | 4,035.68 |

PLEASE DETACH AND RETAIN THIS PORTION

$ 4,035.68 | $ 0.00 | $ 4,035.68

---

**RALPH S. INOUYE CO., LTD.**
GENERAL CONTRACTING
2831 AWAAWALOA ST.
HONOLULU, HAWAII 96819

KALIHI BRANCH
Bank of Hawaii
HONOLULU, HAWAII
59-102
1213

| CHECK DATE | CHECK NUMBER |
|---|---|
| 10/01/2001 | 42420 |

*** Four Thousand Thirty Five Dollars and Sixty Eight Cents*****

PAY TO THE ORDER OF

DYNAMIC INTERIORS
AND HAWAII CARPENTERS JOINT TRUST FUNDS
1711C AKAHI STREET
HONOLULU, HI 96819

PAY THIS AMOUNT
****4,035.68

042420

⑈042420⑈ ⑆1213010128⑆ 0008⑈000099⑈

M CORPORATION  dba ALLIED BUILDERS SYST    1717 Akahi Street    Honolulu, Hawaii 9    9085

| DATE | INVOICE NO. | DESCRIPTION | AMOUNT | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|
| /27/01 | 2015 | 632. WAIMAHA | 3956.96 | | 3956.9 |
| | | | | | |
| /27/01 | 009085 | ** CHECK TOTALS: | 3956.96 | | 3956.9 |

RAM CORPORATION
lba ALLIED BUILDERS SYSTEM
1717 Akahi Street    Honolulu, Hawaii 96819
Ph. (808) 847-3763

KAPIOLANI BRANCH
FIRST HAWAIIAN BANK
HONOLULU, HAWAII
59-101/1213

VOID AFTER 90 DAYS

NO. 9085

| | DATE | CHECK NO. | PAYEE ID. |
|---|---|---|---|
| ***3,956 DOLLARS AND 96 CENTS | 09/27/01 | 009085 | DYNAMIC |

PAY THIS AMOUNT
$****3,956.96

PAY TO THE ORDER OF

DYNAMIC INTERIORS
  AND HAWAII CARPENTERS JOINT TRUST FUND
904 KOHOU STREET, SUITE #103
HONOLULU, HI 96817

⑈009085⑈ ⑆121301015⑆ 65⑉176432⑈

**DYNAMIC INTERIORS, INC.**
GENERAL ACCOUNT
904 KOHOU STREET, SUITE 103
HONOLULU, HAWAII 96817
PHONE: (808) 841-0215

59-177/1213

0647

DATE 9/30/01

PAY AMOUNT OF Eighty Dollars and 96/103

TO THE ORDER OF Hi Carpenters Trust Fund

HAWAII NATIONAL BANK
MAIN BRANCH
HONOLULU, HAWAII

⑆000647⑆ ⑇121301774⑇ 20⑈111⑈2⑆

EXPLANATION: Fringes 5/01

CHECK NUMBER: 0647

CHECK AMOUNT: $80.96

Signature: Ellis V. [illegible]

"000647" ⑇000000080946⑇

FOR DEPOSIT WITH
FIRST HAWAIIAN BANK
UNION BATCH
Account No. 01-000934

ABSENCE OF ENDORSEMENT BY THE PAYEE OF
THIS CHECK IS GUARANTEED AND PROTECTED BY
FIRST 0242 HAWAIIAN BANK 356
THE PAYEES ONLY APPOINTED AGENT

►121301015◄
FIRST HAWAIIAN BANK
165 SOUTH KING ST
HONOLULU, HAWAII
►5101O5121◄

OCT 10 01

Back of
Check #
647

# HAWAII CARPENTERS JOINT TRUST FUNDS

HCTF ADMINISTRATIVE CORPORATION

1199 DILLINGHAM BOULEVARD, SUITE 200 / HONOLULU HAWAII 96817 PHONE (808) 841-7575 / NEIGHBOR ISLANDS 1(800) 634-8608 / FAX (808) 841-2900

