# DYNAMIC INTERIORS, INC.
Hawaii Carpenters Trust Fund

## 2002

| MONTH | CONTRIBUTION OWED | AMOUNT PAID | BALANCE | COMMENT |
|---|---|---|---|---|
| BALANCE BROUGHT FORWARD: | | | $ (18,445.50) | |
| January '02 | $ 2,280.52 | $ 827.86 | $ (16,992.84) | Dynamic Ck#743 dated: 1/8/02 |
| February '02 | $ 4,889.06 | $ 1,220.00 | $ (18,212.84) | DynamicCk#808 dated: 1/28/02 |
| | | $ 3,089.44 | $ (16,413.22) | Dynamic Ck#830 dated: 2/6/02 |
| | | $ 1,404.92 | $ (17,818.14) | Dynamic Ck#869 dated: 2/22/02 |
| March '02 | $ - | $ 2,280.52 | $ (20,098.66) | Dynamic Ck#879 dated: 3/11/02 |
| April '02 | | | | No Contribution |
| May '02 | $ 1,613.64 | $ 1,200.00 | $ (19,685.02) | Dynamic Ck#927 dated: 5/3/02 |
| | | $ 365.50 | $ (20,050.52) | Dynamic Ck#937 dated 5/8/02 |
| June '02 | $ 3,164.00 | $ - | $ (16,886.52) | |
| July '02 | $ 7,044.16 | $ 1,005.00 | $ (10,847.36) | Stan's Contracting dated 7/2/02 |
| | | $ 1,613.64 | $ (12,461.00) | Dynamic Ck#1011 dated 7/6/02 |
| | | $ 3,717.90 | $ (16,178.90) | RSI Ck#44463 dated 7/31/02 |
| August '02 | $ 6,804.66 | $ 3,413.24 | $ (12,787.48) | Dynamic Ck#1091 dated 8/30/02 |
| | | $ 3,630.92 | $ (16,418.40) | RSI Ck#344677 dated 8/30/02 |
| September '02 | $ 2,467.78 | $ - | $ (13,950.62) | |
| October '02 | | $ 2,467.78 | $ (16,418.40) | Dynamic Ck#1172 dated 10/25/02 No Contribution |
| | | $ 8,165.57 | $ (24,583.97) | RSI Ck#45076 dated 10/30/02 |
| November '02 | $ 6,564.96 | $ - | $ (18,019.01) | |
| December '02 | $ 5,497.07 | $ - | $ (12,521.94) | |

EXHIBIT "B"

# HAWAII CARPENTERS JOINT TRUST FUNDS

HCTF ADMINISTRATIVE CORPORATION

1199 DILLINGHAM BOULEVARD, SUITE 200 / HONOLULU HAWAII 96817 PHONE (808) 841-7575 / NEIGHBOR ISLANDS 1(800) 634-8608 / FAX (808) 841-2900

## EMPLOYERS MONTHLY REPORT TO TRUSTEES
BEFORE COMPLETING THIS FORM PLEASE READ INSTRUCTIONS ON REVERSE SIDE.

**1** THIS REPORT COVERS HOURS FOR THIS MONTH OF: **January, 2002**

ACCOUNT NUMBER: **19041 DL**

FEDERAL I.D. NUMBER: 

STATE LICENSE NUMBER:

EMPLOYER NAME AND ADDRESS:

DYNAMIC INTERIORS, INC.
904 KOHOU STREET
SUITE 103
HONOLULU, HI  96817

DRYWALL JOURNEYMAN   09/2001 DL

The undersigned, as the authorized representative of the signatory Contractor herein agrees to comply with the wages, hours and working conditions of the collective bargaining agreement between Local 745 of the United Brotherhood of Carpenters and Joiners of America, AFL-CIO (hereinafter Union) and signatory contractor members of the General Contractors Labor Association and the Builders Labor Association, Hawaii Wall and Ceiling Industry Association, and independent contractors (hereinafter Contractor).

The Contractor hereby adopts and agrees to be bound by the trust agreements and amendments thereto of the (1) Hawaii Carpenters Health and Welfare Fund, (2) Hawaii Carpenters Apprenticeship and Training Fund, (3) Hawaii Carpenters Vacation & Holiday Fund, (4) Drywall Apprenticeship Training Fund, (5) Financial Security Fund, (6) Market Recovery Program, and rules and regulations adopted thereunder by the Trustees.

I do hereby certify under penalty of perjury that the employees listed below constitute all the employees for who I am required to make payments to the various Trust Funds and that the hours shown for each employee are the total hours for which he worked or was paid.

SIGNED _____ TITLE: Secretary

IF THE ABOVE INFORMATION IS INCORRECT PLEASE INDICATE CHANGES

**2 TOTAL HOURS WORKED: 146**

**3 COMPUTATION OF CONTRIBUTIONS**

| A. | B. HEALTH & WELFARE | C. TRAINING & RETRAINING | D. VACATION & HOLIDAY | E. FINANCIAL SECURITY 45% FUND | F. FINANCIAL SECURITY 50% FUND | G. FINANCIAL SECURITY | H. MARKET RECOVERY |
|---|---|---|---|---|---|---|---|
| @ /HR | @ 4.32/HR | @ .50/HR | @ 5.00/HR | @ 4.64/HR | @ 5.02/HR | @ 5.50/HR | @ .30/HR |
| $ | $ | $ | $ | $ | $ | $ | $ |

LIQUIDATED DAMAGES OR ADJUSTMENTS: $

TOTAL DUE EACH TRUST: $630.72 | $73.60 | $730.00 | $ | $ | $803.00 | $43.80

**4 NOTE:** THIS REPORT IS ONLY FOR:
☐ CARPENTERS
☐ DRYWALL
☐ CAB. SHOP
☐ ALLIED CRAFTS
(CHECK ONE)

TOTAL OF COLUMNS A-H: **$2280.52**

| 5 EMPLOYEE'S NAME LAST NAME & 1ST INITIAL | APPRENTICE 45% / 50% | 6 SOCIAL SECURITY NUMBER | 7 TOTAL HOURS | 8 APPLICABLE PAYMENT: THIS REPORT SHOULD BE ACCOMPANIED BY ONE CHECK. |
|---|---|---|---|---|
| GRAELLOS, R | | 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 | 40 | |

