# DYNAMIC INTERIORS, INC.

Hawaii Carpenters Trust Fund

## 2003

| MONTH OF | CONTRIBUTION OWED | AMOUNT PAID | BALANCE | COMMENT |
|---|---|---|---|---|
| BALANCE BROUGHT FORWARD: | | | $ (12,521.94) | |
| January '03 | $ 6,081.19 | $ 5,268.37 | (11,709.12) | Heidi & Cooke JCK#16481  dated: 1/16/2003 |
| February '03 | $ 5,962.22 | $ 3,320.88 | (9,067.78) | Arakaki JCK#1382    dated 2/3/03 |
| | $ - | $ 1,000.00 | (10,067.78) | RSI JCK#04566    dated: 2/3/03 |
| | | $ 7,902.56 | (17,970.34) | Heidi & Cooke  JCK#1684    dated: 2/24/03 |
| March '03 | $ 11,433.41 | $ 1,200.00 | (19,170.34) | RSI JCK#45911    dated: 2/28/03 |
| April '03 | $ 17,493.49 | $ 560.31 | (8,297.24) | Dynamic Ck#1337  dated; 3/4/03 |
| May '03 | $ 46,667.78 | $ - | 9,196.25 | |
| June '03 | | $ 11,433.41 | 44,430.62 | Dynamic Interiors  Ck#1517    dated:  5/23/03 |
| | $ 35,084.46 | $ 17,493.19 | 26,937.43 | Dynamic Ck#1556    dated:  5/30/03 |
| July '03 | $ 34,940.55 | $ - | 62,021.89 | |
| August '03 | $ 30,337.09 | $ - | 96,962.44 | |
| September '03 | $ 9,914.02 | $ - | 127,299.53 | Dynamic Ck#1805    dated 9/17/03 |
| | | $ 34,232.01 | 102,981.54 | Allied Construction   dated 9/17/03 |
| | | $ 708.54 | 102,273.00 | Dynamic Ck#1815   dated: 9/19/03 |
| October '03 | $ 17,612.44 | $ 46,667.78 | 55,605.22 | Allied Construction  dated 9/17/03 |
| November '03 | $ 9,499.80 | $ - | 73,217.66 | |
| December '03 | $ 996.00 | $ 5,962.22 | 82,717.46 | Dynamic Ck#1944   dated 12/8/03 |
| | | $ 35,084.46 | 77,751.24 | Dynamic Ck#1945  dated 12/8/03 |
| | | | 42,666.78 | |
| | | | $ 42,666.78 | |


EXHIBIT "C"

# HAWAII CARPENTERS JOINT TRUST FUNDS

## EMPLOYERS MONTHLY REPORT TO TRUSTEES

| 1 | THIS REPORT COVERS HOURS FOR THIS MONTH OF | ACCOUNT NUMBER | |
|---|---|---|---|
| | **January, 2003** | 19041  DL | |

FEDERAL I.D. NUMBER: 99-035340
STATE LICENSE NUMBER:

**EMPLOYER NAME AND ADDRESS**

DYNAMIC INTERIORS, INC.
4137 LIKINI STREET
HONOLULU, HI  96818

DRYWALL   09/2002 DL

IF THE ABOVE INFORMATION IS INCORRECT PLEASE INDICATE CHANGES

The undersigned, as the authorized representative of the signatory contractor herein agrees to comply with the wages, hours and working conditions of the collective bargaining agreement between Local 745 of the United Brotherhood of Carpenters and Joiners of America, (hereinafter Union) and signatory contractor members of the General Contractors Labor Association and the Builders Industry Labor Association of Hawaii, Hawaii Wall and Ceiling Industry Association, and independent contractors (hereinafter Contractor).

The Contractor hereby adopts and agrees to be bound by the trust agreements and amendments thereto of the Hawaii Carpenters Health and Welfare Fund, Hawaii Carpenters Apprenticeship and Training Fund, Hawaii Carpenters Vacation & Holiday Fund, Drywall Apprenticeship Training Fund, Financial Security Fund, Market Recovery Program, Hawaii Carpenters Retiree Health & Welfare Fund, Hawaii Carpenters 401-K Plan, and rules and regulations adopted thereunder by the Trustees.

do hereby certify, under penalty of perjury, that the employees listed below constitute all the employees for who I am required to make payments to the various Trust Funds and that the hours shown for each employee are the total hours for which he/she worked or was paid.

SIGNED BY: _____ TITLE: Secretary  DATE: 2/08/03

## 2  3 COMPUTATION OF CONTRIBUTIONS

| MEMBER CLASSIFICATION | APPR. CODE | TOTAL HOURS | RETIRE HEALTH & WELFARE @ .35 /HR | ACTIVE HEALTH & WELFARE @ 4.57 /HR | APPRENTICE & TRAINING @ .65 /HR | VACATION & HOLIDAY @ 5.00 /HR | FINANCIAL SECURITY @ 5.50 /HR | MARKET RECOVERY @ .45 /HR | 401-K @ .05 /HR | 4 TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| Journeyman | | 367 | 128.45 | 1677.19 | 238.55 | 1835.00 | 2018.50 | 165.15 | 18.35 | 6081.19 |
| Apprentices pre 9/2002 | | | | | | | | | | |
| 50% | A3 | | | | | @ 5.14 | | | | |
| 45% | A2 | | | | | @ 4.75 | | | | |
| 40% | A1 | | | | | $3.00 @ | | | | |
| Apprentices post 9/2002 | | | | | | | | | | |
| 90% - 95% | A8 | | | | $4.00 @ | $4.50 @ | | | | |
| 70% - 80% | A7 | | | | $3.00 @ | $3.50 @ | | | | |
| 50% - 60% | A6 | | | | $2.00 @ | $2.50 @ | | | | |
| 45% | A5 | | | | $1.00 @ | $1.50 @ | | | | |
| 40% | A4 | | | | | $1.00 @ | | | | |
| Liquidated Damages or Adjustments | | | | | | | | | | |
| Totals | | | $ | $ | $ | $ | $ | $ | $ | $ |

UBC Training Fund .02 x per hour $ _____   UBC Marketing Fund .02 x per hour $ _____

GRAND TOTAL $  6081.19

| 5 | EMPLOYEE'S NAME LAST NAME & FIRST NAME | APPRENTICE CODE | 6 SOCIAL SECURITY NUMBER | 7 TOTAL HOURS | 8 |
|---|---|---|---|---|---|
| | GIRRELLOS, R | 60% | 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 | 135 | THIS REPORT SHOULD BE ACCOMPANIED BY ONE CHECK TO: |
| | Mendoza, III. | 70% | 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 | 164 | MAIN BRANCH FIRST HAWAIIAN BANK TRUST GROUP P.O. BOX 3708 HONOLULU, HAWAII 96811-9968 |
| | SALVATKA, DAVID | DJ | 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 | 68 | |
| | | | | | |
| | | | | | |

**9 NO EMPLOYEES:**
THIS REPORT MUST BE FILED EVEN THOUGH NO EMPLOYEES WORKED THIS MONTH.

PLEASE CHECK THE APPROPRIATE BOX.

☐ NO EMPLOYEES WORKED THIS MONTH. PLEASE CONTINUE MAILING REPORT FORMS.

☐ TRANSFER TO INACTIVE STATUS. WE HAD NO EMPLOYEE TO REPORT THIS MONTH AND DO NOT ANTICIPATE HIRING ANY IN THE NEAR FUTURE.

DYNAMIC INTERIORS    **DATE:** 01/16/03    **CHECK #** 16481

| INV DATE | JOB # | INVOICE # | BALANCE | RETENTION PAID | TOTAL PAID |
|----------|-------|-----------|---------|----------------|------------|
| 12...02  | 3008  | 228       | 5268.37 |                | 5268.37    |

**TOTAL:**      5268.37      5268.37

⑈016481⑈ ⑇121301028⑈ 0002⑈09140 2⑈

HEIDE & COOK Ltd.  Honolulu, Hawaii 96819    16481

DYNAMIC INTERIORS    **DATE:** 01/16/03    **CHECK #** 16481

| INV DATE | JOB # | INVOICE # | BALANCE | RETENTION PAID | TOTAL PAID |
|----------|-------|-----------|---------|----------------|------------|
| 2/01/02  | 3008  | 228       | 5268.37 |                | 5268.37    |

**TOTAL:**      5268.37      5268.37

# HAWAII CARP ... ERS JOINT TRUST FUND

EMPLOY... ONTHLY REPORT TO TRUSTEES

**1** THIS REPORT COVERS HOURS FOR THE MONTH OF

February...

FEDERATED NUMBER

-09-9...

EMPLOYER NAME AND ADDRESS

DYNAMIC INTE... ... ...
4137 LIKINI ... ...
HONOLULU, HI ...

DRYWALL    US... ...

IF THE ABOVE INFORMATION IS INCORRECT PLEASE INDICATE CHA...

...INT NUMBER

1 DL

...ENSE NUMBER

The undersigned, as the authorized representative of the signatory contractor herein agrees to comply with the wages, hours and working conditions of the collective bargaining agreement between Local 745 of the United Brotherhood of Carpenters and Joiners of America, (hereinafter Union) and signatory contractor members of the General Contractors Labor Association and the Builders Industry Labor Association of Hawaii, Hawaii Wall and Ceiling Industry Association, and independent contractors (hereinafter Contractor).

The Contractor hereby adopts and agrees to be bound by the trust agreements and amendments thereto of the Hawaii Carpenters Health and Welfare Fund, Hawaii Carpenters Apprenticeship and Training Fund, Hawaii Carpenters Vacation & Holiday Fund, Drywall Apprenticeship Training Fund, Financial Security Fund, Market Recovery Program, Hawaii Carpenters Retiree Health & Welfare Fund, Hawaii Carpenters 401-K Plan, and rules and regulations adopted thereunder by the Trustees.

I do hereby certify under penalty of perjury that the employees listed below constitute all the employees for who I am required to make payments to the various Trust Funds and that the hours shown for each employee are the total hours for which he/she worked or was paid.

| SIGNED BY | TITLE | DATE |
|---|---|---|

**2**

| MEMBER CLASSIFICATION | APPR. CODE | TOTAL HOURS | RETIREE HEALTH & WELFARE @ .35 /HR | ACTIVE HEALTH & WELFARE @ 4.51 /HR |
|---|---|---|---|---|
| Journeyman | | 328.50 | 114.98 | 1501.75 |
| Apprentices pre 9/2002 | | | | |
| 50% | A3 | | | |
| 45% | A2 | | | |
| 40% | A1 | 97 | | |
| Apprentices post 9/2002 | | | | |
| 90% - 95% | A8 | | | |
| 70% - 80% | A7 | | | |
| 50% - 60% | A6 | | | |
| 45% | A5 | | | |
| 40% | A4 | | | |
| Liquidated Damages or Adjustments | | | | |
| Totals | | | $...8.73 | $...7.... |

UBC Training Fund .02 x per hour $

...PUTATION OF CONTRIBUTIONS

| ...RENTICE TRAINING | VACATION & HOLIDAY @ 5.00 /HR | FINANCIAL SECURITY @ 5.50 /HR | MARKET RECOVERY @ .45 /HR | 401-K @ .05 /HR | **4** TOTAL |
|---|---|---|---|---|---|
| .65 /HR | 1642.50 | 1806.75 | 147.83 | 16.43 | 5443.27 |
| .43 | | | | | |
| 213.53 | | | | | |
| | | $5.41 6.14 | | | |
| | | $4.70 4.75 | | | |
| | $5.00 @ 485.14 | | | | 512.95 |
| | $4.00 @ | $4.50 @ | | | |
| | $3.00 @ | $3.50 @ | | | |
| | $2.00 @ | $2.50 @ | | | |
| | | $1.50 @ | | | |
| | $1.00 @ | | | | |
| | | | | | |
| 3.53 | $ 017.50 | $ 1806.75 | $ 147.83 | $ 16.43 | $ 5962.22 |

Marketing Fund .02 x per hour $                    $

GRAND TOTAL $ 5962.22

---

**5**

| EMPLOYEE'S NAME LAST NAME & FIRST NAME | APPR ...DE |
|---|---|
| Casumpang, Herbert... | ... |
| Ginoza, Thomas... | ... |
| Matsuoka, Craig... | ... |
| Silva-Yen, David... | ... |

**7** TOTAL HOURS

| SOCIAL SECURITY NUMBER | TOTAL HOURS |
|---|---|
| | 97 |
| | 134 |
| | 99.50 |
| | 102 |

**8** THIS REPORT SHOULD BE ACCOMPANIED BY ONE CHECK TO:

**MAIN BRANCH**
**FIRST HAWAIIAN BANK**
**TRUST GROUP**
P.O. BOX 3708
HONOLULU, HAWAII 96811-9988

**9** NO EMPLOYEES:
THIS REPORT MUST BE FILED EVEN THOUGH NO EMPLOYEES WORKED THIS MONTH.

PLEASE CHECK THE APPROPRIATE BOX.

