# DYNAMIC INTERIORS, INC.

Hawaii Carpenters Trust Fund

2004

| MONTH | CONTRIBUTION | AMOUNT PAID | BALANCE | COMMENT |
|---|---|---|---|---|
| BALANCE BROUGHT FORWARD: | | | $ 42,666.78 | |
| January '04 | $ 50.70 | $ 50.70 | $ 42,666.78 | Dynamic Ck#1990: 1/30/04 |
| February '04 | $ 683.30 | $ 7,627.33 | $ 35,722.75 | Per Ck#16219  2/10/04 |
| | | $ 13,070.92 | $ 22,651.83 | Taisei Ck#8574 - 2/27/04 |
| | | $ 53.80 | $ 22,598.03 | Dynamic Ck#2029 - 3/8/04 |
| March '04 | $ - | $ 683.30 | $ 21,914.73 | RSI Ck#48436 \$683.30 |
| April '04 | $ - | $ 7,064.39 | $ 14,850.34 | Kiewit Ck#321576 dated: 4/15/04 |
| | | $ 348.08 | $ 14,502.26 | PER Ck#16978   4/23/04; |
| | | $ 2,302.76 | $ 12,199.50 | PER Ck#16977   4/23/04 |
| May '04 | $ 2,509.22 | $ 1,468.86 | $ 10,730.64 | PER Ck#17143   dated 4/30/04 |
| June '04 | $ 2,355.60 | $ - | $ 13,239.96 | |
| July '04 | $ 4,362.96 | | $ 15,595.56 | |
| August '04 | $ 3,720.44 | $ 22,265.95 | $ 19,958.52 | |
| | | $ 4,448.88 | $ 1,413.01 | PER Ck#18243  dated 8/31/04 |
| September '04 | $ 946.08 | $ - | $ (3,035.87) | Stans Contracting dated: 8/1/04 |
| October '04 | $ 1,489.20 | $ 12,889.19 | $ (2,089.79) | |
| | | $ - | $ (13,489.78) | Kiewit Ck#334982 dated 10/19/04 |
| November '04 | $ 4,754.16 | $ 546.08 | $ (14,035.86) | DI Ck#3957   dated: 10/27/04 |
| | | $ 400.00 | $ (14,435.86) | Dynamic Ck#3960  dated: 10/28/04 |
| | | $ 127.50 | $ (8,863.12) | Dynamic Ck#3992  11/5/04 |
| December '04 | $ 5,466.24 | $ 1,489.20 | $ (10,352.32) | Dynamic Ck#4019 dated 11/30/04 |
| | | $ 4,765.04 | $ (9,651.12) | |
| | | $ 12,833.00 | $ (22,484.12) | Walter Arakaki sent directly to HCTF |
| $ 26,338.00 | $ 92,434.98 | | | |


EXHIBIT "D"

# HAWAII CARPENTERS JOINT TRUST FUNDS

## EMPLOYERS MONTHLY REPORT TO TRUSTEES

| | |
|---|---|
| **1** THIS REPORT COVERS HOURS FOR THIS MONTH OF<br><br>**January, 2004**<br>FEDERAL I.D. NUMBER | ACCOUNT NUMBER<br><br>**19041 DL**<br>STATE LICENSE NUMBER |

The undersigned, as the authorized representative of the signatory contractor herein agrees to comply with the wages, hours and working conditions of the collective bargaining agreement between Local 745 of the United Brotherhood of Carpenters and Joiners of America, (hereinafter Union) and signatory contractor members of the General Contractors Labor Association and the Builders Industry Labor Association of Hawaii, Hawaii Wall and Ceiling Industry Association, and independent contractors (hereinafter Contractor).

The Contractor hereby adopts and agrees to be bound by the trust agreements and amendments thereto of the Hawaii Carpenters Health and Welfare Fund, Hawaii Carpenters Apprenticeship and Training Fund, Hawaii Carpenters Vacation & Holiday Fund, Drywall Apprenticeship Training Fund, Financial Security Fund, Market Recovery Program, Hawaii Carpenters Retiree Health & Welfare Fund, Hawaii Carpenters 401-K Plan, and rules and regulations adopted thereunder by the Trustees.

I do hereby certify under penalty of perjury that the employees listed below constitute all the employees for who I am required to make payments to the various Trust Funds and that the hours shown for each employee are the total hours for which he/she worked or was paid.

**EMPLOYER NAME AND ADDRESS**

DYNAMIC INTERIORS, INC.
4137 LIKINI STREET
HONOLULU, HI 96818

DRYWALL-JOURNEYMAN    09/2003 DL

IF THE ABOVE INFORMATION IS INCORRECT PLEASE INDICATE CHANGES

SIGNED BY _____  TITLE _____  DATE 1/30/04

## 2 COMPUTATION OF CONTRIBUTIONS

**3**

| MEMBER CLASSIFICATION | APPR. CODE | TOTAL HOURS | RETIREE HEALTH & WELFARE @ .40 /HR | ACTIVE HEALTH & WELFARE @ 4.82 /HR | APPRENTICE & TRAINING @ .65 /HR | VACATION & HOLIDAY @ 5.00 /HR | FINANCIAL SECURITY @ 4.00 /HR | MARKET RECOVERY @ .53 /HR | 401-K @ 1.50 /HR | **4** TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| Journeyman | | | | | | | | | | |
| Apprentices pre 9/2002 | 80% | 3 | 1.20 | 14.46 | 1.95 | 15.00 | 12.00 | 1.59 | 4.50 | 50.70 |
| 50% | A3 | | | | | | $5.11 | | | |
| 45% | A2 | | | | | | $4.73 | | | |
| 40% | A1 | | | | | $5.00 | | | | |
| Apprentices post 9/2002 | | | | | | | | | | |
| 90% - 95% | A8 | | | | | $4.00 | $4.50 | | | |
| 70% - 80% | A7 | | | | | $3.00 | $3.50 | | | |
| 50% - 60% | A6 | | | | | $2.00 | $2.50 | | | |
| 45% | A5 | | | | | $1.00 | $1.50 | | | |
| 40% | A4 | | | | | $1.00 | | | | |
| Liquidated Damages or Adjustments | | | | | | | | | | |
| Totals | | | $ | $ | $ | $ | $ | $ | $ | |

| | |
|---|---|
| UBC Training Fund .02 x per hour $ | UBC Marketing Fund .02 x per hour $ |

| | |
|---|---|
| | **GRAND TOTAL** $ 50.70 |

| **RECORD OF PAYMENT** | | | | | |
|---|---|---|---|---|---|
| EMPLOYEE'S NAME | APPRENTICE **6** | SOCIAL SECURITY NUMBER | **7** TOTAL | **8** THIS REPORT SHOULD BE |

Fifth and 70/100

REMITTANCE ADVICE

| | | CHECK NUMBER | CHECK AMOUNT |
|---|---|---|---|
| TO THE ORDER OF<br>HAWAII CARPENTERS TRUST FUND | Primary '04<br>DESCRIPTION | 1990 | 50 70 |

*NON – NEGOTIABLE*

ORIGINAL DOCUMENT PRINTED ON CHEMICAL REACTIVE PAPER WITH MICROPRINTED BORDER - SEE REVERSE SIDE FOR COMPLETE SECURITY FEATURES

**DYNAMIC INTERIORS, INC.**
GENERAL ACCOUNT
4137 LIKINI STREET
HONOLULU, HAWAII 96818
PHONE: (808) 841-0215

59-177/1213

1990

| EXPLANATION | AMOUNT |
|---|---|
| | |
| | |
| | |

T ___ Fifty and 70/100 ___ DOLLARS

CHECK AMOUNT

| TO THE ORDER OF | DESCRIPTION | CHECK NUMBER | $ | |
|---|---|---|---|---|
| 4 Hawaii Carpenters Trust Fund | Fringes 1/04 | 1990 | $ | 50.70 |

*HAWAII NATIONAL BANK*   MAIN BRANCH
HAWAII   HONOLULU, HAWAII

THIS DOCUMENT CONTAINS HEAT SENSITIVE INK, TOUCH OR PRESS HERE - RED IMAGE DISAPPEARS WITH HEAT

⑈001990⑈ ⑆121301772⑆    ⑈20⑈01112⑈    ⑈000000 5070⑈

20040210  11020564  R11  >121301578<  CENTRAL PACIFIC BANK
502031758  0073  B008  P08

20040211   108002052D 000002052
INCL
PAID PAID PAID

of within named Payee
CENTRAL PACIFIC BANK
Honolulu, Hawaii 121301578

# HAWAII CARPENTERS JOINT TRUST FUNDS

## EMPLOYERS MONTHLY REPORT TO TRUSTEES

**1** | THIS REPORT COVERS HOURS FOR THIS MONTH OF
**February, 2004**
FEDERAL I.D. NUMBER

ACCOUNT NUMBER
**19041   DL**
STATE LICENSE NUMBER

The undersigned, as the authorized representative of the signatory contractor herein agrees to comply with the wages, hours and working conditions of the collective bargaining agreement between Local 745 of the United Brotherhood of Carpenters and Joiners of America, (hereinafter Union) and a signatory contractor members of the General Contractors Labor Association and the Builders Industry Labor Association of Hawaii, Hawaii Wall and Ceiling Industry Association, and independent contractors (hereinafter Contractor).

The Contractor hereby adopts and agrees to be bound by the trust agreements and amendments thereto of the Hawaii Carpenters Health and Welfare Fund, Hawaii Carpenters Apprenticeship and Training Fund, Hawaii Carpenters Vacation & Holiday Fund, Drywall Apprenticeship Training Fund, Financial Security Fund, Market Recovery Program, Hawaii Carpenters Retiree Health & Welfare Fund, Hawaii Carpenters 401-K Plan, and rules and regulations adopted thereunder by the Trustees.

I do hereby certify under penalty of perjury that the employees listed below constitute all the employees for who I am required to make payments to the various Trust Funds and that the hours shown for each employee are the total hours for which he/she worked or was paid.

