# DYNAMIC INTERIORS, INC.

Accounts Payable _____ 2005

Hawaii Carpenters Trust Fund

| MONTH | CONTRIBUTION OWED | AMOUNT PAID | BALANCE | COMMENT |
|---|---|---|---|---|
| BALANCE BROUGHT FORWARD: | | | $ (22,484.12) | |
| January '05 | $ 4,344.96 | $ | $ (18,139.16) | |
| February '05 | $ 4,311.66 | $ 5,466.24 | $ (19,293.74) | Dynamic Ck#4184  Paid: 2/3/05 |
| March '05 | $ 4,760.00 | $ 4,344.96 | $ (23,638.70) | Dynamic Ck#4224  Paid: 2/27/05 |
| April '05 | $ 3,635.84 | $ 4,311.66 | $ (23,190.36) | Dynamic Ck#4240  Paid: 3/31/05 |
| May '05 | $ 4,344.96 | $ | $ (19,554.52) | |
| June '05 | $ 4,485.12 | $ - | $ (15,209.56) | |
| July '05 | $ 6,026.88 | $ 4,760.00 | $ (10,724.44) | Dynamic Ck#4347  Paid 7/7/05 |
| August '05 | $ 4,765.96 | $ 3,635.84 | $ (9,457.56) | Dynamic Ck#4157  Paid 7/25/05 |
| September '05 | $ 2,891.20 | $ 4,344.96 | $ (13,093.40) | Dynamic Ck#4100  Paid 9/21/05 |
| October '05 | $ - | $ 5,369.85 | $ (8,327.44) | Dynamic Ck#4113  Paid 10/6/05 |
| November '05 | $ - | $ - | $ (9,781.20) | |
| December '05 | $ - | $ 3,845.60 | $ (15,151.05) | Dynamic Ck#4383  Paid 12/1/05 |
| | $ 39,566.58 | $ 36,079.11 | $ (18,996.65) | |



EXHIBIT "E"

# HAWAII CARPENTERS JOINT TRUST FUNDS

## EMPLOYERS MONTHLY REPORT TO TRUSTEES

**1** THIS REPORT COVERS HOURS FOR THIS MONTH OF
**January, 2005**

FEDERAL I.D. NUMBER

ACCOUNT NUMBER **19041 DL**

STATE LICENSE NUMBER

The undersigned, as the authorized representative of the signatory contractor herein agrees to comply with the wages, hours and working conditions of the collective bargaining agreement between Local 745 of the United Brotherhood of Carpenters and Joiners of America, (hereinafter Union) and signatory contractor members of the General Contractors Labor Association and the Builders Industry Labor Association of Hawaii, Hawaii Wall and Ceiling Industry Association, and independent contractors (hereinafter Contractor).

The Contractor hereby adopts and agrees to be bound by the trust agreements and amendments thereto of the Hawaii Carpenters Health and Welfare Fund, Hawaii Carpenters Apprenticeship and Training Fund, Hawaii Carpenters Vacation & Holiday Fund, Drywall Apprenticeship Training Fund, Financial Security Fund, Market Recovery Program, Hawaii Carpenters Retiree Health & Welfare Fund, Hawaii Carpenters 401-K Plan, and rules and regulations adopted thereunder by the Trustees.

I do hereby certify under penalty of perjury that the employees listed below constitute all the employees for whom I am required to make payments to the various Trust Funds and that the hours shown for each employee are the total hours for which he/she worked or was paid.

**EMPLOYER NAME AND ADDRESS**

DYNAMIC INTERIORS, INC.
4137 LIKINI STREET
HONOLULU, HI  96818

DRYWALL-JOURNEYMAN    09/2004 DL

IF THE ABOVE INFORMATION IS INCORRECT PLEASE INDICATE CHANGES

SIGNED BY _____ Santos 2/27/05    TITLE    DATE

**2** COMPUTATION OF CONTRIBUTIONS

**3**

| MEMBER CLASSIFICATION | APPR. CODE | TOTAL HOURS | RETIREE HEALTH & WELFARE .45 /HR | ACTIVE HEALTH & WELFARE 5.07 /HR | APPRENTICE & TRAINING .76 /HR | VACATION & HOLIDAY 5.00 /HR | FINANCIAL SECURITY 4.20 /HR | MARKET RECOVERY .50 /HR | 401-K 1.50 /HR | **4** TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| Journeyman | | 128 | 57.60 | 648.96 | 97.28 | 640.00 | 537.60 | 64.00 | 192.00 | 2237.44 |
| Apprentices pre 9/2002 | 90% | 120 | 54.00 | 608.40 | 91.20 | 600.00 | 504.60 | 60.00 | 180.00 | 2097.60 |
| 50% | A3 | | | | | | $4.00 @ | | | |
| 45% | A2 | | | | | | $4.00 @ | | | |
| 40% | A1 | | N/A | | N/A | $5.00 @ | | N/A | N/A | N/A |
| Apprentices post 9/2002 | | | | | | | | | | |
| 90% - 95% | A8 | | | | | $4.00 @ | $3.00 @ | | | |
| 80% | A7 | | | | | $3.00 @ | $2.00 @ | | | |
| 60% - 60% | A6 | | | | | $2.00 @ | $1.00 @ | | | |
| 45% | A5 | | | | | $1.00 @ | | N/A | | |
| 40% | A4 | | N/A | | | $1.00 @ | N/A | N/A | N/A | |
| Liquidated Damages or Adjustments | | | 111.60 T | | | | | | | |
| Totals | | | $ 111.60 | $ 1257.36 | $ 188.48 | $ 1240.00 | $ 1041.60 | $ 124.00 | $ 496.00 | $ 4335.04 |

UBC Training Fund .02 x per hour $ 4.96
(Effective September 1, 2003)

UBC Education & Development Fund .02 x per hour $ 4.96
(Effective August 30, 2004)

GRAND TOTAL $ 4344.96

| EMPLOYEE'S NAME LAST NAME & FIRST NAME | APPRENTICE CODE **6** | SOCIAL SECURITY NUMBER | **7** TOTAL HOURS | **8** THIS REPORT SHOULD BE ACCOMPANIED BY ONE CHECK TO: |
|---|---|---|---|---|
| PHELLES, RICHARD | 170 | 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 | 120 | CENTRAL PACIFIC BANK THE MANAGEMENT GROUP P.O. BOX 1120 HONOLULU, HAWAII 96807-9980 |
| MIYOTA, MICHEL | J28 | 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 | 128 | |

**9** NO EMPLOYEES:
THIS REPORT MUST BE FILED EVEN THOUGH NO EMPLOYEES WORKED THIS MONTH.

PLEASE CHECK THE APPROPRIATE BOX.

☐ NO EMPLOYEES WORKED THIS MONTH. PLEASE CONTINUE MAILING REPORT FORMS.

☐ TRANSFER TO INACTIVE STATUS. WE HAD NO EMPLOYEE TO REPORT THIS MONTH AND DO NOT ANTICIPATE HIRING ANY IN THE NEAR FUTURE.

# HAWAII CARPENTERS JOINT TRUST FUNDS

## EMPLOYERS MONTHLY REPORT TO TRUSTEES

**1** THIS REPORT COVERS HOURS FOR THIS MONTH OF
**February, 2005**
FEDERAL I.D. NUMBER

ACCOUNT NUMBER
**19041 DL**
STATE LICENSE NUMBER

The undersigned, as the authorized representative of the signatory contractor herein agrees to comply with the wages, hours and working conditions of the collective bargaining agreement between Local 745 of the United Brotherhood of Carpenters and Joiners of America, (hereinafter Union) and signatory contractor members of the General Contractors Labor Association and the Builders Industry Labor Association of Hawaii, Hawaii Wall and Ceiling Industry Association, and independent contractors (hereinafter Contractor).

The Contractor hereby adopts and agrees to be bound by the trust agreements and amendments thereto of the Hawaii Carpenters Health and Welfare Fund, Hawaii Carpenters Apprenticeship and Training Fund, Hawaii Carpenters Vacation & Holiday Fund, Drywall Apprenticeship Training Fund, Financial Security Fund, Market Recovery Program, Hawaii Carpenters Retiree Health & Welfare Fund, Hawaii Carpenters 401-K Plan, and rules and regulations adopted thereunder by the Trustees.

I do hereby certify under penalty of perjury that the employees listed below constitute all the employees for who I am required to make payments to the various Trust Funds and that the hours shown for each employee are the total hours for which he/she worked or was paid.

