# HAWAII CARPENTERS JOINT TRUST FUNDS
## EMPLOYERS MONTHLY REPORT TO TRUSTEES



**THIS REPORT COVERS HOURS FOR THIS MONTH OF:** September, 2005
**ACCOUNT NUMBER:** 19041 DL

**FEDERAL I.D. NUMBER:**
**STATE LICENSE NUMBER:**

**EMPLOYER NAME AND ADDRESS:**
DYNAMIC INTERIORS, INC.
4137 LIKINI STREET
HONOLULU, HI 96818

DRYWALL-MASTER AGREEMENT 09/2005 DL

The undersigned, as the authorized representative of the signatory contractor herein agrees to comply with the wages, hours and working conditions of the collective bargaining agreement between Local 745 of the United Brotherhood of Carpenters and Joiners of America (hereinafter Union), and signatory contractor members of the General Contractors Labor Association and the Building Industry Labor Association of Hawaii, Hawaii Wall and Ceiling Industry Association, and independent contractors (hereinafter Contractor).

The Contractor hereby adopts and agrees to be bound by the trust agreements and amendments thereto of the Hawaii Carpenters Health and Welfare Fund, Hawaii Carpenters Apprenticeship and Training Fund, Hawaii Carpenters Vacation and Holiday Fund, Hawaii Carpenters Drywall and Lather Training Fund, Hawaii Carpenters Financial Security Fund, Hawaii Carpenters Market Recovery Program, Hawaii Carpenters Retiree Medical Trust Fund, Hawaii Carpenters 401(k) Plan, and rules and regulations adopted thereunder by the Trustees.

I do hereby certify under penalty of perjury that the employees listed below constitute all the employees for whom I am required to make payments to the various trust funds and that the hours shown for each employee are the total hours for which he/she worked or was paid.

**SIGNED BY** / **TITLE** / **DATE** 10/1/05

## 2 COMPUTATION OF CONTRIBUTIONS

| MEMBER CLASSIFICATION | APPR CODE | TOTAL HOURS | RETIREE MEDICAL @ .68 /HR | ACTIVE HEALTH & WELFARE @ 5.32 /HR | APPRENTICE & TRAINING @ .76 /HR | VACATION & HOLIDAY @ 5.00 /HR | FINANCIAL SECURITY @ 4.20 /HR | MARKET RECOVERY @ .50 /HR | 401(K) @ 1.50 /HR | 4 TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 80 | 54.40 | 425.60 | 60.80 | 400.00 | 336.00 | 40.00 | 120.00 | 1436.80 |
| | | 80 | 54.40 | 425.60 | 60.80 | 400.00 | 336.00 | 40.00 | 120.00 | 1436.80 |
| | A3 | | | | | | $4.20 @ | | | |
| | A2 | | | | | | $4.20 @ | | | |
| | A1 | | N/A | | N/A | $5.00 @ | N/A | N/A | N/A | |
| | A8 | | | | | $4.00 @ | $3.00 @ | | | |
| | A7 | | | | | $3.00 @ | $2.00 @ | | | |
| | A6 | | | | | $2.00 @ | $1.00 @ | | | |
| | A5 | | | | | $1.00 @ | N/A | | | |

---

**DYNAMIC INTERIORS, INC.**
GENERAL ACCOUNT
4137 LIKINI STREET
HONOLULU, HAWAII 96818
PHONE: (808) 841-0215

59-177/1213
**4555**

EXPLANATION / AMOUNT

AMOUNT: Two thousand eight hundred ninety-one + 20/100 DOLLARS

TO THE ORDER OF: HI Carpenters Joint Trust Fund
DESCRIPTION: Sept 2005
CHECK NUMBER: 4555
CHECK AMOUNT: $2,891.20

HAWAII NATIONAL BANK, MAIN BRANCH, HONOLULU, HAWAII

⑈004555⑈ ⑆121301772⑆ 120⋅01112⑈

☐ NO EMPLOYEES WORKED THIS MONTH. PLEASE CONTINUE MAILING REPORT FORMS.

☐ TRANSFER TO INACTIVE STATUS. WE HAD NO EMPLOYEES TO REPORT THIS MONTH AND DO NOT ANTICIPATE HIRING ANY IN THE NEAR FUTURE.

EXHIBIT "F"