IN THE UNITED STATED DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HAWAII CARPENTERS TRUST FUNDS, (*Health and Welfare Fund* by its trustees Albert Hamamoto, Audrey Hidano, Henry Iida, Glen Kaneshige, Thomas Toma, Daniel Tom, Elmer Cabico, Paul C.K. Chang, Ronald Taketa,Melvin Fujii, Clifford Resacio, Russell Young and Keith Hirota; *Apprenticeship & Training Fund* by its trustees James Ramirez, Russell Ogata, Conrad Murashige, Robert Donle, Angela Chinen, Dante Agra, Ron Taketa, Sidney Shimokawa, Dean Takahashi and Russel Hiranaka; *Vacation & Holiday Fund* by its trustees James Watanabe, James Ramirez, Gerard Sakamoto, Paul Sasaki, Jiggs Tamashiro, Mark Erwin, Michael Spain, Jr., Rockwell Rogers, Jr., Curtis Kern, Patrick Borge, Sr. and Lloyd Kupau, Jr.; *Market Recovery Program* by its trustees Edmund Aczon, Thalia Choy, Steven Hidano, Claude Matsumoto, Gerard Sakamoto, Albert Belliveau, Michael Spain, Jr., Ronald Taketa, Glenn Young and Jason Orita; *Financial Security Fund* by its trustees Kenneth Sakurai, Gordon L. Scruton, James Watanabe, Conrad Murashige, Lance Wilhelm, Brian Hedge, Rockwell Rogers, Jr., Bruce Soileau, Ronald Taketa, Tim McCormack, Kenneth Spence, Jack | CIVIL NO.  CV02-00425 JMS BMK<br><br>CERTIFICATE OF SERVICE |

1

```
Reeves and Ralph Yackley),           )
                                     )
              Plaintiffs,            )
   vs.                               )
                                     )
DYNAMIC INTERIORS, INC., a           )
Hawaii corporation,                  )
                                     )
              Defendant.             )
                                     )
```

## CERTIFICATE OF SERVICE

I hereby certify that, on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at his last known address:

Served by First Class Mail:

    David J. Minkin
    Lisa W. Cataldo
    McCorriston Miller Mukai MacKinnon LLP
    Five Waterfront Plaza, 4th Floor
    500 Ala Moana Boulevard
    Honolulu, Hawaii 96813

Dated: Honolulu, Hawaii, March 31, 2006.

                              ALFREDO G. EVANGELISTA
                              Attorney for Defendant
                              DYNAMIC INTERIORS, INC.