McCORRISTON MILLER MUKAI MacKINNON LLP

DAVID J. MINKIN          3639-0
LISA W. CATALDO          6159-0
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawaii 96813
Telephone: (808) 529-7300
Facsimile: (808) 524-8293
Email: minkin@m4law.com

Attorneys for Plaintiffs Trustees
of the Hawaii Carpenters Trust Funds

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| **HAWAII CARPENTERS TRUST FUNDS**, (*Health & Welfare Fund*) by its trustees Albert Hamamoto, Audrey Hidano, Henry Iida, Glen Kaneshige, Thomas Toma, Daniel Tom, Elmer Cabico, Paul C.K. Chang, Ronald Taketa, Melvin Fujii, Clifford Resacio, Russell Young and Keith Hirota; *Apprenticeship & Training Fund* by its trustees James Ramirez, Russell Ogata, Conrad Murashige, Robert Donle, Angela Chinen, Dante Agra, Ron Taketa, Sidney Shimokawa, Dean Takahashi and Russell Hiranaka; *Vacation & Holiday Fund* by its trustees James | CIVIL NO. CV02-00425 JMS BMK<br><br>PLAINTIFF'S REPLY MEMORANDUM IN SUPPORT OF ITS MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANT DYNAMIC INTERIORS, INC., FILED ON MARCH 1, 2006; DECLARATION OF LEANNE KUNIHISA; EXHIBIT "A"; CERTIFICATE OF SERVICE<br><br>Date: April 21, 2006<br>Time: 2:30 p.m.<br>Judge: Barry M. Kurren<br><br>NO TRIAL DATE SET |

135844.1

Watanabe, James Ramirez,              )
Gerard Sakamoto, Paul Sasaki,          )
Jiggs Tamashiro, Mark Erwin,           )
Michael Spain, Jr., Rockwell           )
Rogers, Jr., Curtis Kern, Patrick      )
Borge, Sr. and Lloyd Kupau,            )
Jr.; *Market Recovery Program* by      )
its trustees Edmund Aczon,             )
Thalia Choy, Steven Hidano,            )
Claude Matsumoto, Gerard               )
Sakamoto, Albert Belliveau,            )
Michael Spain, Jr., Ronald             )
Taketa, Glenn Young and Jason          )
Orita; *Financial Security Fund*       )
by its trustees Kenneth                )
Sakurai, Gordon L. Scruton,            )
James Watanabe, Conrad                 )
Murashige, Lance Wilhelm,              )
Brian Hedge, Rockwell Rogers,          )
Jr., Bruce Soileau, Ronald             )
Taketa, Tim McCormack,                 )
Kenneth Spence, Jack Reeves            )
and Ralph Yackley),                    )
                                       )
            Plaintiffs,                )
                                       )
    vs.                                )
                                       )
**DYNAMIC INTERIORS, INC.**, a         )
Hawaii corporation,                    )
                                       )
            Defendant.                 )
                                       )

# PLAINTIFF'S REPLY MEMORANDUM IN SUPPORT OF ITS MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANT DYNAMIC INTERIORS, INC., FILED ON MARCH 1, 2006

Plaintiff HAWAII CARPENTERS TRUST FUNDS, by its trustees, et al. ("HCTF") by and through its attorneys, McCorriston Miller Mukai MacKinnon LLP, hereby respectfully submits its Reply Memorandum in Support of its Motion for Entry of Default Judgment Against Defendant Dynamic Interiors, Inc., filed on March 1, 2006 ("Reply Memo"), and in response to the arguments and statements made in Defendant Dynamic Interiors, Inc.'s ("Dynamic") Memorandum in Opposition ("Memo in Opp") filed on March 31, 2006.

Dynamic fails to inform the Court that it seeks relief, but has never filed an answer, thereby permitting HCTF to proceed as though all allegations in the Complaint have been admitted. As noted in the Complaint, HCTF would be seeking additional monies if, during the pendency of the action, HCTF determined following its audits that Dynamic owed additional monies.

HCTF, through its internal auditors, met with Dynamic on multiple occasions to clarify and determine the monies due and

owing based on the CBA.  Dynamic has always claimed that HCTF did not properly credit their payments.  HCTF has steadfastly denied these claims and further notes that it conducts numerous audits and only Dynamic has maintained this claim even when presented with evidence to the contrary.

Dynamic owes HCTF $110,674.88.  See, Declaration of Leanne Kunihisa and Exhibit "A," attached hereto.  Accordingly, judgment should be awarded in favor of HCTF and against Dynamic in the amount of $110,674.88 plus interest, with reasonable and necessarily incurred attorneys' fees in the amount of $9,059.50, general excise tax of $376.87 and costs of $563.80.

DATED:  Honolulu, Hawaii, April 10, 2006.


/s/ David J. Minkin
DAVID J. MINKIN
LISA W. CATALDO

Attorneys for Plaintiff
HAWAII CARPENTERS TRUST FUNDS