ACCOUNTS RECEIVABLE
HAWAII CARPENTERS TRUST FUND

DYNAMIC INTERIORS, INC.    19041-DL    4/10/2006

| FUND | CONTR. | LD'S | PAYMENTS CONTR. | PAYMENTS LD'S | TOTAL | BALANCE DUE CONTR. | BALANCE DUE LD's | TOTAL |
|---|---|---|---|---|---|---|---|---|
| HEALTH & WELFARE | $77,925.35 | $24,270.32 | ($61,110.78) | ($2,346.96) | $38,737.93 | $16,814.57 | $21,923.36 | $38,737.93 |
| DRYWALL TRAINING | $8,788.49 | $2,982.94 | ($7,449.11) | ($296.33) | $4,025.99 | $1,339.38 | $2,686.61 | $4,025.99 |
| VACATION | $65,479.50 | $24,681.28 | ($61,163.00) | ($2,166.70) | $26,831.08 | $4,316.50 | $22,514.58 | $26,831.08 |
| FINANCIAL SECURITY | $73,760.38 | $24,550.85 | ($63,230.57) | ($1,840.86) | $33,239.80 | $10,529.81 | $22,709.99 | $33,239.80 |
| MARKET RECOVERY | $6,578.36 | $2,184.78 | ($5,628.79) | ($231.69) | $2,902.66 | $949.57 | $1,953.09 | $2,902.66 |
| RETIREE MEDICAL | $4,431.41 | $1,309.53 | ($4,412.52) | ($162.04) | $1,166.38 | $18.89 | $1,147.49 | $1,166.38 |
| 401(k) | $6,746.23 | $1,725.74 | ($5,149.11) | ($402.80) | $2,920.06 | $1,597.12 | $1,322.94 | $2,920.06 |
| AUDIT FEE | $390.00 | N/A | $0.00 | N/A | $390.00 | | | |
| ATTORNEY FEE | $9,337.72 | N/A | $0.00 | N/A | $9,337.72 | | | |
| INTEREST | $460.98 | N/A | $0.00 | N/A | $460.98 | | | |
| TOTAL | $253,898.42 | $81,705.44 | ($208,143.88) | ($7,447.38) | $120,012.60 | $35,565.84 | $74,258.06 | $109,823.90 |

11/10/2005

| FUND | CONTR. | LD'S | PAYMENTS CONTR. | PAYMENTS LD'S | TOTAL | BALANCE DUE CONTR. | BALANCE DUE LD's | TOTAL |
|---|---|---|---|---|---|---|---|---|
| HEALTH & WELFARE | $77,925.35 | $24,270.32 | ($59,136.18) | ($2,346.96) | $40,712.53 | $18,789.17 | $21,923.36 | $40,712.53 |
| DRYWALL TRAINING | $8,788.49 | $2,982.94 | ($7,160.31) | ($296.33) | $4,314.79 | $1,628.18 | $2,686.61 | $4,314.79 |
| VACATION | $65,479.50 | $24,681.28 | ($59,263.00) | ($2,166.70) | $28,731.08 | $6,216.50 | $22,514.58 | $28,731.08 |
| FINANCIAL SECURITY | $73,760.38 | $24,550.85 | ($61,634.57) | ($1,840.86) | $34,835.80 | $12,125.81 | $22,709.99 | $34,835.80 |
| MARKET RECOVERY | $6,578.36 | $2,184.78 | ($5,438.79) | ($231.69) | $3,092.66 | $1,139.57 | $1,953.09 | $3,092.66 |
| RETIREE MEDICAL | $4,431.41 | $1,309.53 | ($4,204.72) | ($162.04) | $1,374.18 | $226.69 | $1,147.49 | $1,374.18 |
| 401(k) | $6,746.23 | $1,725.74 | ($4,579.11) | ($402.80) | $3,490.06 | $2,167.12 | $1,322.94 | $3,490.06 |
| AUDIT FEE | $390.00 | N/A | $0.00 | N/A | $390.00 | | | |
| ATTORNEY FEE | $9,021.07 | N/A | $0.00 | N/A | $9,021.07 | | | |
| INTEREST | $338.77 | N/A | $0.00 | N/A | $338.77 | | | |
| TOTAL | $253,459.56 | $81,705.44 | ($201,416.68) | ($7,447.38) | $126,300.94 | $42,293.04 | $74,258.06 | $116,551.10 |

EXHIBIT "A"