IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| **HAWAII CARPENTERS TRUST FUNDS**, (*Health & Welfare Fund*) by its trustees Albert Hamamoto, Audrey Hidano, Henry Iida, Glen Kaneshige, Thomas Toma, Daniel Tom, Elmer Cabico, Paul C.K. Chang, Ronald Taketa, Melvin Fujii, Clifford Resacio, Russsell Young and Keith Hirota; *Apprenticeship & Training Fund* by its trustees James Ramirez, Russell Ogata, Conrad Murashige, Robert Donle, Angela Chinen, Dante Agra, Ron Taketa, Sidney Shimokawa, Dean Takahashi and Russell Hiranaka; *Vacation & Holiday Fund* by its trustees James Watanabe, James Ramirez, Gerard Sakamoto, Paul Sasaki, Jiggs Tamashiro, Mark Erwin, Michael Spain, Jr., Rockwell Rogers, Jr., Curtis Kern, Patrick Borge, Sr. and Lloyd Kupau, Jr.; *Market Recovery Program* by its trustees Edmund Aczon, Thalia Choy, Steven Hidano, Claude Matsumoto, Gerard Sakamoto, Albert Belliveau, Michael Spain, Jr., Ronald Taketa, Glenn Young and Jason Orita; *Financial Security Fund* | CIVIL NO. CV02-00425 DAE BMK<br><br>CERTIFICATE OF SERVICE |

135844.1

```
by its trustees Kenneth            )
Sakurai, Gordon L. Scruton,        )
James Watanabe, Conrad             )
Murashige, Lance Wilhelm,          )
Brian Hedge, Rockwell Rogers,      )
Jr., Bruce Soileau, Ronald         )
Taketa, Tim McCormack,             )
Kenneth Spence, Jack Reeves        )
and Ralph Yackley),                )
                                   )
                Plaintiffs,        )
                                   )
     vs.                           )
                                   )
DYNAMIC INTERIORS, INC., a         )
Hawaii corporation,                )
                                   )
                Defendant.         )
```

## CERTIFICATE OF SERVICE

I hereby certify that, on the date and by the methods of service noted below, a true and correct copy of the foregoing was served on the following by U.S. Mail, postage prepaid, at his last known address:

    Alfredo G. Evangelista, Esq.
    Evangelista & Quiban
    707 Richards Street, Suite 710
    Honolulu, Hawaii 96813-4687

    Attorney for Defendant
    DYNAMIC INTERIORS, INC.

DATED: Honolulu, Hawaii, April 10, 2006.

/s/ David J. Minkin
DAVID J. MINKIN
LISA W. CATALDO

Attorneys for Plaintiff
HAWAII CARPENTERS TRUST FUNDS