# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

6/13/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:       CV 02-00425JMS-BMK

CASE NAME:         HCTF v. Dynamic Interiors, Inc.

ATTYS FOR PLA:     David J. Minkin

ATTYS FOR DEFT:    Alfredo Evangelista

INTERPRETER:

| JUDGE: | Barry M. Kurren | REPORTER: | C6F |
|---|---|---|---|
| DATE: | 6/13/2006 | TIME: | 3:43 - 3:47 |

COURT ACTION:  EP: Plaintiff's Motion for Entry of Default Judgment Against Defendant Dynamic Interiors, Inc. - the court will recommend that the motion be granted. Findings will not be entered at this time to allow parties time to resolve the matter. A Stipulation for Dismissal will then be submitted.

Status Conference Re Settlement set for 7-17-06 @ 2 p.m., BMK.

Submitted by Richlyn Young, courtroom manager

The court will recommend that the motion be granted