# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

9/7/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:      CV 02-00425JMS-BMK

CASE NAME:        Hawaii Carpenters Trust Funds, et al. v. Dynamic Interiors, Inc.

ATTYS FOR PLA:    David J. Minkin

ATTYS FOR DEFT:   Alfredo Evangelista

INTERPRETER:

---

| JUDGE: | Barry M. Kurren | REPORTER: | C6 no record |
|--------|-----------------|-----------|--------------|
| DATE:  | 9/7/2006        | TIME:     | 9 - 9:03     |

---

COURT ACTION:   EP: Status Conference Re Settlement continued to 9/18/2006 @ 9:30 a.m., BMK.


Submitted by Richlyn Young, courtroom manager