# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

09/18/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV 02-00425JMS-BMK |
| CASE NAME: | Hawaii Carpenters Trust Funds, et al. v. Dynamic Interiors, Inc. |
| ATTYS FOR PLA: | David J. Minkin |
| ATTYS FOR DEFT: | |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | C6 no record |
| DATE: | 09/18/2006 | TIME: | 9:33 - 9:34 |

COURT ACTION:  EP:  Further Status Conference Re Settlement continued to 9/25/2006 @ 9 a.m. before Magistrate Judge Barry M. Kurren.

Submitted by Richlyn Young, Courtroom Manager