# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

09/25/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV 02-00425JMS-BMK |
| CASE NAME: | Hawaii Carpenters Trust Funds, et al. v. Dynamic Interiors |
| ATTYS FOR PLA: | David J. Minkin |
| ATTYS FOR DEFT: | Alfred Evangelista |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | C6 no record |
| DATE: | 09/25/2006 | TIME: | 9 - 9:03 |

COURT ACTION:  EP: Further Status Conference Re Settlement - parties continue to work on settlement.  Parties to call court on 9/29/2006 on status of case.

Submitted by Richlyn W. Young, courtroom manager