McCORRISTON MILLER MUKAI MacKINNON LLP

| | |
|---|---|
| LORRAINE H. AKIBA | 2903-0 |
| DAVID J. MINKIN | 3639-0 |

Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawaii 96813
Telephone: (808) 529-7300
Facsimile: (808) 524-8293
Email: akiba@m4law.com
Email: minkin@m4law.com

Attorneys for Plaintiffs Trustees
of the Hawaii Carpenters Trust Funds

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| **HAWAII CARPENTERS TRUST FUNDS**, (*Health & Welfare Fund* by its trustees Albert Hamamoto, Audrey Hidano, Henry Iida, Glen Kaneshige, Thomas Toma, Daniel Tom, Elmer Cabico, Paul C.K. Chang, Ronald Taketa, Melvin Fujii, Clifford Resacio, Russell Young and Keith Hirota; *Apprenticeship & Training Fund* by its trustees James Ramirez, Russell Ogata, Conrad Murashige, Robert Donle, Angela Chinen, Dante Agra, Ron Taketa, Sidney Shimokawa, Dean Takahashi and Russell Hiranaka; *Vacation & Holiday Fund* by its trustees James Watanabe, James Ramirez, Gerard Sakamoto, Paul Sasaki, Jiggs Tamashiro, Mark Erwin, | CIVIL NO. 02-00425 JMS-BMK<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO ALL CLAIMS AND PARTIES AND ORDER |

150538.1

| | |
|---|---|
| Michael Spain, Jr., Rockwell Rogers, Jr., Curtis Kern, Patrick Borge, Sr. and Lloyd Kupau, Jr.; *Market Recovery Program* by its trustees Edmund Aczon, Thalia Choy, Steven Hidano, Claude Matsumoto, Gerard Sakamoto, Albert Belliveau, Michael Spain, Jr., Ronald Taketa, Glenn Young and Jason Orita; *Financial Security Fund* by its trustees Kenneth Sakurai, Gordon L. Scruton, James Watanabe, Conrad Murashige, Lance Wilhelm, Brian Hedge, Rockwell Rogers, Jr., Bruce Soileau, Ronald Taketa, Tim McCormack, Kenneth Spence, Jack Reeves and Ralph Yackley), | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) |
| **DYNAMIC INTERIORS, INC.**, a Hawaii corporation, | ) ) ) |
| Defendant. | ) ) |
| _____ | ) ) ) ) ) ) ) ) ) ) ) |

## STIPULATION FOR DISMISSAL WITH PREJUDICE
## AS TO ALL CLAIMS AND PARTIES AND ORDER

IT IS HEREBY STIPULATED by and between all parties hereto, through their respective counsel, that the Complaint filed herein by Plaintiff Hawaii Carpenters Trust Funds, which include the Health & Welfare Trust Fund, Drywall & Carpenters Training Fund, Vacation & Holiday Trust Fund, Market Recovery Program Fund and Financial Security Trust Fund (hereinafter referred to collectively as the "Trust Funds" or "Plaintiff" on July 10, 2002, be hereby dismissed with prejudice as to all claims and parties;

This stipulation for dismissal is based on Rules 41(a)(1)(ii) of the Federal Rules of Civil Procedure and has been signed by counsel for all parties who have made an appearance in this action.  There are no remaining claims or parties.

DATED: Honolulu, Hawaii, November 28, 2006.

/s/ Lorraine H. Akiba
LORRAINE H. AKIBA
DAVID J. MINKIN

Attorneys for Plaintiffs
TRUSTEES OF THE HAWAII
CARPENTERS TRUST FUNDS

150538.1                                3

/s/ Alfred Evangelista
ALFRED EVANGELISTA

Attorney for Defendant
DYNAMIC INTERIORS, INC.


IT IS SO ORDERED.

DATED: Honolulu, Hawaii, December 5, 2006.



J. Michael Seabright
United States District Judge


*HAWAII CARPENTERS TRUST FUNDS v. DYNAMIC INTERIORS, INC.*; CIVIL NO. 02-00425 JMS- BMK; STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO ALL CLAIMS AND PARTIES AND ORDER