## EMPLOYERS MONTHLY REPORT TO TRUSTEES
BEFORE COMPLETING THIS FORM PLEASE READ INSTRUCTIONS ON REVERSE SIDE.

**1** THIS REPORT COVERS HOURS FOR THIS MONTH OF: October, 2001
ACCOUNT NUMBER: 19041 DL
FEDERAL I.D. NUMBER:
STATE LICENSE NUMBER:

EMPLOYER NAME AND ADDRESS:
DYNAMIC INTERIORS, INC.
904 KOHOU STREET
SUITE 103
HONOLULU, HI 96817

DRYWALL JOURNEYMAN 09/2001 DL

The undersigned, as the authorized representative of the signatory Contractor herein agrees to comply with the wages, hours and working conditions of the collective bargaining agreement between Local 745 of the United Brotherhood of Carpenters and Joiners of America, AFL-CIO (hereinafter Union) and signatory contractor members of the General Contractors Labor Association and the Builders Labor Association, Hawaii Wall and Ceiling Industry Association, and independent contractors (hereinafter Contractor).

The Contractor hereby adopts and agrees to be bound by the trust agreements and amendments thereto of the (1) Hawaii Carpenters Health and Welfare Fund, (2) Hawaii Carpenters Apprenticeship and Training Fund, (3) Hawaii Carpenters Vacation & Holiday Fund, (4) Drywall Apprenticeship Training Fund, (5) Financial Security Fund, (6) Market Recovery Program, and rules and regulations adopted thereunder by the Trustees.

I do hereby certify under penalty of perjury that the employees listed below constitute all the employees for who I am required to make payments to the various Trust Funds and that the hours shown for each employee are the total hours for which he worked or was paid.

SIGNED BY / TITLE

**2** TOTAL HOURS WORKED | **3** COMPUTATION OF CONTRIBUTIONS | **4** NOTE: THIS REPORT IS ONLY FOR:

| TOTAL HOURS WORKED | A. @ /HR | B. HEALTH & WELFARE @ 4.32/HR | C. TRAINING & RETRAINING @ .50/HR | D. VACATION & HOLIDAY @ 5.00/HR | E. FINANCIAL SECURITY 45% FUND @ 4.64/HR | F. FINANCIAL SECURITY 50% FUND @ 5.02/HR | G. FINANCIAL SECURITY @ 5.50/HR | H. MARKET RECOVERY @ .30/HR | TOTAL OF COLUMNS A-H |
|---|---|---|---|---|---|---|---|---|---|
| 90 | $ | $432.26 | $47.00 | $450.00 | $ — | $40.16 | $495.00 | $29.40 | |
| LIQUIDATED DAMAGES OR ADJUSTMENTS $ | | | | | | | | | |
| TOTAL DUE EACH TRUST $ | | $432.26 | $47.00 | $450.00 | — | $40.16 | $495.00 | $29.40 | $1,526.92 |

☐ CARPENTERS
☑ DRYWALL
☐ CAB. SHOP
☐ ALLIED CRAFTS
(CHECK ONE)

**5** EMPLOYEE'S NAME LAST NAME & 1ST INITIAL | APPRENTICE 45% / 50% | **6** SOCIAL SECURITY NUMBER | **7** TOTAL HOURS

| Employee | 45% | 50% | SSN | Hours |
|---|---|---|---|---|
| Girazillos, Richard | ✓ | | | 0 |
| Iagrio, Mori | | | | 90 |

Dynamic Ck #720
pd $1526.92

**8** APPLICABLE PAYMENT: THIS REPORT SHOULD BE ACCOMPANIED BY ONE CHECK.

MAIN BRANCH
FIRST HAWAIIAN BANK
TRUST GROUP
P.O. BOX 3708
HONOLULU, HAWAII 96811-9988

**9** NO EMPLOYEES: THIS REPORT MUST BE FILED EVEN THOUGH NO EMPLOYEES WORKED THIS MONTH. PLEASE CHECK THE APPROPRIATE BOX.

☐ NO EMPLOYEES WORKED THIS MONTH. PLEASE CONTINUE MAILING REPORT FORMS.

☐ TRANSFER TO INACTIVE STATUS. WE HAD NO EMPLOYEE TO REPORT THIS MONTH AND DO NOT ANTICIPATE HIRING ANY IN THE NEAR FUTURE.