---

DYNAMIC INTERIORS, INC.
GENERAL ACCOUNT
4137 LIKINI STREET
HONOLULU, HAWAII 96818
PHONE: (808) 841-0215

59-177/1213

0879

PAY AMOUNT OF: Two thousand two hundred eighty + 52/100 DOLLARS

| DATE | TO THE ORDER OF | DESCRIPTION | CHECK NUMBER | CHECK AMOUNT |
|---|---|---|---|---|
| 3/11/02 | HI Carpenters Joint Trust Funds | Jan 02 Report | 879 | $2,280.52 |

HAWAII NATIONAL BANK   MAIN BRANCH
HAWAII   HONOLULU, HAWAII

⑈000879⑈ ⑆121301772⑆ 120⑈01112⑈

146 HRS

**10 RECEIVE DATE:**
Reports are due the following month and must be received at the bank or postmarked by the 25th (30th for Mill Cab, Drywall.) to avoid Liquidated Damages and interest. Liquidated damages are calculated at 20% of contributions due each trust

**DYNAMIC INTERIORS, INC.**
GENERAL ACCOUNT
904 KOHOU STREET, SUITE 103
HONOLULU, HAWAII 96817
PHONE: (808) 841-0215

59-177/1213

080

| EXPLANATION | AMOUNT |
|---|---|
| | |
| | |
| | |

PAY AMOUNT: One Thousand Two hundred Twenty only DOLLARS

| DATE | TO THE ORDER OF | DESCRIPTION | CHECK NUMBER | CHECK AMOUNT |
|---|---|---|---|---|
| 1/28/02 | HI carpenters | Installment pymt #1 | 808 | $1,220.00 |

HAWAII NATIONAL BANK    MAIN BRANCH
HONOLULU, HAWAII

⑆ THE REVERSE SIDE OF THIS DOCUMENT INCLUDES AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW ⑆

⑆000808⑆ ⑆121301772⑆   120⑆01112⑆   ⑆0000122000

**DYNAMIC INTERIORS, INC.**
GENERAL ACCOUNT
906 KOHOU STREET, SUITE 103
HONOLULU, HAWAII 96817
PHONE: (808) 841-0215

59-17/1213

0743

DATE 8/15/01

PAY TO THE ORDER OF: HI Carpenters Trust Fund

Eight Hundred Twenty-seven and 86/100 DOLLARS

CHECK NUMBER 0743

CHECK AMOUNT $827.86

DESCRIPTION: 11/01 Report

*HAWAII NATIONAL BANK*
MAIN BRANCH
HONOLULU, HAWAII

⑆000743⑆ ⑉121301772⑉ ⑆000082786⑆

# HAWAII CARPENTERS JOINT TRUST FUNDS

HCTF ADMINISTRATIVE CORPORATION

1199 DILLINGHAM BOULEVARD, SUITE 200 / HONOLULU HAWAII 96817 PHONE (808) 841-7575 / NEIGHBOR ISLANDS 1(800) 634-8608 / FAX (808) 841-2900

## EMPLOYERS MONTHLY REPORT TO TRUSTEES
BEFORE COMPLETING THIS FORM PLEASE READ INSTRUCTIONS ON REVERSE SIDE.

**1** THIS REPORT COVERS HOURS FOR THIS MONTH OF: **February, 2002**

ACCOUNT NUMBER: **19041 DL**

FEDERAL I.D. NUMBER: 

STATE LICENSE NUMBER:

EMPLOYER NAME AND ADDRESS:
DYNAMIC INTERIORS, INC.
904 KOHOU STREET
SUITE 103
HONOLULU, HI 96817

DRYWALL JOURNEYMAN  09/2001 DL

The undersigned, as the authorized representative of the signatory Contractor herein agrees to comply with the wages, hours and working conditions of the collective bargaining agreement between Local 745 of the United Brotherhood of Carpenters and Joiners of America, AFL-CIO (hereinafter Union) and signatory contractor members of the General Contractors Labor Association, the Builders Labor Association, Hawaii Wall and Ceiling Industry Association, and independent contractors (hereinafter Contractor).

The Contractor hereby adopts and agrees to be bound by the trust agreements and amendments thereto of the (1) Hawaii Carpenters Health and Welfare Fund, (2) Hawaii Carpenters Apprenticeship and Training Fund, (3) Hawaii Carpenters Vacation & Holiday Fund, (4) Drywall Apprenticeship Training Fund, (5) Financial Security Fund, (6) Market Recovery Program, and rules and regulations adopted thereunder by the Trustees.

I do hereby certify under penalty of perjury that the employees listed below constitute all the employees for who I am required to make payments to the various Trust Funds and that the hours shown for each employee are the total hours for which he worked or was paid.

SIGNED BY: _____ TITLE: _____

**3** COMPUTATION OF CONTRIBUTIONS

| TOTAL HOURS WORKED | A | B. HEALTH & WELFARE | C. TRAINING & RETRAINING | D. VACATION & HOLIDAY | E. FINANCIAL SECURITY 45% FUND | F. FINANCIAL SECURITY 50% FUND | G. FINANCIAL SECURITY | H. MARKET RECOVERY | **4** NOTE: THIS REPORT IS ONLY FOR: |
|---|---|---|---|---|---|---|---|---|---|
| | /HR | 4.32/HR | .50/HR | 5.00/HR | 4.64/HR | 5.02/HR | 5.50/HR | .30/HR | ☐ CARPENTERS |
| 313 | $ | $1350.16 | $151.50 | $1565.00 | $ -0- | $ -0- | $1721.50 | $93.90 | ☒ DRYWALL |
| LIQUIDATED DAMAGES OR ADJUSTMENTS | $ | $ | $ | $ | $ | $ | $ | $ | ☐ CAB. SHOP / ☐ ALLIED CRAFTS (CHECK ONE) |
| TOTAL DUE EACH TRUST | $ | $1352.16 | $156.50 | $1565.00 | $ -0- | $ -0- | $1721.50 | $93.90 | TOTAL OF COLUMNS A-H: $4889.06 |

| **5** EMPLOYEE'S NAME LAST NAME & 1ST INITIAL | APPRENTICE 45% | 50% | **6** SOCIAL SECURITY NUMBER | **7** TOTAL HOURS |
|---|---|---|---|---|
| PERELOS, R | | | | 77 |
| OGRIO, N | | | | 120 |
| LUBOZA, M | | | | 116 |

**8** APPLICABLE PAYMENT:
THIS REPORT SHOULD BE ACCOMPANIED BY ONE CHECK.

MAIN BRANCH
FIRST HAWAIIAN BANK
TRUST GROUP
P.O. BOX 3708
HONOLULU, HAWAII 96811-9986

**9** NO EMPLOYEES:
THIS REPORT MUST BE FILED EVEN THOUGH NO EMPLOYEES WORKED THIS MONTH.
PLEASE CHECK THE APPROPRIATE BOX.