☐ NO EMPLOYEES WORKED THIS MONTH. PLEASE CONTINUE MAILING REPORT FORMS.

☐ TRANSFER TO INACTIVE STATUS. WE HAD NO EMPLOYEE TO REPORT THIS MONTH AND DO NOT ANTICIPATE HIRING ANY IN THE NEAR FUTURE.

**10**    RECEIVE DATE:

Reports are due the following month and must be received at the bank or postmarked by the 15th to avoid liquidated damages and interest. Liquidated damages are calculated at 20% of contributions due each trust or $20.00 per trust, whichever is greater. Interest is due at the maximum rates permitted by law and specified in the Trust Agreement of each trust. These rates vary and may approach or exceed 20% per annum.

PART 1 – TRUST COPY
PART 2 – LOCAL UNION
PART 3 – EMPLOYER'S COPY

TOTAL HOURS THIS PAGE    425.50



JAN 03

YNAMIC INTERIORS, INC.                    **DATE:** 02/24/03                    **CHECK #** 16844

| J ATE | JOB # | INVOICE # | BALANCE | RETENTION PAID | TOTAL PAID |
|-------|-------|-----------|---------|----------------|------------|
| 2/20/02 | 3008 | 0264 | 7902.56 | | 7902.56 |
| **TOTAL:** | | | 7902.56 | | 7902.56 |

HEIDE & COOK Ltd.
17? KAWAKAHI STREET
HONOLULU, HAWAII 96819

16844

BANK OF HAWAII
HONOLULU, HAWAII

16844

****** Seven Thousand Nine Hundred Two & 56/100 Dollars

DATE 02/24/03          AMOUNT $******7,902.56

DYNAMIC INTERIORS, INC.
HAWAII CARPENTERS TRUST FUNDS

HEIDE & COOK Ltd.

AUTHORIZED SIGNATURE

⑈016844⑈ ⑆121301028⑆ 0002⑈09140 2⑈

HEIDE & COOK Ltd.   Honolulu, Hawaii 96819                                                                   16844

YNAMIC INTERIORS, INC.                    **DATE:** 02/24/03                    **CHECK #** 16844

| NV DATE | JOB # | INVOICE # | BALANCE | RETENTION PAID | TOTAL PAID |
|---------|-------|-----------|---------|----------------|------------|
| 2/20/02 | 3008 | 0264 | 7902.56 | | 7902.56 |
| **TOTAL:** | | | 7902.56 | | 7902.56 |

**WALTER Y. ARAKAKI**
GENERAL CONTRACTOR, INC.
P.O. BOX 17790
HONOLULU, HI 96817

HAWAII NATIONAL BANK
1620 NORTH SCHOOL STREET
HONOLULU, HAWAII 96817-2079

59-177/1213

DATE  1/31/03

AMOUNT

$3,320.88

***** THREE THOUSAND THREE HUNDRED TWENTY AND 88/100 DOLLARS *****

DYNAMIC INTERIORS, INC. & HAWAII CARPENTERS TRUST
FUND OFFICE

AUTHORIZED SIGNATURE

⑆045666⑆ ⑈121301770⑈ 070⑈ 2160 7⑈

---

**RALPH S. INOUYE CO., LTD.**
GENERAL CONTRACTING
2831 AWAAWALOA ST.
HONOLULU, HAWAII 96819

PAY TO THE ORDER OF

Joint Check for HIA Toilets & Custodial Support

*** One Thousand Dollars ***

DYNAMIC INTERIORS INC.
4137 LIKINI STREET
HONOLULU, HI 96818

AND CARPENTERS JOINT TRUST FUND

Check Number:  45666
Check Date:  01/29/2003

Check Amount

BANK OF HAWAII
Honolulu, Hawaii

*****1,000.00

045666

59-102
1213

⑆045666⑆ ⑈121301028⑈ 000⑈0005944⑈

# HAWAII CARPENTERS JOINT TRUST FUNDS
## EMPLOYERS MONTHLY REPORT TO TRUSTEES

| 1 | THIS REPORT COVERS HOURS FOR THIS MONTH OF | ACCOUNT NUMBER | |
|---|---|---|---|
| | ~~April 1, 2003~~ *March 2003* | 19041    DL | |
| | FEDERAL I.D. NUMBER | STATE LICENSE NUMBER | |

**EMPLOYER NAME AND ADDRESS**

DYNAMIC INTERIORS, INC.
4137 LIKINI STREET
HONOLULU, HI  96818

DRYWALL    03/2003 DL

IF THE ABOVE INFORMATION IS INCORRECT PLEASE INDICATE CHANGES

The undersigned, as the authorized representative of the signatory contractor herein agrees to comply with the wages, hours and working conditions of the collective bargaining agreement between Local 745 of the United Brotherhood of Carpenters and Joiners of America, (hereinafter Union) and signatory contractor members of the General Contractors Labor Association and the Builders Industry Labor Association of Hawaii, Hawaii Wall and Ceiling Industry Association, and Independent contractors (hereinafter Contractor).

The Contractor hereby adopts and agrees to be bound by the trust agreements and amendments thereto of the Hawaii Carpenters Health and Welfare Fund, Hawaii Carpenters Apprenticeship and Training Fund, Hawaii Carpenters Vacation & Holiday Fund, Drywall Apprenticeship Training Fund, Financial Security Fund, Market Recovery Program, Hawaii Carpenters Retiree Health & Welfare Fund, Hawaii Carpenters 401-K Plan, and rules and regulations adopted thereunder by the Trustees.

I do hereby certify under penalty of perjury that the employees listed below constitute all the employees for who I am required to make payments to the various Trust Funds and that the hours shown for each employee are the total hours for which he/she worked or was paid.

SIGNED BY _____ Secretary _____ TITLE _____ 6/19/02 DATE

| 2 | | | 3 COMPUTATION OF CONTRIBUTIONS | | | | | | 4 TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| MEMBER CLASSIFICATION | APPR CODE | TOTAL HOURS | RETIREE HEALTH & WELFARE .35 /HR | ACTIVE HEALTH & WELFARE 4.57 /HR | APPRENTICE & TRAINING .65 /HR | VACATION & HOLIDAY 5.00 /HR | FINANCIAL SECURITY 5.50 /HR | MARKET RECOVERY .50 /HR | 401-K .05 /HR | |
| Journeyman | | 323.50 | 113.23 | 1478.40 | 210.28 | 1617.50 | 1779.25 | 161.75 | 16.18 | 5376.59 |
| Apprentices pre 9/2002 | 10% | 250 | 87.50 | 1142.50 | 162.50 | 1250.00 | 1375.00 | 125.00 | 12.50 | 4350.00 |
| 50% | A3 | 80.50 | 28.18 | 207.89 | 52.33 | 40.50 | 477.50 | 40.25 | | 1304.92 |
| 45% | A2 | | | | | | 4.75 | | | |
| 40% | A1 | 104 | 36.40 | 475.28 | 67.40 | 4.00 520 | | | | 554.40 |
| Apprentices post 9/2002 | | | | | | | | | | |
| 90% - 95% | A8 | | | | | 4.00 | 4.50 | | | |
| 70% - 80% | A7 | | | | | 3.00 | 3.50 | | | |
| 50% - 60% | A6 | | | | | 2.00 | 2.50 | | | |
| 45% | A5 | | | | | 1.00 | 1.50 | | | |
| 40% | A4 | 30 | 10.50 | -0- | -0- | 1.00 30.00 | -0- | -0- | | 40.50 |
| Liquidated Damages or Adjustments | | | | | | | | | | |
| Totals | | | $275.81 | $2481.77 | $425.41 | $3811.00 | $3568.07 | $327.00 | $28.68 | $11,433.41 |

_____ .02 x per hour $ ☒    UBC Marketing Fund .02 x per hour $ _____ $

RECORD OF PAYMENT

GRAND TOTAL $ 11,433.41

| 5 | TOTAL | 6 THIS REPORT SHOULD BE ACCOMPANIED BY ONE CHECK TO |
|---|---|---|

DATE 3/20/03

Eleven Thousand Four Hundred Thirty Three and 41/100

TO THE ORDER OF  HI CARPENTERS JOINT TRUST FUND

DESCRIPTION  Report 3/03

CHECK NUMBER 1517    CHECK AMOUNT 11,433.41

No. D-11 BPD

*NON — NEGOTIABLE*

JAN 03

**Check 1 (Dynamic Interiors, Inc.):**

DYNAMIC INTERIORS, INC.
GENERAL ACCOUNT
4137 LIKINI STREET
HONOLULU, HAWAII 96818
PHONE: (808) 841-0215

59-177/1213
13

PAY
AMOUNT
OF

DATE

TO THE ORDER OF

HFC Hawaii Carpenter Trust Trust    JAN 03

Five hundred sixty & 31/100          DOLLARS

CHECK
NUMBER    1337

CHECK
AMOUNT    $560.31

HAWAII NATIONAL BANK
(HAWAII)
MAIN BRANCH
HONOLULU, HAWAII

EXPLANATION    AMOUNT

DESCRIPTION

⑈00₁337⑈ ⑈121301772⑈ ⑈20 001 12⑈

**Check 2 (Ralph S. Inouye Co., Ltd.):**

RALPH S. INOUYE CO., LTD.
GENERAL CONTRACTING
2851 AWAAWALOA ST.
HONOLULU, HAWAII 96819

59-102
1213

045911

Check Number:  45911
Check Date:    02/28/2003

Check Amount    ******1,200.00

BANK OF HAWAII
Honolulu, Hawaii

*** One Thousand Two Hundred  Dollars *****

DYNAMIC INTERIORS, INC.