**EMPLOYER NAME AND ADDRESS**

**DYNAMIC INTERIORS, INC.**
**4137 LIKINI STREET**
**HONOLULU, HI  96818**

**DRYWALL-JOURNEYMAN   09/2003 DL**

IF THE ABOVE INFORMATION IS INCORRECT PLEASE INDICATE CHANGES

SIGNED BY _____  TITLE _____  DATE _____

**2** COMPUTATION OF CONTRIBUTIONS

**3**

| MEMBER CLASSIFICATION | APPR. CODE | TOTAL HOURS | RETIREE HEALTH & WELFARE @ .40 /HR | ACTIVE HEALTH & WELFARE @ 4.82 /HR | APPRENTICE & TRAINING @ .65 /HR | VACATION & HOLIDAY @ 5.00 /HR | FINANCIAL SECURITY @ 4.00 /HR | MARKET RECOVERY @ .53 /HR | 401-K @ 1.50 /HR | **4** TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| Journeyman | | | | | | | | | | |
| Apprentices pre 9/2002 | 90% | 37 | 14.80 | 178.34 | 24.05 | 185.00 | 148.00 | 19.61 | 55.50 | 675.30 |
| 50% | A3 | | | | | | $5.11 @ | | | |
| 45% | A2 | | | | | | $4.73 @ | | | |
| 40% | A1 | | | | | $5.00 @ | | | | |
| Apprentices post 9/2002 | | | | | | | | | | |
| 90% - 95% | A8 | | | | | $4.00 @ | $4.50 @ | | | |
| 70% - 80% | A7 | | | | | $3.00 @ | $3.50 @ | | | |
| 50% - 60% | A6 | | | | | $2.00 @ | $2.50 @ | | | |
| 45% | A5 | 20 | 6.00 | † | † | $1.00 @ 20.00 | $1.50 @ 30.00 | | ⊖ | 58.00 |
| 40% | A4 | | | | | $1.00 @ | | | | |
| Liquidated Damages or Adjustments | | | | | | | | | | |
| Totals | | | $ | $ | $ | $ | $ | $ | $ | $683.30 |

UBC Training Fund .02 x per hour $ _____   UBG Marketing Fund .02 x per hour $ _____   $ _____

GRAND TOTAL $ **683.30**

**5** | EMPLOYEE'S NAME LAST NAME & FIRST NAME | APPRENTICE CODE | **6** SOCIAL SECURITY NUMBER | **7** TOTAL HOURS | **8** THIS REPORT SHOULD BE ACCOMPANIED BY ONE CHECK TO: |
|---|---|---|---|---|
| FULGENCIO, PROCESO JR | A5 | 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 | 20 | CENTRAL PACIFIC BANK THE MANAGEMENT GROUP P.O. BOX 1120 HONOLULU, HAWAII 96807-9980 |
| MENDOZA, MICHAEL | 90% | 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 | 37 | |
| | | | | |

**PAID**  CK NO ___ DATE ___

**9** NO EMPLOYEES:
THIS REPORT MUST BE FILED EVEN THOUGH NO EMPLOYEES WORKED THIS MONTH.

PLEASE CHECK THE APPROPRIATE BOX.

☐ NO EMPLOYEES WORKED THIS MONTH. PLEASE CONTINUE MAILING REPORT FORMS.

☐ TRANSFER TO INACTIVE STATUS. WE HAD NO EMPLOYEE TO REPORT THIS MONTH AND DO NOT ANTICIPATE HIRING ANY IN THE NEAR FUTURE.

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND - NOT A WHITE BACKGROUND    THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW

**TAISEI**
**CONSTRUCTION CORPORATION**
Pacific Division
880 IWILEI ROAD
SUITE 670
HONOLULU HI 96817

T A I S E I

MELLON 1ST BUSINESS BANK
ONE BUNKER HILL
601 WEST FIFTH STREET
LOS ANGELES, CA 90071

16-3844
1220

CHECK NO
**8574**

CHECK DATE
02/27/2004

PAY    Thirteen Thousand Seventy Dollars and Ninety Two Cents

CHECK AMOUNT

$    **13,070.92**

TO
THE
ORDER
OF

DYNAMIC INTERIORS, INC.
AND HAWAII CARPENTERS TRUST-
4137 LIKINI STREET
HONOLULU HI 96818

TAISEI
CONSTRUCTION CORPORATION
Pacific Division

SIGNATURE HAS A COLORED BACKGROUND • BORDER CONTAINS MICROPRINTING

⑈⑈008574⑈⑈ ⑈:1220384420⑈: 001⑈73210 2⑈⑈

Honolulu, Hawaii 96817

| TE | INVOICE NO. | DESCRIPTION | INVOICE AMOUNT | DEDUCTION | BALANCE |
|---|---|---|---|---|---|
| 11-30-03113003A | 02698, 1103.21, 100%CO | | 11923.09 | .00 | 11923.09 |
| 8-031203-LEVY | 02698, 1003, DYN, LEVY | | 4295.76- | .00 | 4295.76- |

| CHECK DATE | 2-10-04 | CHECK NUMBER | 16219 | TOTALS | 7627.33 | .00 | 7627.33 |
|---|---|---|---|---|---|---|---|

ORIGINAL DOCUMENT PRINTED ON CHEMICAL REACTIVE PAPER WITH MICROPRINTED BORDER • SEE REVERSE SIDE FOR COMPLETE SECURITY FEATURES

**PER, INC.**
500 ALA KAWA STREET, BLDG. 214-A
HONOLULU, HAWAII 96817

**American Savings Bank.**
An HEI Company
P.O. Box 2300 • Honolulu, Hawaii 96804-2300
www.ASBhawaii.com

59-7076/3213

16219

| DATE | CHECK NO. | AMOUNT |
|---|---|---|
| February 10, 2004 | 16219 | $******7,627.33 |

Pay: *************Seven thousand six hundred twenty-seven dollars and 33 cents

TO THE ORDER OF

DYNAMIC INTERIORS, INC.
and HI CARPENTERS TRUST FUND
4137 LIKINI ST
HONOLULU, HI  96818

*Eric Soto*

MP

THIS DOCUMENT CONTAINS HEAT SENSITIVE INK • TOUCH OR PRESS HERE • RED IMAGE DISAPPEARS WITH HEAT

⑈016219⑈ ⑊321370765⑊ 80009⑈92771⑈

Ed's copy

Safeguard

SFM601133-19C
LITHO USA   SFS62B1 CK28081 2M 42481

REORDER FROM YOUR LOCAL SAFEGUARD DISTRIBUTOR, IF UNKNOWN, CALL 800-523-9422

M025F023045

# HAWAII CARPENTERS JOINT TRUST FUNDS

## EMPLOYERS MONTHLY REPORT TO TRUSTEES

| | |
|---|---|
| **1** THIS REPORT COVERS HOURS FOR THIS MONTH OF<br>March, 2004<br>FEDERAL I.D. NUMBER | ACCOUNT NUMBER<br>19041  DL<br>STATE LICENSE NUMBER |

**EMPLOYER NAME AND ADDRESS**

DYNAMIC INTERIORS, INC.
4137 LIKINI STREET
HONOLULU, HI 96818

DRYWALL-JOURNEYMAN    09/2003  DL

IF THE ABOVE INFORMATION IS INCORRECT PLEASE INDICATE CHANGES

The undersigned, as the authorized representative of the signatory contractor herein agrees to comply with the wages, hours and working conditions of the collective bargaining agreement between Local 745 of the United Brotherhood of Carpenters and Joiners of America, (hereinafter Union) and signatory contractor members of the General Contractors Labor Association and the Builders Industry Labor Association of Hawaii, Hawaii Wall and Ceiling Industry Association, and independent contractors (hereinafter Contractor).

The Contractor hereby adopts and agrees to be bound by the trust agreements and amendments thereto of the Hawaii Carpenters Health and Welfare Fund, Hawaii Carpenters Apprenticeship and Training Fund, Hawaii Carpenters Vacation & Holiday Fund, Drywall Apprenticeship Training Fund, Financial Security Fund, Market Recovery Program, Hawaii Carpenters Retiree Health & Welfare Fund, Hawaii Carpenters 401-K Plan, and rules and regulations adopted thereunder by the Trustees.

I do hereby certify under penalty of perjury that the employees listed below constitute all the employees for who I am required to make payments to the various Trust Funds and that the hours shown for each employee are the total hours for which he/she worked or was paid.

SIGNED BY _____  TITLE _____  DATE 3/30/04

## 2 COMPUTATION OF CONTRIBUTIONS

| **3** MEMBER CLASSIFICATION | APPR. CODE | TOTAL HOURS | RETIREE HEALTH & WELFARE @ .00 /HR | ACTIVE HEALTH & WELFARE @ 4.82 /HR | APPRENTICE & TRAINING @ .65 /HR | VACATION & HOLIDAY @ 5.00 /HR | FINANCIAL SECURITY @ 4.00 /HR | MARKET RECOVERY @ .53 /HR | 401-K @ 1.50 /HR | **4** TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| Journeyman | | | | | | | | | | |
| **Apprentices pre 9/2002** | | | | | | | | | | |
| 50% | A3 | | | | | | $5.11 @ | | | |
| 45% | A2 | | | | | | $4.73 @ | | | |
| 40% | A1 | | | | | $5.00 @ | | | | |
| **Apprentices post 9/2002** | | | | | | | | | | |
| 90% - 95% | A8 | | | | | $4.00 @ | $4.50 @ | | | |
| 80% | A7 | | | | | $3.00 @ | $3.50 @ | | | |
| 50% - 60% | A6 | | | | | $2.00 @ | $2.50 @ | | | |
| 45% | A5 | | | | | $1.00 @ | $1.50 @ | | | |
| 40% | A4 | | | | | $1.00 @ | | | | |
| Liquidated Damages or Adjustments | | | | | | | | | | |
| Totals | | | $ | $ | $ | $ | $ | $ | $ | $ |

| UBC Training Fund .02 x per hour | $ | UBC Marketing Fund .02 x per hour | $ | | $ |
|---|---|---|---|---|---|
| | | | | **GRAND TOTAL** | $ |

| **5** EMPLOYEE'S NAME<br>LAST NAME & FIRST NAME | APPRENTICE CODE | **6** SOCIAL SECURITY NUMBER | **7** TOTAL HOURS |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**8** THIS REPORT SHOULD BE ACCOMPANIED BY ONE CHECK TO:

**CENTRAL PACIFIC BANK
THE MANAGEMENT GROUP
P.O. BOX 1120
HONOLULU, HAWAII 96807-9980**

**9 NO EMPLOYEES:**
THIS REPORT MUST BE FILED EVEN THOUGH NO EMPLOYEES WORKED THIS MONTH.

PLEASE CHECK THE APPROPRIATE BOX.