**EMPLOYER NAME AND ADDRESS**

DYNAMIC INTERIORS, INC.
4137 LIKINI STREET
HONOLULU, HI 96818

*OFFICE COPY*

DRYWALL–JOURNEYMAN  09/2004 DL

SIGNED BY _____ TITLE OFFICE SECRETARY DATE 3/6/05

IF THE ABOVE INFORMATION IS INCORRECT PLEASE INDICATE CHANGES

**2** COMPUTATION OF CONTRIBUTIONS

| 3 MEMBER CLASSIFICATION | APPR. CODE | TOTAL HOURS | RETIREE HEALTH & WELFARE @ .45 /HR | ACTIVE HEALTH & WELFARE @ 5.07 /HR | APPRENTICE & TRAINING @ .76 /HR | VACATION & HOLIDAY @ 5.00 /HR | FINANCIAL SECURITY @ 4.20 /HR | MARKET RECOVERY @ .50 /HR | 401-K @ 1.50 /HR | 4 TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| Journeyman | | 120 | 54.00 | 608.40 | 91.20 | 600.00 | 504.00 | 60.00 | 180.00 | 2097.60 |
| Apprentices pre 9/2002 | 90 | 128 | 24.30 | 648.96 | 97.28 | 640.00 | 537.60 | 64.00 | 192.00 | 2204.14 |
| 50% | A3 | | | | | | 4.20 / 4.00 @ | | | |
| 45% | A2 | | | | | | 4.20 / 4.00 @ | | | |
| 40% | A1 | | N/A | | N/A | 5.00 @ | N/A | N/A | N/A | |
| Apprentices post 9/2002 | | | | | | | | | | |
| 90% - 95% | A8 | | | | | 4.00 @ | 3.00 @ | | | |
| 70% - 80% | A7 | | | | | 3.00 @ | 2.00 @ | | | |
| 50% - 60% | A6 | | | | | 2.00 @ | 1.00 @ | | | |
| 45% | A5 | | | | | 1.00 @ | N/A | | | |
| 40% | A4 | | N/A | | N/A | 1.00 @ | N/A | N/A | N/A | |
| Liquidated Damages or Adjustments | | | | | | | | | | |
| Totals | | 248 | $78.30 | $1257.36 | $188.48 | $1240.00 | $1041.60 | $124.00 | $372.00 | $4301.74 |

UBC Training Fund .02 x per hour $ **4.96**
(Effective September 1, 2003)

UBC Education & Development Fund .02 x per hour $ **4.96**
(Effective August 30, 2004)

$ **9.92**

GRAND TOTAL $ **4311.66**

| 5 EMPLOYEE'S NAME LAST NAME & FIRST NAME | APPRENTICE CODE | 6 SOCIAL SECURITY NUMBER | 7 TOTAL HOURS | 8 |
|---|---|---|---|---|
| GRAELLOS, RICHARD | | | 128 | THIS REPORT SHOULD BE ACCOMPANIED BY ONE CHECK TO: |
| MENDOZA, MICHAEL E. | 120 | | 120 | CENTRAL PACIFIC BANK THE MANAGEMENT GROUP P.O. BOX 1120 HONOLULU, HAWAII 96807-9980 |

• ORIGINAL DOCUMENT PRINTED ON CHEMICAL REACTIVE PAPER WITH MICROPRINTED BORDER • SEE REVERSE SIDE FOR COMPLETE SECURITY FEATURES •

---

**D**

**DYNAMIC INTERIORS, INC.**
GENERAL ACCOUNT
4137 LIKINI STREET
HONOLULU, HAWAII 96818
PHONE: (808) 841-0215

| EXPLANATION | AMOUNT |
|---|---|
| | |
| | |

59-177/1213

**4250**

AMOUNT  *Four thousand three hundred eleven* = 66/100 DOLLARS

TO THE ORDER OF: HI Carpenters joint Trust Fund

DESCRIPTION: Feb 2005 report

CHECK NUMBER: 4250

CHECK AMOUNT $ 4,311.66

**D DYNAMIC INTERIORS, INC.**
GENERAL ACCOUNT
4137 LIKINI STREET
HONOLULU, HAWAII 96818
PHONE: (808) 841-0215

59-177/1213

4184

| EXPLANATION | AMOUNT |
|-------------|--------|
|             |        |

Five thousand four hundred sixty six + 24/100 **DOLLARS**

| | TO THE ORDER OF | DESCRIPTION | CHECK NUMBER | CHECK AMOUNT |
|---|---|---|---|---|
| 05 | Hawaii Carpenters Joint Trust Fund | DEC 2004 Report | 4184 | $ 5,466.24 |

*HAWAII NATIONAL BANK*
HAWAII    MAIN BRANCH
HONOLULU, HAWAII

⑈004184⑈ ⑆121301772⑆ 120⑈01112⑈                    ⑈000546624⑈

Lockbox Deposit to the Credit
of within named Payee
CENTRAL PACIFIC BANK
Honolulu, Hawaii 121301578

Back of
Check# 4184



**DYNAMIC INTERIORS, INC.**
GENERAL ACCOUNT
4137 LIKINI STREET
HONOLULU, HAWAII 96818
PHONE: (808) 841-0215

59-177/1213

4224

| EXPLANATION | AMOUNT |
|---|---|
| | |
| | |
| | |
| | |

NT —— FOUR THOUSAND THREE HUNDRED FORTY- FOUR and 96/100 DOLLARS

CHECK AMOUNT

| | TO THE ORDER OF | DESCRIPTION | CHECK NUMBER | | |
|---|---|---|---|---|---|
| 05 | Hawaii Carpenters Trust Fund | 1/05 Report | 4224 | $ | 4344.96 |

*HAWAII NATIONAL BANK*
HAWAII

MAIN BRANCH
HONOLULU, HAWAII

Eddie V. [signature]

⑆004224⑆ ⑆121301772⑆    120⑈01112⑈    ⑆0000434496⑆

50303 12027093 R13 >121301578< CENTRAL PACIFIC BANK
15826317*50 BRB73 B001 PB5
20050304 011002783 0001 032
NCLEARINGS

Lockbox Deposit to the Credit
of within named Payee
CENTRAL PACIFIC BANK
Honolulu, Hawaii 121301678

# HAWAII CARPENTERS JOINT TRUST FUNDS

## EMPLOYERS MONTHLY REPORT TO TRUSTEES

**1** THIS REPORT COVERS HOURS FOR THIS MONTH OF

March, 2005

FEDERAL I.D. NUMBER

ACCOUNT NUMBER
19041  DL

STATE LICENSE NUMBER

**EMPLOYER NAME AND ADDRESS**

DYNAMIC INTERIORS, INC.
4137 LIKINI STREET
HONOLULU, HI  96818

DRYWALL-JOURNEYMAN    09/2004 DL

IF THE ABOVE INFORMATION IS INCORRECT PLEASE INDICATE CHANGES

The undersigned, as the authorized representative of the signatory contractor herein agrees to comply with the wages, hours and working conditions of the collective bargaining agreement between Local 745 of the United Brotherhood of Carpenters and Joiners of America, (hereinafter Union) and signatory contractor members of the General Contractors Labor Association and the Builders Industry Labor Association of Hawaii, Hawaii Wall and Ceiling Industry Association, and independent contractors (hereinafter Contractor).

The Contractor hereby adopts and agrees to be bound by the trust agreements and amendments thereto of the Hawaii Carpenters Health and Welfare Fund, Hawaii Carpenters Apprenticeship and Training Fund, Hawaii Carpenters Vacation & Holiday Fund, Drywall Apprenticeship Training Fund, Financial Security Fund, Market Recovery Program, Hawaii Carpenters Retiree Health & Welfare Fund, Hawaii Carpenters 401-K Plan, and rules and regulations adopted thereunder by the Trustees.

I do hereby certify under penalty of perjury that the employees listed below constitute all the employees for which I am required to make payments to the various Trust Funds and that the hours shown for each employee are the total hours for which he/she worked or was paid.

SIGNED BY _____ TITLE _____ DATE 3/17/05

**3** | **2** COMPUTATION OF CONTRIBUTIONS | | | | | | | **4** TOTAL |

| MEMBER CLASSIFICATION | APPR. CODE | TOTAL HOURS | RETIREE HEALTH & WELFARE @ .45 /HR | ACTIVE HEALTH & WELFARE @ 5.07 /HR | APPRENTICE & TRAINING @ .76 /HR | VACATION & HOLIDAY @ 5.00 /HR | FINANCIAL SECURITY @ 4.20 /HR | MARKET RECOVERY @ .50 /HR | 401-K @ 1.50 /HR | **4** TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| Journeyman | | 136 | 61.20 | 689.52 | 103.36 | 680.00 | 571.20 | 68.00 | 204.00 | 2377.28 |
| Apprentices pre 9/2002 | | 136 | 61.20 | 689.52 | 103.36 | 680.00 | 571.20 | 68.00 | 204.00 | 2377.28 |
| 50% | A3 | | | | | | 4.20 | | | |
| 45% | A2 | | | | | | 4.20 | | | |
| 40% | A1 | | | N/A | | | | N/A | N/A | |
| Apprentices post 9/2002 | | | | | | | | | | |
| 90% - 95% | A8 | | | | $4.00 @ | | | | | |
| - 80% | A7 | | | | $3.00 @ | | $2.00 @ | | | |
| 50% - 60% | A6 | | | | $2.00 @ | | $1.00 @ | | | |
| 45% | A5 | | | | $1.00 @ | | | | | |
| 40% | A4 | | | N/A | $1.00 @ | | N/A | | | |
| Liquidated Damages or Adjustments | | | | | | | | | | |
| Totals | | | $ 122.40 | $ 1379.04 | $ 206.72 | $ 1360.00 | $ 1142.40 | $ 136.00 | $ 408.00 | $ 4754.56 |

UBC Training Fund .02 x per hour $ 2.72

(Effective September 1, 2005)

UBC Education & Development Fund .02 x per hour $ 2.72

(Effective August 30, 2004)

$ 5.44

**GRAND TOTAL** $ 4760.00

**5** | EMPLOYEE'S NAME LAST NAME & FIRST NAME | APPRENTICE CODE | **6** SOCIAL SECURITY NUMBER | **7** TOTAL HOURS |
|---|---|---|---|
| MENDOZA, MICHAEL C. | | 576 71-9139 | 136 |
| GRAULLUS, RICHARD P. | | 576 79-6475 | 136 |

**8** THIS REPORT SHOULD BE ACCOMPANIED BY ONE CHECK TO:

CENTRAL PACIFIC BANK
THE MANAGEMENT GROUP
P.O. BOX 1120
HONOLULU, HAWAII 96807-9980

**9** NO EMPLOYEES:
THIS REPORT MUST BE FILED EVEN THOUGH NO EMPLOYEES WORKED THIS MONTH.
PLEASE CHECK THE APPROPRIATE BOX.