**10** RECEIVE DATE:

Reports are due the following month and must be received at the bank or postmarked by the 25th (30th for Mill Cab, Drywall.) to avoid Liquidated Damages and interest. Liquidated damages are calculated at 20% of contributions due each trust

**DYNAMIC INTERIORS, INC.**
GENERAL ACCOUNT
904 KOHOU STREET, SUITE 103
HONOLULU, HAWAII 96817
PHONE: (808) 841-0215

59-177/1213

0687

DATE: 10/31/01

PAY TO THE ORDER OF: Eric Almond

One Thousand Sixteen + 15/100 DOLLARS

Hawaii National Bank
MAIN BRANCH
HONOLULU, HAWAII

Memo: Hawaii Carpenters Joint Trust Funds September 2001

CHECK NUMBER: 687
CHECK AMOUNT: $1,016.15

⑆000687⑆ ⑈121301772⑈ 20⑉0111 2⑊ ⑆000101615⑆

FOR DEPOSIT WITH
FIRST HAWAIIAN BANK
UNION BATCH
Account No. 01-000934

ABSENCE OF ENDORSEMENT BY THE PAYEE OF
THIS CHECK IS GUARANTEED AND PROTECTED BY
FIRST HAWAIIAN BANK
THE PAYEES ONLY APPOINTED AGENT

▶ 121301015 ◀
FIRST HAWAIIAN BANK
1st SOUTH KING ST.
HONOLULU, HAWAII
▶ 121301015 ◀

NOV -5 01

Back of
check #
687

# HAWAII CARPENTERS JOINT TRUST FUNDS

HCTF ADMINISTRATIVE CORPORATION

1199 DILLINGHAM BOULEVARD, SUITE 200 / HONOLULU HAWAII 96817 PHONE (808) 841-7575 / NEIGHBOR ISLANDS 1(800) 634-8608 / FAX (808) 841-2900

**EMPLOYERS MONTHLY REPORT TO TRUSTEES**
BEFORE COMPLETING THIS FORM PLEASE READ INSTRUCTIONS ON REVERSE SIDE.

**1** THIS REPORT COVERS HOURS FOR THIS MONTH OF: November, 2001
ACCOUNT NUMBER: 19041 DL
FEDERAL I.D. NUMBER: 
STATE LICENSE NUMBER:

EMPLOYER NAME AND ADDRESS:
DYNAMIC INTERIORS, INC.
904 KOHOU STREET
SUITE 103
HONOLULU, HI 96817

DRYWALL JOURNEYMAN    09/2001 DL

The undersigned, as the authorized representative of the signatory Contractor herein agrees to comply with the wages, hours and working conditions of the collective bargaining agreement between Local 745 of the United Brotherhood of Carpenters and Joiners of America, AFL-CIO (hereinafter Union) and signatory contractor members of the General Contractors Labor Association and the Builders Labor Association, Hawaii Wall and Ceiling Industry Association, and independent contractors (hereinafter Contractor).

The Contractor hereby adopts and agrees to be bound by the trust agreements and amendments thereto of the (1) Hawaii Carpenters Health and Welfare Fund, (2) Hawaii Carpenters Apprenticeship and Training Fund, (3) Hawaii Carpenters Vacation & Holiday Fund, (4) Drywall Apprenticeship Training Fund, (5) Financial Security Fund, (6) Market Recovery Program, and rules and regulations adopted thereunder by the Trustees.

I do hereby certify under penalty of perjury that the employees listed below constitute all the employees for who I am required to make payments to the various Trust Funds and that the hours shown for each employee are the total hours for which he worked or was paid.