☐ NO EMPLOYEES WORKED THIS MONTH. PLEASE CONTINUE MAILING REPORT FORMS.

☐ TRANSFER TO INACTIVE STATUS. WE HAD NO EMPLOYEE TO REPORT THIS MONTH AND DO NOT ANTICIPATE HIRING ANY IN THE NEAR FUTURE.

**10** RECEIVE DATE:
Reports are due the following month and must be received at the bank or postmarked by the 25th (30th for Mill Cab, Drywall) to avoid Liquidated Damages and Interest. Liquidated damages are calculated at 20% of contributions due each trust

**DYNAMIC INTERIORS, INC.**
GENERAL ACCOUNT
904 KOHOU STREET, SUITE 103
HONOLULU, HAWAII 96817
PHONE: (808) 841-0215

59-177/1213

0830

DATE 7/6/01

PAY TO THE ORDER OF: HI carpenters joint trust fund

AMOUNT: Three thousand eighty-nine + 44/100 DOLLARS

HAWAII NATIONAL BANK
MAIN BRANCH
HONOLULU, HAWAII

EXPLANATION: Dec 2001 Report

CHECK NUMBER: 0830

CHECK AMOUNT: $3,089.44

⑆0830⑆  ⑈123130177⑈  ⑈20═021  11110112⑈  ⑆000030894⑆

DYNAMIC INTERIORS, INC.
GENERAL ACCOUNT
904 KOHOU STREET, SUITE 103
HONOLULU, HAWAII 96817
PHONE: (808) 841-0315

59-177/1213

0869

DATE 7/31/07

PAY TO THE ORDER OF: Eric Hansberol

One hundred four + 92/100 DOLLARS

HAWAII NATIONAL BANK
MAIN BRANCH
HONOLULU, HAWAII

EXPLANATION: Payment Plan

For: HCJF

CHECK NUMBER 869
CHECK AMOUNT $ 104.92

⑆0869⑆ ⑈121301772⑈ 20⑉0111⑉ ⑊000010492⑊

**Check 1011** (rotated)
Dynamic Interiors, Inc.
Date: 6/30/02
Pay to the order of: Hawaii Carpenters Joint Trust Fund
One thousand six hundred thirteen + 64/100 DOLLARS
Description: Report for May 2002
Check Amount: $1,613.64

**Check 0879** (rotated)
Dynamic Interiors, Inc.
General Account
4137 Likini Street
Honolulu, Hawaii 96818
Phone: (808) 841-0215
Date: 7/1/02
Pay to the order of: Hawaii Carpenters Joint Trust Fund
Two thousand two hundred eighty + 52/100 DOLLARS
Description: Report for Jun 02
Check Amount: $2,280.52

Hawaii National Bank, Main Branch, Honolulu, Hawaii

# HAWAII CARPENTERS JOINT TRUST FUNDS

HCTF ADMINISTRATIVE CORPORATION

1199 DILLINGHAM BOULEVARD, SUITE 200 / HONOLULU HAWAII 96817 PHONE (808) 841-7575 / NEIGHBOR ISLANDS 1(800) 634-8608 / FAX (808) 841-2900

## EMPLOYERS MONTHLY REPORT TO TRUSTEES
BEFORE COMPLETING THIS FORM PLEASE READ INSTRUCTIONS ON REVERSE SIDE.

**1. THIS REPORT COVERS HOURS FOR THIS MONTH OF:** May, 2002

**ACCOUNT NUMBER:** 19041 DL

**EMPLOYER NAME AND ADDRESS:**
DYNAMIC INTERIORS, INC.
904 KOHOU STREET
SUITE 103
HONOLULU, HI 96817

DRYWALL - JOURNEYMAN   03/2002 DL

### 3. COMPUTATION OF CONTRIBUTIONS

| TOTAL HOURS WORKED | A. | B. HEALTH & WELFARE | C. TRAINING & RETRAINING | D. VACATION & HOLIDAY | E. FINANCIAL SECURITY FUND 45% | F. FINANCIAL SECURITY FUND 50% | G. FINANCIAL SECURITY | H. MARKET RECOVERY |
|---|---|---|---|---|---|---|---|---|
| | /HR | 4.32 /HR | .60 /HR | 5.60 /HR | 4.75 /HR | 5.14 /HR | 5.50 /HR | .40 /HR |
| 102 | | | | | | | | |
| LIQUIDATED DAMAGES OR ADJUSTMENTS | | | | | | | | |
| TOTAL DUE EACH TRUST | | 440.64 | 61.20 | 510.00 | — | — | 561.00 | 40.80 |

**TOTAL OF COLUMNS A-H:** $1613.64

### EMPLOYEES

| EMPLOYEE'S NAME LAST NAME & 1ST INITIAL | APPRENTICE 45% | 50% | 6. SOCIAL SECURITY NUMBER | 7. TOTAL HOURS |
|---|---|---|---|---|
| TRAVILLO, RICHARD | | | | 40 |
| MENDOZA, MICHAEL | | | | 40 |
| NUVATEKA, DAVID | | | | 22 |

Pd $1613.64
Total $1613.64

**8. APPLICABLE PAYMENT:** THIS REPORT SHOULD BE ACCOMPANIED BY ONE CHECK.

MAIN BRANCH
FIRST HAWAIIAN BANK
TRUST GROUP
P.O. BOX 3708
HONOLULU, HAWAII 96811-9983

**9. NO EMPLOYEES:** THIS REPORT MUST BE FILED EVEN THOUGH NO EMPLOYEES WORKED THIS MONTH. PLEASE CHECK THE APPROPRIATE BOX.