4137 LIKINI STREET
HONOLULU, HI 96818

AND CARPENTERS JOINT TRUST FUNDS

⑈045911⑈ ⑈121301028⑈ 0008⑈000099⑈

# HAWAII CARPENTERS JOINT TRUST FUNDS
### EMPLOYERS MONTHLY REPORT TO TRUSTEES

| THIS REPORT COVERS HOURS FOR THIS MONTH OF | ACCOUNT NUMBER |
|---|---|
| APRIL , 2003 | 19041 DL |
| FEDERAL I.D. NUMBER | STATE LICENSE NUMBER |

EMPLOYER NAME AND ADDRESS

DYNAMIC INTERIORS, INC.
4137 LIKINI STREET
HONOLULU, HI  96818

DRYWALL   03/2003 DL

The undersigned, as the authorized representative of the signatory contractor herein agrees to comply with the wages, hours and working conditions of the collective bargaining agreement between Local 745 of the United Brotherhood of Carpenters and Joiners of America, (hereinafter Union) and signatory contractor members of the General Contractors Labor Association and the Builders Industry Labor Association of Hawaii, Hawaii Wall and Ceiling Industry Association, and independent contractors (hereinafter Contractor).

The Contractor hereby adopts and agrees to be bound by the trust agreements and amendments thereto of the Hawaii Carpenters Health and Welfare Fund, Hawaii Carpenters Apprenticeship and Training Fund, Hawaii Carpenters Vacation & Holiday Fund, Drywall Apprenticeship Training Fund, Financial Security Fund, Market Recovery Program, Hawaii Carpenters Retiree Health & Welfare Fund, Hawaii Carpenters 401-K Plan, and rules and regulations adopted thereunder by the Trustees.

I do hereby certify under penalty of perjury that the employees listed below constitute all the employees for who I am required to make payments to the various Trust Funds and that the hours shown for each employee are the total hours for which he/she is/are obligated.

SIGNED BY _____ TITLE Secretary   DATE 5/30/03

THE ABOVE INFORMATION IS INCORRECT PLEASE INDICATE CHANGES

## 3 COMPUTATION OF CONTRIBUTIONS

| MEMBER ASSIFICATION | APPR CODE | TOTAL HOURS | RETIREE HEALTH & WELFARE  .35 HR | ACTIVE HEALTH & WELFARE  4.57 HR | APPRENTICE & TRAINING  .65 HR | VACATION & HOLIDAY  5.00 HR | FINANCIAL SECURITY  5.50 HR | MARKET RECOVERY  .50 HR | 401-K  HR | 4 TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| ourneyman | | 603½ | 211.23 | 2758.00 | 392.28 | 3017.50 | 3319.25 | 301.75 | | 10,000.01 |
| apprentices pre 9/2002 | | 229 | 90.15 | 1046.53 | 148.85 | 1145.00 | 1259.50 | 114.80 | | 3794.50 |
| 50% | A3 | 96 | 33.60 | 438.72 | 62.40 | 480.00 | 3rd 493.44 | 48.10 | | 2556.16 |
| 45% | A2 | 72 | 25.20 | 329.04 | 46.80 | 360.00 | 4.30 342.00 | 36.00 | | 1139.04 |
| 40% | A1 | 126 | | | | $6.00 @ | | | | |
| Apprentices post 9/2002 | | | | | | | | | | |
| 90% - 95% | A8 | | | | | $4.00 @ | $4.50 @ | | | |
| 70% - 80% | A7 | | | | | $3.00 @ | $3.50 @ | | | |
| 50% - 80% | A6 | | | | | $2.00 @ | $2.80 @ | | | |
| 45% | A5 | | | | | $1.00 @ | $1.50 @ | | | |
| 40% | A4 | 225 | 78.75 | | | $1.00 @ 225.00 | | | | 303.75 |
| Liquidated Damages or Adjustments | | | | | | | | | | |
| Totals | | | $428.93 | $4512.29 | $650.33 | $5927.50 | $5414.19 | $500.25 | $ | |

| UBC Training Fund .02 x per hour $ | UBC Marketing Fund .02 x per hour $ | | $ 17,493.49 |
|---|---|---|---|
| | | GRAND TOTAL | |

## 5  EMPLOYER
### RECORD OF PAYMENT

REMITTANCE ADVICE

| | CHECK NUMBER | CHECK AMOUNT |
|---|---|---|
| | 1556 | 17,493.49 |

ATE
30/03  TO THE ORDER OF  HAWAII CARPENTERS TRUST FUND    fringes 4/03    DESCRIPTION

NON – NEGOTIABLE

ANTICIPATE ... DING ANY IN THE NEAR FUTURE

# HAWAII CARPENTERS JOINT TRUST FUNDS

## EMPLOYERS MONTHLY REPORT TO TRUSTEES

| THIS REPORT COVERS HOURS FOR THIS MONTH OF | ACCOUNT NUMBER | |
|---|---|---|
| May, 2003 | 19041   DL | |
| FEDERAL I.D. NUMBER | STATE LICENSE NUMBER | |

**EMPLOYER NAME AND ADDRESS**

DYNAMIC INTERIORS, INC.
4137 LIKINI STREET
HONOLULU, HI  96818

DRYWALL    03/2003 DL

IF THE ABOVE INFORMATION IS INCORRECT PLEASE INDICATE CHANGES

The undersigned, as the authorized representative of the signatory contractor herein agrees to comply with the wages, hours and working conditions as the collective bargaining agreement between Local 745 of the United Brotherhood of Carpenters and Joiners of America, (hereinafter Union) and signatory contractor members of the General Contractors Labor Association and the Builders Industry Labor Association of Hawaii, Hawaii Wall and Ceiling Industry Association, and independent contractors (hereinafter Contractor).

The Contractor hereby adopts and agrees to be bound by the trust agreements and amendments thereto of the Hawaii Carpenters Health and Welfare Fund, Hawaii Carpenters Apprenticeship and Training Fund, Hawaii Carpenters Vacation & Holiday Fund, Drywall Apprenticeship Training Fund, Financial Security Fund, Market Recovery Program, Hawaii Carpenters Retiree Health & Welfare Fund, Hawaii Carpenters 401-K Plan, and rules and regulations adopted thereunder by the Trustees.

I do hereby certify under penalty of perjury that the employees listed below constitute all the employee for who I am required to make payments to the various Trust Funds and that the hours shown for each employee are the total hours for which he/she worked or was paid.

SIGNED BY _____ TITLE Office Secretary DATE 7/1/03

### 3. COMPUTATION OF CONTRIBUTIONS

| 2 MEMBER CLASSIFICATION | APPR. CODE | TOTAL HOURS | RETIREE HEALTH & WELFARE .35 /HR | ACTIVE HEALTH & WELFARE 4.57 /HR | APPRENTICE & TRAINING .65 /HR | VACATION & HOLIDAY 5.00 /HR | FINANCIAL SECURITY 5.50 /HR | MARKET RECOVERY .50 /HR | 401-K | 4 TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| Journeyman | | | 732.20 | 9558.38 | 1368.73 | 10,433.50 | 11,470.75 | 1048.35 | | 34,572.30 |
| Apprentices pre 9/2002 | | 371 | 129.85 | 1694.47 | 741.15 | 1,855.00 | 2,040.50 | 185.50 | | 6,147.47 |
| 50% | A3 | 72 | 20.20 | 329.04 | 46.80 | 360.00 | 378.08 | 36.00 | | 1167.12 |
| 45% | A2 | 176 | 61.60 | 804.32 | 114.40 | 880.00 | 968.00 | 88.00 | | 2916.37 |
| 40% | A1 | 118 | 169.30 | | | 800.00 | 916.00 | | | 1,081.30 |
| Apprentices post 9/2002 | | | | | | | | | | |
| 95% | A8 | | | | | 4.00 | 4.50 | | | |
| 70% - 80% | A7 | | | | | 3.00 | 3.50 | | | |
| 50% - 60% | A6 | | | | | 2.00 | 2.60 | | | |
| 45% | A5 | | | | | 1.00 | 1.50 | | | |
| 40% | A4 | 595 | 108.25 | | | 1.00 | 595.00 | | | 803.25 |
| Liquidated Damages or Adjustments | | | | | | | | | | |
| Totals | | 3,885.50 | 1,171.43 | 12,381.14 | 1,758.58 | 15,810.50 | 14,764.25 | 1,354.75 | | 46,567.78 |

UBC Training Fund .02 x per hour $ ___     UBC Marketing Fund .02 x per hour $ ___

**GRAND TOTAL $ 46,667.78**

---

**D**  **DYNAMIC INTERIORS, INC.**
GENERAL ACCOUNT
4137 LIKINI STREET
HONOLULU, HAWAII 96818
PHONE: (808) 841-0215

59-177/1213

**181**

| EXPLANATION | AMOUNT |
|---|---|
| | |
| | |
| | |

PAY AMOUNT OF ****Forty-six Thousand Six Hundred Sixty-seven and 78/100*********** DOLLARS

| DATE | TO THE ORDER OF | DESCRIPTION | CHECK NUMBER | CHECK AMOUNT |
|---|---|---|---|---|
| 9/19/03 | Hawaii Carpenters Trust Fund | fringes May 2003 | 1815 | $ 46,667.78 |

**HAWAII NATIONAL BANK**  MAIN BRANCH
HONOLULU, HAWAII

⑈"001815"⑈ ⑆121301772⑆ 120⑈01112⑈

| | | | | |
|---|---|---|---|---|
| KUONITZ, FREDDIE | JHM | 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 | 200 | |
| AGIPLINO, BENJAMIN | JHM | 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 | 184 | |
| ALPHONTE, ENRICO ERIC | JHM | 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 | 200 | |
| ALIITE, RENE | JHM | 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 | 198 | |
| ANDAYA, DAVID | JHM | 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 | 184 | |
| AREVALO, VIRGIL | JHM | 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 | 198 | |
| ILLARTA, ELPIDI P. | A2 | 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 | 176 | |
| ANAK, TEOFILABAN | A4 | 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 | 8 | |

Reports are due the following month and must be received at the bank or postmarked by the 15th to avoid liquidated damages and interest. Liquidated damages are calculated at 20% of contributions due each trust or $20.00 per trust, whichever is greater. Interest is due at the maximum rates permitted by law and specified in the Trust Agreement of each trust. These rates vary and may approach or exceed 20% per annum.

PART 1 – TRUST COPY
PART 2 – LOCAL UNION
PART 3 – EMPLOYER'S COPY

TOTAL HOURS THIS PAGE

# HAWAII CARPENTERS JOINT TRUST FUNDS

### EMPLOYERS MONTHLY REPORT TO TRUSTEES

| THIS REPORT COVERS HOURS FOR THIS MONTH OF | ACCOUNT NUMBER |
|---|---|
| May, 2003 | 19041   DL |
| FEDERAL I.D. NUMBER | STATE LICENSE NUMBER |

**EMPLOYER NAME AND ADDRESS**

DYNAMIC INTERIORS, INC.
4137 LIKINI STREET
HONOLULU, HI  96818

DRYWALL   03/2003 DL

IF THE ABOVE INFORMATION IS INCORRECT PLEASE INDICATE CHANGES

The undersigned, as the authorized representative of the signatory contractor herein agrees to comply with the wages, hours and working conditions of the collective bargaining agreement between Local 745 of the United Brotherhood of Carpenters and Joiners of America, (hereinafter Union) and signatory contractor members of the General Contractors Labor Association and the Builders Industry Labor Association of Hawaii, Hawaii Wall and Ceiling Industry Association, and independent contractors (hereinafter Contractor).

The Contractor hereby adopts and agrees to be bound by the trust agreements and amendments thereto of the Hawaii Carpenters Health and Welfare Fund, Hawaii Carpenters Apprenticeship and Training Fund, Hawaii Carpenters Vacation & Holiday Fund, Drywall Apprenticeship Training Fund, Financial Security Fund, Market Recovery Program, Hawaii Carpenters Retiree Health & Welfare Fund, Hawaii Carpenters 401-K Plan, and rules and regulations adopted thereunder by the Trustees.