[X] NO EMPLOYEES WORKED THIS MONTH. PLEASE CONTINUE MAILING REPORT FORMS.

[ ] TRANSFER TO INACTIVE STATUS. WE HAD NO EMPLOYEE TO REPORT THIS MONTH AND DO NOT ANTICIPATE HIRING ANY IN THE NEAR FUTURE.

048436

OYE CO., L D. GENERAL CONTRACTING

or: DYNAMIC INTERIORS, INC.                    Check: 48436
nt:   AND HAWAII CARPENTERS TRUST FUNDS                              Check date: 03/29/2004

| Invoice # | Invoice Date | | Gross Amount | Discount | Net Amount |
|-----------|--------------|--|-------------|----------|------------|
| JI0410 | 02/20/2004 | DISTRICT LIBRARIES | 683.30 | 0.00 | 683.30 |

Check Amount          *****683.30

---

**RALPH S. INOUYE CO., LTD.**
GENERAL CONTRACTING
2831 AWAAWALOA ST.
HONOLULU, HAWAII 96819

Check Number: 48436          048436
Check Date:   03/29/2004

Check Amount          *****683.30

BANK OF HAWAII          59-102
Honolulu, Hawaii          1213

***Six Hundred Eighty Three Dollars and Thirty Cents****

DYNAMIC INTERIORS, INC.                    AND HAWAII CARPENTERS TRUST FUNDS

4137 LIKINI STREET

HONOLULU, HI 96818-

⑈048436⑈ ⑆1213010281⑆ 0008⑈000999⑈

# HAWAII CARPENTERS JOINT TRUST FUNDS

## EMPLOYERS MONTHLY REPORT TO TRUSTEES

**1** THIS REPORT COVERS HOURS FOR THIS MONTH OF
April, 2004

FEDERAL I.D. NUMBER

ACCOUNT NUMBER
19041   DL

STATE LICENSE NUMBER

The undersigned, as the authorized representative of the signatory contractor herein agrees to comply with the wages, hours and working conditions of the collective bargaining agreement between Local 745 of the United Brotherhood of Carpenters and Joiners of America, (hereinafter Union) and signatory contractor members of the General Contractors Labor Association and the Builders Industry Labor Association of Hawaii, Hawaii Wall and Ceiling Association, and independent contractors (hereinafter Contractor).

The Contractor hereby adopts and agrees to be bound by the trust agreements and amendments thereto of the Hawaii Carpenters Health and Welfare Fund, Hawaii Carpenters Apprenticeship and Training Fund, Hawaii Carpenters Vacation & Holiday Fund, Drywall Apprenticeship Training Fund, Financial Security Fund, Market Recovery Program, Hawaii Carpenters Retiree Health & Welfare Fund, Hawaii Carpenters 401-K Plan, and rules and regulations adopted thereunder by the Trustees.

I do hereby certify under penalty of perjury that the employees listed below constitute all the employees for who I am required to make payments to the various Trust Funds and that the hours shown for each employee are the total hours for which he/she worked or was paid.

**EMPLOYER NAME AND ADDRESS**

DYNAMIC INTERIORS, INC.
4137 LIKINI STREET
HONOLULU, HI 96818

DRYWALL-JOURNEYMAN   09/2003 DL

IF THE ABOVE INFORMATION IS INCORRECT, PLEASE INDICATE CHANGES

SIGNED BY _____ TITLE Secretary   DATE 5/3/04

**2** COMPUTATION OF CONTRIBUTIONS

| **3** MEMBER CLASSIFICATION | APPR. CODE | TOTAL HOURS | RETIRE & WELFARE @ .00 /HR | HEALTH & WELFARE @ | ACTIVE HEALTH & WELFARE @ 4.82 /HR | APPRENTICE & TRAINING @ .65 /HR | VACATION & HOLIDAY @ 5.00 /HR | FINANCIAL SECURITY @ 4.00 /HR | MARKET RECOVERY @ .53 /HR | 401-K @ 1.50 /HR | **4** TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Journeyman | | | | | | | | | | | |
| Apprentices pre 9/2002 | | | | | | | | | | | |
| 50% | A3 | | | | | | | $4.00 @ | | | |
| 45% | A2 | | | | | | | $4.00 @ | | | |
| 40% | A1 | N/A | | | | N/A | | $5.00 @ | N/A | N/A | N/A |
| Apprentices post 9/2002 | | | | | | | | | | | |
| 90% - 95% | A8 | | | | | $4.00 @ | | $3.00 @ | | | |
| 70% - 80% | A7 | | | | | $3.00 @ | | $2.00 @ | | | |
| 50% - 60% | A6 | | | | | $2.00 @ | | $1.00 @ | | | |
| 45% | A5 | | | | | $1.00 @ | | N/A | | | |
| 40% | A4 | N/A | | | | $1.00 @ | | N/A | N/A | N/A | N/A |
| Liquidated Damages or Adjustments | | | | | | | | | | | |
| Totals | | | $ | $ | $ | $ | $ | $ | $ | $ | |

UBC Training Fund .02 x per hour  $
(Effective September 1, 2003)

UBC Education & Development Fund  .02 x per hour  $
(Effective August 30, 2004)

**GRAND TOTAL** $

| **5** EMPLOYEE'S NAME LAST NAME & FIRST NAME | APPRENTICE CODE | **6** SOCIAL SECURITY NUMBER | **7** TOTAL HOURS |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**8** THIS REPORT SHOULD BE ACCOMPANIED BY ONE CHECK TO:

**CENTRAL PACIFIC BANK**
**THE MANAGEMENT GROUP**
**P.O. BOX 1120**
**HONOLULU, HAWAII 96807-9980**

**9** NO EMPLOYEES:
THIS REPORT MUST BE FILED EVEN THOUGH <u>NO</u> EMPLOYEES WORKED THIS MONTH.

PLEASE CHECK THE APPROPRIATE BOX.

[X] NO EMPLOYEES WORKED THIS MONTH. PLEASE CONTINUE MAILING REPORT FORMS.

[ ] TRANSFER TO INACTIVE STATUS. WE HAD NO EMPLOYEE TO REPORT THIS MONTH AND DO NOT ANTICIPATE HIRING ANY IN THE NEAR FUTURE.

Check Date: 04/15/2004    SU 3342849    Check No. 3215768

| Invoice Number | Invoice Date | Co/Job | Voucher ID | Gross Amount | Discount | Paid Amount |
|---|---|---|---|---|---|---|
| 83188 | 4/15/04 | 36/5751 | 17509004 | 7,064.39 | | 7,064.39 |
| **Message** 036-05751-000003 Contract: 24037 | | | JF | | | |

| Vendor Number | Vendor Name | | Total Discounts | |
|---|---|---|---|---|
| 170102-006 | DYNAMIC INTERIORS INC AND | | $ 0.00 | |
| **Check Number** | **Date** | **Total Amount** | **Discounts Taken** | **Total Paid Amount** |
| 3215768 | 04/15/04 | $ 7,064.39 | $ 0.00 | $ 7,064.39 |

TEAR HERE    TEAR H

**WARNING: ORIGINAL DOCUMENT HAS A BLUE COLORED BACKGROUND ON WHITE PAPER**

3215768

Kiewit Pacific Co.
Box 31096
Omaha, NE  68131

First Interstate Bank Billings
P.O. Box 30918
Billings, MT    59116-0918
93-168/929

U.S.Funds
Date 04/15/04    **Pay Amount  $ 7,064.39***

Pay *** Seven Thousand Sixty-Four and 39/100***

To The
Order Of        DYNAMIC INTERIORS INC AND
                HAWAII CARPENTERS TRUST FUND

Authorized Signature

⑈3215768⑈ ⑈092901683⑈ 00⑈004⑈3⑈

PER, INC.
Honolulu, Hawaii 96817

| DATE | INVOICE NO. | DESCRIPTION | INVOICE AMOUNT | DEDUCTION | BALANCE |
|---|---|---|---|---|---|
| 10-31-03 | 103103A | 02749, 1003.3, 65%COMP | 348.08 | .00 | 348.08 |
| | | Kulana Nani | | | |

| CHECK DATE | 4-23-04 | CHECK NUMBER | 16978 | TOTALS | 348.08 | .00 | 348.08 |

ORIGINAL DOCUMENT PRINTED ON CHEMICAL REACTIVE PAPER WITH MICROPRINTED BORDER - SEE REVERSE SIDE FOR COMPLETE SECURITY FEATURES

**PER, INC.**
500 ALA KAWA STREET, BLDG. 214-A
HONOLULU, HAWAII 96817

**American Savings Bank.**
An HEI Company
P.O. Box 2300 • Honolulu, Hawaii 96804-2300
www.ASBhawaii.com

59-7076/3213

16978

| DATE | CHECK NO. | AMOUNT |
|---|---|---|
| April 23, 2004 | 16978 | $********348.08 |

Pay: ***************************Three hundred forty-eight dollars and 08 cents

TO THE ORDER OF

DYNAMIC INTERIORS, INC.
and HAWAII CARPENTERS TRUST FUND
4137 LIKINI ST
HONOLULU, HI 96818

Eric Soto

THIS DOCUMENT CONTAINS HEAT SENSITIVE INK. TOUCH OR PRESS HERE - RED IMAGE DISAPPEARS WITH HEAT.