☐ NO EMPLOYEES WORKED THIS MONTH. PLEASE CONTINUE MAILING REPORT FORMS.

☐ TRANSFER TO INACTIVE STATUS. WE HAD NO EMPLOYEE TO REPORT THIS MONTH AND DO NOT ANTICIPATE HIRING ANY IN THE NEAR FUTURE.

**10**    RECEIVE DATE:

**Reports are due the following month and must be received at the bank or postmarked by the 25th to avoid liquidated damages and interest.** Liquidated damages are calculated at 20% of contributions due each trust or $20.00 per trust, whichever is greater. Interest is due at the maximum rates permitted by law and specified in the Trust Agreement of each trust. These rates vary and may approach or exceed 20% per annum.

PART 1 – TRUST COPY
PART 2 – LOCAL UNION
PART 3 – EMPLOYER'S COPY

TOTAL HOURS THIS PAGE  272

REV. 03/04

**EMPLOYERS MONTHLY REPORT TO TRUSTEES**

| THIS REPORT COVERS HOURS FOR THIS MONTH OF | ACCOUNT NUMBER | |
|---|---|---|
| **1** April, 2005 | 19041   DL | |
| FEDERAL I.D. NUMBER | STATE LICENSE NUMBER | |

The undersigned, as the authorized representative of the signatory contractor herein agrees to comply with the wages, hours and working conditions of the collective bargaining agreement between Local 745 of the United Brotherhood of Carpenters and Joiners of America (hereinafter Union), and signatory contractor members of the General Contractors Labor Association and the Building Industry Labor Association of Hawaii, Hawaii Wall and Ceiling Industry Association, and independent contractors (hereinafter Contractor).

The Contractor hereby adopts and agrees to be bound by the trust agreements and amendments thereto of the Hawaii Carpenters Health and Welfare Fund, Hawaii Carpenters Apprenticeship and Training Fund, Hawaii Carpenters Vacation and Holiday Fund, Hawaii Carpenters Drywall and Lather Training Fund, Hawaii Carpenters Financial Security Fund, Hawaii Carpenters Market Recovery Program, Hawaii Carpenters Retiree Medical Trust Fund, Hawaii Carpenters 401(k) Plan, and rules and regulations adopted thereunder by the Trustees.

I do hereby certify under penalty of perjury that the employees listed below constitute all the employees for who I am required to make payments to the various trust funds and that the hours shown for each employee are the total hours for which he/she worked or was paid.

EMPLOYER NAME AND ADDRESS

DYNAMIC INTERIORS, INC.
4137 LIKINI STREET
HONOLULU, HI 96818

DRYWALL-JOURNEYMAN   09/2004 DL

IF THE ABOVE INFORMATION IS INCORRECT PLEASE INDICATE CHANGES

SIGNED BY _____ TITLE _____ DATE _____

**3** **2 COMPUTATION OF CONTRIBUTIONS**

| MEMBER CLASSIFICATION | APPR. CODE | TOTAL HOURS | RETIREE MEDICAL @ .45 /HR | ACTIVE HEALTH & WELFARE @ 5.07 /HR | APPRENTICE & TRAINING @ .76 /HR | VACATION & HOLIDAY @ 5.00 /HR | FINANCIAL SECURITY @ 4.20 /HR | MARKET RECOVERY @ .50 /HR | 401(k) @ 1.50 /HR | **4** TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| Journeyman | | 24 | 10.80 | 121.68 | 18.24 | 120.00 | 100.80 | 12.00 | 36.00 | 419.52 |
| Apprentices pre 9/2002 | 95% | 184 | 82.80 | 932.88 | 139.84 | 920.00 | 772.80 | 92.00 | 54.00  276.00 | 2841.32  3,216.32 |
| 50% | A3 | | | | | | @ 4.20 | | | |
| 45% | A2 | | | | | | @ 4.20 | | | |
| 40% | A1 | | N/A | | N/A | @ 5.00 | N/A | N/A | N/A | |
| Apprentices post 9/2002 | | | | | | | | | | |
| 90% - 95% | A8 | | | | | @ 4.00 | @ 3.00 | | | |
| 70% - 80% | A7 | | | | | @ 3.00 | @ 2.00 | | | |
| 50% - 60% | A6 | | | | | @ 2.00 | @ 1.00 | | | |
| 45% | A5 | | | | | @ 1.00 | N/A | | | |
| 40% | A4 | | N/A | | N/A | @ 1.00 | N/A | N/A | N/A | |
| Liquidated Damages or Adjustments | | | | | | | | | | |
| Totals | | 208 | $93.60 | $1054.56 | $158.08 | $1040.00 | $873.60 | $104.00 | 312.00  $90.00 | 3,635.84  $3413.84 |

| UBC Training Fund .02 per hour | $ 4.16 |
|---|---|

(Effective September 1, 2003)

| UBC Education & Development Fund .02 x per hour | $ 4.16 | $ 3422.832 |
|---|---|---|

(Effective August 30, 2004)

GRAND TOTAL $ 3422.16  3,635.84

| **5** EMPLOYEE'S NAME LAST NAME & FIRST NAME | APPRENTICE CODE | **6** SOCIAL SECURITY NUMBER | **7** TOTAL HOURS | **8** THIS REPORT SHOULD BE ACCOMPANIED BY ONE CHECK TO: |
|---|---|---|---|---|
| GRAELLOS, RICHARD P. | 95% | 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 | 184 | CENTRAL PACIFIC BANK |
| MENDOZA, MICHAEL E. | 9 | 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 | 24 | T.H. MANAGEMENT GROUP P.O. BOX 1120 HONOLULU, HAWAII 96807-9980 |

® ORIGINAL DOCUMENT PRINTED ON CHEMICAL REACTIVE PAPER WITH MICROPRINTED BORDER - SEE REVERSE SIDE FOR COMPLETE SECURITY FEATURES ®

**D** **DYNAMIC INTERIORS, INC.**
GENERAL ACCOUNT
4137 LIKINI STREET
HONOLULU, HAWAII 96818
PHONE: (808) 841-0215

59-177/1213

4157

EXPLANATION   AMOUNT

PAY ___ AMOUNT ___ Three thousand six hundred thirty five +84/100 ___ DOLLARS

| DATE | TO THE ORDER OF | DESCRIPTION | CHECK NUMBER | CHECK AMOUNT |
|---|---|---|---|---|
| 7/25/05 | Hawaii Carpenters Joint Trust Fund | April 2005 | 4157 | $3,635.84 |

CHECK AMOUNT

# HAWAII CARPENTERS JOINT TRUST FUNDS

EMPLOYERS MONTHLY REPORT TO TRUSTEES



| 1 THIS REPORT COVERS HOURS FOR THIS MONTH OF | ACCOUNT NUMBER |
|---|---|
| May, 2005 | 19041  DL |
| FEDERAL I.D. NUMBER | STATE LICENSE NUMBER |

The undersigned, as the authorized representative of the signatory contractor herein agrees to comply with the wages, hours and working conditions of the collective bargaining agreement between Local 745 of the United Brotherhood of Carpenters and Joiners of America (hereinafter Union), and signatory contractor members of the General Contractors Labor Association and the Building Industry Labor Association of Hawaii, Hawaii Wall and Ceiling Industry Association, and independent contractors (hereinafter Contractor).

The Contractor hereby adopts and agrees to be bound by the trust agreements and amendments thereto of the Hawaii Carpenters Health and Welfare Fund, Hawaii Carpenters Apprenticeship and Training Fund, Hawaii Carpenters Vacation and Holiday Fund, Hawaii Carpenters Drywall and Lather Training Fund, Hawaii Carpenters Financial Security Fund, Hawaii Carpenters Market Recovery Program, Hawaii Carpenters Retiree Medical Trust Fund, Hawaii Carpenters 401(k) Plan, and rules and regulations adopted thereunder by the Trustees.

I do hereby certify under penalty of perjury that the employees listed below constitute all the employees for who I am required to make payments to this various trust funds and that the hours shown for each employee are the total hours for which he/she worked or was paid.