SIGNED BY / TITLE

**2** TOTAL HOURS WORKED

**3 COMPUTATION OF CONTRIBUTIONS**

| | A. | B. HEALTH & WELFARE | C. TRAINING & RETRAINING | D. VACATION & HOLIDAY | E. FINANCIAL SECURITY FUND 45% | F. FINANCIAL SECURITY FUND 50% | G. FINANCIAL SECURITY | H. MARKET RECOVERY |
|---|---|---|---|---|---|---|---|---|
| @ /HR | | @ 4.32 /HR | @ .50 /HR | @ 5.00 /HR | @ 4.64 /HR | @ 5.02 /HR | @ 5.50 /HR | @ .30 /HR |
| 53 | $ | $ 228.16 | $ 26.00 | $ 265.00 | $ — | $ — | $ 291.50 | $ 15.90 |
| LIQUIDATED DAMAGES OR ADJUSTMENTS | $ | $ | $ | $ | $ | $ | $ | $ |
| TOTAL DUE EACH TRUST | $ | $ 228.74 | $ 26.00 | $ 265.00 | $ — | $ — | $ 291.50 | $ 15.90 |

**4** NOTE: THIS REPORT IS ONLY FOR:
☐ CARPENTERS
☐ DRYWALL
☐ CAB. SHOP
☐ ALLIED CRAFTS
(CHECK ONE)

TOTAL OF COLUMNS A-H: $ 827.80

**5** EMPLOYEE'S NAME LAST NAME & 1ST INITIAL | APPRENTICE 45% 50% | **6** SOCIAL SECURITY NUMBER | **7** TOTAL HOURS

| LAGRIO, NORI | | | 53 |

**8** APPLICABLE PAYMENT:
THIS REPORT SHOULD BE ACCOMPANIED BY ONE CHECK.

MAIN BRANCH
FIRST HAWAIIAN BANK
TRUST GROUP
P.O. BOX 3708
HONOLULU, HAWAII 96811-9988

**9** NO EMPLOYEES:
THIS REPORT MUST BE FILED EVEN THOUGH NO EMPLOYEES WORKED THIS MONTH.
PLEASE CHECK THE APPROPRIATE BOX.

☐ NO EMPLOYEES WORKED THIS MONTH. PLEASE CONTINUE MAILING REPORT FORMS.

☐ TRANSFER TO INACTIVE STATUS. WE HAD NO EMPLOYEE TO REPORT THIS MONTH AND DO NOT ANTICIPATE HIRING ANY IN THE NEAR FUTURE.

Ck# 743
$827.80
paid

**10** RECEIVE DATE:
Reports are due the following month

*RECORD OF PAYMENT*

DRYWALL JOURNEYMAN ??/2001 DL

IF THE ABOVE INFORMATION IS INCORRECT PLEASE INDICATE CHANGES

| SIGNED | TITLE |
|---|---|
| | |

### 3 COMPUTATION OF CONTRIBUTIONS

| 2 TOTAL HOURS WORKED | A. | B. HEALTH & WELFARE | C. TRAINING & RETRAINING | D. VACATION & HOLIDAY | E. FINANCIAL SECURITY 45% FUND | F. FINANCIAL SECURITY 50% FUND | G. FINANCIAL SECURITY | H. MARKET RECOVERY | 4 NOTE: THIS REPORT IS ONLY FOR: |
|---|---|---|---|---|---|---|---|---|---|
| | @ /HR | @ 4.32 /HR | @ .50 /HR | @ 5.00 /HR | @ 4.64 /HR | @ 5.02 /HR | @ 5.50 /HR | @ .30 /HR | ☐ CARPENTERS ☐ DRYWALL |
| 53 | $ | $ 228.96 | $ 26.50 | $ 265.00 | $ — | $ — | $ 291.50 | $ 15.90 | ☐ CAB. SHOP ☐ ALLIED CRAFTS (CHECK ONE) |
| LIQUIDATED DAMAGES OR ADJUSTMENTS | $ | $ | $ | $ | $ | $ | $ | $ | TOTAL OF COLUMNS A-H |
| TOTAL DUE EACH TRUST | $ | $ 228.96 | $ 26.50 | $ 265.00 | $ — | $ — | $ 291.50 | $ 15.90 | $ 827.86 |

| 5 EMPLOYEE'S NAME LAST NAME & 1ST INITIAL | APPRENTICE 45% | 50% | 6 SOCIAL SECURITY NUMBER | 7 TOTAL HOURS |
|---|---|---|---|---|
| LAGRIO, NORI | | | | 53 |
| | | | | |