☐ NO EMPLOYEES WORKED THIS MONTH. PLEASE CONTINUE MAILING REPORT FORMS.

☐ TRANSFER TO INACTIVE STATUS. WE HAD NO EMPLOYEES REPORT THIS MONTH AND DO NOT ANTICIPATE HIRING ANY IN THE NEAR FUTURE.

**4. NOTE:** THIS REPORT IS ONLY FOR:
☐ CARPENTERS
☐ DRYWALL
☐ CAB. SHOP
☐ ALLIED CRAFTS
(CHECK ONE)

### RECORD OF PAYMENT

One thousand six hundred thirteen 64/100

TO THE ORDER OF: Hawaii Carpenters Joint — Report for May 2002

| CHECK NUMBER | CHECK AMOUNT |
|---|---|
| 1011 | 1,613.64 |

**DYNAMIC INTERIORS, INC.**
GENERAL ACCOUNT
4137 LIKINI STREET
HONOLULU, HAWAII 96818
PHONE: (808) 841-0215

59-177/1213

092

PAY AMOUNT: One Thousand Two Hundred DOLLARS

DATE: 5/3/02
TO THE ORDER OF: Hawaii Carpenters Joint Trust Fund
DESCRIPTION: Payment Plan
CHECK NUMBER: 927
CHECK AMOUNT: $1,200.0

HAWAII NATIONAL BANK   MAIN BRANCH
HONOLULU, HAWAII

⑆000927⑆ ⑆121301772⑆ 120⎖01112⑆

# HAWAII CARPENTERS JOINT TRUST FUNDS

HCTF ADMINISTRATIVE CORPORATION

1199 DILLINGHAM BOULEVARD, SUITE 200 / HONOLULU HAWAII 96817 PHONE (808) 841-7575 / NEIGHBOR ISLANDS 1(800) 634-8608 / FAX (808) 841-2900

## EMPLOYERS MONTHLY REPORT TO TRUSTEES

BEFORE COMPLETING THIS FORM PLEASE READ INSTRUCTIONS ON REVERSE SIDE.

**1** THIS REPORT COVERS HOURS FOR THIS MONTH OF: July, 2002

ACCOUNT NUMBER: 19041 DL

FEDERAL I.D. NUMBER: 

STATE LICENSE NUMBER: 

**EMPLOYER NAME AND ADDRESS**

DYNAMIC INTERIORS, INC.
904 KOHOU STREET
SUITE 103
HONOLULU, HI 96817

DRYWALL-CARPENTER   03/2002 DL

SIGNED BY: (signature) Dognina PO
TITLE: Office Secretary

### 3 COMPUTATION OF CONTRIBUTIONS

| 2 TOTAL HOURS WORKED | A. | B. HEALTH & WELFARE | C. TRAINING & RETRAINING | D. VACATION & HOLIDAY | E. FINANCIAL SECURITY 45% FUND | F. FINANCIAL SECURITY 50% FUND | G. FINANCIAL SECURITY | H. MARKET RECOVERY | 4 NOTE: THIS REPORT IS ONLY FOR: |
|---|---|---|---|---|---|---|---|---|---|
| 104 384 | @ /HR | 4.32 /HR 488 | .60 /HR 384 | 5.00 /HR 488 | 4.75 /HR | 5.14 /HR | 5.50 /HR 384 | .40 /HR 384 | ☐ CARPENTERS ☒ DRYWALL ☐ CAB. SHOP ☐ ALLIED CRAFTS (CHECK ONE) |
|  | $ | $2108.16 | $230.40 | $2440.00 | $ -0- | $ -0- | $2112.00 | $153.60 | TOTAL OF COLUMNS A-H |
| LIQUIDATED DAMAGES OR ADJUSTMENTS | $ | | | | | | | | |
| TOTAL DUE EACH TRUST | $ | 2108.16 | 230.40 | 2440.00 | -0- | -0- | 2112.00 | 153.60 | $7044.16 |

| 5 EMPLOYEE'S NAME LAST NAME & 1ST INITIAL | APPRENTICE 45% 50% | 6 SOCIAL SECURITY NUMBER | 7 TOTAL HOURS | 8 APPLICABLE PAYMENT: THIS REPORT SHOULD BE ACCOMPANIED BY ONE CHECK. |
|---|---|---|---|---|
| CABADING, HARICKS * | | | 104 | |
| GRAELLOS, RICHARD | | 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 | 80 | MAIN BRANCH FIRST HAWAIIAN BANK TRUST GROUP P.O. BOX 3708 HONOLULU, HAWAII 96811-9988 |
| MENDOZA, MICHAEL | | 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 | 152 | |
| SALVATERA, DAVID | | 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 | 152 | **9** NO EMPLOYEES: THIS REPORT MUST BE FILED EVEN THOUGH NO EMPLOYEES WORKED THIS MONTH. PLEASE CHECK THE APPROPRIATE BOX. |
| | | | 488 | ☐ NO EMPLOYEES WORKED THIS MONTH, PLEASE CONTINUE MAILING REPORT FORMS. |
| | | | | ☐ TRANSFER TO INACTIVE STATUS. WE HAD NO EMPLOYEE TO REPORT THIS MONTH AND DO NOT ANTICIPATE HIRING ANY IN THE NEAR FUTURE. |

**10 RECEIVE DATE:**

Reports are due the following month and must be received at the bank or postmarked by the 25th (30th for Mill Cab, Drywall) to avoid Liquidated Damages and Interest. Liquidated damages are calculated at 20% of contributions due each trust or $20.00 per trust, whichever is greater. Interest is due at the maximum rates permitted by law and specified in the Trust Agreement of each trust. These rates vary and may approach or exceed 20% per annum.