I do hereby certify under penalty of perjury that the employees listed below constitute all the employees for who I am required to make payments to the various Trust Funds and that the hours shown for each employee are the total hours for which he/she worked or was paid.

SIGNED BY _____ TITLE Office Secretary DATE 7/1/03

### 3. COMPUTATION OF CONTRIBUTIONS

| 2 MEMBER CLASSIFICATION | APPR. CODE | TOTAL HOURS | RETIREE HEALTH & WELFARE $.35 /HR | ACTIVE HEALTH & WELFARE $4.57 /HR | APPRENTICE & TRAINING $.65 /HR | VACATION & HOLIDAY $5.00 /HR | FINANCIAL SECURITY $5.50 /HR | MARKET RECOVERY $.50 /HR | 401-K /HR | 4 TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| Journeyman | | 2096.50 | 733.28 | 9585.38 | 1656.73 | 10,483.50 | 11,410.75 | 1048.25 | | 34,517.43 |
| Apprentices pre 9/2002 | | 371 | 129.85 | 1695.47 | 741.15 | 1,855.00 | 2,040.50 | 185.50 | | 6,147.47 |
| 50% | A3 | 72 | 25.20 | 329.04 | 46.80 | 360.00 | 370.08 | 36.00 | | 1167.17 |
| 45% | A2 | 176 | 61.60 | 804.32 | 114.40 | 880.00 | 968.00 | 88.00 | | 2916.37 |
| 40% | A1 | 118 | 69.30 | | | $5.00 @ 990.00 | | | | 1,059.30 |
| Apprentices post 9/2002 | | | | | | | | | | |
| 90% - 95% | A8 | | | | | $4.00 @ | $4.50 @ | | | |
| 80% - 89% | A7 | | | | | $3.00 @ | $3.50 @ | | | |
| 50% - 60% | A6 | | | | | $2.00 @ | $2.50 @ | | | |
| 45% | A5 | | | | | $1.00 @ | $1.50 @ | | | |
| 40% | A4 | 595 | 208.25 | | | $1.00 @ 595.00 | | | | 803.25 |
| Liquidated Damages or Adjustments | | | | | | | | | | |
| Totals | | 3498.50 | $1297.48 | $12,314.41 | $1750.58 | $15,183.50 | $14,1044.25 | $1357.75 | $ | $46,517.02 |

UBC Training Fund .02 per hour $ _____ UBC Marketing Fund .02 x per hour $ _____

**GRAND TOTAL** $ 46,667.70

| 5 EMPLOYEE'S NAME LAST NAME & FIRST NAME | APPRENTICE CODE | 6 SOCIAL SECURITY NUMBER | 7 TOTAL HOURS |
|---|---|---|---|
| ACIB, JOSEPH | A4 | 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 | 200 |
| BRIOL, THEKWIN | A4 | 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X | 187 |
| BUTHY, JUANITO | JM | 575-A2-0810 | 200 |
| CHEADING, MARKUS | JM | 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 | 198 |
| DAGUIACA, NENITO L. | JM | 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 | 184 |
| DIAZ, SCHUSTER | A3 | 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 | 72 |
| EIBURKI, ___ | JM | 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 | 168.5 |
| CASIO, AUGUSTIN III | A4 | 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 | 200 |
| CIVALLOS, RICHARD | 70% | 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 | 179 |
| LACIRIO, NOKI | JM | 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 | 200 |
| MANAHIG ___ | A4 | 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 | 176 |
| MENDOZA, MICHAEL E. | 80% | 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 | 192 |
| CRUCHEL, FREDDIE | JM | 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 | 200 |
| PACIDINO, BENJAMIN | JM | 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 | 184 |
| PALPALLATEC, ___ ERIC | JM | 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 | 200 |
| PULING, PEPE | JM | 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 | 198 |
| SALVATICA, DAVID | JM | 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 | 184 |
| STRING, HUGH | JM | 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 | 198 |
| VILLANTA, ELDEN P. | A2 | 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 | 176 |
| ___ | A4 | 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 | 8 |

**8** THIS REPORT SHOULD BE ACCOMPANIED BY ONE CHECK TO:

MAIN BRANCH
FIRST HAWAIIAN BANK
TRUST GROUP
P.O. BOX 3708
HONOLULU, HAWAII 96811-9988

**9** NO EMPLOYEES:
THIS REPORT MUST BE FILED EVEN THOUGH NO EMPLOYEES WORKED THIS MONTH.
PLEASE CHECK THE APPROPRIATE BOX.

[ ] NO EMPLOYEES WORKED THIS MONTH. PLEASE CONTINUE MAILING REPORT FORMS.

[ ] TRANSFER TO INACTIVE STATUS. WE HAD NO EMPLOYEE TO REPORT THIS MONTH AND DO NOT ANTICIPATE HIRING ANY IN THE NEAR FUTURE.

**10** RECEIVE DATE:

Reports are due the following month and must be received at the bank or postmarked by the 15th to avoid liquidated damages and interest. Liquidated damages are calculated at 20% of contributions due each trust or $20.00 per trust, whichever is greater. Interest is due at the maximum rates permitted by law and specified in the Trust Agreement of each trust. These rates vary and may approach or exceed 20% per annum.

PART 1 – TRUST COPY
PART 2 – LOCAL UNION
PART 3 – EMPLOYER'S COPY

TOTAL HOURS THIS PAGE 3498.50

**D** DYNAMIC INTERIORS, INC.
GENERAL ACCOUNT
4137 LIKINI STREET
HONOLULU, HAWAII 96818
PHONE: (808) 841-0215

59-177/1213

1517

| EXPLANATION | AMOUNT |
|---|---|
| | |
| | |

OUNT — Eleven Thousand Four Hundred Thirty-three and 41/100 DOLLARS

| TE | TO THE ORDER OF | DESCRIPTION | CHECK NUMBER | CHECK AMOUNT |
|---|---|---|---|---|
| 10/03 | HI CARPENTERS JOINT TRUST FUND | Report 8/03 | 1517 | $ 11,433.41 |

HAWAII NATIONAL BANK    MAIN BRANCH
HONOLULU, HAWAII

⑈005517⑈ ⑉121301772⑈ 120⑈01112⑈ ⑈0001143341⑈

---

**D** DYNAMIC INTERIORS, INC.
GENERAL ACCOUNT
4137 LIKINI STREET
HONOLULU, HAWAII 96818
PHONE: (808) 841-0215

59-177/1213

1556

| EXPLANATION | AMOUNT |
|---|---|
| | |
| | |

— Seventeen Thousand Four Hundred Ninety-three and 49/100 DOLLARS

| TO THE ORDER OF | DESCRIPTION | CHECK NUMBER | CHECK AMOUNT |
|---|---|---|---|
| Hawaii Carpenters Trust Fund | Fringes 4/03 | 1556 | $ 17,493.49 |

HAWAII NATIONAL BANK    MAIN BRANCH
HONOLULU, HAWAII

⑈005556⑈ ⑉121301772⑈ 120⑈01112⑈ ⑈0001749349⑈

# HAWAII CARPENTERS JOINT TRUST FUNDS

## EMPLOYERS MONTHLY REPORT TO TRUSTEES

| 1 | THIS REPORT COVERS HOURS FOR THIS MONTH OF | ACCOUNT NUMBER | |
|---|---|---|---|
| | June, 2003 | 19041 DL | |
| | FEDERAL I.D. NUMBER | STATE LICENSE NUMBER | |

The undersigned, as the authorized representative of the signatory contractor herein agrees to comply with the wages, hours and working conditions of the collective bargaining agreement between Local 745 of the United Brotherhood of Carpenters and Joiners of America, (hereinafter Union) and signatory contractor members of the General Contractors Labor Association and the Builders Industry Labor Association of Hawaii, Hawaii Wall and Ceiling Industry Association, and independent contractors (hereinafter Contractor).

The Contractor hereby adopts and agrees to be bound by the trust agreements and amendments thereto of the Hawaii Carpenters Health and Welfare Fund, Hawaii Carpenters Apprenticeship and Training Fund, Hawaii Carpenters Vacation & Holiday Fund, Drywall Apprenticeship Training Fund, Financial Security Fund, Market Recovery Program, Hawaii Carpenters Retiree Health & Welfare Fund, Hawaii Carpenters 401-K Plan, and rules and regulations adopted thereunder by the Trustees.

I do hereby certify under penalty of perjury that the employees listed below constitute all the employees for whom I am required to make payments to the various Trust Funds and that the hours shown for each employee are the total hours for which he/she worked or was paid.

**EMPLOYER NAME AND ADDRESS**

DYNAMIC INTERIORS, INC.    ~EDS COPY~
4137 LIKINI STREET
HONOLULU, HI 96818

DRYWALL 03/2003 DL

SIGNED BY _Dynillo_    TITLE _Secretary_    DATE _8/12/03_

IF THE ABOVE INFORMATION IS INCORRECT PLEASE INDICATE CHANGES

## 3 COMPUTATION OF CONTRIBUTIONS

| 2 MEMBER CLASSIFICATION | APPR. CODE | TOTAL HOURS | RETIREE HEALTH & WELFARE .35 | ACTIVE HEALTH & WELFARE 4.57 | APPRENTICE & TRAINING .65 | VACATION & HOLIDAY 5.00 | FINANCIAL SECURITY 5.50 | MARKET RECOVERY .50 | 401-K | 4 TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| Journeyman | | 1398.71 | 489.48 | 6391.15 | 909.03 | 6992.50 | 7691.75 | 699.35 | | 23172.16 |
| Apprentices pre 9/2002 | | 280 | 98.00 | 1279.60 | 182.00 | 1400.00 | 1540.00 | 140.00 | | 4,639.60 |
| 50% | A3 | 120 | 42.00 | 548.40 | 78.00 | 600.00 | 576.00 | 60.00 | | 1,945.20 |
| 45% | A2 | 300 | 105.00 | 1371.00 | 196.00 | 1500.00 | 1425.00 | 150.00 | | 4,746.00 |
| 40% | A1 | | | | | $5.00 @ | | | | |
| Apprentices post 9/2002 | | | | | | | | | | |
| 90% - 95% | A8 | | | | | $4.00 @ | $4.50 @ | | | |
| 70% - 80% | A7 | | | | | $3.00 @ | $3.50 @ | | | |
| 50% - 60% | A6 | | | | | $2.00 @ | $2.50 @ | | | |
| 45% | A5 | 10.5 | 3.68 | | | $1.00 @ 10.72 | $1.50 @ | | | 14.80 |
| 40% | A4 | 430 | 150.50 | | | $1.00 @ 430.00 | | | | 580.50 |
| Liquidated Damages or Adjustments | | | | | | | | | | |
| Totals | | 12639.71 | $884.98 | $9590.15 | $1364.03 | $10822.50 | $11273.55 | $1049.35 | | $35093.00 |

UBC Training Fund .02 per hour $ _____    UBC Marketing Fund .02 per hour $ _____    $ _____