⑈016978⑈ ⑆321370765⑆ 80009⑈92771⑈

Ed's copy

PER, INC
Honolulu, Hawaii 96817

1097

| DATE | INVOICE NO. | DESCRIPTION | INVOICE AMOUNT | DEDUCTION | BALANCE |
|------|-------------|-------------|----------------|-----------|---------|
| 7-31-03 | 073103B | 02698, 0703.17, 76%COM | 540.00 | .00 | 540.00 |
| 31-03 | 103103B | 02698, 1003.20, 98%COM | 1762.76 | .00 | 1762.76 |
| | | Mililani Phase IA | | | |

| CHECK DATE | 4-23-04 | CHECK NUMBER | 16977 | TOTALS | | 2302.76 | .00 | 2302.76 |

6" ORIGINAL DOCUMENT PRINTED ON CHEMICAL REACTIVE PAPER WITH MICROPRINTED BORDER - SEE REVERSE SIDE FOR COMPLETE SECURITY FEATURES 6"

**PER, INC.**
500 ALA KAWA STREET, BLDG. 214-A
HONOLULU, HAWAII 96817

**American Savings Bank**
An FDIC Company
P.O. Box 2300 • Honolulu, Hawaii 96804-2300
www.ASBhawaii.com

59-7076/3213

16977

| | DATE | CHECK NO. | AMOUNT |
|---|------|-----------|--------|
| | April 23, 2004 | 16977 | $******2,302.76 |

Pay: ***********************Two thousand three hundred two dollars and 76 cents

TO THE
ORDER
OF

DYNAMIC INTERIORS, INC.
and HAWAII CARPENTERS TRUST FUND
4137 LIKINI ST
HONOLULU, HI  96818

*Eric Soto*

6" THIS DOCUMENT CONTAINS HEAT SENSITIVE INK. TOUCH OR PRESS HERE - RED IMAGE DISAPPEARS WITH HEAT 6"

⑈016977⑈ ⑆321370765⑆ 80009⑈92771⑈

Ed's copy

17143

**PER, INC.**
500 ALA KAWA STREET, BLDG. 214-A
HONOLULU, HAWAII 96817

**American Savings Bank.**
An [____] Company
P.O. Box 2300 • Honolulu, Hawaii 96804-2300
www.ASBhawaii.com

59-7076/3213

| DATE | CHECK NO. | AMOUNT |
|------|-----------|--------|
| April 30, 2004 | 17143 | $******1,468.86 |

Pay: ***************One thousand four hundred sixty-eight dollars and 86 cents

TO THE
ORDER
OF

DYNAMIC INTERIORS, INC.
and HAWAII CARPENTERS TRUST FUNDS
4137 LIKINI ST
HONOLULU, HI  96818

*Eric Soto*

THIS DOCUMENT CONTAINS HEAT SENSITIVE INK.  TOUCH OR PRESS HERE - RED IMAGE DISAPPEARS WITH HEAT.

⑈017143⑈ ⑆321370765⑆ 80009⑈92771⑈

Ed's copy

# HAWAII CARPENTERS JOINT TRUST FUNDS

## EMPLOYERS MONTHLY REPORT TO TRUSTEES

| 1 THIS REPORT COVERS HOURS FOR THIS MONTH OF | ACCOUNT NUMBER | |
|---|---|---|
| June, 2004 | 19041   DL | |
| FEDERAL I.D. NUMBER | STATE LICENSE NUMBER | |
| 99-0353400 | | |

The undersigned, as the authorized representative of the signatory contractor herein agrees to comply with the wages, hours and working conditions of the collective bargaining agreement between Local 745 of the United Brotherhood of Carpenters and Joiners of America, (hereinafter Union) and signatory contractor members of the General Contractors Labor Association and the Builders Industry Labor Association of Hawaii, Hawaii Wall and Ceiling Industry Association, and independent contractors (hereinafter Contractor).

**EMPLOYER NAME AND ADDRESS**

DYNAMIC INTERIORS, INC.
4137 LIKINI STREET
HONOLULU, HI  96818      *Ed's copy*

DRYWALL-JOURNEYMAN     09/2003 DL

IF THE ABOVE INFORMATION IS INCORRECT PLEASE INDICATE CHANGES

The Contractor hereby adopts and agrees to be bound by the trust agreements and amendments thereto of the Hawaii Carpenters Health and Welfare Fund, Hawaii Carpenters Apprenticeship and Training Fund, Hawaii Carpenters Vacation & Holiday Fund, Drywall Apprenticeship Training Fund, Financial Security Fund, Market Recovery Program, Hawaii Carpenters Retiree Health & Welfare Fund, Hawaii Carpenters 401-K Plan, and rules and regulations adopted thereunder by the Trustees.

I do hereby certify under penalty of perjury that the employees listed below constitute all the employees for who I am required to make payments to the various Trust Funds and that the hours shown for each employee are the total hours for which he/she worked or was paid.

SIGNED BY _____ Secretary   TITLE _____   DATE 7/7/04

### 2 COMPUTATION OF CONTRIBUTIONS

| 3 MEMBER CLASSIFICATION | APPR. CODE | TOTAL HOURS | RETIREE HEALTH & WELFARE @ .40 /HR | ACTIVE HEALTH & WELFARE @ 4.82 /HR | APPRENTICE & TRAINING @ .65 /HR | VACATION & HOLIDAY @ 5.00 /HR | FINANCIAL SECURITY @ 4.00 /HR | MARKET RECOVERY @ .53 /HR | 401-K @ 1.50 /HR | 4 TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| Journeyman | | | | | | | | | | |
| Apprentices pre 9/2002 | | 112 | 44.80 | 539.84 | 72.80 | 560.00 | 448.00 | 59.36 | 168.00 | 1892.80 |
| 50% | A3 | | | | | | $4.00 @ | | | |
| 45% | A2 | | | | | | $4.00 @ | | | |
| 40% | A1 | | N/A | | | $5.00 @ | | N/A | N/A | |
| Apprentices post 9/2002 | | | | | | | | | | |
| 90% - 95% | A8 | | | | | $4.00 @ | $3.00 @ | | | |
| 70% - 80% | A7 | | | | | $3.00 @ | $2.00 @ | | | |
| 50% - 60% | A6 | | | | | $2.00 @ | $1.00 @ | | | |
| 45% | A5 | 52 | 20.80 | 250.64 | 33.80 | $1 52.00 | N/A | 27.56 | 78.00 | 462.80 |
| 40% | A4 | | | | | $1.00 @ | N/A | | N/A | |
| Liquidated Damages or Adjustments | | | 65.60 | 790.48 | 106.60 | 612.00 | 448.00 | 86.92 | 246.00 | 100 |
| Totals | | | $ 65.60 | $ 790.48 | $ 106.60 | $ 612.00 | $ 448.00 | $ 86.92 | $ 246.00 | $ 2355.60 |

| UBC Training Fund .02 x per hour | $ | | UBC Education & Development Fund .02 x per hour | $ |
|---|---|---|---|---|
| (Effective September 1, 2003) | | | (Effective August 30, 2004) | |

**GRAND TOTAL** $ 2355.60

| 5 EMPLOYEE'S NAME LAST NAME & FIRST NAME | APPRENTICE CODE | 6 SOCIAL SECURITY NUMBER | 7 TOTAL HOURS |
|---|---|---|---|
| FULGENCIO ESCOBIO, JR | 45 | 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 | 52 |
| GRACLLOS, RICHARD P. | 80% | 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 | 56 |
| MENDOZA, MICHAEL E. | 90% | 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 | 56 |
| | | | |
| | | | |
| | | | |

**8** THIS REPORT SHOULD BE ACCOMPANIED BY ONE CHECK TO:

CENTRAL PACIFIC BANK
THE MANAGEMENT GROUP
P.O. BOX 1120
HONOLULU, HAWAII 96807-9980

**9** NO EMPLOYEES:
THIS REPORT MUST BE FILED EVEN THOUGH NO EMPLOYEES WORKED THIS MONTH.

PLEASE CHECK THE APPROPRIATE BOX

☐ NO EMPLOYEES WORKED THIS MONTH. PLEASE CONTINUE MAILING REPORT FORMS.

☐ TRANSFER TO INACTIVE STATUS. WE HAD NO EMPLOYEES TO REPORT THIS MONTH AND DO NOT ANTICIPATE HIRING ANY IN THE NEAR FUTURE.

# HAWAII CARPENTERS JOINT TRUST FUNDS

## EMPLOYERS MONTHLY REPORT TO TRUSTEES

**1** THIS REPORT COVERS HOURS FOR THIS MONTH OF
**July, 2004**

FEDERAL I.D. NUMBER

ACCOUNT NUMBER
**19041   DL**

STATE LICENSE NUMBER

**EMPLOYER NAME AND ADDRESS**

DYNAMIC INTERIORS, INC.
4137 LIKINI STREET
HONOLULU, HI 96818

DRYWALL-JOURNEYMAN    09/2003 DL

IF THE ABOVE INFORMATION IS INCORRECT PLEASE INDICATE CHANGES

The undersigned, as the authorized representative of the signatory contractor herein agrees to comply with the wages, hours and working conditions of the collective bargaining agreement between Local 745 of the United Brotherhood of Carpenters and Joiners of America, (hereinafter Union) and signatory contractor members of the General Contractors Labor Association and the Builders Industry Labor Association of Hawaii, Hawaii Wall and Ceiling Industry Association, and independent contractors (hereinafter Contractors).

The Contractor hereby adopts and agrees to be bound by the trust agreements and amendments thereto of the Hawaii Carpenters Health and Welfare Fund, Hawaii Carpenters Apprenticeship and Training Fund, Hawaii Carpenters Vacation & Holiday Fund, Drywall Apprenticeship Training Fund, Financial Security Fund, Market Recovery Program, Hawaii Carpenters Retiree Health & Welfare Fund, Hawaii Carpenters 401-K Plan, and rules and regulations adopted thereunder by the Trustees.

I do hereby certify under penalty of perjury that the employees listed below constitute all the employees for whom I am required to make payments to the various Trust Funds and that the hours shown for each employee are the total hours for which he worked or was paid.