**EMPLOYER NAME AND ADDRESS**

DYNAMIC INTERIORS, INC.
4137 LIKINI STREET
HONOLULU, HI  96818

DRYWALL-JOURNEYMAN    09/2004 DL

| SIGNED BY | TITLE | DATE |
|---|---|---|
| | | 7/28/04 |

IF THE ABOVE INFORMATION IS INCORRECT PLEASE INDICATE CHANGES

## 2 COMPUTATION OF CONTRIBUTIONS

| 3 MEMBER CLASSIFICATION | APPR. CODE | TOTAL HOURS | RETIREE MEDICAL @ .45 /HR | ACTIVE HEALTH & WELFARE @ 5.07 /HR | APPRENTICE & TRAINING @ .76 /HR | VACATION & HOLIDAY @ 5.00 /HR | FINANCIAL SECURITY @ 4.20 /HR | MARKET RECOVERY @ .50 /HR | 401(k) @ 1.50 /HR | 4 TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| Journeyman | | 104 | 46.80 | 527.28 | 79.04 | 520.00 | 436.80 | 52.00 | 156.00 | 1817.92 |
| Apprentices pre 9/2002 | | 144 | 64.80 | 730.08 | 109.44 | 720.00 | 604.80 | 72.00 | 216.00 | 2517.12 |
| 50% | A3 | | | | | | $4.20 @ | | | |
| 45% | A2 | | | | | | $4.20 @ | | | |
| 40% | A1 | | N/A | | N/A | $5.00 @ | | N/A | N/A | |
| Apprentices post 9/2002 | | | | | | | | | | |
| 90% - 95% | A8 | | | | | $4.00 @ | $3.00 @ | | | |
| - 80% | A7 | | | | | $3.00 @ | $2.00 @ | | | |
| 50% - 60% | A6 | | | | | $2.00 @ | $1.00 @ | | | |
| 45% | A5 | | | | | $1.00 @ | | N/A | | |
| 40% | A4 | 248 | N/A | | N/A | $1.00 @ | N/A | N/A | N/A | |
| Liquidated Damages or Adjustments | | | | | | | | | | |
| Totals | | | $111.60 | $1257.36 | $188.48 | $1240 | $1041.60 | $124 | $372 | $4335.04 |

| UBC Training Fund .02 x per hour | $4.96 | UBC Education & Development Fund .02 x per hour | $4.96 | $9.92 |
|---|---|---|---|---|
| (Effective September 1, 2003) | | (Effective August 30, 2004) | | |

**GRAND TOTAL $ 4,344.96**

| 5 EMPLOYEE'S NAME LAST NAME & FIRST NAME | APPRENTICE CODE | 6 SOCIAL SECURITY NUMBER | 7 TOTAL HOURS | 8 THIS REPORT SHOULD BE ACCOMPANIED BY ONE CHECK TO: |
|---|---|---|---|---|
| GRAELLO, RICHARD | 95% | 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 | 144 | CENTRAL PACIFIC BANK |
| MENDOZA, MICHAEL | JM | 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 | 104 | T.H. MANAGEMENT GROUP |
| | | | | P.O. BOX 1120 |
| | | | | HONOLULU, HAWAII 96807-9980 |

**9 NO EMPLOYEES:**
THIS REPORT MUST BE FILED EVEN THOUGH NO EMPLOYEES WORKED THIS MONTH.

---

| D | DYNAMIC INTERIORS, INC. GENERAL ACCOUNT 4137 LIKINI STREET HONOLULU, HAWAII 96818 PHONE: (808) 841-0215 | EXPLANATION | AMOUNT | 59-177/1213 |
|---|---|---|---|---|

4100

PAY TO THE AMOUNT OF  Four thousand three hundred forty four + 96/100   DOLLARS

| DATE | TO THE ORDER OF | DESCRIPTION | CHECK NUMBER | AMOUNT |
|---|---|---|---|---|
| 7/21/05 | HI Carpenters joint trust fund | May 05 report | 4100 | $4,344 |

HAWAII NATIONAL BANK
MAIN BRANCH
HONOLULU, HAWAII

⑈004100⑈ ⑆121301772⑆ 120⑈0112⑈



# HAWAII CARPENTERS JOINT TRUST FUNDS
## EMPLOYERS MONTHLY REPORT TO TRUSTEES

**1** THIS REPORT COVERS HOURS FOR THIS MONTH OF **June 2005**

ACCOUNT NUMBER **19041 DL**

FEDERAL I.D. NUMBER    STATE LICENSE NUMBER

**EMPLOYER NAME AND ADDRESS**

DYNAMIC INTERIORS, INC.
4137 LIKINI STREET
HONOLULU, HI 96818

DRYWALL-JOURNEYMAN 09/2004 DL

IF THE ABOVE INFORMATION IS INCORRECT PLEASE INDICATE CHANGES

The undersigned, as the authorized representative of the signatory contractor herein agrees to comply with the wages, hours and working conditions of the collective bargaining agreement between Local 745 of the United Brotherhood of Carpenters and Joiners of America (hereinafter Union), and signatory contractor members of the General Contractors Labor Association and the Building Industry Labor Association of Hawaii, Hawaii Wall and Ceiling Industry Association, and independent contractors (hereinafter Contractor).

The Contractor hereby adopts and agrees to be bound by the trust agreements and amendments thereto of the Hawaii Carpenters Health and Welfare Fund, Hawaii Carpenters Apprenticeship and Training Fund, Hawaii Carpenters Vacation and Holiday Fund, Hawaii Carpenters Drywall and Lather Training Fund, Hawaii Carpenters Financial Security Fund, Hawaii Carpenters Market Recovery Program, Hawaii Carpenters Retiree Medical Trust Fund, Hawaii Carpenters 401(k) Plan, and rules and regulations adopted thereunder by the Trustees.

I do hereby certify under penalty of perjury that the employees listed below constitute all the employees for who I am required to make payments to the various trust funds and that the hours shown for each employee are the total hours for which he/she worked or was paid.

SIGNED BY _Reginaldo Santoy_    TITLE    DATE 8/4/05

## 2 COMPUTATION OF CONTRIBUTIONS

**3**

| MEMBER CLASSIFICATION | APPR. CODE | TOTAL HOURS | RETIREE MEDICAL @ .45 /HR | ACTIVE HEALTH & WELFARE @ 5.07 /HR | APPRENTICE & TRAINING @ .76 /HR | VACATION & HOLIDAY @ 5.00 /HR | FINANCIAL SECURITY @ 4.20 /HR | MARKET RECOVERY @ .50 /HR | 401(k) @ 1.50 /HR | **4** TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| Journeyman | | 128 | 57.60 | 648.96 | 97.28 | 640.00 | 537.60 | 64.00 | 192.00 | 2,237.44 |
| Apprentices pre 9/2002 | | 128 | 57.60 | 648.96 | 97.28 | 640.00 | 537.60 | 64.00 | 192.00 | 2,237.44 |
| 50% | A3 | | | | | | $4.20 @ | | | |
| 45% | A2 | | | | | | $4.20 @ | | | |
| 40% | A1 | | N/A | | N/A | $5.00 @ | N/A | N/A | N/A | |
| Apprentices post 9/2002 | | | | | | | | | | |
| 90% - 95% | A8 | | | | | $4.00 @ | $3.00 @ | | | |
| 75 - 80% | A7 | | | | | $3.00 @ | $2.00 @ | | | |
| 50% - 60% | A6 | | | | | $2.00 @ | $1.00 @ | | | |
| 45% | A5 | | | | | $1.00 @ | N/A | | | |
| 40% | A4 | | N/A | | N/A | $1.00 @ | N/A | N/A | N/A | |
| Liquidated Damages or Adjustments | | | | | | | | | | |
| **Totals** | | 256 | $ 115.20 | $ 1297.92 | $ 194.56 | $ 1280.00 | $ 1075.20 | $ 128.00 | $ 384.00 | $ 4,474.8 |

UBC Training Fund .02 x per hour $ 5.12 (Effective September 1, 2003)

UBC Education & Development Fund .02 x per hour $ 5.12 (Effective August 30, 2004)

$ 10.24

GRAND TOTAL $ 4,485.12

**5** EMPLOYEE'S NAME LAST NAME & FIRST NAME

| | APPRENTICE CODE | **6** SOCIAL SECURITY NUMBER | **7** TOTAL HOURS |
|---|---|---|---|
| Cuaellos, Pedro | Jrm | 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 | 128 |
| Mendoza, Herbert L. | Jrm | 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 | 128 |

_Pd ck # 4113_
_5,369.85 ?_
_why._

**8** THIS REPORT SHOULD BE ACCOMPANIED BY ONE CHECK TO:

CENTRAL PACIFIC BANK
T.H. MANAGEMENT GROUP
P.O. BOX 1120
HONOLULU, HAWAII 96807-9980

**9** NO EMPLOYEES:
THIS REPORT MUST BE FILED EVEN THOUGH NO EMPLOYEES WORKED THIS MONTH.
- PLEASE CHECK THE APPROPRIATE BOX.

☐ NO EMPLOYEES WORKED THIS MONTH. PLEASE CONTINUE MAILING REPORT FORMS.

☐ TRANSFER TO INACTIVE STATUS. WE HAD NO EMPLOYEES TO REPORT THIS MONTH AND DO NOT ANTICIPATE HIRING ANY IN THE NEAR FUTURE.