8 APPLICABLE PAYMENT: THIS REPORT SHOULD BE ACCOMPANIED BY ONE CHECK.

MAIN BRANCH
FIRST HAWAIIAN BANK
TRUST GROUP
P.O. BOX 3708
HONOLULU, HAWAII 96811-9988

9 NO EMPLOYEES: THIS REPORT MUST BE FILED EVEN THOUGH NO EMPLOYEES WORKED THIS MONTH. PLEASE CHECK THE APPROPRIATE BOX.

☐ NO EMPLOYEES WORKED THIS MONTH. PLEASE CONTINUE MAILING REPORT FORMS.

☐ TRANSFER TO INACTIVE STATUS. WE HAD NO EMPLOYEE TO REPORT THIS MONTH AND DO NOT ANTICIPATE HIRING ANY IN THE NEAR FUTURE.

ck# 743
$827.86
Paid

10 RECEIVE DATE:
Reports are due the following month

*RECORD OF PAYMENT*

— Eight Hundred Twenty-seven and 86/100 —

| DATE | TO THE ORDER OF | DESCRIPTION | CHECK NUMBER | CHECK AMOUNT |
|---|---|---|---|---|
| 8/15/01 | HI CARPENTERS TRUST FUND | 11/01 Report | 0743 | 827 |

*NON – NEGOTIABLE*

Form No. D-11 BPD

CARPENTERS HEALTH & WELFARE FUND ONLY FOR THE FIRST 1,000 HOURS WORKED.
SOCIAL SECURITY NUMBER MUST BE FILLED TO ASSURE PROPER CREDIT. FOR ADDITIONAL REPORTS OR INFORMATION, PLEASE PHONE AND ASK FOR EMPLOYER CONTROL DEPARTMENT.

PART 1 – TRUST COPY;   PART 2 – DATA PROCESSING;   PART 3 – LOCAL UNION;   PART 4 – EMPLOYER'S COPY   REV. 10/99

# HAWAII CARPENTERS JOINT TRUST FUNDS

HCTF ADMINISTRATIVE CORPORATION

1199 DILLINGHAM BOULEVARD, SUITE 200 / HONOLULU HAWAII 96817 PHONE (808) 841-7575 / NEIGHBOR ISLANDS 1(800) 634-8608 / FAX (808) 841-2900

## EMPLOYERS MONTHLY REPORT TO TRUSTEES
BEFORE COMPLETING THIS FORM PLEASE READ INSTRUCTIONS ON REVERSE SIDE.

**1** THIS REPORT COVERS HOURS FOR THIS MONTH OF: December, 2001
ACCOUNT NUMBER: 19041 DL
FEDERAL I.D. NUMBER:
STATE LICENSE NUMBER: 19041

EMPLOYER NAME AND ADDRESS:
DYNAMIC INTERIORS, INC.
904 KOHOU STREET
SUITE 103
HONOLULU, HI  96817

DRYWALL JOURNEYMAN   09/2001 DL

The undersigned, as the authorized representative of the signatory Contractor herein agrees to comply with the wages, hours and working conditions of the collective bargaining agreement between Local 745 of the United Brotherhood of Carpenters and Joiners of America, AFL-CIO (hereinafter Union) and signatory contractor members of the General Contractors Labor Association and the Builders Labor Association, Hawaii Wall and Ceiling Industry Association, and independent contractors (hereinafter Contractor).

The Contractor hereby adopts and agrees to be bound by the trust agreements and amendments thereto of the (1) Hawaii Carpenters Health and Welfare Fund, (2) Hawaii Carpenters Apprenticeship and Training Fund, (3) Hawaii Carpenters Vacation & Holiday Fund, (4) Drywall Apprenticeship Training Fund, (5) Financial Security Fund, (6) Market Recovery Program, and rules and regulations adopted thereunder by the Trustees.

I do hereby certify under penalty of perjury that the employees listed below constitute all the employees for who I am required to make payments to the various Trust Funds and that the hours shown for each employee are the total hours for which be worked or was paid.