TOTAL HOURS THIS PAGE: 488

**EMPLOYEE CLASSIFICATION:**
SHOULD YOU EMPLOY 1ST PERIOD APPRENTICES (40%), YOU MUST CLEARLY IDENTIFY THOSE EMPLOYEES BY PLACING AN ASTERISK (*) NEXT TO THEIR NAME IN THE APPROPRIATE COLUMN. 1ST PERIOD APPRENTICES (40%) ARE ELIGIBLE FOR PAYMENT TO THE HAWAII CARPENTERS HEALTH & WELFARE FUND AND THE HAWAII CARPENTERS VACATION & HOLIDAY FUND ONLY FOR THE FIRST 1,000 HOURS WORKED.
SOCIAL SECURITY NUMBER MUST BE FILLED TO ASSURE PROPER CREDIT. FOR ADDITIONAL REPORTS OR INFORMATION, PLEASE PHONE AND ASK FOR EMPLOYER CONTROL DEPARTMENT.

**RALPH S. INOUYE CO., LTD.**
GENERAL CONTRACTING
2831 AWAAWALOA ST.
HONOLULU, HAWAII 96819

Check Date: 07/31/2002
Replace Chk No. 44435   **044463**

Check Amount    $3,717.90

***Three Thousand Seven Hundred Seventeen Dollars
and Ninety Cents***

BANK OF HAWAII
Honolulu, Hawaii
59-102
1213

PAY TO THE ORDER OF   DYNAMIC INTERIORS, INC. AND HAWAII CARPENTERS TRUST FUNDS

⑈044463⑈ ⑆121301028⑆ 0008⑈000999⑈

*Ed's copy*

*used for June 02*

JUNE Report    3,164.00
Pd.            3,717.90
               ─────────
credit          553.90

# HAWAII CARPENTERS JOINT TRUST FUNDS

HCTF ADMINISTRATIVE CORPORATION

1199 DILLINGHAM BOULEVARD, SUITE 200 / HONOLULU HAWAII 96817 PHONE (808) 841-7575 / NEIGHBOR ISLANDS 1(800) 634-8608 / FAX (808) 841-2900

## EMPLOYERS MONTHLY REPORT TO TRUSTEES

BEFORE COMPLETING THIS FORM PLEASE READ INSTRUCTIONS ON REVERSE SIDE.

**1** THIS REPORT COVERS HOURS FOR THIS MONTH OF: August, 2002
ACCOUNT NUMBER: 19041 DL
FEDERAL I.D. NUMBER: [illegible]
STATE LICENSE NUMBER:

EMPLOYER NAME AND ADDRESS:
DYNAMIC INTERIORS, INC.
904 KOHOU STREET
SUITE 103
HONOLULU, HI 96817

DRYWALL-CARPENTER   03/2002 DL

SIGNED BY: [signature]   TITLE: 7/25/02

The undersigned, as the authorized representative of the signatory Contractor herein agrees to comply with the wages, hours and working conditions of the collective bargaining agreement between Local 745 of the United Brotherhood of Carpenters and Joiners of America, AFL-CIO (hereinafter Union) and signatory contractor members of the General Contractors Labor Association and the Builders Labor Association, Hawaii Wall and Ceiling Industry Association, and Independent contractors (hereinafter Contractor).

The Contractor hereby adopts and agrees to be bound by the trust agreements and amendments thereto of the (1) Hawaii Carpenters Health and Welfare Fund, (2) Hawaii Carpenters Apprenticeship and Training Fund; (3) Hawaii Carpenters Vacation & Holiday Fund, (4) Drywall Apprenticeship Training Fund, (5) Financial Security Fund, (6) Market Recovery Program, and rules and regulations adopted thereunder by the Trustees.

I do hereby certify under penalty of perjury that the employees listed below constitute all the employees for who I am required to make payments to the various Trust Funds and that the hours shown for each employee are the total hours for which he worked or was paid.

**2** TOTAL HOURS WORKED: 80, 383, 463

**3** COMPUTATION OF CONTRIBUTIONS

| | A. | B. HEALTH & WELFARE | C. TRAINING & RETRAINING | D. VACATION & HOLIDAY | E. FINANCIAL SECURITY 45% FUND | F. FINANCIAL SECURITY 50% FUND | G. FINANCIAL SECURITY | H. MARKET RECOVERY |
|---|---|---|---|---|---|---|---|---|
| /HR | | 4.32 @ 463 /HR | .60 @ 383 /HR | 5.00 @ 463 /HR | 4.75 | 5.14 | 5.50 @ 383 /HR | .40 @ 383 /HR |
| $ | | $100.16 | $229.80 | $2315.00 | | | $2106.50 | $153.20 |
| LIQUIDATED DAMAGES OR ADJUSTMENTS $ | | $2000.16 | | | | | | |
| TOTAL DUE EACH TRUST $ | | $2100.16 | $229.80 | $2315.00 | | | $2106.50 | ✓ $153.20 / $153.80 |

**4** NOTE: THIS REPORT IS ONLY FOR:
☐ CARPENTERS
☐ DRYWALL
☐ CAB. SHOP
☐ ALLIED CRAFTS
(CHECK ONE)

TOTAL OF COLUMNS A-H: $6,804.66

**5** EMPLOYEE'S NAME LAST NAME & 1ST INITIAL | **6** APPRENTICE 45% / 50% | SOCIAL SECURITY NUMBER | **7** TOTAL HOURS

| Employee | Apprentice | SSN | Hours |
|---|---|---|---|
| BRADING, Harris | 1% | 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 | 80 |
| [illegible], R[illegible] | | 570-[illegible]-[illegible]75 | 91 |
| [illegible], M[illegible] | | [illegible] | 172 |
| | | | 100 |

**8** APPLICABLE PAYMENT:
THIS REPORT SHOULD BE ACCOMPANIED BY ONE CHECK

[signature]

MAIN BRANCH
FIRST HAWAIIAN BANK
TRUST GROUP
P.O. BOX 3708
HONOLULU, HAWAII 96811-8986

**9** NO EMPLOYEES:
THIS REPORT MUST BE FILED EVEN THOUGH NO EMPLOYEES WORKED THIS MONTH. PLEASE CHECK THE APPROPRIATE BOX.

☐ NO EMPLOYEES WORKED THIS MONTH. PLEASE CONTINUE MAILING REPORT FORMS.

☐ TRANSFER TO INACTIVE STATUS. WE HAD NO EMPLOYEE TO REPORT THIS MONTH AND DO NOT ANTICIPATE HIRING ANY IN THE NEAR FUTURE.