**GRAND TOTAL $ 35,084.46**

| 5 EMPLOYEE'S NAME LAST NAME & FIRST NAME | APPRENTICE CODE | 6 SOCIAL SECURITY NUMBER | 7 TOTAL HOURS |
|---|---|---|---|
| ACOB, JOSEPH | A4 | 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 | 136 |
| BRIOD, SHERWIN R | A4 | 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 | 150 |
| BUTAY, JUANITO C | Jrm | 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 | 68.50 |
| HEADING, HARKUS C. | A2 | 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 | 148 |
| DAGUINOG, NICANOR L | Jrm | 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 | 152 |
| CLENIKI, CKHYTON | Jrm | 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 | 70 |
| ESTISIO, FULGENCIO | A2 | 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 | 144 |
| GUIZALEZ, CKIS | Jrm | 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 | 56 |
| GIKALLOS, RICHARD | 70% | 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 | 132 |
| LACIKIO, NIKI | Jrm | 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 | 152 |
| LAVE, PERIUMINA | A2 | 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 | 10.5 |
| MAKENTE, VICTOR V. | Jrm | 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 | 72 |
| MAZZONE, MICHAEL J | Jrm | 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 | 48 |
| MENDOZA, MICHAEL E | 85% | 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 | 148 |
| KALYALLANO, ERIC | Jrm | 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 | 150 |
| PUGITE, RENE | Jrm | 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 | 136 |
| SAYEKA, DAVID | Jrm | 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 | 136 |
| SURLING, HUGH | Jrm | 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 | 144 |
| VILLANUEVA, ARNEL | Jrm | 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 | 32 |
| VILLARTA, ELPIDI | A2 45% | 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 | 152 |
| PAGDILAO, _____ JR | Jrm | 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 | 150 |
| CRUDDIES, FREDY | Jrm | | 32 |
| JUDINE, KHINE | A2/45% | | |

| TOTAL HOURS THIS PAGE | 32 |
|---|---|
| | 120.00 |

**8** THIS REPORT SHOULD BE ACCOMPANIED BY ONE CHECK TO:

MAIN BRANCH
FIRST HAWAIIAN BANK
TRUST GROUP
P.O. BOX 3708
HONOLULU, HAWAII 96811-9988

**9** NO EMPLOYEES:

THIS REPORT MUST BE FILED EVEN THOUGH NO EMPLOYEES WORKED THIS MONTH.

PLEASE CHECK THE APPROPRIATE BOX.

☐ NO EMPLOYEES WORKED THIS MONTH. PLEASE CONTINUE MAILING REPORT FORMS.

☐ TRANSFER TO INACTIVE STATUS, WE HAD NO EMPLOYEE TO REPORT THIS MONTH AND DO NOT ANTICIPATE HIRING ANY IN THE NEAR FUTURE.

**10** RECEIVE DATE:

Reports are due the following month and must be received at the bank or postmarked by the 15th to avoid liquidated damages and interest.

Liquidated damages are calculated at 20% of contributions due each trust or $20.00 per trust, whichever is greater. Interest is due at the maximum rates permitted by law and specified in the Trust Agreement of each trust. These rates vary and may approach or exceed 20% per annum.

PART 1 – TRUST COPY
PART 2 – LOCAL UNION
PART 3 – EMPLOYER'S COPY

**D**

**DYNAMIC INTER___RS, INC.**
GENERAL ACC___NT
4137 LIKINI STREET
HONOLULU, HAWAII 96818
PHONE: (808) 841-0215

59-177/1213

194

| EXPLANATION | AMOUNT |
|---|---|
| | |
| | |
| | |

PAY
A___NT
O

Thirty-five thousand, eighty-four + 46/100 — **DOLLARS**

CHECK
AMOUNT

| DATE | TO THE ORDER OF | DESCRIPTION | CHECK NUMBER | $ |
|---|---|---|---|---|
| 7/8/03 | Hi Carpenters joint Trust Fund | JUNE 2003 | 1945 | 35,084.46 |

*HAWAII NATIONAL BANK*
HAWAII

MAIN BRANCH
HONOLULU, HAWAII

® THIS DOCUMENT CONTAINS HEAT SENSITIVE INK. TOUCH OR PRESS HERE - RED IMAGE DISAPPEARS WITH HEAT. ®

⑈001945⑈ ⑆121301772⑆        120⑈01112⑈

# HAWAII CARPENTERS JOINT TRUST FUNDS

## EMPLOYERS MONTHLY REPORT TO TRUSTEES

| THIS REPORT COVERS HOURS FOR THIS MONTH OF | ACCOUNT NUMBER |
|---|---|
| **July, 2003** | **19041  DL** |
| FEDERAL I.D. NUMBER | STATE LICENSE NUMBER |

The undersigned, as the authorized representative of the signatory contractor herein agrees to comply with the wages, hours and working conditions of the collective bargaining agreement between Local 745 of the United Brotherhood of Carpenters and Joiners of America, (hereinafter Union) and signatory contractor members of the General Contractors Labor Association and the Builders Industry Labor Association of Hawaii, Hawaii Wall and Ceiling Industry Association, and independent contractors (hereinafter Contractor).

The Contractor hereby adopts and agrees to be bound by the trust agreements and amendments thereto of the Hawaii Carpenters Health and Welfare Fund, Hawaii Carpenters Apprenticeship and Training Fund, Hawaii Carpenters Vacation & Holiday Fund, Drywall Apprenticeship Training Fund, Financial Security Fund, Market Recovery Program, Hawaii Carpenters Retiree Health & Welfare Fund, Hawaii Carpenters 401-K Plan, and rules and regulations adopted thereunder by the Trustees.

I do hereby certify under penalty of perjury that the employees listed below constitute all the employees for who I am required to make payments to the various Trust Funds and that the hours shown for each employee are the total hours for which he/she worked or was paid.

**EMPLOYER NAME AND ADDRESS**

DYNAMIC INTERIORS, INC.
4137 LIKINI STREET
HONOLULU, HI  96818

*Ed's Copy*

DRYWALL  03/2003 DL

SIGNED _____ TITLE Secretary  DATE 8/2/03

IF THE ABOVE INFORMATION IS INCORRECT PLEASE INDICATE CHANGES

### 2 COMPUTATION OF CONTRIBUTIONS

| 3 MEMBER CLASSIFICATION | APPR. CODE | TOTAL HOURS | RETIREE HEALTH & WELFARE @ .35/HR | ACTIVE HEALTH & WELFARE @ 4.57/HR | APPRENTICE & TRAINING @ .65/HR | VACATION & HOLIDAY @ 5.00/HR | FINANCIAL SECURITY @ 5.50/HR | MARKET RECOVERY @ .50/HR | 401-K @ /HR | 4 TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| Journeyman | | 1365 | 478.28 | 6244.91 | 888.23 | 4832.50 | 7515.70 | 683.25 | | 22,642.87 |
| Apprentices pre 9/2002 | | 304 | 106.40 | 1389.28 | 197.60 | 1520.00 | 1672.00 | 152.00 | | 5,037.28 |
| 50% | A3 | 112 | 39.20 | 511.84 | 72.80 | 560.00 | 575.68 | 56.00 | | 1,815.52 |
| 45% | A2 | 280 | 98.00 | 1279.60 | 182.00 | 1400.00 | 1540.80 | 140.00 | | 4,639.60 |
| 40% | A1 | | | | | $5.00 @ | | | | |
| Apprentices post 9/2002 | | | | | | | | | | |
| 90% - 95% | A8 | | | | | $4.00 @ | $4.50 @ | | | |
| 80% - 80% | A7 | | | | | $3.00 @ | $3.50 @ | | | |
| 50% - 60% | A6 | | | | | $2.00 @ | $2.50 @ | | | |
| 45% | A5 | | | | | $1.00 @ | $1.50 @ | | | |
| 40% | A4 | 596.5 | 208.78 | 0 | 0 | 596.50 | 0 | 0 | | 805.28 |
| Liquidated Damages or Adjustments | | 2650 | | | | | | | | |
| **Totals** | | 5659 | **$930.66** | **$9425.63** | **$1340.63** | **$10,909.00** | **$11,302.38** | **$1031.25** | | **$34,940.55** |

UBC Training Fund .02 x per hour $ _____  UBC Marketing Fund .02 x per hour $ _____  $ _____

**GRAND TOTAL** $ 34,940.55

| 5 EMPLOYEE'S NAME LAST NAME & FIRST NAME | APPRENTICE CODE | 6 SOCIAL SECURITY NUMBER | 7 TOTAL HOURS | 8 THIS REPORT SHOULD BE ACCOMPANIED BY ONE CHECK TO: |
|---|---|---|---|---|
| | | | | **CENTRAL PACIFIC BANK THE MANAGEMENT GROUP P.O. BOX 1120 HONOLULU, HAWAII 96807-9980** |

*See enclosed*

**9 NO EMPLOYEES:**
THIS REPORT MUST BE FILED EVEN THOUGH NO EMPLOYEES WORKED THIS MONTH.

PLEASE CHECK THE APPROPRIATE BOX.

☐ NO EMPLOYEES WORKED THIS MONTH. PLEASE CONTINUE MAILING REPORT FORMS.

☐ TRANSFER TO INACTIVE STATUS. WE HAD NO EMPLOYEE TO REPORT THIS MONTH AND DO NOT ANTICIPATE HIRING ANY IN THE NEAR FUTURE.

# HAWAII CARPENTERS JOINT TRUST FUNDS

## EMPLOYERS MONTHLY REPORT TO TRUSTEES

| 1 THIS REPORT COVERS HOURS FOR THIS MONTH OF | ACCOUNT NUMBER |
|---|---|
| August, 2003 | 19041   DL |
| FEDERAL I.D. NUMBER | STATE LICENSE NUMBER |

The undersigned, as the authorized representative of the signatory contractor herein agrees to comply with the wages, hours and working conditions of the collective bargaining agreement between Local 745 of the United Brotherhood of Carpenters and Joiners of America, (hereinafter Union) and signatory contractor members of the General Contractors Labor Association and the Builders Industry Labor Association of Hawaii, Hawaii Wall and Ceiling Industry Association, and independent contractors (hereinafter Contractor).

The Contractor hereby adopts and agrees to be bound by the trust agreements and amendments thereto of the Hawaii Carpenters Health and Welfare Fund, Hawaii Carpenters Apprenticeship and Training Fund, Hawaii Carpenters Vacation & Holiday Fund, Drywall Apprenticeship Training Fund, Financial Security Fund, Market Recovery Program, Hawaii Carpenters Retiree Health & Welfare Fund, Hawaii Carpenters 401-K Plan, and rules and regulations adopted thereunder by the Trustees.

I do hereby certify under penalty of perjury that the employees listed below constitute all the employees for who I am required to make payments to the various Trust Funds and that the hours shown for each employee are the total hours for which he/she worked or was paid.