SIGNED BY _____   TITLE  Secretary   DATE 8/9/04

**2** COMPUTATION OF CONTRIBUTIONS

**3**

| MEMBER CLASSIFICATION | APPR CODE | TOTAL HOURS | RETIREE HEALTH & WELFARE .40 HR | ACTIVE HEALTH & WELFARE 4.82 HR | APPRENTICE & TRAINING .65 HR | VACATION & HOLIDAY 5.00 HR | FINANCIAL SECURITY 4.00 HR | MARKET RECOVERY .53 HR | 401-K 1.50 HR | 4 TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| Journeyman | | 112 | 44.80 | 539.84 | 72.80 | 560.00 | 448.00 | 59.36 | 168.00 | 1892.80 |
| Apprentices pre 9/2002 | 80% | 116 | 46.40 | 559.12 | 75.40 | 580.00 | 464.00 | 41.48 | 174.00 | 1940.40 |
| 50% | A3 | | | | | $4.00 | | | | |
| 45% | A2 | | | | | $4.00 | | | | |
| 40% | A1 | | N/A | | | $5.00 | N/A | N/A | N/A | |
| Apprentices post 9/2002 | | | | | | | | | | |
| 90% - 95% | A8 | | | | | $4.00 | | | | |
| - 80% | A7 | | | | | $3.00 | $2.00 | | | |
| 50% - 60% | A6 | | | | | $2.50 | $1.00 | | | |
| 45% | A5 | 56 | 22.40 | 269.92 | 36.40 | 56.00 | N/A | 29.68 | 84.00 | 498.40 |
| 40% | A4 | | | | | N/A | $1.00 | N/A | N/A | |

Liquidated Damages or Adjustments

| Totals | | | $113.60 | $1368.88 | $184.60 | $1196.00 | $912.00 | $150.52 | $426.00 | $4351.60 |

UBC Training Fund .02 x per hour  $ 5.68

UBC Education & Development Fund .02 x per hour  $ 5.68

(Effective September 1, 2003)    (Effective August 30, 2004)  = 11.36

GRAND TOTAL  $ 4,362.96

**5** EMPLOYEE'S NAME
LAST NAME & FIRST NAME

**6** APPRENTICE CODE / SOCIAL SECURITY NUMBER

**7** TOTAL HOURS

| LAST NAME & FIRST NAME | APPRENTICE CODE | SOCIAL SECURITY NUMBER | TOTAL HOURS |
|---|---|---|---|
| FULGENCIO, ESCOBIO | A5 | 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 | 56 |
| GIRACULOS, RICHARD | 80% | 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 | 116 |
| MENDOZA, MICHAEL | 90% | 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 | 112 |

**8** THIS REPORT SHOULD BE ACCOMPANIED BY ONE CHECK TO:

CENTRAL PACIFIC BANK
THE MANAGEMENT GROUP
P.O. BOX 1120
HONOLULU, HAWAII 96807-9980

**9** NO EMPLOYEES:
THIS REPORT MUST BE FILED EVEN THOUGH NO EMPLOYEES WORKED THIS MONTH.

PLEASE CHECK THE APPROPRIATE BOX.

☐ NO EMPLOYEES WORKED THIS MONTH. PLEASE CONTINUE MAILING REPORT FORMS.

☐ TRANSFER TO INACTIVE STATUS. WE HAD NO EMPLOYEE TO REPORT THIS MONTH AND DO NOT ANTICIPATE HIRING ANY IN THE NEAR FUTURE.

**10**    RECEIVE DATE:

Reports are due the following month and must be received at the bank or postmarked by the 25th to avoid liquidated damages and interest. Liquidated damages are calculated at 20% of contributions due each trust or $20.00 per trust, whichever is greater. Interest is due at the maximum rates permitted by law and specified in the Trust Agreement of each trust. These rates vary and may approach or exceed 20% per annum.

PART 1 – TRUST COPY
PART 2 – LOCAL UNION
PART 3 – EMPLOYER'S COPY

TOTAL HOURS THIS PAGE  284

# HAWAII CARPENTERS JOINT TRUST FUNDS

## EMPLOYERS MONTHLY REPORT TO TRUSTEES

**1**

| THIS REPORT COVERS HOURS FOR THIS MONTH OF | ACCOUNT NUMBER |
|---|---|
| **August, 2004** | **19041   DL** |
| FEDERAL I.D. NUMBER | STATE LICENSE NUMBER |

The undersigned, as the authorized representative of the signatory contractor herein agrees to comply with the wages, hours and working conditions of the collective bargaining agreement between Local 745 of the United Brotherhood of Carpenters and Joiners of America, (hereinafter Union) and signatory contractor members of the General Contractors Labor Association and the Builders Industry Labor Association of Hawaii, Hawaii Wall and Ceiling Industry Association, and independent contractors (hereinafter Contractor).

The Contractor hereby adopts and agrees to be bound by the trust agreements and amendments thereto of the Hawaii Carpenters Health and Welfare Fund, Hawaii Carpenters Apprenticeship and Training Fund, Hawaii Carpenters Vacation & Holiday Fund, Drywall Apprenticeship Training Fund, Financial Security Fund, Market Recovery Program, Hawaii Carpenters Retiree Health & Welfare Fund, Hawaii Carpenters 401-K Plan, and rules and regulations adopted thereunder by the Trustees.

I do hereby certify under penalty of perjury that the employees listed below constitute all the employees for who I am required to make payments to the various Trust Funds and that the hours shown for each employee are the total hours for which he/she worked during said period.

**EMPLOYER NAME AND ADDRESS**

DYNAMIC INTERIORS, INC.
4137 LIKINI STREET
HONOLULU, HI  96818

DRYWALL-JOURNEYMAN   09/2003 DL

IF THE ABOVE INFORMATION IS INCORRECT PLEASE INDICATE CHANGES

SIGNED BY _____ TITLE *Secretary* DATE 8/31/04

**2** COMPUTATION OF CONTRIBUTIONS

**3**

| MEMBER CLASSIFICATION | APPR. CODE | TOTAL HOURS | RETIREE HEALTH & WELFARE @ .40 /HR | ACTIVE HEALTH & WELFARE @ 4.82 /HR | APPRENTICE & TRAINING @ .65 /HR | VACATION & HOLIDAY @ 5.00 /HR | FINANCIAL SECURITY @ 4.00 /HR | MARKET RECOVERY @ .53 /HR | 401-K @ 1.50 /HR | **4** TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| Journeyman | | 106 | 42.40 | 510.92 | 68.90 | 530.00 | 424.00 | 58.18 | 159.00 | 1793.40 |
| Apprentices pre 9/2002 | | 106 | 42.40 | 510.92 | 68.90 | 530.00 | 424.00 | 58.18 | 159.00 | 1893.40 |
| 50% | A3 | | | | | | $4.00 @ | 56.18 | | 1793.40 |
| 45% | A2 | | | | | | $4.00 @ | | | |
| 40% | A1 | | N/A | | | $5.00 @ | N/A | N/A | N/A | |
| Apprentices post 9/2002 | | | | | | | | | | |
| 90% - 95% | A8 | | | | | $4.00 @ | $3.00 @ | | | |
| 80% - 80% | A7 | | | | | $3.00 @ | $2.00 @ | | | |
| 50% - 60% | A6 | | | | | $2.00 @ | $1.00 @ | | | |
| 45% | A5 | 14 | 5.60 | 67.48 | 9.10 | $1.00 @ 14.00 | | 7.42 | 21.00 | 124.60 |
| 40% | A4 | | | | | $1.00 @ | N/A | N/A | N/A | |
| Liquidated Damages or Adjustments | | | | | | | | | | |
| **Totals** | | | $ 90.40 | $ 1089.32 | $ 146.90 | $ 1074.00 | $ 848.00 | $ 123.78 | $ 339.00 | $ 3731.40 |

| UBC Training Fund .02 x per hour | $ 4.52 | UBC Education & Development Fund .02 x per hour | $ 4.52 | $ 9.04 |
|---|---|---|---|---|
| (Effective September 1, 2003) | | (Effective August 30, 2004) | | |

GRAND TOTAL $ **3720.44**

**5**

| EMPLOYEE'S NAME LAST NAME & FIRST NAME | APPRENTICE CODE | **6** SOCIAL SECURITY NUMBER | **7** TOTAL HOURS |
|---|---|---|---|
| ESCOSIO, FULGENCIO | A5 | 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 | 14 |
| GRAELLOS, RICHARD | 80% | 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 | 104 |
| MENDOZA, MICHAEL | JM | 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 | 106 |

**8** THIS REPORT SHOULD BE ACCOMPANIED BY ONE CHECK TO:

**CENTRAL PACIFIC BANK
THE MANAGEMENT GROUP**
P.O. BOX 1120
HONOLULU, HAWAII 96807-9980

**9** NO EMPLOYEES:
THIS REPORT MUST BE FILED EVEN THOUGH NO EMPLOYEES WORKED THIS MONTH.

PLEASE CHECK THE APPROPRIATE BOX.

☐ NO EMPLOYEES WORKED THIS MONTH. PLEASE CONTINUE MAILING REPORT FORMS.

☐ TRANSFER TO INACTIVE STATUS. WE HAD NO EMPLOYEE TO REPORT THIS MONTH AND DO NOT ANTICIPATE HIRING ANY IN THE NEAR FUTURE.