# HAWAII CARPENTERS JOINT TRUST FUNDS

## EMPLOYERS MONTHLY REPORT TO TRUSTEES

| THIS REPORT COVERS HOURS FOR THIS MONTH OF | ACCOUNT NUMBER |
|---|---|
| **July, 2005** | **19041 DL** |
| FEDERAL I.D. NUMBER | STATE LICENSE NUMBER |

The undersigned, as the authorized representative of the signatory contractor herein agrees to comply with the wages, hours and working conditions in the collective bargaining agreement between Local 745 of the United Brotherhood of Carpenters and Joiners of America, (hereinafter Union) and signatory contractor members of the General Contractors Labor Association and the Builders Industry Labor Association of Hawaii, Hawaii Wall and Ceiling Industry Association, and independent contractors (hereinafter Contractor).

The Contractor hereby adopts and agrees to be bound by the trust agreements and amendments thereto of the Hawaii Carpenters Health and Welfare Fund, Hawaii Carpenters Apprenticeship and Training Fund, Hawaii Carpenters Vacation & Holiday Fund, Drywall Apprenticeship Training Fund, Financial Security Fund, Market Recovery Program, Hawaii Carpenters Retiree Health & Welfare Fund, Hawaii Carpenters 401-K Plan, and rules and regulations adopted thereunder by the Trustees.

I do hereby certify under penalty of perjury that the employees listed below constitute all the employees for who I am required to make payments to the various Trust Funds and that the hours shown for each employee are the total hours for which he/she worked or was paid.

**EMPLOYER NAME AND ADDRESS**

DYNAMIC INTERIORS, INC.
4137 LIKINI STREET
HONOLULU, HI 96818

DRYWALL-JOURNEYMAN 09/2004 DL

IF THE ABOVE INFORMATION IS INCORRECT PLEASE INDICATE CHANGES

| SIGNED BY | TITLE | DATE |
|---|---|---|
| | Secty | 8/6/05 |

## 2 COMPUTATION OF CONTRIBUTIONS

| 3 MEMBER CLASSIFICATION | APPR. CODE | TOTAL HOURS | RETIREE HEALTH & WELFARE @ .45 /HR | ACTIVE HEALTH & WELFARE @ 5.07 /HR | APPRENTICE & TRAINING @ .76 /HR | VACATION & HOLIDAY @ 5.00 /HR | FINANCIAL SECURITY @ 4.20 /HR | MARKET RECOVERY @ .50 /HR | 401-K @ 1.50 /HR | 4 TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| Journeyman | | 184 | 82.80 | 932.88 | 139.84 | 920.00 | 772.80 | 92.00 | 276.00 | 3218.32 |
| Apprentices pre 9/2002 | | 160 | 72.00 | 811.20 | 121.60 | 800.00 | 672.00 | 80.00 | 240.00 | 2796.80 |
| 50% | A3 | | | | | | 4.70 $460.00 | | | |
| 45% | A2 | | | | | | 4.20 $460.00 | | | |
| 40% | A1 | | N/A | | N/A | N/A | N/A | N/A | N/A | |
| Apprentices post 9/2002 | | | | | | | | | | |
| 90% - 95% | A8 | | | | | $4.00 | $3.00 | | | |
| 70% - 80% | A7 | | | | | $3.00 | $2.00 | | | |
| 50% - 60% | A6 | | | | | $2.00 | $1.00 | | | |
| 45% | A5 | | | | | $1.00 | N/A | | | |
| 40% | A4 | | N/A | | N/A | $1.00 | N/A | N/A | N/A | |

| Liquidated Damages or Adjustments | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Totals | | 344 | $ 154.80 | $ 1744.08 | $ 261.44 | $ 1720.00 | $ 1444.80 | $ 172.00 | $ 516.00 | $ 6013.1 |

| UBC Training Fund .02 x per hour | $ 6.88 | UBC Education & Development Fund .02 x per hour | $ 6.88 | $ 13.76 |
|---|---|---|---|---|
| (Effective September 1, 2003) | | (Effective August 30, 2004) | | |

| GRAND TOTAL | $ 6026.88 |
|---|---|

| 5 EMPLOYEE'S NAME LAST NAME & FIRST NAME | APPRENTICE CODE | 6 SOCIAL SECURITY NUMBER | 7 TOTAL HOURS |
|---|---|---|---|
| GIRNELLUS, RICHARD | 92½ | | 160 |
| IWAMOTO, MICHAEL | JM | | 184 |

**8** THIS REPORT SHOULD BE ACCOMPANIED BY ONE CHECK TO:

**CENTRAL PACIFIC BANK
THE MANAGEMENT GROUP
P.O. BOX 1120
HONOLULU, HAWAII 96807-9980**

**9** NO EMPLOYEES:
THIS REPORT MUST BE FILED EVEN THOUGH NO EMPLOYEES WORKED THIS MONTH.

PLEASE CHECK THE APPROPRIATE BOX.

☐ NO EMPLOYEES WORKED THIS MONTH. PLEASE CONTINUE MAILING REPORT FORMS.

☐ TRANSFER TO INACTIVE STATUS. WE HAD NO EMPLOYEE TO REPORT THIS MONTH AND DO NOT ANTICIPATE HIRING ANY IN THE NEAR FUTURE.

Account: 12001112



Check #4161 07/27 $1,451.55



Check #4341 07/06 $495.81



Check #4342 07/01 $1,520.00



Check #4343 07/07 $609.97



Check #4344 07/07 $419.00



Check #4345 07/14 $1,500.00



Check #4346 07/08 $180.50



Check #4347 07/12 $4,760.00



Check #4348 07/25 $102.18



Check #4349 07/08 $1,845.00



Check #4126 07/29 $1,800.00



Check #4151 07/18 $1,520.00



Check #4153 07/21 $216.95



Check #4154 07/22 $266.16



Check #4155 07/22 $1,800.00



Check #4156 07/29 $172.85



Check #4157 07/29 $3,635.84



Check #4158 07/27 $493.38



Check #4159 07/27 $3,550.00



Check #4160 07/27 $4,500.00



# HAWAII CARPENTERS JOINT TRUST FUNDS

## EMPLOYERS MONTHLY REPORT TO TRUSTEES

| **1** THIS REPORT COVERS HOURS FOR THIS MONTH OF | ACCOUNT NUMBER | |
|---|---|---|
| August, 2005 | 19041   DL | |
| FEDERAL I.D. NUMBER | STATE LICENSE NUMBER | |

The undersigned, as the authorized representative of the signatory contractor herein agrees to comply with the wages, hours and working conditions of the collective bargaining agreement between Local 745 of the United Brotherhood of Carpenters and Joiners of America (hereinafter Union), and signatory contractor members of the General Contractors Labor Association and the Building Industry Labor Association of Hawaii, Hawaii Wall and Ceiling Industry Association, and independent contractors (hereinafter Contractor).

The Contractor hereby adopts and agrees to be bound by the trust agreements and amendments thereto of the Hawaii Carpenters Health and Welfare Fund, Hawaii Carpenters Apprenticeship and Training Fund, Hawaii Carpenters Vacation and Holiday Fund, Hawaii Carpenters Drywall and Lather Training Fund, Hawaii Carpenters Financial Security Fund, Hawaii Carpenters Market Recovery Program, Hawaii Carpenters Retiree Medical Trust Fund, Hawaii Carpenters 401(k) Plan, and rules and regulations adopted thereunder by the Trustees.

I do hereby certify under penalty of perjury that the employees listed below constitute all the employees for who I am required to make payments to the various trust funds and that the hours shown for each employee are the total hours for which he/she worked or was paid.

**EMPLOYER NAME AND ADDRESS**

DYNAMIC INTERIORS, INC.
4137 LIKINI STREET
HONOLULU, HI 96818

DRYWALL-JOURNEYMAN 09/2004 DL

| SIGNED BY | TITLE | DATE |
|---|---|---|
| | | 10/3/05 |

F THE ABOVE INFORMATION IS INCORRECT PLEASE INDICATE CHANGES

## 2 COMPUTATION OF CONTRIBUTIONS

| **3** MEMBER CLASSIFICATION | APPR. CODE | TOTAL HOURS | RETIREE MEDICAL @ .45 /HR | ACTIVE HEALTH & WELFARE @ 5.07 /HR | APPRENTICE & TRAINING @ .76 /HR | VACATION & HOLIDAY @ 5.00 /HR | FINANCIAL SECURITY @ 4.20 /HR | MARKET RECOVERY @ .50 /HR | 401(k) @ 1.50 /HR | **4** TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| Journeyman | | 136 | 61.20 | 689.52 | 103.36 | 680.00 | 571.20 | 68.00 | 204.00 | 2377.28 |
| Apprentices pre 9/2002 | 136 | 136 | 61.20 | 689.52 | 103.36 | 680.00 | 571.20 | 68.00 | 204.00 | 2377.28 |
| 50% | A3 | | | | | | $4.20 @ | | | |
| 45% | A2 | | | | | | $4.20 @ | | | |
| 40% | A1 | | N/A | | N/A | $5.00 @ | N/A | N/A | N/A | |
| Apprentices post 9/2002 | | | | | | | | | | |
| 90% - 95% | A8 | | | | | $4.00 @ | $3.00 @ | | | |
| 7c   80% | A7 | | | | | $3.00 @ | $2.00 @ | | | |
| 50% - 60% | A6 | | | | | $2.00 @ | $1.00 @ | | | |
| 45% | A5 | | | | | $1.00 @ | N/A | | | |
| 40% | A4 | | N/A | | N/A | $1.50 @ | N/A | N/A | N/A | |
| Liquidated Damages or Adjustments | | | | | | | | | | |
| **Totals** | | 272 | $122.40 | $1379.04 | $206.72 | $1360.00 | $1142.40 | $136.00 | $408.00 | $4774.72 |

| UBC Training Fund .02 x per hour $ | 5.44 | UBC Education & Development Fund .02 x per hour $ | 5.44 | $ 10.88 |
|---|---|---|---|---|
| (Effective September 1, 2003) | | (Effective August 30, 2004) | | **GRAND TOTAL $ 4,785.44** |

| **5** EMPLOYEE'S NAME LAST NAME & FIRST NAME | APPRENTICE CODE | **6** SOCIAL SECURITY NUMBER | **7** TOTAL HOURS | **8** THIS REPORT SHOULD BE ACCOMPANIED BY ONE CHECK TO: |
|---|---|---|---|---|
| Spears, Roland | Jnm | | 136 | **CENTRAL PACIFIC BANK** T.H. MANAGEMENT GROUP P.O. BOX 1120 HONOLULU, HAWAII 96807-9980 |
| Visperis (?) | Jnm | | 136 | |