SIGNED BY / TITLE

**2 TOTAL HOURS WORKED** — **3 COMPUTATION OF CONTRIBUTIONS** — **4 NOTE: THIS REPORT IS ONLY FOR:**

| | A. /HR | B. HEALTH & WELFARE 4.32/HR | C. TRAINING & RETRAINING .50/HR | D. VACATION & HOLIDAY 5.00/HR | E. FINANCIAL SECURITY 45% FUND 4.64/HR | F. FINANCIAL SECURITY 50% FUND 5.02/HR | G. FINANCIAL SECURITY 5.50/HR | H. MARKET RECOVERY .30/HR | |
|---|---|---|---|---|---|---|---|---|---|
| 200 | $ | $ | $ | $ | $ | $ | $ | $ | ☐ CARPENTERS ☐ DRYWALL ☐ CAB. SHOP ☐ ALLIED CRAFTS (CHECK ONE) |
| LIQUIDATED DAMAGES OR ADJUSTMENTS | $ | $ | $ | $ | $ | $ | $ | $ | |
| TOTAL DUE EACH TRUST | $ | $864.00 | $100.00 | $1,000.00 | $ | $361.44 | $704.00 | $60.00 | TOTAL OF COLUMNS A-H $3089.44 |

**5** EMPLOYEE'S NAME LAST NAME & 1ST INITIAL | APPRENTICE 45% / 50% | **6** SOCIAL SECURITY NUMBER | **7** TOTAL HOURS | **8** APPLICABLE PAYMENT: THIS REPORT SHOULD BE ACCOMPANIED BY ONE CHECK.

| EMPLOYEE | 45% | 50% | SSN | HOURS |
|---|---|---|---|---|
| GIRAELLOS, RICHARD | | X | | 72 |
| LAGRIO, NORI | | | | 128 |

MAIN BRANCH
FIRST HAWAIIAN BANK
TRUST GROUP
P.O. BOX 3708
HONOLULU, HAWAII 96811-9988

**9 NO EMPLOYEES:** THIS REPORT MUST BE FILED EVEN THOUGH NO EMPLOYEES WORKED THIS MONTH. PLEASE CHECK THE APPROPRIATE BOX.

☐ NO EMPLOYEES WORKED THIS MONTH. PLEASE CONTINUE MAILING REPORT FORMS.

☐ TRANSFER TO INACTIVE STATUS. WE HAD NO EMPLOYEE TO REPORT THIS MONTH AND DO NOT ANTICIPATE HIRING ANY IN THE NEAR FUTURE.

Ck# 830   $3087.44

**10 RECEIVE DATE:**

Reports are due the following month and must be received at the bank or postmarked by the 25th (30th for Mill Cab, Drywall.) to avoid Liquidated Damages and interest. Liquidated damages are calculated at



**DYNAMIC INTERIORS, INC.**
GENERAL ACCOUNT
904 KOHOU STREET, SUITE 103
HONOLULU, HAWAII 96817
PHONE: (808) 841-0215

59-177/1213

CHECK NUMBER: 0720

DATE: 7/3/01

PAY TO THE ORDER OF: Hawaii Carpenters Joint Trust Funds

AMOUNT: One Thousand Five Hundred Twenty-Six + 92/100 DOLLARS

CHECK AMOUNT: $1,526.92

DESCRIPTION: Oct. 2001 Report

HAWAII NATIONAL BANK
MAIN BRANCH
HONOLULU, HAWAII

⑈000720⑈ ⑆121301772⑆ 120⑈011 2⑈ ⑈0000152692⑈

R DEPOSIT WITH
**FIRST HAWAIIAN BANK**
**UNION BATCH**
Account No. 01-000934
0247    07 1 8 2
DEC 0 6 2001

ABSENCE OF ENDORSEMENT BY THE PAYEE OF
THIS CHECK IS GUARANTEED AND PROTECTED BY
**FIRST HAWAIIAN BANK**
THE PAYEES ONLY APPOINTED AGENT
HONOLULU, HAWAII

►121301015◄

DEC -6 01

>121301015<

FIRST HAWAIIAN BK.
HONOLULU HAWAII
0301620722 12-06-01 02 01000934

20011207

Back of
Check

Ck #120