*Overpayment of $1,360.91*
*Total Payment of $8,165.57*

**10** RECEIVE DATE:
Reports are due the following month and must be received at the bank or postmarked by the 25th (30th for Mill Cab, Drywall.) to avoid Liquidated Damages and interest. Liquidated damages are calculated at 20% of contributions due each trust

**RALPH S. INOUYE CO., LTD.**
GENERAL CONTRACTING
2831 AWAAWALOA ST.
HONOLULU, HAWAII 96819

Check Number: 44677
Check Date: 08/30/2002

**044677**

Check Amount  *****3,630.92

BANK OF HAWAII   59-102/1213
Honolulu, Hawaii

*** Three Thousand Six Hundred Thirty Dollars and Ninety Two Cents****

PAY TO THE ORDER OF

DYNAMIC INTERIORS, INC.   AND CARPENTERS TRUST FUNDS
4137 LIKINI STREET
HONOLULU, HI 96818-

⑆044677⑆ ⑈121301028⑈ 0008⑉000999⑈

---

**DYNAMIC INTERIORS, INC.**
GENERAL ACCOUNT
4137 LIKINI STREET
HONOLULU, HAWAII 96818
PHONE: (808) 841-0215

59-177/1213

109[1]

| EXPLANATION | AMOUNT |
|---|---|

PAY AMOUNT OF: Three Thousand four hundred thirteen + 20/100 DOLLARS

| DATE | TO THE ORDER OF | DESCRIPTION | CHECK NUMBER | CHECK AMOUNT |
|---|---|---|---|---|
| 8/30/02 | Hawaii Carpenters Joint Trust Fund | July 2002 Report | 1091 | $3,413.20 |

HAWAII NATIONAL BANK   MAIN BRANCH
HONOLULU, HAWAII

⑆001091⑆ ⑈121301772⑈ 120⑉01112⑈

Bob's copy

# HAWAII CARPENTERS JOINT TRUST FUNDS

HAWAII BENEFIT ADMINISTRATORS, INC.

1199 DILLINGHAM BOULEVARD, SUITE 200 / HONOLULU HAWAII 96817 PHONE (808) 841-7575 / NEIGHBOR ISLANDS 1(800) 634-8608 / FAX (808) 841-2900

## EMPLOYERS MONTHLY REPORT TO TRUSTEES

BEFORE COMPLETING THIS FORM PLEASE READ INSTRUCTIONS ON REVERSE SIDE.

**1** THIS REPORT COVERS HOURS FOR THIS MONTH OF: Septembe, 2002
ACCOUNT NUMBER: 19041 DL
FEDERAL I.D. NUMBER: 99-05
STATE LICENSE NUMBER:

EMPLOYER NAME AND ADDRESS:
DYNAMIC INTERIORS, INC.
4137 LIKINI STREET
HONOLULU, HI 96818

DRYWALL-CARPENTER    03/2002 DL

The undersigned, as the authorized representative of the signatory Contractor herein agrees to comply with the wages, hours and working conditions of the collective bargaining agreement between Local 745 of the United Brotherhood of Carpenters and Joiners of America, AFL-CIO (hereinafter Union) and signatory contractor members of the General Contractors Labor Association and the Builders Labor Association, Hawaii Wall and Ceiling Industry Association, and independent contractors (hereinafter Contractor).

The Contractor hereby adopts and agrees to be bound by the trust agreements and amendments thereto of the (1) Hawaii Carpenters Health and Welfare Fund, (2) Hawaii Carpenters Apprenticeship and Training Fund, (3) Hawaii Carpenters Vacation & Holiday Fund, (4) Drywall Apprenticeship Training Fund, (5) Financial Security Fund, (6) Market Recovery Program, and rules and regulations adopted thereunder by the Trustees.

I do hereby certify under penalty of perjury that the employees listed below constitute all the employees for who I am required to make payments to the various Trust Funds and that the hours shown for each employee are the total hours for which he worked or was paid.

**3** COMPUTATION OF CONTRIBUTIONS

| 2 TOTAL HOURS WORKED | A. | B. HEALTH & WELFARE | C. TRAINING & RETRAINING | D. VACATION & HOLIDAY | E. FINANCIAL SECURITY 45% FUND | F. FINANCIAL SECURITY 50% FUND | G. FINANCIAL SECURITY | H. MARKET RECOVERY | 4 NOTE: THIS REPORT IS ONLY FOR: |
|---|---|---|---|---|---|---|---|---|---|
| 56 | @ /HR | 4.32 @ 179 /HR | .60 @ 123 /HR | 5.00 @ 179 /HR | 4.75 @ /HR | 5.14 @ /HR | 5.50 @ 123 /HR | .40 @ 123 /HR | ☐ CARPENTERS ☐ DRYWALL ☐ CAB. SHOP ☐ ALLIED CRAFTS (CHECK ONE) |
| 123 | $ | $ | $ | $ | $ | $ | $ | $ | |
| LIQUIDATED DAMAGES OR ADJUSTMENTS | $ | $ | $ | $ | $ | $ | $ | $ | |
| TOTAL DUE EACH TRUST | | $773.28 | $73.80 | $895.00 | 0 | 0 | $676.50 | $49.20 | TOTAL OF COLUMNS A-H $2467.78 |

| EMPLOYEE'S NAME LAST NAME & 1ST INITIAL | APPRENTICE 45% | 50% | 6 SOCIAL SECURITY NUMBER | 7 TOTAL HOURS | 8 APPLICABLE PAYMENT: THIS REPORT SHOULD BE ACCOMPANIED BY ONE CHECK. |
|---|---|---|---|---|---|
| CABADING, HARICRIS 40/9K | | | 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 | 56 | |
| GRAELLOS, RICHARD | | | 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 | 67 | MAIN BRANCH FIRST HAWAIIAN BANK TRUST GROUP P.O. BOX 3708 HONOLULU, HAWAII 96811-9988 |
| MENDOZA, MICHAEL | | | 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 | 56 | |
| | | | | 179 | **9** NO EMPLOYEES: THIS REPORT MUST BE FILED EVEN THOUGH NO EMPLOYEES WORKED THIS MONTH. PLEASE CHECK THE APPROPRIATE BOX. |