**EMPLOYER NAME AND ADDRESS**

DYNAMIC INTERIORS, INC.
4137 LIKINI STREET
HONOLULU, HI  96818

DRYWALL    03/2003 DL

| SIGNED BY | TITLE | DATE |
|---|---|---|

IF THE ABOVE INFORMATION IS INCORRECT PLEASE INDICATE CHANGES

## 2 COMPUTATION OF CONTRIBUTIONS

| 3 MEMBER CLASSIFICATION | APPR. CODE | TOTAL HOURS | RETIREE HEALTH & WELFARE $ .35 /HR | ACTIVE HEALTH & WELFARE $ 4.57 /HR | APPRENTICE & TRAINING $ .65 /HR | VACATION & HOLIDAY $ 5.00 /HR | FINANCIAL SECURITY $ 5.50 /HR | MARKET RECOVERY $ .50 /HR | 401-K /HR | 4 TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| Journeyman | | 1036 | 362.60 | 4734.52 | 673.40 | 5180.00 | 5698.00 | 518.00 | | 17,166.52 |
| Apprentices pre 9/2002 | | 340 | 119.00 | 1553.80 | 221.00 | 1700.00 | 1870.00 | 170.00 | | 5,433.80 |
| 50% | A3 | | | | | | RET $5.14 | | | |
| 45% | A2 | 467.2 | 163.63 | 2134.48 | 303.88 | 2337.50 | | 233.75 | | 7,295.87 |
| 40% | A1 | | | | | $6.00 @ | | | | |
| Apprentices post 9/2002 | | | | | | | | | | |
| 90% - 95% | A8 | | | | | $4.00 @ | $4.50 @ | | | |
| 70% - 80% | A7 | | | | | $3.00 @ | $3.50 @ | | | |
| 50% - 60% | A6 | | | | | $2.00 @ | $2.50 @ | | | |
| 45% | A5 | | | | | $1.00 @ | $1.50 @ | | | |
| 40% | A4 | 134 | 46.90 | | | $1.00 @ 134.00 | | | | 180.90 |
| Liquidated Damages or Adjustments | | | | | | | | | | |
| Totals | | | $692.13 | $8424.80 | $1198.28 | $9351.50 | $9788.63 | $1121.75 | $ | $30,377.09 |

UBC Training Fund .02 x per hour $            UBC Marketing Fund .02 x per hour $

GRAND TOTAL $ 30,377.09

| 5 EMPLOYEE'S NAME LAST NAME & FIRST NAME | APPRENTICE CODE | 6 SOCIAL SECURITY NUMBER | 7 TOTAL HOURS | 8 THIS REPORT SHOULD BE ACCOMPANIED BY ONE CHECK TO |
|---|---|---|---|---|

See attached journal

**8** THIS REPORT SHOULD BE ACCOMPANIED BY ONE CHECK TO

CENTRAL PACIFIC BANK
THE MANAGEMENT GROUP
P.O. BOX 1120
HONOLULU, HAWAII 96807-9980

**9 NO EMPLOYEES:** THIS REPORT MUST BE FILED EVEN THOUGH NO EMPLOYEES WORK THIS MONTH.

PLEASE CHECK THE APPROPRIATE BOX.

☐ NO EMPLOYEES WORKED THIS MONTH PLEASE CONTINUE MAILING REPORT FORMS.

☐ TRANSFER TO INACTIVE STATUS. WE HAD NO EMPLOYEE TO REPORT THIS MONTH AND DO NOT ANTICIPATE HIRING ANY IN THE NEAR FUTURE.

ORIGINAL DOCUMENT — PRINTED ON CHEMICAL REACTIVE PAPER WITH MICROPRINTED BORDER — SEE REVERSE SIDE FOR COMPLETE SECURITY FEATURES ®

**D**

**DYNAMIC INTERIORS, INC.**
GENERAL ACCOUNT
4137 LIKINI STREET
HONOLULU, HAWAII 96818
PHONE: (808) 841-0215

| EXPLANATION | AMOUNT |
|---|---|
| | |
| | |

59-177/1213

18

...Y
...OUNT
...OF    *Thirty-four thousand two hundred thirty-two* + 01/10

DOLLARS

| DATE | TO THE ORDER OF | DESCRIPTION | CHECK NUMBER | CHECK AMOUNT |
|---|---|---|---|---|
| 9/17/03 | *Hawaii Carpenters Joint Trust Fund* | July 2003 | 1805 | $ 34,232 |

**HAWAII NATIONAL BANK**    MAIN BRANCH
HAWAII    HONOLULU, HAWAII

® THIS DOCUMENT CONTAINS HEAT SENSITIVE INK. TOUCH OR PRESS HERE - RED IMAGE DISAPPEARS WITH HEAT. ®

"00 1805"

---

59-102
1213

**ALLIED CONSTRUCTION, INC.**

1917 HOMERULE STREET
HONOLULU, HAWAII 96819

3787

22,642.01
5,037.28
1,815.52
4,639.40

WAIAKAMILO BRANCH
BANK OF HAWAII
HONOLULU, HAWAII

DATE    September 12, 2003

ALLIED CONSTR. INC. **708 54** CTS

$    708.54

PAY

TO THE
ORDER
OF    HAWAII CARPENTERS TRUST FUNDS and
DYNAMIC INTERIORS, INC.

ALLIED CONSTRUCTION, INC.

Kalani High School - Renovate
& Repaint Various Buildings

"003787"  :121301028:  0028"039301"

805.28

---

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Totals | 5659 | $ 9300.06 | $9425.63 | $1340.63 | $10,909.10 | $11,323.38 | $1031.25 | $ | $ 34,940.55 |

UBC Training Fund .02 x per hour $    X    | UBC Marketing Fund .02 x per hour $    X    | $

GRAND TOTAL $ 34,940.55

| 5 | EMPLOYEE'S NAME LAST NAME & FIRST NAME | APPRENTICE CODE | 6 | SOCIAL SECURITY NUMBER | 7 | TOTAL HOURS | 8 | THIS REPORT SHOULD BE ACCOMPANIED BY ONE CHECK TO: |
|---|---|---|---|---|---|---|---|---|

VINCIT

LOCAL 745

HAWAII

CENTRAL PACIFIC BANK
THE MANAGEMENT GROUP
P.O. BOX 1120
HONOLULU, HAWAII 96807-9980

**9** NO EMPLOYEES:
THIS REPORT MUST BE FILED EVEN THOUGH NO EMPLOYEES WORKED THIS MONTH.

PLEASE CHECK THE APPROPRIATE BOX.

☐ NO EMPLOYEES WORKED THIS MONTH. PLEASE CONTINUE MAILING REPORT FORMS.

☐ TRANSFER TO INACTIVE STATUS. WE HAD NO EMPLOYEE TO REPORT THIS MONTH AND DO NOT ANTICIPATE HIRING ANY IN THE NEAR FUTURE.

# HAWAII CARPENTERS JOINT TRUST FUNDS

## EMPLOYERS MONTHLY REPORT TO TRUSTEES

THIS REPORT COVERS HOURS FOR THIS MONTH OF

**September, 2003**
FEDERAL I.D. NUMBER

ACCOUNT NUMBER
**19041   DL**
STATE LICENSE NUMBER

The undersigned, as the authorized representative of the signatory contractor herein agrees to comply with the wages, hours and working conditions of the collective bargaining agreement between Local 745 of the United Brotherhood of Carpenters and Joiners of America, (hereinafter Union) and signatory contractor members of the General Contractors Labor Association and the Builders Industry Labor Association of Hawaii, Hawaii Wall and Ceiling Industry Association, and independent contractors (hereinafter Contractor).

The Contractor hereby adopts and agrees to be bound by the trust agreements and amendments thereto of the Hawaii Carpenters Health and Welfare Fund, Hawaii Carpenters Apprenticeship and Training Fund, Hawaii Carpenters Vacation & Holiday Fund, Drywall Apprenticeship Training Fund, Financial Security Fund, Market Recovery Program, Hawaii Carpenters Retiree Health & Welfare Fund, Hawaii Carpenters 401-K Plan, and rules and regulations adopted thereunder by the Trustees.

I do hereby certify under penalty of perjury that the employees listed below constitute all the employees for who I am required to make payments to the various Trust Funds and that the hours shown for each employee are the total hours for which he/she worked or was paid.

**EMPLOYER NAME AND ADDRESS**

DYNAMIC INTERIORS, INC.
4137 LIKINI STREET
HONOLULU, HI 96818

DRYWALL-JOURNEYMAN   09/2003 DL

IF THE ABOVE INFORMATION IS INCORRECT PLEASE INDICATE CHANGES

SIGNED BY / TITLE / DATE: 9/30/03

**2 COMPUTATION OF CONTRIBUTIONS**

| 3 MEMBER CLASSIFICATION | APPR. CODE | TOTAL HOURS | RETIREE HEALTH & WELFARE @ .40 /HR | ACTIVE HEALTH & WELFARE @ 4.82 /HR | APPRENTICE & TRAINING @ .65 /HR | VACATION & HOLIDAY @ 5.00 /HR | FINANCIAL SECURITY @ 4.00 /HR | MARKET RECOVERY @ .53 /HR | 401-K @ 1.50 /HR | 4 TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| Journeyman | Jm | 256 | 102.40 | 1233.92 | 166.40 | 1280.00 | 1024.00 | 135.68 | 384.00 | 4326.40 |
| Apprentices pre 9/2002 | 80% | 281 | 112.40 | 1354.42 | 182.65 | 1405.00 | 1124.00 | 148.93 | 421.50 | 4748.90 |
| 50% | A3 | | | | | | $5.11 | | | |
| 45% | A2 | 64 | 25.60 | | 5 | 320.00 | *302.72 | | | 648.32 |
| 40% | A1 | | | | | $6.00 | | | | |
| Apprentices post 9/2002 | | | | | | | | | | |
| 90% - 95% | A8 | | | | $4.00 | | $4.50 | | | |
| 80% - 80% | A7 | | | | $3.00 | | $3.50 | | | |
| 50% - 60% | A6 | | | | $2.00 | | $2.50 | | | |
| 45% | A5 | | | | $1.00 | | $1.50 | | | |
| 40% | A4 | 136 | 54.40 | | $1.00 136.00 | | | | | 190.40 |
| Liquidated Damages or Adjustments | | | | | | | | | | |
| Totals | | | $294.80 | $2588.34 | $349.05 | $3141.00 | $2450.72 | $284.61 | $805.50 | $9914.02 |

UBC Training Fund .02 x per hour $               UBC Marketing Fund .02 x per hour $               $

**GRAND TOTAL $9914.02**

| 5 EMPLOYEE'S NAME LAST NAME & FIRST NAME | APPRENTICE CODE | 6 SOCIAL SECURITY NUMBER | 7 TOTAL HOURS |
|---|---|---|---|
| CABADING, HARICRUS | A2 | 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 | 64 |
| DAGUIAO, NICANOR | Jm | 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 | 64 |
| ESCOSIO, FULGENCIO | A4 | 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 | 136 |
| GRACILOS, RICHARD | 80% | 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 | 129 |
| LAGRIO, NORI M. | Jm | 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 | 152 |
| MENDOZA, MICHAEL | 80% A | 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 | 152 |
| DAGDILAO, BENJAMIN, IV | Jm | 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 | 40 |

**8** THIS REPORT SHOULD BE ACCOMPANIED BY ONE CHECK TO:

**CENTRAL PACIFIC BANK**
**THE MANAGEMENT GROUP**
P.O. BOX 1120
HONOLULU, HAWAII 96807-9980

**9** NO EMPLOYEES:
THIS REPORT MUST BE FILED EVEN THOUGH NO EMPLOYEES WORKED THIS MONTH.

PLEASE CHECK THE APPROPRIATE BOX.

☐ NO EMPLOYEES WORKED THIS MONTH. PLEASE CONTINUE MAILING REPORT FORMS.

☐ TRANSFER TO INACTIVE STATUS. WE HAD NO EMPLOYEE TO REPORT THIS MONTH AND DO NOT ANTICIPATE HIRING ANY IN THE NEAR FUTURE.

**10** RECEIVE DATE:

**Reports are due the following month and must be received at the bank or postmarked by the 25th to avoid liquidated damages and interest.** Liquidated damages are calculated at 20% of contributions due each trust or $20.00 per trust, whichever is greater. Interest is due at the maximum rates permitted by law and specified in the Trust Agreement of each trust. These rates vary and may approach or exceed 20% per annum.