18243

| DATE | INVOICE NO. | DESCRIPTION | INVOICE AMOUNT | DEDUCTION | BALANCE |
|------|-------------|-------------|----------------|-----------|---------|
| 3-31-03 | 033103 | 02698,03-31-03.12,27%C | 847.13 | .00 | 847.13 |
| 5-31-03 | 053103 | 02698,05-03.15,47%COMP | 4518.00 | .00 | 4518.00 |
| -30-03 | 063003 | 02698,6-03.16,55%COMP | 3012.00 | .00 | 3012.00 |
| 8-31-03 | 083103 | 02698, 0803.18, 89%COM | 4969.80 | .00 | 4969.80 |
| 9-30-03 | 093003 | 02698, 0903.19, 94%COM | 1807.20 | .00 | 1807.20 |
| 1-31-03 | 013103b | 02698,10-01-03,9.3%com | 992.96 | .00 | 992.96 |
| 2-28-03 | 022803A | 02698,11.02-03,16.8%CO | 2823.91 | .00 | 2823.91 |
| 4-30-03 | 043003B | 02698,04-03.13,35%COMP | 3012.00 | .00 | 3012.00 |
| 7-31-03 | 073103B | 02698, 0703.17, 76%COM | 282.95 | .00 | 282.95 |

| CHECK DATE | 8-31-04 | CHECK NUMBER | 18243 | TOTALS | 22265.95 | .00 | 22265.95 |
|------------|---------|--------------|-------|--------|----------|-----|----------|

ORIGINAL DOCUMENT PRINTED ON CHEMICAL REACTIVE PAPER WITH MICROPRINTED BORDER - SEE REVERSE SIDE FOR COMPLETE SECURITY FEATURES

**PER, INC.**
500 ALA KAWA STREET, BLDG. 214-A
HONOLULU, HAWAII 96817

**American Savings Bank.**
An [   ] Company
P.O. Box 2300 • Honolulu, Hawaii 96804-2300
www.ASBhawaii.com
59-7076/3213

18243

| DATE | CHECK NO. | AMOUNT |
|------|-----------|--------|
| August 31, 2004 | 18243 | $*****22,265.95 |

Pay: **********Twenty-two thousand two hundred sixty-five dollars and 95 cents

TO THE ORDER OF

DYNAMIC INTERIORS, INC.
and HI CARPENTERS JOINT TRUST FUND
4137 LIKINI ST
HONOLULU, HI 96818

*Eric Sito*

THIS DOCUMENT CONTAINS HEAT SENSITIVE INK - TOUCH OR PRESS HERE - RED IMAGE DISAPPEARS WITH HEAT

⑈018243⑈ ⑉321370765⑉ 80009⑈92771⑈

# HAWAII CARPENTERS JOINT TRUST FUNDS

## EMPLOYERS MONTHLY REPORT TO TRUSTEES

**1** | THIS REPORT COVERS HOURS FOR THIS MONTH OF
**September, 2004**
FEDERAL I.D. NUMBER

ACCOUNT NUMBER
**19041 DL**
STATE LICENSE NUMBER

The undersigned, as the authorized representative of the signatory contractor herein agrees to comply with the wages, hours and working conditions of the collective bargaining agreement between Local 745 of the United Brotherhood of Carpenters and Joiners of America, (hereinafter Union) and signatory contractor members of the General Contractors Labor Association and the Builders Industry Labor Association of Hawaii, Hawaii Wall and Ceiling Industry Association, and independent contractors (hereinafter Contractor).

The Contractor hereby adopts and agrees to be bound by the trust agreements and amendments thereto of the Hawaii Carpenters Health and Welfare Fund, Hawaii Carpenters Apprenticeship and Training Fund, Hawaii Carpenters Vacation & Holiday Fund, Drywall Apprenticeship Training Fund, Financial Security Fund, Market Recovery Program, Hawaii Carpenters Retiree Health & Welfare Fund, Hawaii Carpenters 401-K Plan, and rules and regulations adopted thereunder by the Trustees.

I do hereby certify under penalty of perjury that the employees listed below constitute all the employees for who I am required to make payments to the various Trust Funds and that the hours shown for each employee are the total hours for which he/she worked or was paid.

**EMPLOYER NAME AND ADDRESS**

**DYNAMIC INTERIORS, INC.**
**4137 LIKINI STREET**
**HONOLULU, HI 96818**

**DRYWALL-JOURNEYMAN  09/2004 DL**

IF THE ABOVE INFORMATION IS INCORRECT PLEASE INDICATE CHANGES

SIGNED BY      TITLE      DATE

## 2 COMPUTATION OF CONTRIBUTIONS

**3**

| MEMBER CLASSIFICATION | APPR. CODE | TOTAL HOURS | RETIREE HEALTH & WELFARE @ .45 /HR | ACTIVE HEALTH & WELFARE @ 5.07 /HR | APPRENTICE & TRAINING @ .76 /HR | VACATION & HOLIDAY @ 5.00 /HR | FINANCIAL SECURITY @ 4.20 /HR | MARKET RECOVERY @ .50 /HR | 401-K @ 1.50 /HR | **4** TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| Journeyman | | 30 | 13.50 | 152.10 | 22.80 | 150.00 | 126.00 | 15.00 | 40.00 | 524.40 |
| Apprentices pre 9/2002 | | 24 | 10.80 | 121.68 | 18.24 | 120.00 | 100.80 | 12.00 | 36.00 | 419.52 |
| 50% | A3 | | | | | | $4.00 @ | | | |
| 45% | A2 | | | | | | $4.00 @ | | | |
| 40% | A1 | | N/A | | | $5.00 @ | N/A | N/A | N/A | |
| Apprentices post 9/2002 | | | | | | | | | | |
| 90% - 95% | A8 | | | | | $4.00 @ | $3.00 @ | | | |
| 70% - 80% | A7 | | | | | $3.00 @ | $2.00 @ | | | |
| 50% - 60% | A6 | | | | | $2.00 @ | $1.00 @ | | | |
| 45% | A4 | | | | | $1.00 @ | N/A | | | |
| 40% | A4 | | N/A | | | $1.00 @ | N/A | N/A | N/A | |
| Liquidated Damages or Adjustments | | | | | | | | | | 943.92 |
| Totals | | | $ 24.30 | $ 273.72 | $ 41.04 | $ 170.00 | $ 213.80 | $ 27.00 | $ 81.00 | $ 943.92 |

| UBC Training Fund .02 x per hour $ 1.08 | UBC Education & Development Fund   .02 x per hour $ 1.08 | $ 546.08 2.16 |
|---|---|---|
| (Effective September 1, 2003) | (Effective August 30, 2004) | **GRAND TOTAL** $ 946.08 |

**5** | EMPLOYEE'S NAME LAST NAME & FIRST NAME | APPRENTICE CODE | **6** SOCIAL SECURITY NUMBER | **7** TOTAL HOURS | **8**

| | | | |
|---|---|---|---|
| MIRALLES RICHARD P. | 80 (0) A1 | 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 | 24 |
| MENDOZA, MICHAEL | | 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 | 30 |

**8** THIS REPORT SHOULD BE ACCOMPANIED BY ONE CHECK TO:

**CENTRAL PACIFIC BANK**
**THE MANAGEMENT GROUP**
**P.O. BOX 1120**
**HONOLULU, HAWAII 96807-9980**

**9** NO EMPLOYEES:
THIS REPORT MUST BE FILED EVEN THOUGH NO EMPLOYEES WORKED THIS MONTH.

PLEASE CHECK THE APPROPRIATE BOX.

☐ NO EMPLOYEES WORKED THIS MONTH. PLEASE CONTINUE MAILING REPORT FORMS.

☐ TRANSFER TO INACTIVE STATUS. WE HAD NO EMPLOYEE TO REPORT THIS MONTH AND DO NOT ANTICIPATE HIRING ANY IN THE NEAR FUTURE.

# HAWAII CARPENTERS JOINT TRUST FUNDS

## EMPLOYERS MONTHLY REPORT TO TRUSTEES

| 1 | THIS REPORT COVERS HOURS FOR THIS MONTH OF | ACCOUNT NUMBER | |
|---|---|---|---|
| | October, 2004 | 19041    DL | |
| | FEDERAL I.D. NUMBER | STATE LICENSE NUMBER | |

The undersigned, as the authorized representative of the signatory contractor herein agrees to comply with the wages, hours and working conditions of the collective bargaining agreement between Local 745 of the United Brotherhood of Carpenters and Joiners of America, (hereinafter Union) and signatory contractor members of the General Contractors Labor Association and the Builders Industry Labor Association of Hawaii, Hawaii Wall and Ceiling Industry Association, and independent contractors (hereinafter Contractor).

The Contractor hereby adopts and agrees to be bound by the trust agreements and amendments thereto of the Hawaii Carpenters Health and Welfare Fund, Hawaii Carpenters Apprenticeship and Training Fund, Hawaii Carpenters Vacation & Holiday Fund, Drywall Apprenticeship Training Fund, Financial Security Fund, Market Recovery Program, Hawaii Carpenters Retiree Health & Welfare Fund, Hawaii Carpenters 401-K Plan, and rules and regulations adopted thereunder by the Trustees.

I do hereby certify under penalty of perjury that the employees listed below constitute all the employees for who I am required to make payments to the various Trust Funds and that the hours shown for each employee are the total hours for which he/she worked or was paid.

**EMPLOYER NAME AND ADDRESS**

DYNAMIC INTERIORS, INC.
4137 LIKINI STREET
HONOLULU, HI  96818

DRYWALL-JOURNEYMAN    09/2004 DL

| SIGNED BY | TITLE | DATE |
|---|---|---|
| Esquivaldo | Secretary | 11/4/04 |

### RECORD OF PAYMENT

One thousand four hundred eighty nine + 20/100

| DATE | TO THE ORDER OF | | CHECK NUMBER | CHECK AMOUNT |
|---|---|---|---|---|
| 11/31/04 | HI carpenters joint Trust Fund | OCT. 2004 / DESCRIPTION | 4C19 | 1,489 |

NON – NEGOTIABLE

Form No. D-11 BPD

| | 40% | A4 | N/A | | N/A | $1.00 | N/A | | N/A | N/A | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Liquidated Damages or Adjustments | | | | | | | | | | | |
| Totals | $ | $ | $ | | $ | $ | $ | | $ | $ 1485.80 | |

| UBC Training Fund .02 x per hour | $ 1.70 | UBC Education & Development Fund | .02 x per hour | $ 1.70 | 3.40 |
|---|---|---|---|---|---|
| (Effective September 1, 2003) | | (Effective August 30, 2004) | | | |

| | GRAND TOTAL $ | 1,489.20 |
|---|---|---|

| 5 | EMPLOYEE'S NAME LAST NAME & FIRST NAME | APPRENTICE CODE | 6 | SOCIAL SECURITY NUMBER | 7 | TOTAL HOURS | 8 THIS REPORT SHOULD BE ACCOMPANIED BY ONE CHECK TO: |
|---|---|---|---|---|---|---|---|
| | GRAELLOS, RICHARD P. | 90% | | 576 - 79 - 6475 | | 32 | **CENTRAL PACIFIC BANK THE MANAGEMENT GROUP P.O. BOX 1120 HONOLULU, HAWAII 96807-9980** |
| | MENDOZA, MICHAEL E. | | | 576 - 71 - 9139 | | 53 | |

**9 NO EMPLOYEES:**
THIS REPORT MUST BE FILED EVEN THOUGH <u>NO</u> EMPLOYEES WORKED THIS MONTH.

PLEASE CHECK THE APPROPRIATE BOX.