**9 NO EMPLOYEES:**
THIS REPORT MUST BE FILED EVEN THOUGH NO EMPLOYEES WORKED THIS MONTH.

PLEASE CHECK THE APPROPRIATE BOX.

☐ NO EMPLOYEES WORKED THIS MONTH. PLEASE CONTINUE MAILING REPORT FORMS.

☐ TRANSFER TO INACTIVE STATUS. WE HAD NO EMPLOYEES TO REPORT THIS MONTH AND DO NOT ANTICIPATE HIRING ANY IN THE NEAR FUTURE.



# HAWAII CARPENTERS JOINT TRUST FUNDS

## EMPLOYERS MONTHLY REPORT TO TRUSTEES

| THIS REPORT COVERS HOURS FOR THIS MONTH OF | ACCOUNT NUMBER |
|---|---|
| September, 2005 | 19041  DL |
| FEDERAL I.D. NUMBER | STATE LICENSE NUMBER |

**EMPLOYER NAME AND ADDRESS**

DYNAMIC INTERIORS, INC.
4137 LIKINI STREET
HONOLULU, HI  96818

DRYWALL-MASTER AGREEMENT  09/2005 DL

IF THE ABOVE INFORMATION IS INCORRECT PLEASE INDICATE CHANGES

The undersigned, as the authorized representative of the signatory contractor herein agrees to comply with the wages, hours and working conditions of the collective bargaining agreement between Local 745 of the United Brotherhood of Carpenters and Joiners of America (hereinafter Union), and signatory contractor members of the General Contractors Labor Association and the Building Industry Labor Association of Hawaii, Hawaii Wall and Ceiling Industry Association, and independent contractors (hereinafter Contractor).

The Contractor hereby adopts and agrees to be bound by the trust agreements and amendments thereto of the Hawaii Carpenters Health and Welfare Fund, Hawaii Carpenters Apprenticeship and Training Fund, Hawaii Carpenters Vacation and Holiday Fund, Hawaii Carpenters Drywall and Lather Training Fund, Hawaii Carpenters Financial Security Fund, Hawaii Carpenters Market Recovery Program, Hawaii Carpenters Retiree Medical Trust Fund, Hawaii Carpenters 401(k) Plan, and rules and regulations adopted thereunder by the Trustees.

I do hereby certify under penalty of perjury that the employees listed below constitute all the employees for who I am required to make payments to the various trust funds and that the hours shown for each employee are the total hours for which he/she worked or was paid.

SIGNED BY _____ TITLE _____ DATE 10/1/05

## 2 COMPUTATION OF CONTRIBUTIONS

| 3 MEMBER CLASSIFICATION | APPR. CODE | TOTAL HOURS | RETIREE MEDICAL .68 /HR | ACTIVE HEALTH & WELFARE 5.32 /HR | APPRENTICE & TRAINING .76 /HR | VACATION & HOLIDAY 5.00 /HR | FINANCIAL SECURITY 4.20 /HR | MARKET RECOVERY .50 /HR | 401(k) 1.50 /HR | 4 TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| Journeyman | | 80 | 54.40 | 440.00 | 60.80 | 400.00 | 336.00 | 40.00 | 120.00 | 1436.20 |
| Apprentices pre 9/2002 | | 80 | 71.40 | 425.00 | 60.80 | 410.00 | 336.00 | 40.00 | 120.00 | 1436.80 |
| 50% | A3 | | | | | | $4.20 @ | | | |
| 45% | A2 | | | | | | $4.20 @ | | | |
| 40% | A1 | | N/A | | N/A | $5.00 @ | N/A | N/A | N/A | |
| Apprentices post 9/2002 | | | | | | | | | | |
| 90% - 95% | A8 | | | | | $4.00 @ | $3.00 @ | | | |
| % - 80% | A7 | | | | | $3.00 @ | $2.00 @ | | | |
| 50% - 60% | A6 | | | | | $2.00 @ | $1.00 @ | | | |
| 45% | A5 | | | | | $1.00 @ | N/A | | | |
| 40% | A4 | | N/A | | N/A | $1.00 @ | N/A | N/A | N/A | |
| Liquidated Damages or Adjustments | | | | | | | | | | |
| Totals | | 160 | $108.80 | $851.20 | $121.60 | $800.00 | $672.00 | $80.00 | $170.00 | $2872.00 |

| UBC Training Fund .04 x per hour | $ 6.40 | UBC Education & Development Fund .02 x per hour | $ 6.40 | $ 19.20 |
|---|---|---|---|---|
| (Effective September 1, 2003) | | (Effective August 30, 2004) | | |

**GRAND TOTAL $ 2891.20**

| 5 EMPLOYEE'S NAME LAST NAME & FIRST NAME | APPRENTICE CODE | 6 SOCIAL SECURITY NUMBER | 7 TOTAL HOURS |
|---|---|---|---|
| GRKELLOS, RICHARD P. | 95% | | 80 |
| MEREDITH, MICHAEL L. | JM | | 80 |
| | | | |

**8** THIS REPORT SHOULD BE ACCOMPANIED BY ONE CHECK TO:

CENTRAL PACIFIC BANK
T.H. MANAGEMENT GROUP
P.O. BOX 1120
HONOLULU, HAWAII 96807-9980

**9** NO EMPLOYEES:
THIS REPORT MUST BE FILED EVEN THOUGH NO EMPLOYEES WORKED THIS MONTH.

PLEASE CHECK THE APPROPRIATE BOX.

☐ NO EMPLOYEES WORKED THIS MONTH. PLEASE CONTINUE MAILING REPORT FORMS.

☐ TRANSFER TO INACTIVE STATUS. WE HAD NO EMPLOYEES TO REPORT THIS MONTH AND DO NOT ANTICIPATE HIRING ANY IN THE NEAR FUTURE.



# HAWAII CARPENTERS JOINT TRUST FUNDS

## EMPLOYERS MONTHLY REPORT TO TRUSTEES

| THIS REPORT COVERS HOURS FOR THIS MONTH OF | ACCOUNT NUMBER | |
|---|---|---|
| September, 2005 | 19041 DL | |

FEDERAL I.D. NUMBER          STATE LICENSE NUMBER

The undersigned, as the authorized representative of the signatory contractor herein agrees to comply with the wages, hours and working conditions of the collective bargaining agreement between Local 745 of the United Brotherhood of Carpenters and Joiners of America (hereinafter Union), and signatory contractor members of the General Contractors Labor Association and the Building Industry Labor Association of Hawaii, Hawaii Wall and Ceiling Industry Association, and independent contractors (hereinafter Contractor).

The Contractor hereby adopts and agrees to be bound by the trust agreements and amendments thereto of the Hawaii Carpenters Health and Welfare Fund, Hawaii Carpenters Apprenticeship and Training Fund, Hawaii Carpenters Vacation and Holiday Fund, Hawaii Carpenters Drywall and Lather Training Fund, Hawaii Carpenters Financial Security Fund, Hawaii Carpenters Market Recovery Program, Hawaii Carpenters Retiree Medical Trust Fund, Hawaii Carpenters 401(k) Plan, and rules and regulations adopted thereunder by the Trustees.

I do hereby certify under penalty of perjury that the employees listed below constitute all the employees for who I am required to make payments to the various trust funds and that the hours shown for each employee are the total hours for which he/she worked or was paid.