---

**DYNAMIC INTERIORS, INC.**
GENERAL ACCOUNT
4137 LIKINI STREET
HONOLULU, HAWAII 96818
PHONE: (808) 841-0215

59-177/1213

1172

PAY AMOUNT OF: Two Thousand Four Hundred Sixty-seven and 78/100 DOLLARS

DATE: 10/25/02
TO THE ORDER OF: HI Carpenters Trust Fund & Hire
DESCRIPTION: fringes & benefits 9/02
CHECK NUMBER: 1172
CHECK AMOUNT: $2467.78

HAWAII NATIONAL BANK, MAIN BRANCH
HONOLULU, HAWAII

⑆001172⑆ ⑈121301772⑈    120⑉01112⑉

**DYNAMIC INTERIORS, INC.**
GENERAL ACCOUNT
4137 LIKINI STREET
HONOLULU, HAWAII 96818
PHONE: (808) 841-0215

59-177/1213

**1172**

DATE 10/24/02

PAY TO THE ORDER OF: HI Carpenters Trust Fund

AMOUNT: Two Thousand Four Hundred Sixty-seven and 78/100 DOLLARS

Explanation: fringe benefits 9/02

CHECK NUMBER: 1172

CHECK AMOUNT: $2467.78

HAWAII NATIONAL BANK
MAIN BRANCH
HONOLULU, HAWAII

| | | | | | |
|---|---|---|---|---|---|
| RALPH S. INOUYE CO., LTD. GENERAL CONTRACTING | | | | | 045076 |
| Vendor: DYNAMIC INTERIORS, INC. | | Check: 076 | | Check date: 10/30/2002 | |
| Joint: AND HAWAII CARPENTERS JOINT TRUST FUNDS | | Gross Amount | Discount | Net Amount | |
| Invoice # | Invoice Date | 8,165.57 | 0.00 | 8,165.57 | |
| DI0246 | 09/20/2002 PCHS | | | | |

Check Amount *****8,165.57

---

**RALPH S. INOUYE CO., LTD.**
GENERAL CONTRACTING
2831 AWAAWALOA ST.
HONOLULU, HAWAII 96819

Check Number: 45076
Check Date: 10/30/2002        045076

Check Amount    *****8,165.57

BANK OF HAWAII    59-102
Honolulu, Hawaii    1213

*8*Thousand*1*Hundred*65*Dollars*and*57*Cents

ORDER OF:
DYNAMIC INTERIORS, INC.
4137 LIKINI STREET
HONOLULU, HI 96818

AND HAWAII CARPENTERS JOINT TRUST FUNDS

⑆045076⑆ ⑈121301028⑈ 0008⋯000999⑉

# HAWAII CARPENTERS JOINT TRUST FUNDS

HAWAII BENEFIT ADMINISTRATORS, INC.
1199 DILLINGHAM BOULEVARD, SUITE 200 / HONOLULU HAWAII 96817 PHONE (808) 841-7575 / NEIGHBOR ISLANDS 1(800) 634-8608 / FAX (808) 841-2900

## EMPLOYERS MONTHLY REPORT TO TRUSTEES
BEFORE COMPLETING THIS FORM PLEASE READ INSTRUCTIONS ON REVERSE SIDE.

**1** THIS REPORT COVERS HOURS FOR THIS MONTH OF: ~~August~~, 2002
ACCOUNT NUMBER: 19041 DL
FEDERAL I.D. NUMBER: Nov 2302
STATE LICENSE NUMBER:

EMPLOYER NAME AND ADDRESS:
DYNAMIC INTERIORS, INC.
4137 LIKINI STREET
HONOLULU, HI 96818

DRYWALL-CARPENTER   03/2002 DL

SIGNED BY: [signature]   TITLE: Secretary

The undersigned, as the authorized representative of the signatory Contractor herein agrees to comply with the wages, hours and working conditions of the collective bargaining agreement between Local 745 of the United Brotherhood of Carpenters and Joiners of America, AFL-CIO (hereinafter Union) and signatory contractor members of the General Contractors Labor Association and the Builders Labor Association, Hawaii Wall and Ceiling Industry Association, and independent contractors (hereinafter Contractor).

The Contractor hereby adopts and agrees to be bound by the trust agreements and amendments thereto of the (1) Hawaii Carpenters Health and Welfare Fund, (2) Hawaii Carpenters Apprenticeship and Training Fund, (3) Hawaii Carpenters Vacation & Holiday Fund, (4) Drywall Apprenticeship Training Fund, (5) Financial Security Fund, (6) Market Recovery Program, and rules and regulations adopted thereunder by the Trustees.

I do hereby certify under penalty of perjury that the employees listed below constitute all the employees for who I am required to make payments to the various Trust Funds and that the hours shown for each employee are the total hours for which he worked or was paid.

**2** TOTAL HOURS WORKED: 478
LIQUIDATED DAMAGES OR ADJUSTMENTS: $344

**3 COMPUTATION OF CONTRIBUTIONS**

| A. | B. HEALTH & WELFARE | C. TRAINING & RETRAINING | D. VACATION & HOLIDAY | E. FINANCIAL SECURITY 45% FUND | F. FINANCIAL SECURITY 50% FUND | G. FINANCIAL SECURITY | H. MARKET RECOVERY |
|---|---|---|---|---|---|---|---|
| @ 4.32 /HR | @ .60 /HR | @ 5.00 /HR | @ 4.75 /HR | @ 5.14 /HR | @ 5.50 /HR | @ .40 /HR |
| 4070 /HR | 478 | 344 | 478 | | | 344 | 344 |
| 134 APPRENTICE | $578.88 | $0 | $670.00 | $0 | $0 | $0 | $0 |
| | $1486.08 | $80.40 | $1720.00 | $0 | $0 | $1892.00 | $137.60 |
| TOTAL DUE EACH TRUST | $2064.96 | $80.40 | $2390.00 | $0 | $0 | $1892.00 | $137.60 |

**4** NOTE: THIS REPORT IS ONLY FOR:
☐ CARPENTERS
☐ DRYWALL
☐ CAB. SHOP
☐ ALLIED CRAFTS
(CHECK ONE)

TOTAL OF COLUMNS A-H: $6564.96

**5** EMPLOYEE'S NAME LAST NAME & 1ST INITIAL | APPRENTICE 45% / 50% | **6** SOCIAL SECURITY NUMBER | **7** TOTAL HOURS

| CABADING, HANCRIS | * | 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 | 134 |
| GRAELLOS, RICHARD | | 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 | 148 |
| MENDOZA, MICHAEL | | 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 | 117 |
| PERMITO, WAYNE | | 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 | 79 |

**8** APPLICABLE PAYMENT: THIS REPORT SHOULD BE ACCOMPANIED BY ONE CHECK.

MAIN BRANCH
FIRST HAWAIIAN BANK
TRUST GROUP
P.O. BOX 3708
HONOLULU, HAWAII 96811-9988

**9** NO EMPLOYEES: THIS REPORT MUST BE FILED EVEN THOUGH NO EMPLOYEES WORKED THIS MONTH. PLEASE CHECK THE APPROPRIATE BOX.