PART 1 – TRUST COPY
PART 2 – LOCAL UNION
PART 3 – EMPLOYER'S COPY

TOTAL HOURS THIS PAGE: **737**

DYNAMIC INTERIORS, INC.
GENERAL ACCOUNT
4137 LIKINI STREET
HONOLULU, HAWAII 96818
PHONE: (808) 841-0215

59-17/1213

1805

TO THE ORDER OF

Thirty-four thousand two hundred thirty and 01/100

Hawaii Carpenters Joint Trust Fund

CHECK AMOUNT
$ 34,230.01

HAWAII NATIONAL BANK
MAIN BRANCH
HONOLULU, HAWAII

DYNAMIC INTERIORS, INC.
GENERAL ACCOUNT
4137 LIKINI STREET
HONOLULU, HAWAII 96818
PHONE: (808) 841-0216

59-17/1213

1815

DATE 9/19/03

PAY
AMOUNT
OF

****Forty-six Thousand Six Hundred Sixty-seven and 78/100**************** DOLLARS

TO THE ORDER OF
Hawaii Carpenters Trust Fund

EXPLANATION            DESCRIPTION              AMOUNT
                       fringes May 2003

CHECK NUMBER 1815

CHECK AMOUNT
$ 46,667.78*

HAWAII NATIONAL BANK
MAIN BRANCH
HONOLULU, HAWAII

# HAWAII CARPENTERS JOINT TRUST FUNDS

## EMPLOYERS MONTHLY REPORT TO TRUSTEES

THIS REPORT COVERS HOURS FOR THIS MONTH OF

**October, 2003**
FEDERAL I.D. NUMBER

ACCOUNT NUMBER
**19041    DL**
STATE LICENSE NUMBER

EMPLOYER NAME AND ADDRESS

**DYNAMIC INTERIORS, INC.**
**4137 LIKINI STREET**
**HONOLULU, HI  96818**

**DRYWALL-JOURNEYMAN    09/2003 DL**

IF THE ABOVE INFORMATION IS INCORRECT PLEASE INDICATE CHANGES

The undersigned, as the authorized representative of the signatory contractor herein agrees to comply with the wages, hours and working conditions of the collective bargaining agreement between Local 745 of the United Brotherhood of Carpenters and Joiners of America, (hereinafter Union) and signatory contractor members of the General Contractors Labor Association and the Builders Industry Labor Association of Hawaii, Hawaii Wall and Ceiling Industry Association, and independent contractors (hereinafter Contractor).

The Contractor hereby adopts and agrees to be bound by the trust agreements and amendments thereto of the Hawaii Carpenters Health and Welfare Fund, Hawaii Carpenters Apprenticeship and Training Fund, Hawaii Carpenters Vacation & Holiday Fund, Drywall Apprenticeship Training Fund, Financial Security Fund, Market Recovery Program, Hawaii Carpenters Retiree Health & Welfare Fund, Hawaii Carpenters 401-K Plan, and rules and regulations adopted thereunder by the Trustees.

I do hereby certify under penalty of perjury that the employees listed below constitute all the employees for who I am required to make payments to the various Trust Funds and that the hours shown for each employee are the total hours for which he/she worked or was paid.

SIGNATURE ___ TITLE ___ DATE 10/31/03

## 2 COMPUTATION OF CONTRIBUTIONS

| 3 MEMBER CLASSIFICATION | APPR. CODE | TOTAL HOURS | RETIREE HEALTH & WELFARE @ .40 /HR | ACTIVE HEALTH & WELFARE @ 4.82 /HR | APPRENTICE & TRAINING @ .65 /HR | VACATION & HOLIDAY @ 5.00 /HR | FINANCIAL SECURITY @ 4.00 /HR | MARKET RECOVERY @ .53 /HR | 401-K @ 1.50 /HR | 4 TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| Journeyman | | 456 | 182.40 | 2,197.92 | 296.40 | 2,280.00 | 1824.00 | 241.68 | 684.00 | 7706.40 |
| Apprentices pre 9/2002 | 90% | 375 | 150.00 | 1,807.50 | 243.75 | 1,875.00 | 1,500.00 | 198.75 | 562.50 | 6337.50 |
| 50% | A3 | | | | | $5.11 @ | | | | |
| 45% | A2 | 318 | 127.20 | | | 1590.00 | 1504.14 | | | 3221.34 |
| 40% | A1 | | | | | $6.00 @ | | | | |
| Apprentices post 9/2002 | | | | | | | | | | |
| 90% - 95% | A8 | | | | | $4.00 @ | $4.50 @ | | | |
| 70% - 80% | A7 | | | | | $3.00 @ | $3.50 @ | | | |
| 50% - 60% | A6 | | | | | $2.00 @ | $2.50 @ | | | |
| 45% | A5 | | | | | $1.50 @ | | | | |
| 40% | A4 | 248 | 99.20 | | | 248.00 | | | | 347.20 |
| Liquidated Damages or Adjustments | | | | | | | | | | |
| Totals | | | $558.80 | $4005.42 | $540.15 | $5993.00 | $4828.14 | $440.43 | $1246.50 | $17,612.44 |

UBC Training Fund .02 x per hour $ ___    UBC Marketing Fund .02 x per hour $ ___    $ ___

GRAND TOTAL $ 17,612.44

| 5 EMPLOYEE'S NAME LAST NAME & FIRST NAME | APPRENTICE CODE | 6 SOCIAL SECURITY NUMBER | 7 TOTAL HOURS |
|---|---|---|---|
| ACOB, JOSEPH | A4 | 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 | 56 |
| CABADING, HARICHES | A2 | 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 | 150 |
| DAGUIDAG, NICANOR | J/M | 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 | 144 |
| ESCOSIO, FULGENCIO | A4 | 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 | 192 |
| GRACHOS, RICHARD | 80% | 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 | 183 |
| LAGRID, NOKI M. | J/M | 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 | 192 |
| MENDOZA, MICHAEL | 80% | 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 | 192 |
| SALVATERA, DAVID | J/M | 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 | 120 |
| VILLAROTA, ELBIN P | A2 | 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 | 168 |

**8** THIS REPORT SHOULD BE ACCOMPANIED BY ONE CHECK TO:

CENTRAL PACIFIC BANK
THE MANAGEMENT GROUP
P.O. BOX 1120
HONOLULU, HAWAII 96807-9980

**9** NO EMPLOYEES:
THIS REPORT MUST BE FILED EVEN THOUGH NO EMPLOYEES WORKED THIS MONTH.

PLEASE CHECK THE APPROPRIATE BOX.

☐ NO EMPLOYEES WORKED THIS MONTH. PLEASE CONTINUE MAILING REPORT FORMS.

☐ TRANSFER TO INACTIVE STATUS. WE HAD NO EMPLOYEE TO REPORT THIS MONTH AND DO NOT ANTICIPATE HIRING ANY IN THE NEAR FUTURE.

**10**    RECEIVE DATE:

Reports are due the following month and must be received at the bank or postmarked by the 25th to avoid liquidated damages and interest. Liquidated damages are calculated at 20% of contributions due each trust or $20.00 per trust, whichever is greater. Interest is due at the maximum rates permitted by law and specified in the Trust Agreement of each trust. These rates vary and may approach or exceed 20% per annum.

PART 1 - TRUST COPY
PART 2 - LOCAL UNION
PART 3 - EMPLOYER'S COPY

TOTAL HOURS THIS PAGE    1397

# HAWAII CARPENTERS JOINT TRUST FUNDS

## EMPLOYERS MONTHLY REPORT TO TRUSTEES

THIS REPORT COVERS HOURS FOR THIS MONTH OF

**1**

November, 2003

ACCOUNT NUMBER

19041 DL

FEDERAL I.D. NUMBER | STATE LICENSE NUMBER

EMPLOYER NAME AND ADDRESS

DYNAMIC INTERIORS, INC.
4137 LIKINI STREET
HONOLULU, HI 96818

DRYWALL-JOURNEYMAN    09/2003 DL

IF THE ABOVE INFORMATION IS INCORRECT PLEASE INDICATE CHANGES

The undersigned, as the authorized representative of the signatory contractor herein agrees to comply with the wages, hours and working conditions of the collective bargaining agreement between Local 745 of the United Brotherhood of Carpenters and Joiners of America, (hereinafter Union) and signatory contractor members of the General Contractors Labor Association and the Builders Industry Labor Association of Hawaii, Hawaii Wall and Ceiling Industry Association, and independent contractors (hereinafter Contractor).

The Contractor hereby adopts and agrees to be bound by the trust agreements and amendments thereto of the Hawaii Carpenters Health and Welfare Fund, Hawaii Carpenters Apprenticeship and Training Fund, Hawaii Carpenters Vacation & Holiday Fund, Drywall Apprenticeship Training Fund, Financial Security Fund, Market Recovery Program, Hawaii Carpenters Retiree Health & Welfare Fund, Hawaii Carpenters 401-K Plan, and rules and regulations adopted thereunder by the Trustees.

I do hereby certify under penalty of perjury that the employees listed below constitute all the employees for whom I am required to make payments to the various Trust Funds and that the hours shown for each employee are the total hours for which he/she worked or was paid.

SIGNED BY | TITLE | DATE
Secretary | 12/20/03

**3**    2 COMPUTATION OF CONTRIBUTIONS

| MEMBER CLASSIFICATION | APPR CODE | TOTAL HOURS | RETIREE HEALTH & WELFARE @ .40 /HR | ACTIVE HEALTH & WELFARE @ 4.88 /HR | APPRENTICE & TRAINING @ .65 /HR | VACATION & HOLIDAY @ 5.00 /HR | FINANCIAL SECURITY @ 4.00 /HR | MARKET RECOVERY @ .53 /HR | 401-K @ 1.50 /HR | **4** TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| Journeyman | | 217 | 86.80 | 1045.94 | 141.05 | 1085.00 | 868.00 | 115.01 | 325.50 | 3667.30 |
| Apprentices pre 9/2002 | 80% 26A | 269 | 107.60 | 1296.58 | 174.85 | 1345.00 | 1076.00 | 142.57 | 403.50 | 4546.10 |
| 50% | A3 | | | | | | $5.11 @ | | | |
| 45% | A2 | 96.5 | 38.60 | | | 482.50 | 456.45 | | | 977.55 |
| 40% | A1 | | | | | $5.00 @ | $4.00 @ | | | |
| Apprentices post 9/2002 | | | | | | | | | | |
| 90% - 95% | A8 | | | | | $4.00 @ | $4.50 @ | | | |
| 80% | A7 | | | | | $3.00 @ | $3.50 @ | | | |
| 50% - 60% | A6 | | | | | $3.00 @ | $2.50 @ | | | |
| 45% | A5 | 106.5 | 42.60 | | | 106.50 | 159.75 @ $1.50 | | | 308.85 |
| 40% | A4 | | | | | $1.00 @ | | | | |
| Liquidated Damages or Adjustments | | | | | | | | | | |
| Totals | | | $275.60 | $2342.52 | $315.90 | $3019.00 | $2560.20 | $257.58 | $729.00 | $9499.80 |

UBC Training Fund .02 x per hour $          UBC Marketing Fund .02 x per hour $

GRAND TOTAL $ 9499.80

| **5** EMPLOYEE'S NAME LAST NAME & FIRST NAME | APPRENTICE CODE | **6** SOCIAL SECURITY NUMBER | **7** TOTAL HOURS |
|---|---|---|---|
| Cabading, Haron's | A2 | 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 | 56.5 |
| Daquioag, Nicanor | TM | 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 | 76.5 |
| Escocio, Fulgencio | A4 | 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 | 106.5 |
| Gorellos, Richard | 80% | 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 | 132.5 |
| Licario, Nori M | JM | 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 | 140.5 |
| Mendoza, Michael B | 80% | 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 | 106.5 |
| Vitorla, Elton P. | | 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 | 40 |

**8** THIS REPORT SHOULD BE ACCOMPANIED BY ONE CHECK TO:

CENTRAL PACIFIC BANK
THE MANAGEMENT GROUP
P.O. BOX 1120
HONOLULU, HAWAII 96807-9980

**9** NO EMPLOYEES:
THIS REPORT MUST BE FILED EVEN THOUGH NO EMPLOYEES WORKED THIS MONTH.

PLEASE CHECK THE APPROPRIATE BOX.