☐ NO EMPLOYEES WORKED THIS MONTH. PLEASE CONTINUE MAILING REPORT FORMS.

☐ TRANSFER TO INACTIVE STATUS. WE HAD NO EMPLOYEE TO REPORT THIS MONTH AND DO NOT ANTICIPATE HIRING ANY IN THE NEAR FUTURE.

Check Date: 10/19/2004
SU 3528386
Check No. 3349821

| Invoice Number | Invoice Date | Co/Job | Voucher ID | Gross Amount | Discount | Paid Amount |
|---|---|---|---|---|---|---|
| 91459 | 10/19/04 | 36/5751 | 18433001 | 12,889.19 | | 12,889.19 |

Message   036-05751-000003  Contract: 24037        AF  Final PF: Contract Exec: 10-01-2002

| Vendor Number | Vendor Name | | Total Discounts | |
|---|---|---|---|---|
| 170102-006 | DYNAMIC INTERIORS INC AND | | $ 0.00 | |
| **Check Number** | **Date** | **Total Amount** | **Discounts Taken** | **Total Paid Amount** |
| 3349821 | 10/19/04 | $ 12,889.19 | $ 0.00 | $ 12,889.19 |

HERE                                                                                                    TEAR HE

WARNING: ORIGINAL DOCUMENT HAS A BLUE COLORED BACKGROUND ON WHITE PAPER

3349821

Kiewit Pacific Co.
Box 31096
Omaha, NE  68131

First Interstate Bank Billings
P.O. Box 30918
Billings, MT    59116-0918
93-168/929

Date  10/19/04

U.S.Funds
Pay Amount  $ 12,889.19***

Pay  *** Twelve Thousand Eight Hundred Eighty-Nine and 19/100***

To The
Order Of      DYNAMIC INTERIORS INC AND
              HAWAII CARPENTERS TRUST FUND

_Kevin Anderson_
Authorized Signature

⑈3349821⑈ ⑆092901683⑆ 00⑈004⑈3⑈

# Remittance Advice

**CO/JOB/SMC:** 36/5751/3
**Company Name:** Kiewit Pacific Co.
**Job Name:** HIA-Ticket Lobby Canopies
**Vendor:** 170102-6: DYNAMIC INTERIORS INC AND HAWAII CARPENTERS TRUST FUND

**Contract:** 24037

**Check Number:** 3349821
**Check Issued:** 19 Oct 2004

**Check Amount:** 12,889.19

## Allocation Entries
### Check

12,889.19

| Payform | Work End Date | Gross Amt. | Rtng. Amt | Field Rtng. Adj. | Backcharge | PST Amt. | GST Amt. | QST Amt. | H.O. Rtng. Adj. | Discount Amt. | Adj. Net Amt. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12 | 31 Dec 2003 | 4,148.00 | (207.40) | | (4,400.00) | | | | | | (459.40) |

**Printed: 19 Oct 2004**



**DYNAMIC INTERIORS, INC.**
GENERAL ACCO
4137 LIKINI STREET
HONOLULU, HAWAII 96818
PHONE: (808) 841-0215

59-177/1213

3957

| EXPLANATION | AMOUNT |
| --- | --- |
| | |
| | |
| | |

PAY
TO THE
ORDER
OF

*Five Hundred forty -six + 08/100* ——— **DOLLARS**

**CHECK AMOUNT**

| DATE | TO THE ORDER OF | DESCRIPTION | CHECK NUMBER | CHECK AMOUNT |
| --- | --- | --- | --- | --- |
| 10/27/04 | HI Carpenters jt Trust Fund | Sept. 2004 | 3957 | $ 546.08 |

**HAWAII NATIONAL BANK** HAWAII    MAIN BRANCH
HONOLULU, HAWAII

▉ THIS DOCUMENT CONTAINS HEAT SENSITIVE INK  TOUCH OR PRESS HERE • RED IMAGE DISAPPEARS WITH HEAT ▉

⑊"003957"⑊ ⑊121301772⑊ 120⑊01112⑊

---

10-27-2004

Gene, Here is a check for Sept. 2004 Report.

Could you please make a Release for

    1. Stan's Contracting
       JOB: Kaneohe Police Station

    2. Cc Engineering & Construction
       JOB: Honolulu International Airport
            Architectural Removal Phase 1

Thank You

Please call me when I can pick up the Release.

Eddie

**RECORD OF PAYMENT**

Five Hunched forty - six ~~REMITTANCE ADVICE~~ C8/ —

| ATE | TO THE ORDER OF | | CHECK NUMBER | CHECK AMOUNT |
|---|---|---|---|---|
| 7/04 | HI Carpentors jt Trust Fund | Sept. 2004 | 3957 | 546 00 |
| | | DESCRIPTION | | |

Eddy V. Azlodeo

*NON – NEGOTIABLE*

No. D-11 BPD

**DYNAMIC INTERIORS, INC.**
GENERAL ACCOUNT
4137 LIKINI STREET
HONOLULU, HAWAII 96818
PHONE: (808) 841-0215

59-177/1213

3960

| EXPLANATION | AMOUNT |
|---|---|
| | |
| | |

PAY
AMOUNT
OF

Four Hundred only                                    DOLLARS

CHECK
AMOUNT

| DATE | TO THE ORDER OF | DESCRIPTION | CHECK NUMBER | CHECK AMOUNT |
|---|---|---|---|---|
| 9/30/04 | HI Carpenters Joint Trust Fund Sept 2004 additional payment | | 3960 | $ 400.00 |

**HAWAII NATIONAL BANK**
HAWAII

MAIN BRANCH
HONOLULU, HAWAII

⑈THIS DOCUMENT CONTAINS HEAT SENSITIVE INK. TOUCH OR PRESS HERE – RED IMAGE DISAPPEARS WITH HEAT ⑈

⑈"003960"⑈  ⑈121301772⑈:  120⑈01112⑈"

*RECORD OF PAYMENT*

Four Hundred only

REMITTANCE SOURCE

| ATE | TO THE ORDER OF | | CHECK NUMBER | CHECK AMOUNT | |
|-----|-----------------|--|--------------|--------------|--|
| 28/04 | HI Carpenters Joint Trust Fund Sept 2004 | | 3960 | 400 | 00 |

DESCRIPTION
within payment

*NON – NEGOTIABLE*

No. D-11 BPD

# HAWAII CARPENTERS JOINT TRUST FUNDS

## EMPLOYERS MONTHLY REPORT TO TRUSTEES

| 1 THIS REPORT COVERS HOURS FOR THIS MONTH OF | ACCOUNT NUMBER | |
|---|---|---|
| November, 2004 | 19041  DL | |
| FEDERAL I.D. NUMBER | STATE LICENSE NUMBER | |

The undersigned, as the authorized representative of the signatory contractor herein agrees to comply with the wages, hours and working conditions of the collective bargaining agreement between Local 745 of the United Brotherhood of Carpenters and Joiners of America, (hereinafter Union) and signatory contractor members of the General Contractors Labor Association and the Builders Industry Labor Association of Hawaii, Hawaii Wall and Ceiling Industry Association, and independent contractors (hereinafter Contractor).

The Contractor hereby adopts and agrees to be bound by the trust agreements and amendments thereto of the Hawaii Carpenters Health and Welfare Fund, Hawaii Carpenters Apprenticeship and Training Fund, Hawaii Carpenters Vacation & Holiday Fund, Drywall Apprenticeship Training Fund, Financial Security Fund, Market Recovery Program, Hawaii Carpenters Retiree Health & Welfare Fund, Hawaii Carpenters 401-K Plan, and rules and regulations adopted thereunder by the Trustees.

I do hereby certify under penalty of perjury that the employees listed below constitute all the employees for who I am required to make payments to the various Trust Funds and that the hours shown for each employee are the total hours for which he/she worked or was paid.

**EMPLOYER NAME AND ADDRESS**

DYNAMIC INTERIORS, INC.
4137 LIKINI STREET
HONOLULU, HI  96818

DRYWALL-JOURNEYMAN    09/2004 DL

IF THE ABOVE INFORMATION IS INCORRECT PLEASE INDICATE CHANGES

| SIGNED BY | TITLE | DATE |
|---|---|---|

## 2 COMPUTATION OF CONTRIBUTIONS

| 3 MEMBER CLASSIFICATION | APPR. CODE | TOTAL HOURS | RETIREE HEALTH & WELFARE @ .45 /HR | ACTIVE HEALTH & WELFARE @5.07 /HR | APPRENTICE & TRAINING @ .76 /HR | VACATION & HOLIDAY @5.00 /HR | FINANCIAL SECURITY @4.20 /HR | MARKET RECOVERY @ .50 /HR | 401-K @1.50 /HR | 4 TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| Journeyman | | | | | | | | | | |
| Apprentices pre 9/2002 | | 272 | 122.00 | 1379.04 | 206.72 | 1200.00 | 1142.40 | 136.00 | 408.00 | 4,754.16 |
| 50% | A3 | | | | | $4.00 | | | | |
| 45% | A2 | | | | | $4.00 | | | | |
| 40% | A1 | | | N/A | N/A | $5.00 | N/A | N/A | N/A | |
| Apprentices post 9/2002 | | | | | | | | | | |
| 90% - 95% | A8 | | | | | $4.00 | $3.00 | | | |
| 70% - 80% | A7 | | | | | $3.00 | $2.00 | | | |
| 50% - 60% | A6 | | | | | $2.00 | $1.00 | | | |
| 45% | A5 | | | | | $1.00 | N/A | | | |
| 40% | A4 | | | N/A | N/A | $1.00 | N/A | N/A | N/A | |
| Liquidated Damages or Adjustments | | | | | | | | | | |
| Totals | | | $ 122.00 | $ 1379.04 | $ 206.72 | $ 1200.00 | $ 1142.40 | $ 136.00 | $ 408.00 | $ 4754.16 |

| UBC Training Fund .02 x per hour | $ 5.44 | UBC Education & Development Fund .02 x per hour | $ 5.44 | | 10.88 |
|---|---|---|---|---|---|
| (Effective September 1, 2003) | | (Effective August 30, 2004) | | | |

**GRAND TOTAL $ 4,765.04**

| 5 EMPLOYEE'S NAME LAST NAME & FIRST NAME | APPRENTICE CODE | 6 SOCIAL SECURITY NUMBER | 7 TOTAL HOURS |
|---|---|---|---|
| CIRALLOS, RICHARD | 90% | 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 | 126 |
| MENDOZA, MICHAEL | 95% | 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 | 136 |

**8** THIS REPORT SHOULD BE ACCOMPANIED BY ONE CHECK TO:

**CENTRAL PACIFIC BANK
THE MANAGEMENT GROUP
P.O. BOX 1120
HONOLULU, HAWAII 96807-9980**

**9 NO EMPLOYEES:**
THIS REPORT MUST BE FILED EVEN THOUGH NO EMPLOYEES WORKED THIS MONTH.

PLEASE CHECK THE APPROPRIATE BOX.