**EMPLOYER NAME AND ADDRESS**

DYNAMIC INTERIORS, INC.
4137 LIKINI STREET
HONOLULU, HI 96818

DRYWALL-MASTER AGREEMENT  09/2005 DL

SIGNED BY _____ TITLE _____ DATE 10/1/05

IF THE ABOVE INFORMATION IS INCORRECT PLEASE INDICATE CHANGES

## 2 COMPUTATION OF CONTRIBUTIONS

| 3 MEMBER CLASSIFICATION | APPR. CODE | TOTAL HOURS | RETIREE MEDICAL .68 /HR | ACTIVE HEALTH & WELFARE 5.32 /HR | APPRENTICE & TRAINING .76 /HR | VACATION & HOLIDAY 5.00 /HR | FINANCIAL SECURITY 4.20 /HR | MARKET RECOVERY .50 /HR | 401(k) 1.50 /HR | 4 TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| Journeyman | | 80 | 54.40 | 440.00 | 60.80 | 400.00 | 336.00 | 40.00 | 120.00 | 1436.80 |
| Apprentices pre 9/2002 | | 80 | 54.40 | 425.00 | 60.80 | 410.00 | 336.00 | 40.00 | 110.00 | 1436.80 |
| 50% | A3 | | | | | | 4.20 | | | |
| 45% | A2 | | | | | | 4.20 | | | |
| 40% | A1 | | N/A | | N/A | 5.00 | N/A | N/A | N/A | |
| Apprentices post 9/2002 | | | | | | | | | | |
| 90% - 95% | A8 | | | | | 4.00 | 3.00 | | | |
| % - 80% | A7 | | | | | 3.00 | 2.00 | | | |
| 50% - 60% | A6 | | | | | 2.00 | 1.00 | | | |
| 45% | A5 | | | | | 1.00 | N/A | | | |

ORIGINAL DOCUMENT PRINTED ON CHEMICAL REACTIVE PAPER WITH MICROPRINTED BORDER • SEE REVERSE SIDE FOR COMPLETE SECURITY FEATURES

**D** DYNAMIC INTERIORS, INC.
GENERAL ACCOUNT
4137 LIKINI STREET
HONOLULU, HAWAII 96818
PHONE: (808) 841-0215

59-177/1213

**455**

| EXPLANATION | AMOUNT |
|---|---|
| | |
| | |

PAY AMOUNT OF  Two thousand eight hundred ninety-one + 20/100  DOLLARS

CHECK AMOUNT

| DATE | TO THE ORDER OF | DESCRIPTION | CHECK NUMBER | |
|---|---|---|---|---|
| 3/14/06 | HI Carpenters Joint Trust Fund | Sept 2005 | 4555 | $2,891. |

HAWAII NATIONAL BANK  MAIN BRANCH
HAWAII                HONOLULU, HAWAII

THIS DOCUMENT CONTAINS HEAT SENSITIVE INK • TOUCH OR PRESS HERE - RED IMAGE DISAPPEARS WITH HEAT

⑈004555⑈ ⑆121301772⑈ 120⑈0111 2⑈

☐ NO EMPLOYEES WORKED THIS MONTH. PLEASE CONTINUE MAILING REPORT FORMS.

☐ TRANSFER TO INACTIVE STATUS. WE HAVE NO EMPLOYEES TO REPORT THIS MONTH AND DO NOT ANTICIPATE HIRING ANY IN THE NEAR FUTURE.

Account: 12001112                                              Page: 6 of 7




Check #4097 09/23 $190.04




Check #4098 09/26 $880.24




Check #4100 09/26 $4,344.96




Check #4101 09/29 $160.80




Check #4102 09/29 $500.00



# HAWAII CARPENTERS JOINT TRUST FUNDS

## EMPLOYERS MONTHLY REPORT TO TRUSTEES

| THIS REPORT COVERS HOURS FOR THIS MONTH OF | ACCOUNT NUMBER |
|---|---|
| **1** October, 2005 | 19041    DL |
| FEDERAL I.D. NUMBER | STATE LICENSE NUMBER |

The undersigned, as the authorized representative of the signatory contractor herein agrees to comply with the wages, hours and working conditions of the collective bargaining agreement between Local 745 of the United Brotherhood of Carpenters and Joiners of America (hereinafter Union), and signatory contractor members of the General Contractors Labor Association and the Building Industry Labor Association of Hawaii, Hawaii Wall and Ceiling Industry Association, and independent contractors (hereinafter Contractor).

The Contractor hereby adopts and agrees to be bound by the trust agreements and amendments thereto of the Hawaii Carpenters Health and Welfare Fund, Hawaii Carpenters Apprenticeship and Training Fund, Hawaii Carpenters Vacation and Holiday Fund, Hawaii Carpenters Drywall and Lather Training Fund, Hawaii Carpenters Financial Security Fund, Hawaii Carpenters Market Recovery Program, Hawaii Carpenters Retiree Medical Trust Fund, Hawaii Carpenters 401(k) Plan, and rules and regulations adopted thereunder by the Trustees.

I do hereby certify under penalty of perjury that the employees listed below constitute all the employees for who I am required to make payments to the various trust funds and that the hours shown for each employee are the total hours for which he/she worked or was paid.

**EMPLOYER NAME AND ADDRESS**

DYNAMIC INTERIORS, INC.
4137 LIKINI STREET
HONOLULU, HI  96818-1112

DRYWALL-MASTER AGREEMENT  09/2005 DL

| SIGNED BY | TITLE | DATE 11/2/05 |
|---|---|---|

IF THE ABOVE INFORMATION IS INCORRECT PLEASE INDICATE CHANGES

## 2 COMPUTATION OF CONTRIBUTIONS

| **3** MEMBER CLASSIFICATION | APPR. CODE | TOTAL HOURS | RETIREE MEDICAL @ .68 /HR | ACTIVE HEALTH & WELFARE @5.32 /HR | APPRENTICE & TRAINING @ .76 /HR | VACATION & HOLIDAY @5.00 /HR | FINANCIAL SECURITY @4.20 /HR | MARKET RECOVERY @ .50 /HR | 401(k) @1.50 /HR | **4** TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| Journeyman | | | | | | | | | | |
| Apprentices pre 9/2002 | | | | | | | | | | |
| 50% | A3 | | | | | | $4.20 @ | | | |
| 45% | A2 | | | | | | $4.20 @ | | | |
| 40% | A1 | | N/A | | N/A | $5.00 @ | N/A | N/A | N/A | |
| Apprentices post 9/2002 | | | | | | | | | | |
| 90% - 95% | A8 | | | | | $4.00 @ | $3.00 @ | | | |
| 80% - 80% | A7 | | | | | $3.00 @ | $2.00 @ | | | |
| 50% - 60% | A6 | | | | | $2.00 @ | $1.00 @ | | | |
| 45% | A5 | | | | | $1.00 @ | N/A | | | |
| 40% | A4 | | N/A | | N/A | $1.00 @ | N/A | N/A | N/A | |
| Liquidated Damages or Adjustments | | | | | | | | | | |
| Totals | | | $ | $ | $ | $ | $ | $ | $ | $ |

| UBC Training Fund @ .04 /HR | $ | UBC Education & Development Fund @ .02 /HR | $ | | $ |
|---|---|---|---|---|---|

(Effective September 1, 2003)
Excludes 40% (A1 & A4) Apprentices

(Effective August 30, 2004)
Excludes 40% (A1 & A4) Apprentices

**GRAND TOTAL $** —0—

| **5** EMPLOYEE'S NAME LAST NAME & FIRST NAME | APPRENTICE CODE | **6** SOCIAL SECURITY NUMBER | **7** TOTAL HOURS | **8** THIS REPORT SHOULD BE ACCOMPANIED BY ONE CHECK TO: |
|---|---|---|---|---|
| | | | | **CENTRAL PACIFIC BANK** T.H. MANAGEMENT GROUP P.O. BOX 1120 HONOLULU, HAWAII 96807-9980 |
| | | | | |
| | | | | |
| NO WORK ACTIVITY | | | | |
| | | | | |

**9 NO EMPLOYEES:**
THIS REPORT MUST BE FILED EVEN THOUGH NO EMPLOYEES WORKED THIS MONTH.

PLEASE CHECK THE APPROPRIATE BOX.

[X] NO EMPLOYEES WORKED THIS MONTH. PLEASE CONTINUE MAILING REPORT FORMS.

[ ] TRANSFER TO INACTIVE STATUS. WE HAD NO EMPLOYEES TO REPORT THIS MONTH AND DO NOT ANTICIPATE HIRING ANY IN THE NEAR FUTURE.

Account: 12001112

 

Check #4110 10/11 $733.95

 

Check #4111 10/11 $100.00

 

Check #4112 10/12 $1,200.00

 

Check #4113 10/12 $5,369.85

 

Check #4114 10/12 $122.26



# HAWAII CARPENTERS JOINT TRUST FUNDS

## EMPLOYERS MONTHLY REPORT TO TRUSTEES

| 1 | THIS REPORT COVERS HOURS FOR THIS MONTH OF | ACCOUNT NUMBER | |
|---|---|---|---|
| | November, 2005 | 19041   DL | |
| | FEDERAL I.D. NUMBER | STATE LICENSE NUMBER | |

**EMPLOYER NAME AND ADDRESS**

DYNAMIC INTERIORS, INC.
4137 LIKINI STREET
HONOLULU, HI  96818-1112

DRYWALL-MASTER AGREEMENT  09/2005 DL

IF THE ABOVE INFORMATION IS INCORRECT PLEASE INDICATE CHANGES

The undersigned, as the authorized representative of the signatory contractor herein agrees to comply with the wages, hours and working conditions of the collective bargaining agreement between Local 745 of the United Brotherhood of Carpenters and Joiners of America (hereinafter Union), and signatory contractor members of the General Contractors Labor Association and the Building Industry Labor Association of Hawaii, Hawaii Wall and Ceiling Industry Association, and independent contractors (hereinafter Contractor).