☐ NO EMPLOYEES WORKED THIS MONTH. PLEASE CONTINUE MAILING REPORT FORMS.

☐ TRANSFER TO INACTIVE STATUS WE HAD NO EMPLOYEE TO REPORT THIS MONTH AND DO NOT ANTICIPATE HIRING ANY IN THE NEAR FUTURE.

**10** RECEIVE DATE:
Reports are due the following month and must be received at the bank or postmarked by the 25th (30th for Mill Cab, Drywall.) to avoid Liquidated Damages and interest. Liquidated damages are calculated at 20% of contributions due each trust

# HAWAII CARPENTERS JOINT TRUST FUNDS
## EMPLOYERS MONTHLY REPORT TO TRUSTEES

**1** THIS REPORT COVERS HOURS FOR THIS MONTH OF: December, 2002
ACCOUNT NUMBER: 19041 DL
STATE LICENSE NUMBER:
FEDERAL I.D. NUMBER: 99-0352400

EMPLOYER NAME AND ADDRESS:
DYNAMIC INTERIORS, INC.
4137 LIKINI STREET
HONOLULU, HI 96818

DRYWALL 09/2002 DL

The undersigned, as the authorized representative of the signatory contractor herein agrees to comply with the wages, hours and working conditions of the collective bargaining agreement between Local 745 of the United Brotherhood of Carpenters and Joiners of America, (hereinafter Union) and signatory contractor members of the General Contractors Labor Association and the Builders Industry Labor Association of Hawaii, Hawaii Wall and Ceiling Industry Association, and independent contractors (hereinafter Contractor).

The Contractor hereby adopts and agrees to be bound by the trust agreements and amendments thereto of the Hawaii Carpenters Health and Welfare Fund, Hawaii Carpenters Apprenticeship and Training Fund, Hawaii Carpenters Vacation & Holiday Fund, Drywall Apprenticeship Training Fund, Financial Security Fund, Market Recovery Program, Hawaii Carpenters Retiree Health & Welfare Fund, Hawaii Carpenters 401-K Plan, and rules and regulations adopted thereunder by the Trustees.

I do hereby certify under penalty of perjury that the employees listed below constitute all the employees for who I am required to make payments to the various Trust Funds and that the hours shown for each employee are the total hours for which he/she worked or was paid.

SIGNED BY: [signature]   TITLE: Secretary   DATE: 2/25/03

**3 COMPUTATION OF CONTRIBUTIONS**

| 2 MEMBER CLASSIFICATION | APPR. CODE | TOTAL HOURS | RETIREE HEALTH & WELFARE @ .35/HR | ACTIVE HEALTH & WELFARE @ 4.57/HR | APPRENTICE & TRAINING @ .65/HR | VACATION & HOLIDAY @ 5.00/HR | FINANCIAL SECURITY @ 5.50/HR | MARKET RECOVERY @ .45/HR | 401-K @ .05/HR | 4 TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| Journeyman | | 308.50 | 107.98 | 1409.85 | 200.53 | 1542.50 | 1696.75 | 138.83 | 15.43 | 5,111.87 |
| Apprentices pre 9/2002 | | | | | | | | | | |
| 50% | A3 | | | | | | $6.14 | | | |
| 45% | A2 | | | | | | $4.75 4.75 | | | |
| 40% | A1 | 72 | 25.20 | | | $5.00 @ 360 | | | | 385.20 |
| Apprentices post 9/2002 | | | | | | | | | | |
| 90-95% | A8 | | | | | $4.00 @ | $4.50 @ | | | |
| 70-80% | A7 | | | | | $3.00 @ | $3.50 @ | | | |
| 50-60% | A6 | | | | | $2.00 @ | $2.50 @ | | | |
| 45% | A5 | | | | | $1.00 @ | $1.50 @ | | | |
| 40% | A4 | | | | | $1.00 @ | | | | |
| Liquidated Damages or Adjustments | | | | | | | | | | |
| Totals | | | $133.18 | $1409.85 | $200.53 | $1902.50 | $1696.75 | $138.83 | $15.43 | $ |

UBC Training Fund .02 x per hour $ 0   UBC Marketing Fund .02 x per hour $ 0   $ 0

**GRAND TOTAL $ 5,497.07**

| 5 EMPLOYEE'S NAME LAST NAME & FIRST NAME | APPRENTICE CODE | 6 SOCIAL SECURITY NUMBER | 7 TOTAL HOURS |
|---|---|---|---|
| HERRING, H | A1 | 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 | 72 |
| KAELLIS, R | | 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 | 152 |
| MENDOZA, M | | 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 | 112 |
| ??????, Wayne | DW | | 44.5 |

**8** THIS REPORT SHOULD BE ACCOMPANIED BY ONE CHECK TO:
MAIN BRANCH
FIRST HAWAIIAN BANK
TRUST GROUP
P.O. BOX 3708
HONOLULU, HAWAII 96811-9988

**9 NO EMPLOYEES:**
THIS REPORT MUST BE FILED EVEN THOUGH NO EMPLOYEES WORKED THIS MONTH.
PLEASE CHECK THE APPROPRIATE BOX.

☐ NO EMPLOYEES WORKED THIS MONTH. PLEASE CONTINUE MAILING REPORT FORMS.

☐ TRANSFER TO INACTIVE STATUS. WE HAD NO EMPLOYEE TO REPORT THIS MONTH AND DO NOT ANTICIPATE HIRING IN THE NEAR FUTURE.