☐ NO EMPLOYEES WORKED THIS MONTH. PLEASE CONTINUE MAILING REPORT FORMS.

☐ TRANSFER TO INACTIVE STATUS. WE HAD NO EMPLOYEE TO REPORT THIS MONTH AND DO NOT ANTICIPATE HIRING ANY IN THE NEAR FUTURE.

**10**    RECEIVE DATE:

Reports are due the following month and must be received at the bank or postmarked by the 25th to avoid liquidated damages and interest. Liquidated damages are calculated at 20% of contributions due each trust or $20.00 per trust, whichever is greater. Interest is due at the maximum rates permitted by law and specified in the Trust Agreement of each trust. These rates vary and may approach or exceed 20% per annum.

PART 1 – TRUST COPY
PART 2 – LOCAL UNION
PART 3 – EMPLOYER'S COPY

TOTAL HOURS THIS PAGE    689

**DYNAMIC INTERIORS, INC.**
GENERAL ACCOUNT
4137 UKINI STREET
HONOLULU, HAWAII 96818
PHONE: (808) 841-0215

59-177/1213

**1944**

PAY
AMOUNT
OF

DATE  2/03/04

TO THE ORDER OF  carpenters joint Trust Fund

Five thousand nine hundred sixty-two & 22/100 DOLLARS

EXPLANATION | AMOUNT

DESCRIPTION  Feb 03 report

CHECK NUMBER  1944

CHECK AMOUNT  $5,962.22

HAWAII NATIONAL BANK
MAIN BRANCH
HONOLULU, HAWAII

⑈001944⑈ ⑆121301772⑆ 20⑈011126⑈

⑈000059622211⑈

---

**DYNAMIC INTERIORS, INC.**
GENERAL ACCOUNT
4137 UKINI STREET
HONOLULU, HAWAII 96818
PHONE: (808) 841-0215

59-177/1213

**1945**

PAY
AMOUNT
OF

DATE  2/03/04

TO THE ORDER OF  carpenters joint Trust Fund

Thirty-five thousand eighty-four & 40/100 DOLLARS

EXPLANATION | AMOUNT

DESCRIPTION  JMB 2003

CHECK NUMBER  1945

CHECK AMOUNT  $35,084.40

HAWAII NATIONAL BANK
MAIN BRANCH
HONOLULU, HAWAII

⑈001945⑈ ⑆121301772⑆ 20⑈011126⑈

⑈000350844011⑈



# HAWAII CARPENTERS JOINT TRUST FUNDS

### EMPLOYERS MONTHLY REPORT TO TRUSTEES

| THIS REPORT COVERS HOURS FOR THIS MONTH OF | ACCOUNT NUMBER |
|---|---|
| **December, 2003** | **19041 DL** |
| FEDERAL I.D. NUMBER | STATE LICENSE NUMBER |

The undersigned, as the authorized representative of the signatory contractor herein agrees to comply with the wages, hours and working conditions of the collective bargaining agreement between Local 745 of the United Brotherhood of Carpenters and Joiners of America, (hereinafter Union) and signatory contractor members of the General Contractors Labor Association and the Builders Industry Labor Association of Hawaii, Hawaii Wall and Ceiling Industry Association, and independent contractors (hereinafter Contractor).

The Contractor hereby adopts and agrees to be bound by the trust agreements and amendments thereto of the Hawaii Carpenters Health and Welfare Fund, Hawaii Carpenters Apprenticeship and Training Fund, Hawaii Carpenters Vacation & Holiday Fund, Drywall Apprenticeship Training Fund, Financial Security Fund, Market Recovery Program, Hawaii Carpenters Retiree Health & Welfare Fund, Hawaii Carpenters 401-K Plan, and rules and regulations adopted thereunder by the Trustees.

I do hereby certify under penalty of perjury that the employees listed below constitute all the employees for whom I am required to make payments to the various Trust Funds and that the hours shown for each employee are the total hours for which he/she worked or was paid.

**EMPLOYER NAME AND ADDRESS**

DYNAMIC INTERIORS, INC.
4137 LIKINI STREET
HONOLULU, HI  96818

DRYWALL-JOURNEYMAN    09/2003 DL

IF THE ABOVE INFORMATION IS INCORRECT PLEASE INDICATE CHANGES

SIGNED BY _Reginaldo Secretary 1/30/04_    TITLE    DATE

## 2 COMPUTATION OF CONTRIBUTIONS

**3**

| MEMBER CLASSIFICATION | APPR CODE | TOTAL HOURS | RETIREE HEALTH & WELFARE @ .40 /HR | ACTIVE HEALTH & WELFARE @ 4.82 /HR | APPRENTICE & TRAINING @ .65 /HR | VACATION & HOLIDAY @ 5.00 /HR | FINANCIAL SECURITY @ 4.00 /HR | MARKET RECOVERY @ .53 /HR | 401-K @ 1.50 /HR | 4 TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| Journeyman | | 40 | 16.00 | 192.80 | 26.00 | 200.00 | 160.00 | 21.20 | 40.00 | 676.00 |
| Apprentices pre 9/2002 | 80% | 8 | 3.20 | 38.56 | 5.20 | 40.00 | 32.00 | 4.24 | 12.00 | 135.20 |
| 50% | A3 | | | | | $5.11 @ | | | | |
| 45% | A2 | | | | | $4.73 @ | | | | |
| 40% | A1 | | | | | $0.00 @ | | | | |
| Apprentices post 9/2002 | | | | | | | | | | |
| 90% - 95% | A8 | | | | | $4.00 @ | $4.50 @ | | | |
| 70% - 80% | A7 | | | | | $3.00 @ | $3.50 @ | | | |
| 50% - 60% | A6 | | | | | $2.00 @ | $2.50 @ | | | |
| 45% | A5 | 42 | 16.80 | — | | $1.20 @ 42.00 | $1.50 @ 63.00 | | 63.00 | 184.80 |
| 40% | | | | | | $1.00 @ | | | | |

| Liquidated Damages or Adjustments | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Totals** | 90 | $ | $ | $ | $ | $ | $ | $996.00 | | |

| UBC Training Fund .02 x per hour | $ | | UBC Marketing Fund .02 x per hour | $ | | $ |
|---|---|---|---|---|---|---|

**GRAND TOTAL $ 996.00**

**5**

| EMPLOYEE'S NAME LAST NAME & FIRST NAME | APPRENTICE CODE | 6 SOCIAL SECURITY NUMBER | 7 TOTAL HOURS |
|---|---|---|---|
| ESCOSIO, GENE (Fulgencio) | A5 | 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 | 42 |
| LAGRID, NOKI | JM | 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 | 40 |
| GRECLLOS, GENE Richard | 80% | 56-19-6475 | 8 |

**8** THIS REPORT SHOULD BE ACCOMPANIED BY ONE CHECK TO:

CENTRAL PACIFIC BANK
THE MANAGEMENT GROUP
P.O. BOX 1120
HONOLULU, HAWAII 96807-9980

**9 NO EMPLOYEES:**
THIS REPORT MUST BE FILED EVEN THOUGH NO EMPLOYEES WORKED THIS MONTH.

PLEASE CHECK THE APPROPRIATE BOX.

☐ NO EMPLOYEES WORKED THIS MONTH. PLEASE CONTINUE MAILING REPORT FORMS.

☐ TRANSFER TO INACTIVE STATUS. WE HAD NO EMPLOYEE TO REPORT THIS MONTH AND DO NOT ANTICIPATE HIRING ANY IN THE NEAR FUTURE.

**10    RECEIVE DATE:**

Reports are due the following month and must be received at the bank or postmarked by the 25th to avoid liquidated damages and interest. Liquidated damages are calculated at 20% of contributions due each trust or $20.00 per trust, whichever is greater. Interest is due at the maximum rates permitted by law and specified in the Trust Agreement of each trust. These rates vary and may approach or exceed 20% per annum.

PART 1 – TRUST COPY
PART 2 – LOCAL UNION
PART 3 – EMPLOYER'S COPY

TOTAL HOURS THIS PAGE    90

**D**

**DYNAMIC INTERIORS, INC.**
GENERAL ACCOUNT
4137 LIKINI STREET
HONOLULU, HAWAII 96818
PHONE: (808) 841-0215

59-177/1213

194

| EXPLANATION | AMOUNT |
|---|---|
| | |
| | |
| | |

PAY AMOUNT  Five thousand nine hundred Sixty-two +22/100  DOLLARS

| DATE | TO THE ORDER OF | DESCRIPTION | CHECK NUMBER | CHECK AMOUNT |
|---|---|---|---|---|
| 2/8/03 | HI carpenters joint Trust Fund | Feb 03 report | 1944 | $ 5,962.2 |

*HAWAII NATIONAL BANK*
HAWAII
MAIN BRANCH
HONOLULU, HAWAII

⑧ "THIS DOCUMENT CONTAINS HEAT SENSITIVE INK. TOUCH OR PRESS HERE / RED IMAGE DISAPPEARS WITH HEAT. ⑧

⑈001944⑈ ⑆121301772⑆ ⑈20⑈01112⑈

**DYNAMIC INTERIORS, INC.**
GENERAL ACCOUNT
4137 LIKINI STREET
HONOLULU, HAWAII 96818
PHONE: (808) 841-0215

59-17/1213

1944

PAY TO THE ORDER OF: Carpenters Joint Trust Fund

Five Thousand Nine Hundred Sixty-Two & 22/100 DOLLARS

EXPLANATION | AMOUNT

DATE 2/26/03

DESCRIPTION: Feb 03 report

CHECK AMOUNT $5,962.22

HAWAII NATIONAL BANK
MAIN BRANCH
HONOLULU, HAWAII

⑈001944⑈ ⑆121301772⑈ ⑈20⑈0111⑈

"000059⑆222"

---

**DYNAMIC INTERIORS, INC.**
GENERAL ACCOUNT
4137 LIKINI STREET
HONOLULU, HAWAII 96818
PHONE: (808) 841-0215

59-17/1213

1945

PAY TO THE ORDER OF: Carpenters Joint Trust Fund

Thirty-Five Thousand Eighty Four & 46/100 DOLLARS

EXPLANATION | AMOUNT

DATE 2/26/03

DESCRIPTION: Carpenters Joint Trust Fund 2003

CHECK AMOUNT $35,084.46

HAWAII NATIONAL BANK
MAIN BRANCH
HONOLULU, HAWAII

⑈001945⑈ ⑆121301772⑈ ⑈20⑈0111⑈

"000035084⑆46"

Lockbox Deposit to the Credit
of within named Payee
CENTRAL PACIFIC BANK
Honolulu, Hawaii 121301578

0120029244, 20030611, 0073, 0027, R04, P08
152283175B, >>121301578<< BANK
CENTRAL PACIFIC BANK
HONOLULU, HI

0100028850, 20030603, 0073, 0015, R04, Pee
152283175B, >>121301578<< BANK
CENTRAL PACIFIC BANK
HONOLULU, HI

** PAID ** PAID ** PAID **

Lockbox Deposit to the Credit
of within named Payee
CENTRAL PACIFIC BANK
Honolulu, Hawaii 121301578