☐ NO EMPLOYEES WORKED THIS MONTH. PLEASE CONTINUE MAILING REPORT FORMS.

☐ TRANSFER TO INACTIVE STATUS. WE HAD NO EMPLOYEE TO REPORT THIS MONTH AND DO NOT ANTICIPATE HIRING ANY IN THE NEAR FUTURE.

DYNAMIC INTERIORS, INC.
GENERAL ACCOUNT
4137 LIKINI STREET
HONOLULU, HAWAII 96818
PHONE: (808) 841-0215

59-177/1213

4019

| EXPLANATION | AMOUNT |
|---|---|
| | |

PAY
AMOUNT One thousand four hundred eighty-nine + 20/100    DOLLARS
OF

CHECK
AMOUNT

| DATE | TO THE ORDER OF | DESCRIPTION | CHECK NUMBER | CHECK AMOUNT |
|---|---|---|---|---|
| 30/04 | HI Carpenters Joint Trust Fund | OCT. 2004 | 4019 | $ 1,489.20 |

HAWAII NATIONAL BANK    MAIN BRANCH
HONOLULU, HAWAII

⑆004019⑆ ⑆121301772⑆ 120⑈01112⑆ ⑆0000148920⑆

---

DYNAMIC INTERIORS, INC.
GENERAL ACCOUNT
4137 LIKINI STREET
HONOLULU, HAWAII 96818
PHONE: (808) 841-0215

59-177/1213

3992

| EXPLANATION | AMOUNT |
|---|---|
| | |

PAY
AMOUNT One hundred twenty-seven and 50/100    DOLLARS
OF

CHECK
AMOUNT

| DATE | TO THE ORDER OF | DESCRIPTION | CHECK NUMBER | CHECK AMOUNT |
|---|---|---|---|---|
| 11/5/04 | HAWAII Carpenters 401 (K) Fund | October 2004 | 3992 | $ 127.50 |

Eddie V. Agoulos

HAWAII NATIONAL BANK    MAIN BRANCH
HONOLULU, HAWAII

⑆003992⑆ ⑆121301772⑆ 120⑈01112⑆ ⑆0000012750⑆

---

DYNAMIC INTERIORS, INC.
GENERAL ACCOUNT
4137 LIKINI STREET
HONOLULU, HAWAII 96818
PHONE: (808) 841-0215

59-177/1213

3960

| EXPLANATION | AMOUNT |
|---|---|
| | |

PAY
AMOUNT Four Hundred only    DOLLARS
OF

CHECK
AMOUNT

| DATE | TO THE ORDER OF | DESCRIPTION | CHECK NUMBER | CHECK AMOUNT |
|---|---|---|---|---|
| 10/28/04 | HI Carpenters Joint Trust Fund | Sept 2004 additional payment | 3960 | $ 400.0 |

HAWAII NATIONAL BANK    MAIN BRANCH
HONOLULU, HAWAII

⑆003960⑆ ⑆121301772⑆ 120⑈01112⑆ ⑆0000040000⑆

# HAWAII CARPENTERS JOINT TRUST FUNDS

## EMPLOYERS MONTHLY REPORT TO TRUSTEES

| 1 | THIS REPORT COVERS HOURS FOR THIS MONTH OF<br>**December, 2004** | ACCOUNT NUMBER<br>**19041 DL** | |
|---|---|---|---|
| | FEDERAL I.D. NUMBER | STATE LICENSE NUMBER | |

The undersigned, as the authorized representative of the signatory contractor herein agrees to comply with the wages, hours and working conditions of the collective bargaining agreement between Local 745 of the United Brotherhood of Carpenters and Joiners of America, (hereinafter Union) and signatory contractor members of the General Contractors Labor Association and the Builders Industry Labor Association of Hawaii, Hawaii Wall and Ceiling Industry Association, and independent contractors (hereinafter Contractor).

The Contractor hereby adopts and agrees to be bound by the trust agreements and amendments thereto of the Hawaii Carpenters Health and Welfare Fund, Hawaii Carpenters Apprenticeship and Training Fund, Hawaii Carpenters Vacation & Holiday Fund, Drywall Apprenticeship Training Fund, Financial Security Fund, Market Recovery Program, Hawaii Carpenters Retiree Health & Welfare Fund, Hawaii Carpenters 401-K Plan, and rules and regulations adopted thereunder by the Trustees.

I do hereby certify under penalty of perjury that the employees listed below constitute all the employees for who I am required to make payments to the various Trust Funds and that the hours shown for each employee are the total hours for which he/she worked or was paid.

**EMPLOYER NAME AND ADDRESS**

DYNAMIC INTERIORS, INC.
4137 LIKINI STREET
HONOLULU, HI 96818

DRYWALL-JOURNEYMAN    09/2004 DL

SIGNED BY _____   TITLE _____   DATE 2/1/05

IF THE ABOVE INFORMATION IS INCORRECT PLEASE INDICATE CHANGES

## 2 COMPUTATION OF CONTRIBUTIONS

| 3 MEMBER CLASSIFICATION | APPR. CODE | TOTAL HOURS | RETIREE HEALTH & WELFARE .45 /HR | ACTIVE HEALTH & WELFARE 5.07 /HR | APPRENTICE & TRAINING .76 /HR | VACATION & HOLIDAY 5.00 /HR | FINANCIAL SECURITY 4.20 /HR | MARKET RECOVERY .50 /HR | 401-K 1.50 /HR | 4 TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| Journeyman | | | | | | | | | | |
| Apprentices pre 9/2002 | | 312 | 140.40 | 1581.84 | 237.12 | 1560.00 | 1310.40 | 156.00 | 468.00 | 5453.76 |
| 50% | A3 | | | | | $4.00 | | | | |
| 45% | A2 | | | | | $4.00 | | | | |
| 40% | A1 | | N/A | | N/A | $5.00 | N/A | | N/A | N/A |
| Apprentices post 9/2002 | | | | | | | | | | |
| 90% - 95% | A8 | | | | | $4.00 | $3.00 | | | |
| 70% - 80% | A7 | | | | | $3.00 | $2.00 | | | |
| 50% - 60% | A6 | | | | | $2.00 | $1.00 | | | |
| 45% | A4 | | | | | $1.00 | | | | |
| 40% | A4 | | N/A | | N/A | $1.00 | N/A | | N/A | N/A |
| Liquidated Damages or Adjustments | | | | | | | 1310.40 | | | |
| Totals | | | $ 140.40 | $ 1581.84 | $ 237.12 | $ 1560.00 | $ 4200 | $ 156.00 | $ 468.00 | $ 5453.76 |

| UBC Training Fund .02 x per hour | $ 6.24 | UBC Education & Development Fund .02 x per hour | $ 6.24 | $ 12.48 |
|---|---|---|---|---|
| (Effective September 1, 2003) | | (Effective August 30, 2004) | | |

**GRAND TOTAL $ 5466.24**

| 5 EMPLOYEE'S NAME LAST NAME & FIRST NAME | APPRENTICE CODE | 6 SOCIAL SECURITY NUMBER | 7 TOTAL HOURS | 8 |
|---|---|---|---|---|
| CORNELIUS, RICHARD | 90% | 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 | 152 | |
| MENDOZA, MICHAEL | 95% | 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 | 140 | |

8 THIS REPORT SHOULD BE ACCOMPANIED BY ONE CHECK TO:

**CENTRAL PACIFIC BANK
THE MANAGEMENT GROUP
P.O. BOX 1120
HONOLULU, HAWAII 96807-9980**

9 NO EMPLOYEES
THIS REPORT MUST BE FILED EVEN THOUGH NO EMPLOYEES WORKED THIS MONTH.

PLEASE CHECK THE APPROPRIATE BOX.

☐ NO EMPLOYEES WORKED THIS MONTH. PLEASE CONTINUE MAILING REPORT FORMS.

☐ TRANSFER TO INACTIVE STATUS. WE HAD NO EMPLOYEE TO REPORT THIS MONTH AND DO NOT ANTICIPATE HIRING ANY IN THE NEAR FUTURE.



DYNAMIC INTERIORS, INC.
GENERAL ACCOUNT
2137 LIKINI STREET
HONOLULU, HAWAII 96818
PHONE (808) 841-0115

4184

PAY
AMOUNT   Five thousand four hundred sixty six   + 24/100   DOLLARS

CHECK
AMOUNT

| DATE | TO THE ORDER OF | DESCRIPTION | CHECK NUMBER | CHECK AMOUNT |
|------|----------------|-------------|--------------|--------------|
| 5/05 | Hawaii Carpenters Joint Trust Fund | DBC 2004 Report | 4184 | $ 5,466.24 |

HAWAII NATIONAL BANK    MAIN BRANCH
HONOLULU, HAWAII

⑈005184⑈ ⑆121301772⑆   ⑈20⑈01112⑈