The Contractor hereby adopts and agrees to be bound by the trust agreements and amendments thereto of the Hawaii Carpenters Health and Welfare Fund, Hawaii Carpenters Apprenticeship and Training Fund, Hawaii Carpenters Vacation and Holiday Fund, Hawaii Carpenters Drywall and Lather Training Fund, Hawaii Carpenters Financial Security Fund, Hawaii Carpenters Market Recovery Program, Hawaii Carpenters Retiree Medical Trust Fund, Hawaii Carpenters 401(k) Plan, and rules and regulations adopted thereunder by the Trustees.

I do hereby certify under penalty of perjury that the employees listed below constitute all the employees for who I am required to make payments to the various trust funds and that the hours shown for each employee are the total hours for which he/she worked or was paid.

| SIGNED BY | TITLE | DATE |
|---|---|---|
| | Secretary | 12/6/05 |

## 2 COMPUTATION OF CONTRIBUTIONS

| 3 MEMBER CLASSIFICATION | APPR. CODE | TOTAL HOURS | RETIREE MEDICAL @ .68 /HR | ACTIVE HEALTH & WELFARE @5.32 /HR | APPRENTICE & TRAINING @ .76 /HR | VACATION & HOLIDAY @5.00 /HR | FINANCIAL SECURITY @4.20 /HR | MARKET RECOVERY @ .50 /HR | 401(k) @1.50 /HR | 4 TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| Journeyman | | | | | | | | | | |
| Apprentices pre 9/2002 | | | | | | | | | | |
| 50% | A3 | | | | | | $4.20 @ | | | |
| 45% | A2 | | | | | | $4.20 @ | | | |
| 40% | A1 | | N/A | | N/A | $5.00 @ | N/A | | N/A | |
| Apprentices post 9/2002 | | | | | | | | | | |
| 90% - 95% | A8 | | | | | $4.00 @ | $3.00 @ | | | |
| % - 80% | A7 | | | | | $3.00 @ | $2.00 @ | | | |
| 50% - 60% | A6 | | | | | $2.00 @ | $1.00 @ | | | |
| 45% | A5 | | | | | $1.00 @ | N/A | | | |
| 40% | A4 | | N/A | | N/A | $1.00 @ | N/A | | N/A | |
| Liquidated Damages or Adjustments | | | | | | | | | | |
| Totals | | | $ | $ | $ | $ | $ | $ | $ | $ |

| UBC Training Fund @ .04 /HR | $ | UBC Education & Development Fund @ .02 /HR | $ | GRAND TOTAL $ |
|---|---|---|---|---|
| (Effective September 1, 2003) Excludes 40% (A1 & A4) Apprentices | | (Effective August 30, 2004) Excludes 40% (A1 & A4) Apprentices | | |

| 5 EMPLOYEE'S NAME LAST NAME & FIRST NAME | APPRENTICE CODE | 6 SOCIAL SECURITY NUMBER | 7 TOTAL HOURS | 8 THIS REPORT SHOULD BE ACCOMPANIED BY ONE CHECK TO: |
|---|---|---|---|---|
| | | | | **CENTRAL PACIFIC BANK** **T.H. MANAGEMENT GROUP** P.O. BOX 1120 **HONOLULU, HAWAII 96807-9980** |
| | | | | |
| | | | | **9** NO EMPLOYEES: THIS REPORT MUST BE FILED EVEN THOUGH NO EMPLOYEES WORKED THIS MONTH. |
| | | | | PLEASE CHECK THE APPROPRIATE BOX. |
| | | | | ☐ NO EMPLOYEES WORKED THIS MONTH. PLEASE CONTINUE MAILING REPORT FORMS. |
| | | | | ☒ TRANSFER TO INACTIVE STATUS. WE HAD NO EMPLOYEES TO REPORT THIS MONTH AND DO NOT ANTICIPATE HIRING ANY IN THE NEAR FUTURE. |



# HAWAII CARPENTERS JOINT TRUST FUNDS

## EMPLOYERS MONTHLY REPORT TO TRUSTEES

| **1** THIS REPORT COVERS HOURS FOR THIS MONTH OF | ACCOUNT NUMBER |
|---|---|
| DECEMBER 2005 | 19041  DL |
| FEDERAL I.D. NUMBER | STATE LICENSE NUMBER |

**EMPLOYER NAME AND ADDRESS**

DYNAMIC INTERIORS, INC.
4137 LIKINI STREET
HONOLULU, HI  96818-1112

DRYWALL-MASTER AGREEMENT  09/2005 DL

IF THE ABOVE INFORMATION IS INCORRECT PLEASE INDICATE CHANGES

The undersigned, as the authorized representative of the signatory contractor herein agrees to comply with the wages, hours and working conditions of the collective bargaining agreement between Local 745 of the United Brotherhood of Carpenters and Joiners of America (hereinafter Union), and signatory contractor members of the General Contractors Labor Association and the Building Industry Labor Association of Hawaii, Hawaii Wall and Ceiling Industry Association, and independent contractors (hereinafter Contractor).

The Contractor hereby adopts and agrees to be bound by the trust agreements and amendments thereto of the Hawaii Carpenters Health and Welfare Fund, Hawaii Carpenters Apprenticeship and Training Fund, Hawaii Carpenters Vacation and Holiday Fund, Hawaii Carpenters Drywall and Lather Training Fund, Hawaii Carpenters Financial Security Fund, Hawaii Carpenters Market Recovery Program, Hawaii Carpenters Retiree Medical Trust Fund, Hawaii Carpenters 401(k) Plan, and rules and regulations adopted thereunder by the Trustees.

I do hereby certify under penalty of perjury that the employees listed below constitute all the employees for who I am required to make payments to the various trust funds and that the hours shown for each employee are the total hours for which he/she worked or was paid.

SIGNED BY _____ TITLE Secretary DATE 12/6/05

**2** COMPUTATION OF CONTRIBUTIONS

| **3** MEMBER CLASSIFICATION | APPR. CODE | TOTAL HOURS | RETIREE MEDICAL @ .68 /HR | ACTIVE HEALTH & WELFARE @5.32 /HR | APPRENTICE & TRAINING @ .76 /HR | VACATION & HOLIDAY @5.00 /HR | FINANCIAL SECURITY @4.20 /HR | MARKET RECOVERY @ .50 /HR | 401(k) @ 1.50 /HR | **4** TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| Journeyman | | | | | | | | | | |
| Apprentices pre 9/2002 | | | | | | | | | | |
| 50% | A3 | | | | | | $4.20 @ | | | |
| 45% | A2 | | | | | | $4.20 @ | | | |
| 40% | A1 | | N/A | | N/A | $5.00 @ | N/A | N/A | N/A | |
| Apprentices post 9/2002 | | | | | | | | | | |
| 90% - 95% | A8 | | | | | $4.00 @ | $3.00 @ | | | |
| 70% - 80% | A7 | | | | | $3.00 @ | $2.00 @ | | | |
| 50% - 60% | A6 | | | | | $2.00 @ | $1.00 @ | | | |
| 45% | A5 | | | | | $1.00 @ | N/A | | | |
| 40% | A4 | | N/A | | N/A | $1.00 @ | N/A | N/A | N/A | |
| Liquidated Damages or Adjustments | | | | | | | | | | |
| Totals | | $ | $ | $ | $ | $ | $ | $ | $ | |

| UBC Training Fund @ .04 /HR $ | UBC Education & Development Fund @ .02 /HR $ | $ |
|---|---|---|
| (Effective September 1, 2003) Excludes 40% (A1 & A4) Apprentices | (Effective August 30, 2004) Excludes 40% (A1 & A4) Apprentices | **GRAND TOTAL $** |

| **5** EMPLOYEE'S NAME LAST NAME & FIRST NAME | APPRENTICE CODE | **6** SOCIAL SECURITY NUMBER | **7** TOTAL HOURS | **8** THIS REPORT SHOULD BE ACCOMPANIED BY ONE CHECK TO: |
|---|---|---|---|---|
| | | | | **CENTRAL PACIFIC BANK** **T.H. MANAGEMENT GROUP** **P.O. BOX 1120** **HONOLULU, HAWAII 96807-9980** |
| | | | | |
| | | | | **9** NO EMPLOYEES THIS REPORT MUST BE FILED EVEN THOUGH NO EMPLOYEES WORKED THIS MONTH. |
| | | | | PLEASE CHECK THE APPROPRIATE BOX. |
| | | | | ☐ NO EMPLOYEES WORKED THIS MONTH. PLEASE CONTINUE MAILING REPORT FORMS. |
| | | | | ☒ TRANSFER TO INACTIVE STATUS. WE HAD NO EMPLOYEES TO REPORT THIS MONTH AND DO NOT ANTICIPATE HIRING ANY IN THE NEAR FUTURE. |

Account: 12001112

 

Check #4375 12/06 $2,266.50

 

Check #4380 12/01 $500.00

 

Check #4381 12/01 $818.73

 

Check #4382 12/05 $360.12

 

Check #4383 12/07 $3,845.60